**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF NEW JERSEY**

JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vasquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aquilar, and Jeiby Vizcaino, Jesus Maldonado,

Plaintiffs,

v.

STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, and TURO, INC., in its official capacity

Defendants.

Case No.:2:25-cv-12133-ES-MAH

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Turo, Inc. ("Defendant") in the above-captioned action.

Date: September 17, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

Christine N. Walz | 027852009
787 Seventh Avenue, 31st Floor
New York, New York 10019
Christine.Walz@hklaw.com
Tel.: (212) 513-3200
Fax: (212) 385-9010
*Attorneys for Defendant Turo, Inc.*