HOLLAND & KNIGHT LLP
Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: 212.513.3368
Fax: 212.385.9010
E-mail: christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------------------x

JOSE DIAZ, Maidy Perez, Milda Polanco,
Jose Vasquez, Evelyn Valentine, Nelson Lopez,
Rolando Chico, Gisselle Aquilar, and
Jeiby Vizcaino, Jesus Maldonado

Plaintiffs,

v. Case No.:2:25-cv-12133-ES-MAH

STEPHEN ALVAREZ, NICOLAS PERKIN,
SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC,
in its official capacity, and TURO, INC.,
in its official capacity

Defendants.

-------------------------------------------------------------------x

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant Turo, Inc. ("Turo") submits this consent motion for an extension of time to answer, move, or otherwise respond to the Complaint. In support thereof, Turo states as follows:

1. On June 25, 2025, Plaintiffs filed a Complaint against Defendants Stephen Alvarez, Nicolas Perkin, Sydney Klavens, Perkin Industries, LLC, and Turo, Inc.

2. On August 27, 2025, the Complaint was served on Turo.

3. The deadline for responding to the Complaint is September 17 , 2025.

4. Federal Rule of Civil Procedure 6 provides, in pertinent part, "the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." The time for responding has not yet expired.

5. Undersigned counsel has recently been retained by Turo and requests a brief extension of time in order to further investigate the allegations in the Complaint and prepare a response.

5. Turo, therefore, respectfully request a brief, two-week extension of time in order to respond to the Complaint.

6. Plaintiffs' counsel has consented to this extension of time.

7. By filing this Motion, Defendants do not waive and expressly reserve all defenses, including lack of personal jurisdiction.

Dated: September 17, 2025

Respectfully submitted,
s/Christine N. Walz

HOLLAND & KNIGHT LLP
Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: 212.513.3368
Fax: 212.385.9010
E-mail: christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*