Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DIAZ, Maidy Perez, Milda Polanco, Jose, Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, arid Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>against<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case 2:25-cv-12133-ES-MAH<br><br>Civil Action |

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**

Application is hereby made for Clerk’s Order extending time within which Defendants Stephen Alvarez (“Alvarez”), Nicholas Perkin (“Perkin”), Sydney Klavens (“Klavens”) Perkin Industries, LLC, in its official capacity, (“Perkin Industries”), and DrivePro, LLC (“DrivePro”) may answer, move or otherwise reply to Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained;

2. There is no proof of service on file for Alvarez. The earliest date service of process was possibly effected on Alvarez is September 2, 2025. Alvarez reserves all rights, defenses, and claims concerning insufficiency of service of process.

3. Alvarez's Time to Answer, Move or otherwise Reply expires on September 23, 2025.

4. There is no proof of service on file for Perkin, Klavens, Perkin Industries, or DrivePro. None of these defendants is aware of any service having been attempted with respect to them, and their time to answer has not yet started to run. Nonetheless, these defendants plan to respond to the summons and complaint on the same day as Alvarez.

Dated: September 22, 2025

Respectfully submitted,

KUDMAN, TRACHTEN, ALOE, POSNER, LLP

By: /s/Paul Aloe
Paul H. Aloe, Esq.
488 Madison Avenue
23rd Floor
New York, NY 10022
Tel: 212-868-1010
Fax: 212-868-0013
PAloe@kudmanlaw.com
Counsel for Nicholas Perkin, Sidney Klavens, Perkin Industries, LLC and Drivepro, LLC,

LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

By: /s/ Douglas T. Tabachnik, Esq.
Douglas T. Tabachnik, Esq.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez

ORDER

The above Application is ORDERED GRANTED, extending for Alvarez Perkin, Klavens, Perkin Industries, or DrivePro to October 7, 2025, without prejudice to any defense, including personal jurisdiction or service.

ORDER DATED________

WILLIAM T. WALSH, clerk

By:__________________________

Deputy Clerk