Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DIAZ, Maidy Perez, Milda Polanco, Jose, Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, arid Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>against<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case 2:25-cv-12133-ES-MAH<br><br>Civil Action |

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY**

Application is hereby made for Clerk's Order extending time within which Defendant Stephen Alvarez ("Alvarez") may answer, move or otherwise reply to Complaint filed by Plaintiffs herein and it is represented that:

1. This is an application for extension of time by the Clerk pursuant to Local Rule 6.1.

2. No previous extension has been obtained;

3. Service of process was effected on September 2, 2025.

4. Time to Answer, Move or otherwise Reply expires on September 23, 2025.

Dated: September 23, 2025

Respectfully submitted,

LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

By: /s/ Douglas T. Tabachnik, Esq.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez

ORDER

The above Application is ORDERED GRANTED extending for Alvarez to October 7, 2025.

ORDER DATED________

MELISSA E. RHOADS, Clerk
By:__________________________
Deputy Clerk