HOLLAND & KNIGHT LLP
Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone:  212.513.3368
Fax:  212.385.9010
E-mail:  christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

-------------------------------------------------------------------x
JOSE DIAZ, Maidy Perez, Milda Polanco,
Jose Vasquez, Evelyn Valentine, Nelson Lopez,
Rolando Chico, Gisselle Aquilar, and
Jeiby Vizcaino, Jesus Maldonado                      **NOTICE OF MOTION TO**
        Plaintiffs,                                        **DISMISS**

v.                                                   Case No.:2:25-cv-12133-ES-MAH

STEPHEN ALVAREZ, NICOLAS PERKIN,                     Return Date:  November 3, 2025
SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC,
in its official capacity, and TURO, INC.,
in its official capacity

        Defendants.
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the undersigned on behalf of Defendant Turo Inc. ("Turo") will move before the Honorable Esther Salas, United States District Judge for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom MLK 5A, Newark, New Jersey on November 3, 2025 at a time to be determined for an order granting the Motion to Dismiss for lack of subject-matter jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order Granting the Motion to Dismiss is attached.

Dated: October 1, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

 /s/ Christine N. Walz
Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone:  212.513.3368
Fax:  212.385.9010
E-mail:  christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*