HOLLAND & KNIGHT LLP
Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone:  212.513.3368
Fax:  212.385.9010
E-mail:  christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------x
JOSE DIAZ, Maidy Perez, Milda Polanco,
Jose Vasquez, Evelyn Valentine, Nelson Lopez,
Rolando Chico, Gisselle Aquilar, and
Jeiby Vizcaino, Jesus Maldonado

                    Plaintiffs,

v.                                                                                    Case No.:2:25-cv-12133-ES-MAH

STEPHEN ALVAREZ, NICOLAS PERKIN,
SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC,
in its official capacity, and TURO, INC.,
in its official capacity

                    Defendants.
---------------------------------------------------------------------x

### [PROPOSED] ORDER

Upon consideration of Defendant Turo Inc.'s Motion to Dismiss and any opposition thereto, and for good cause shown, it is this _____ day of _____, 2025, hereby:

**ORDERED** that the Motion to Dismiss is **GRANTED**; it is further

**ORDERED** that the Complaint against Defendant Turo Inc. is **DISMISSED.**

 

                                                     _____
                                                     The Honorable Esther Salas
                                                     U.S. District Judge