Paul H. Aloe, Esq.
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1888
Counsel for Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC

Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, and Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case No. 2:25-cv-12133-ES-MAH |

**NOTICE OF RULE 12 MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Defendants Stephen Alvarez, Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC will move this Court, before the Honorable Esther Salas, U.S.D.J., at the United States Courthouse located at 50 Walnut Street, Newark, New Jersey 07102, in Courtroom MLK 5A, on November 3, 2025, for an order: (i) pursuant to FRCP 12(b)(1) for lack of subject matter jurisdiction, (ii) in the alternative dismissing NICOLAS

PERKIN, PERKIN INDUSTRIES, LLC, as none of them have been served, (iii) and in the alternative, dismissing NICOLAS PERKIN, PERKIN INDUSTRIES, LLC, and SYDNEY KLAVANS pursuant to lack of personal jurisdiction, (iv) and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of their motion, Defendants Stephen Alvarez, Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC will rely on the complaint (ECF No. 1), the motion filed herewith, the declaration of Nicolas Perkin dated September 30, 2025, and the declaration of Sydney Klavans dated September 30, 2025. A proposed form of order is attached pursuant to Local Civil Rule 7.1(e) and the motion filed herewith.

**PLEASE TAKE FURTHER NOTICE** that Pursuant to L. Civ. R. 78.1(a), answering papers if any are due to be served by October 20, 2025.

Dated: New York, New York
October 1, 2025

Respectfully submitted,

KUDMAN TRACHTEN ALOE POSNER LLP

By: /s/ Paul H Aloe
Paul H. Aloe, Esq.
488 Madison Avenue
23rd Floor
New York, NY 10022
Tel: 212-868-1010
Fax: 212-868-0013
paloe@kudmanlaw.com
Counsel for Nicholas Perkin, Sidney Klavans, Perkin Industries, LLC and DrivePro, LLC

LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

By: /s/ Douglas T. Tabachnik
Douglas T. Tabachnik, Esq
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez