Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue
New York, NY 10022
Tel: 212-868-1888
Counsel for Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, and Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case No. 2:25-cv-12133-ES-MAH<br><br>**DECLARATION OF NICOLAS PERKIN IN SUPPORT OF MOTION TO DISMISS** |

**DECLARATION OF NICOLAS PERKIN**

Nicolas Perkin, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am one of the defendants in this action as well as the chairman of Perkin Industries, LLC. I respectfully submit this declaration in support of defendants' motion to dismiss.

2. Neither I nor Perkin Industries, LLC nor, to my knowledge, DrivePro LLC have ever been served with process in this action. I am advised by counsel that no proof of service with respect to myself has ever been entered on the docket. I am further advised that the time to make service on us expired on September 24, 2025.

3. Besides the lack of service, there is no basis to assert personal jurisdiction against either myself or Perkin Industries, LLC. I am a resident of New Orleans, Louisiana. Perkin Industries, LLC is a Louisiana limited liability company.

4. I am not a resident of New Jersey and do no business in New Jersey whatsoever. I do not have any assets in New Jersey and no presence in New Jersey whatsoever. The only alleged basis in the complaint is that Perkin Industries, LLC has "acquired defendant Alvarez's DRIVEPRO, has failed to properly and professionally conduct business after the acquisition, and has been unresponsive to plaintiffs' inquiries regarding their property and the purposes of this action." Compl. ¶18. None of the plaintiffs in this action have any direct contract or dealings with Perkin Industries, LLC or myself. Perkin Industries, LLC's only connection in this matter is that it is a member of DRIVEPRO LLC. Other than that, Perkin Industries, LLC having a membership interest in DRIVEPRO, Perkins has absolutely no connection to New Jersey.

5. For the foregoing reasons, I respectfully submit that I and Perkin Industries, LLC should be dismissed from this action for lack of service and lack of personal jurisdiction.

6. I wish to note that while this is not a substantive motion to dismiss, I have no connection with any of the plaintiffs in this case, none is alleged, and the effort to include me in this suit is frivolous. I am advised that plaintiff's counsel in iniitating suit in this manner has not undertaken his obligation under Fed. R. Civ. P. 11(b).

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 30, 2025

DocuSigned by:
Nicolas Perkin
6D21E9096B2641E...
Nicolas Perkin