Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue
New York, NY 10022
Tel: 212-868-1888
Counsel for Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, and Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case No. 2:25-cv-12133-ES-MAH<br><br>**DECLARATION OF SYDNEY KLAVANS IN SUPPORT OF MOTION TO DISMISS** |

**DECLARATION OF NICOLAS PERKIN**

SYDNEY KLAVANS, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am one of the defendants in this action. I submit this declaration in support of the motion to dismiss and to show that I am not subject to the personal jurisdiction of the Court.

2. I am mentioned two places in the complaint, first in paragraph 19, where the complaint alleges that I am a resident of New Orleans, Louisiana, and second that I was the director of operations [presumably of Perkin Industries, LLC] and that I "failed to appreciate this matters urgency" and paragraph 29, where it is alleged that "attempted to provide courtesy relief.' It is a mystery as to why plaintiff's counsel believes these allegations state a claim against me, but in any event, one thing that is undeniably true is that I am a resident of Louisiana.

3. There is no basis for the assertion of personal jurisdiction over me, and the complaint does not, even in a conclusory fashion, attempt to set forth a basis for personal jurisdiction.

4. I am not a resident of New Jersey and do no business in New Jersey whatsoever. I do not have any assets in New Jersey and no presence in New Jersey whatsoever. The only alleged basis in the complaint appears to be that I was formally employed by Perkin Industries, LLC, which is a Louisiana limited liability company. At all times I worked out of Louisiana.

5. For the foregoing reasons, I respectfully submit that I am not subject to the personal jurisdiction of New Jersey.

6. I am reserving all other rights to dismiss the action against me, including for failure to state a claim, and all rights I have against plaintiff's counsel for failing to undertake his obligations under Fed. R. Civ. P. 11(b).

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 30, 2025

DocuSigned by:
Sydney Klavans
760B8BCE859748B...
Sydney Klavans