Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Telepone: (212) 868-1010
Email: paloe@kudmanlaw.com
Counsel for Defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, and Jeiby Vizcaino, Jesus Maldonado,

Plaintiffs,

v.

STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,

Defendants.

Case No. 2:25-cv-12133-ES-MAH

**DEFENDANT PERKIN INDUSTRIES, LLC's CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Perkin Industries, LLC, a Louisiana corporation, states that it is a Louisiana corporation, and it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
October 1, 2025

By: ____________________________
Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Telephone: (212) 868-1010
Email: paloe@kudmanlaw.com

*Attorneys for Defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC*