Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Telephone: (212) 868-1010
Email: paloe@kudmanlaw.com
Counsel for Defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, and Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case No. 2:25-cv-12133-ES-MAH<br><br>**DEFENDANT DRIVEPRO, LLC's CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DrivePro, LLC, a Louisiana corporation, states that it is a Louisiana corporation, and it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
October 1, 2025

By: ______________________
Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Telephone: (212) 868-1010
Email: paloe@kudmanlaw.com

*Attorneys for Defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC*