HOLLAND & KNIGHT LLP
Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: 212.513.3368
Fax: 212.385.9010
E-mail: christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------x

JOSE DIAZ, Maidy Perez, Milda Polanco,
Jose Vasquez, Evelyn Valentine, Nelson Lopez,
Rolando Chico, Gisselle Aquilar, and
Jeiby Vizcaino, Jesus Maldonado

Plaintiffs,

v. Case No.:2:25-cv-12133-ES-MAH

STEPHEN ALVAREZ, NICOLAS PERKIN,
SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC,
in its official capacity, and TURO, INC.,
in its official capacity

Defendants.

-----------------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Turo Inc. states that it has no parent corporation. InterActiveCorp (NASDAQ: IAC) holds an ownership interest of 10 percent or more in Turo Inc.

Dated: October 1, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Christine N. Walz

Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: 212.513.3368
Fax: 212.385.9010
E-mail: christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*