KTAP KUDMAN • TRACHTEN • ALOE • POSNER LLP

Attorneys at Law

Paul H. Aloe • Direct (212) 868–1888 • paloe@kudmanlaw.com

February 17, 2026

**VIA ECF ONLY**
Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** ***Jose Diaz, et al. v. Stephen Alvarez, et al.***
**United States District Court, District of New Jersey Case No. 25-cv-12133-ES-MAH**

Dear Judge Hammer:

We represent defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC. There is a conference on before Your Honor for Friday, February 20, 2026. In anticipation of that conference, the parties held a meet and confer today about scheduling. The parties all believe that given that there is a pending motion to dismiss the case for a lack of subject matter jurisdiction, we should allow those motions to be decided before engaging in any discovery at this time.

This letter has been circulated amongst and approved by all counsel.

Very truly yours,

Paul H. Aloe

cc: All Counsel of Record (via ECF only)