KTAP KUDMAN • TRACHTEN • ALOE • POSNER LLP
Attorneys at Law
Paul H. Aloe • Direct (212) 868–1888 • paloe@kudmanlaw.com

March 25, 2026

**VIA ECF ONLY**
Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** ***Jose Diaz, et al. v. Stephen Alvarez, et al.***
**United States District Court, District of New Jersey Case No. 25-cv-12133-ES-MAH**

Dear Judge Hammer:

We represent defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC and DrivePro, LLC. There is a Scheduling Conference before Your Honor on April 2, 2026 and a deadline for the parties to file a joint discovery plan by March 30, 2026 as set forth in your order at Docket No. 20. As previously reported to the court, all defendants have moved to dismiss (Docket Nos. 8 and 9) and those motions remain pending. In light of that, I have conferred with counsel for all parties and all parties are in agreement that the conference set for April 2 and the joint discovery plan deadline of March 30 should be further adjourned.

All counsel concur in the request made in this letter.

Respectfully submitted,

Paul H. Aloe

cc: All Counsel of Record (via ECF only)