**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JOSE DIAZ, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**STEPHEN ALVAREZ, et al.,**<br>**Defendants.** | **Civil Action No. 25-12133 (ES) (MAH)**<br><br>**ORDER TO SHOW CAUSE** |

This matter having come before the Court on Plaintiffs' Complaint in which they predicate subject matter jurisdiction on both federal question jurisdiction pursuant to 28 U.S.C. § 1331, Compl., D.E. 1, ¶ 3, and diversity jurisdiction pursuant to 28 U.S.C.§ 1332, Compl., ¶ 4;

and Defendants having filed a motion to dismiss the Complaint on the basis that the Court lacks subject matter jurisdiction because there is a lack of diversity given that Plaintiffs and Defendant Stephen Alvarez are all residents of New Jersey;

and while Plaintiffs contend federal question jurisdiction exists by virtue of Plaintiffs' Truth in Lending Act claim, no such claim is set forth in the Complaint, D.E. 9-1, at 2;

and it appearing that all counts of Plaintiffs' Complaint are state law claims and no Truth in Lending Act claim is plead;

and it having appeared perhaps there had been simply a drafting error in the Complaint;

and the Court having terminated the motion to dismiss, permitting Plaintiffs until May 4, 2026, to file an Amended Complaint to cure such error, D.E. 23;

and the Court having *sua sponte* extended that deadline on May 11, 2026, because Plaintiffs had not filed an Amended Complaint by May 4, 2026, D.E. 24;

and the Court having permitted Plaintiffs until May 15, 2026, to file an Amended Complaint and having notified Plaintiffs that failure to file an Amended Complaint might result in the dismissal of their Complaint, *id.*;

and it appearing that as of the date of this Order, Plaintiffs have failed to file an Amended Complaint;

and for good cause shown;

IT IS on this 20th day of May 2026,

ORDERED that by May 29, 2026, Plaintiffs shall show cause in writing, why this matter should not be dismissed for lack of subject matter jurisdiction. Failure to respond may result in the issuance of a Report and Recommendation that the District Court dismiss this matter for lack of subject matter jurisdiction.

***s/ Michael A. Hammer***
**United States Magistrate Judge**