9:20

2

# Update for Turo Claim 245149 on Reservation 13670766 for your 2021 Land Rover Range Rover Sport

Hello Stephen,

Thank you for taking the time to speak with me today. I have noted the claim file that you did receive both payments, and the payment due to the lien holder (Chase), was paid tp them by you.

Best,

Harry

Turo Total Loss Claims Associate

My office hours are 9am - 5pm MST Monday through Friday. How to reach me: By email, simply reply to this message! My direct line is

10110
East Orange Municipal
221freeway Dr East
East Orange, NJ 07018

East Orange
Municipal Court
(973) 266-5300
Notice Date: January 10, 2025

Maidy Y. Perez
140 Hillcrest Pl Fl#
1
North Bergen, NJ 07047-6102

## NOTICE OF PROPOSED LICENSE OR REGISTRATION SUSPENSION

**Need an interpreter? Call (973) 266-5300**

Court records indicate that you have failed to respond to the parking ticket(s) listed below. **This is your final notice**.

To avoid the judge ordering the suspension of your New Jersey driving privileges or the New Jersey registration (N.J.S.A. 39:4-139.10) of the motor vehicle listed below, within 14 days from the date of this notice you must do one of the following:

1) Contact this court, or
2) Plead not guilty via **WWW.NJMCDIRECT.COM**, or
3) Choose to plead guilty and pay the total penalty shown below. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the East Orange Municipal Court, or mail a check/money order to the court at **221freeway Dr East, East Orange, NJ 07018**. If you are unable to pay in full, contact this court.

| Ticket Number(s) | Ticket Violation Date(s) |
|---|---|
| 0706 E23 015594 | 02/15/2023 |

**License Plate Number:** A25RDM
**Total Amount Due:** $75.00

Interpreter

ADA

Jose Diaz Damages from DrivePro

| | | Jose L Diaz |
|---|---|---|
| **Traffic Violations** | | |
| NYC Unpaid Tolls | | $20,801.82 |
| NYC Department of Finance Parking and Camera Violations | 157 Judgments | $14,624.94 |
| | 11 Violations | 975 |
| City Of Philadelphia Parking Violations | 2 violations | $220.00 |
| Rhode Island Red Light Violation | | $88.50 |
| White Plains NY Parking Violations | | $225 |
| Washington DC Central Collection Traffic Violation | | $360 |
| NJ EZPASS VIOLATIONS IN COLLECTIONS FOR PLATE | 121 violations | $7,548.68 |
| NEW JERSEY COURTS | | $1,518 |
| Newar Municipal Court | supra k60nxk | $190 |
| Hackensack Municipal Court ( License and Registration suspension ) | 2 tickets violations | $140 |
| **Vehicles Monetary Damages** | | |
| Nissan Leaf 2022 Early Lease Termination Penalty | | $524 |
| Audi A3 2022 Early Lease Termination Penalty | | $10,068.25 |
| Jeep Gladiator 2022 Early Lease Termination | | 12966.5 |
| ***Toyota Prius*** Still Not returned Since Severe Damage from accident cause by Drivepro Client, Vehicle is not repaired as of today ,unknow Monetary Damages, vehicle might have to be pay in full by drivepro to Toyota Financial. | | $20,801.82 |
| Drivepro & Perking unanswered contract | $400 x 7 vehicles per month from january to july | 19600 |
| | Total Loss | $110,652.51 |

| Damages Caused by DrivePro |
|---|
| *DrivePro and Perkin Industries Took Posetions of The Cars without any prior authorization from owner. |
| *Failed to establish a contract for compensation and Terms. |
| *Damage to owner ( Jose l Diaz ) by Allowing Trafic Violations Summons to go Unpaid. All violations were reported to LexisNexis making it impossible to allow to get insurance on my home or car |
| Prohibited From Utilizing any bridges or tunnels due to tickets and collections. Licensed Suspended in multiple states due to traffick and ticket violations gone unpaid. Threatened letters regarding going after my wages for nonepayment on tickets |
| *Damage to owner by Allowing Unpaid Tolls to go into Collection. All tickets reported to Jose Diaz driving records |
| *Damage and Accidents to Vehicles were not notified to owner along with excess of wear and miles. |

| Resolution We Want from DrivePro |
|---|
| 1-Pay All Traffic Tickets and Tolls with Fees |
| 2-Reimbursment of all Early Lease Termination Fees and all fees Associated with excess wear and tear. |
| 3- Compensation for Personal Damages. |

12/15/2024 10:01:41

Bridges and Tunnels

07/12/2024

01700

ROLANDO CHICO
4 DIAZ CT
WAYNE, NJ 07470

**ORDER EXCLUDING YOUR VEHICLE(S)
FROM ALL FACILITIES OF MTA BRIDGES AND TUNNELS
(LEGAL NAME, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY)**

**Effective Date:** 08/11/2024
**Plate Number(s):** K82REF NJ
**Tolls Owed:** $130.32
**Fees Owed:** $1,150.00

5247170001010010

In accordance with §1020.7 of Title 21 New York Codes, Rules and Regulations (B&T regulations), MTA Bridges and Tunnels (B&T) hereby revokes the right to have your vehicle(s) cross the Bronx-Whitestone, Cross Bay Veterans Memorial, Henry Hudson, Marine Parkway-Gil Hodges Memorial, Robert F. Kennedy, Throgs Neck and Verrazano-Narrows Bridges and the Hugh L. Carey and Queens Midtown Tunnels.

Your vehicle(s) are excluded from B&T's bridges and tunnels for failing to pay tolls and fees in violation of Public Authorities Law § 553 and §§ 1021.3 and 1023.7 of B&T regulations.

The Vehicle Exclusion Order will begin on the effective date shown above and continue until you pay the tolls and fees owed or successfully dispute the tolls using the Customer Certification/Declaration of Dispute found on the reverse side of this Vehicle Exclusion Order.

If you wish to pay the tolls and fees owed, you must contact the E-ZPass New York Customer Service Center at 718-313-9424 and press option 2. The amount of unpaid tolls and fees associated with the Exclusion Order as of the date of this notice is stated above.

**Use of your vehicle(s) to cross any B&T bridge or tunnel in violation of the Vehicle Exclusion Order also violates § 1020.7 of B&T regulations and is punishable by fine or imprisonment and subjects your vehicle to removal from any of the above facilities.**

Bridges and Tunnels

07/12/2024

01702

ROLANDO CHICO
4 DIAZ CT
WAYNE, NJ 07470

## ORDER EXCLUDING YOUR VEHICLE(S) FROM ALL FACILITIES OF MTA BRIDGES AND TUNNELS (LEGAL NAME, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY)

**Effective Date:** 08/11/2024
**Plate Number(s):** Y75RBX NJ
**Tolls Owed:** $202.53
**Fees Owed:** $1,850.00

In accordance with §1020.7 of Title 21 New York Codes, Rules and Regulations (B&T regulations), MTA Bridges and Tunnels (B&T) hereby revokes the right to have your vehicle(s) cross the Bronx-Whitestone, Cross Bay Veterans Memorial, Henry Hudson, Marine Parkway-Gil Hodges Memorial, Robert F. Kennedy, Throgs Neck and Verrazano-Narrows Bridges and the Hugh L. Carey and Queens Midtown Tunnels.

Your vehicle(s) are excluded from B&T's bridges and tunnels for failing to pay tolls and fees in violation of Public Authorities Law § 553 and §§ 1021.3 and 1023.7 of B&T regulations.

The Vehicle Exclusion Order will begin on the effective date shown above and continue until you pay the tolls and fees owed or successfully dispute the tolls using the Customer Certification/Declaration of Dispute found on the reverse side of this Vehicle Exclusion Order.

If you wish to pay the tolls and fees owed, you must contact the E-ZPass New York Customer Service Center at 718-313-9424 and press option 2. The amount of unpaid tolls and fees associated with the Exclusion Order as of the date of this notice is stated above.

**Use of your vehicle(s) to cross any B&T bridge or tunnel in violation of the Vehicle Exclusion Order also violates § 1020.7 of B&T regulations and is punishable by fine or imprisonment and subjects your vehicle to removal from any of the above facilities.**

5247170201010

Bridges and Tunnels

07/12/2024

01701

ROLANDO CHICO
4 DIAZ CT
WAYNE, NJ 07470

**ORDER EXCLUDING YOUR VEHICLE(S)
FROM ALL FACILITIES OF MTA BRIDGES AND TUNNELS
(LEGAL NAME, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY)**

**Effective Date:** 08/11/2024
**Plate Number(s):** M95RCJ NJ
**Tolls Owed:** $411.03
**Fees Owed:** $3,650.00

In accordance with §1020.7 of Title 21 New York Codes, Rules and Regulations (B&T regulations), MTA Bridges and Tunnels (B&T) hereby revokes the right to have your vehicle(s) cross the Bronx-Whitestone, Cross Bay Veterans Memorial, Henry Hudson, Marine Parkway-Gil Hodges Memorial, Robert F. Kennedy, Throgs Neck and Verrazano-Narrows Bridges and the Hugh L. Carey and Queens Midtown Tunnels.

Your vehicle(s) are excluded from B&T's bridges and tunnels for failing to pay tolls and fees in violation of Public Authorities Law § 553 and §§ 1021.3 and 1023.7 of B&T regulations.

The Vehicle Exclusion Order will begin on the effective date shown above and continue until you pay the tolls and fees owed or successfully dispute the tolls using the Customer Certification/Declaration of Dispute found on the reverse side of this Vehicle Exclusion Order.

If you wish to pay the tolls and fees owed, you must contact the E-ZPass New York Customer Service Center at 718-313-9424 and press option 2. The amount of unpaid tolls and fees associated with the Exclusion Order as of the date of this notice is stated above.

**Use of your vehicle(s) to cross any B&T bridge or tunnel in violation of the Vehicle Exclusion Order also violates § 1020.7 of B&T regulations and is punishable by fine or imprisonment and subjects your vehicle to removal from any of the above facilities.**

5247170101010

369009.S001A P0047T 0029**5-P00000 F 6291 E 0162 NJ

Physicians Physicians Life Insurance Company®

0912-P14-232617 01/15/2025, 05:57:17 AM Pg 1 of 2 Trans ID: MCS2025357417

08997
West New York Municipal Court
428-60 Street
West New York, NJ 07093

**West New York**
**Municipal Court**
(201) 295-5195
**Notice Date:** January 15, 2025

Evelyn Valentine
514 26th St
Union City, NJ 07087-3780

## NOTICE OF PROPOSED LICENSE OR REGISTRATION SUSPENSION

**Need an interpreter? Call (201) 295-5195**

Court records indicate that you have failed to respond to the parking ticket(s) listed below. **This is your final notice**.

To avoid the judge ordering the suspension of your New Jersey driving privileges or the New Jersey registration (N.J.S.A. 39:4-139.10) of the motor vehicle listed below, within 14 days from the date of this notice you must do one of the following:

1) Contact this court, or
2) Plead not guilty via **WWW.NJMCDIRECT.COM**, or
3) Choose to plead guilty and pay the total penalty shown below. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the West New York Municipal Court, or mail a check/money order to the court at **428-60 Street, West New York, NJ 07093**. If you are **unable to pay in full**, contact this court.

| Ticket Number(s) | Ticket Violation Date(s) |
|---|---|
| 0912 P14 232617 | 03/08/2023 |

**License Plate Number:** N12RGD
**Total Amount Due:** $83.00

Interpreter

ADA Americans with Disabilities Act

ENSURING AN OPEN DOOR TO JUSTICE

01/15/2025

PennCredit Corporation

2800 Commerce Drive Harrisburg PA 17110
Hours: Mon-Thur 8am-8pm EST
Fri 8am-8pm, Sat 8am-12pm EST

Phone: 800-900-1362

NOTICE OF COLLECTION

SEPTEMBER 6, 2024

CREDITOR: New York City Dept. of Finance
ID NUMBER: E1094847
LETTER ID:
TOTAL BALANCE DUE: $8,417.95 AS OF SEPTEMBER 6, 2024

ACA International — The Association of Credit and Collection Professionals — Member

The New York City Department of Finance (Department of Finance) has referred a delinquent parking and/or camera violation judgment(s) referenced on the reverse side for collection. Previous notices from the Department of Finance regarding this matter have gone unpaid and remain delinquent. Motor vehicle records show that you were listed as the registered owner at the time of the parking and/or camera violation judgment(s) listed.

Please send payment to the Department of Finance using the enclosed envelope or use one of the payment options described on the reverse side. As of the date of this letter, you owe $8,417.95. Be advised that interest continues to accrue on the parking and/or camera violation judgment(s) until it is paid in full and the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after the Department of Finance receives your payment. For further information, write the undersigned or call 800-900-1362. If you wish to enter into a payment plan agreement for these parking and/or camera violation judgment(s), please visit the Department of Finance website at www.nyc.gov/parkingticketpaymentplan for detailed information on the various payment plan options, requirements and payment. All parking and/or camera violation judgment(s) payment plan agreements are entered into directly with the Department of Finance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you submit a request in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. The important rights included above apply to each account individually and you have the right to dispute any or all of the accounts included in this notice. In the event you choose to exercise your important rights included above, please indicate which account(s) you are disputing.

New York City Residents: Penn Credit Corporation's New York City Department of Consumer Affairs license number is 2096480-DCA. Penn Credit Corporation offers additional language access services for languages other than English and requests that you provide us your preferred language preference. We utilize Certified Languages International and can communicate orally in over 230 different languages after notifying us in advance of the need to communicate in a language other than English. To take advantage of these language services, please contact Penn Credit Corporation directly at 800-900-1362 and notify the representative you require a language service translator. You may review a translation and description of commonly-used debt collection terms in your preferred language on the website of the New York City Department of Consumer Affairs at nyc.gov/dca.

Please be advised that you may request this letter in a larger print format. To do so, contact our office at 800-900-1362.

Tim Foley
800-900-1362

*PLEASE SEE REVERSE SIDE AND ADDITIONAL PAGES FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS*

***** DETACH AND RETURN WITH PAYMENT TO EXPEDITE CREDIT TO YOUR ACCOUNT *****

PO BOX 69703
HARRISBURG PA 17106-9703
ELECTRONIC SERVICE REQUESTED

0024120024066050631707047252411--000204HiC1jw48AOkl

D JOSE L
1511 40TH ST
NORTH BERGEN NJ 07047-2524

NYC DEPARTMENT OF FINANCE/PARKING
PO BOX 3615
NEW YORK NY 10008-3615

204-SFPENN10-NYCDFP-08/27/21-000204HiC1jw48AOkl

2885e 1/2b

**PennCredit Corporation**

NOTICE OF COLLECTION

NOVEMBER 21, 2024

ACA INTERNATIONAL The Association of Credit and Collection Professionals Member

2800 Commerce Drive Harrisburg PA 17110
Hours: Mon-Thur 8am-8pm EST
Fri 8am-8pm, Sat 8am-12pm EST

Phone: 800-900-1393

CREDITOR: New York City Dept. of Finance
ID NUMBER: E1094847
LETTER ID:
TOTAL BALANCE DUE: $12,280.49 AS OF NOVEMBER 21, 2024

The New York City Department of Finance (Department of Finance) has referred a delinquent parking and/or camera violation judgment(s) referenced on the reverse side for collection. Previous notices from the Department of Finance regarding this matter have gone unpaid and remain delinquent. Motor vehicle records show that you were listed as the registered owner at the time of the parking and/or camera violation judgment(s) listed.

Please send payment to the Department of Finance using the enclosed envelope or use one of the payment options described on the reverse side. As of the date of this letter, you owe $12,280.49. Be advised that interest continues to accrue on the parking and/or camera violation judgment(s) until it is paid in full and the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after the Department of Finance receives your payment. For further information, write the undersigned or call 800-900-1393. If you wish to enter into a payment plan agreement for these parking and/or camera violation judgment(s), please visit the Department of Finance website at www.nyc.gov/parkingticketpaymentplan for detailed information on the various payment plan options, requirements and payment. All parking and/or camera violation judgment(s) payment plan agreements are entered into directly with the Department of Finance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you submit a request in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. The important rights included above apply to each account individually and you have the right to dispute any or all of the accounts included in this notice. In the event you choose to exercise your important rights included above, please indicate which account(s) you are disputing.

New York City Residents: Penn Credit Corporation's New York City Department of Consumer Affairs license number is 2096480-DCA. Penn Credit Corporation offers additional language access services for languages other than English and requests that you provide us your preferred language preference. We utilize Certified Languages International and can communicate orally in over 230 different languages after notifying us in advance of the need to communicate in a language other than English. To take advantage of these language services, please contact Penn Credit Corporation directly at 800-900-1393 and notify the representative you require a language service translator. You may review a translation and description of commonly-used debt collection terms in your preferred language on the website of the New York City Department of Consumer Affairs at nyc.gov/dca.

Please be advised that you may request this letter in a larger print format. To do so, contact our office at 800-900-1393.

Tim Foley
800-900-1393

PLEASE SEE REVERSE SIDE AND ADDITIONAL PAGES FOR IMPORTANT INFORMATION CONCERNING YOUR RIGHTS

*** DETACH AND RETURN WITH PAYMENT TO EXPEDITE CREDIT TO YOUR ACCOUNT ***

PO BOX 69703
HARRISBURG PA 17106-9703
ELECTRONIC SERVICE REQUESTED

0024120024089587713907047252411—0001632NhAlacDAEFE

D JOSE L
1511 40TH ST
NORTH BERGEN NJ 07047-2524

NYC DEPARTMENT OF FINANCE/PARKING
PO BOX 3615
NEW YORK NY 10008-3615

163-SFPENN10-NYCDFP-08/27/21-0001632NhAlacDAEFE

1042a 1/20

03110
Newark Municipal Court
31 Green Street
Newark, NJ 07102

**Newark Municipal Court**

Jose L. Diaz
6 Ogden Ter
Butler, NJ 07405-1112

# PAST DUE MUNICIPAL COURT PAYMENT NOTICE

**Notice Date:** May 31, 2024
**Payment Due Date:** June 10, 2024

**Need an interpreter? Call 973-733-6520**

Your Municipal Court payment is **overdue**. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the Municipal Court, or mail a check/money order to the court at 31 Green Street, Newark, NJ 07102.

To view your time payment order agreement and payment plan, go to **WWW.NJMCDIRECT.COM** and enter your information seen below:

**State of NJ vs. Jose L. Diaz**
**Ticket/Complaint Number: 0714 R 034451**
**License Plate Number: K60NXK**

**Amount Per Payment Plan: $190.00**
**Total Remaining Balance: $190.00**

If you cannot make this payment by 06/10/2024, contact this court at 973-733-6520 to ask about payment options or request that a court date be scheduled so you can speak to the judge about payment alternatives.

If you do not make a payment, or contact the court, the judge may:

(1) Impose financial sanctions.
(2) Refer your balance due to a private collection agency where a collections fee of up to 22% will be added to your outstanding balance.

Phone Inquiries: call (833)480-8894, use Ref #10751996

Harris & Harris, Ltd.
111 West Jackson Boulevard Suite 650
Chicago, IL 60604-3589
(833)480-8894

| | |
|---|---|
| **Creditor:** | Washington D.C., Central Collection Unit |
| **Name:** | Jose L Diaz |
| **Reference #:** | 10751996 |
| **Amount Due:** | $240.00 |

June 4, 2024

# DELINQUENCY NOTIFICATION

Dear Jose L Diaz:

The Washington D.C., Central Collection Unit has retained our agency to commence collection against you with relation to your unpaid violation(s) owed to the Department of Motor Vehicles. Your immediate attention to this matter is required. Please carefully consider your options and contact us today to arrange payment.

**Please be advised that unpaid parking or camera violations are subject to the following consequences:**

- **Booting and/or impoundment of vehicle(s)**
- **Offset of tax refund(s) owed to you by the District of Columbia**

**Please note: Once a vehicle is booted, all outstanding debt owed must be paid in full. Contact us at (833)480-8894 to resolve this matter and prevent further collection activity.**

**To pay the debt:**

***Online:*** dc.payharris.com

**Mail:** Washington DC CCU
PO Box 96934
Washington, DC 20090

**Pay by Phone:** 855-853-2593

Hours of Operation (CST): Monday-Friday: 8:00am-7:00pm, Saturday: 8:00am-12:00pm

| *Violation Description* | Violation Date | Ticket Number | Balance |
|---|---|---|---|
| SPEED 11-15 OVR LIMT | 10/29/2023 | F166669726 | $240.00 |

*When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account.*

**Notice: See Reverse Side for Important Information**
*This is an attempt to collect a debt. Any information obtained will be used for that purpose.*
*This communication is from a debt collector. Harris & Harris, Ltd. is a collection agency.*

**Linebarger Goggan Blair & Sampson, LLP**
ATTORNEYS AT LAW
61 BROADWAY, SUITE 2600
NEW YORK, NY 10006
Toll Free: 844-566-6556 Fax: 855-650-5840

JUNE 10, 2024

JOSE DIAZ
6 OGDEN TER
BUTLER NJ 07405-1112

*Spencer McCord, Partner*
Licensed by New Jersey Bar

**ACCOUNT SUMMARY**

Debtor: JOSE DIAZ
Vehicle License Plate: NJ V55PNJ
Account No.: T132397712449
Payable to: NJ E-ZPass
*See back page for listing of original tolling agencies.*
Current Balance: $6,835.78

**INFORMATION**

Please see back page for details on amounts owed

To easily make your payment 24-hours a day:
www.LGBS-NJTA.com

To pay with Credit Card or Check by Phone (ACH) use:
Client Code: NJSTTPK1
Online Payment No: 112163106

Scan the QR Code for access to our mobile payment website:

Call Center: 844-566-6556
Monday–Thursday 8 AM-9 PM
Friday 8 AM-6 PM
Saturday 8 AM-1 PM
(Eastern Time)

## DEMAND FOR PAYMENT

You have failed to respond to our previous communications regarding amounts you owe, as shown above right as "Current Balance," to our client, the New Jersey Turnpike Authority (NJTA), for unpaid toll violations and associated fees owed to one or more New Jersey area Tolling Agencies (NJTA, South Jersey Transportation Authority, Garden State Parkway, Delaware River & Bay Authority, Delaware River Joint Toll Bridge Commission, Delaware River Port Authority, Burlington County Bridge Commission, Cape May County Bridge Commission). Your attention to this matter and immediate payment is requested.

The Tolling Agencies are entitled to payment in full. Please be advised, a Tolling Agency retains the right to issue a summons in connection to your unpaid toll violation(s). The Agency may designate an employee(s) or agent(s) of the Agency to be a complaining witness on behalf of the Agency and to cause a summons and complaint to issue to the extent permitted by, and pursuant to, the Rules Governing the Courts of New Jersey, Delaware, and Pennsylvania.

Payment can be made by credit or debit card by logging on to www.LGBS-NJTA.com, or by scanning the QR code with your mobile phone and using Client Code NJSTTPK1 and Online Payment Number 112163106. Payment may also be made by calling 844-566-6556 or by using the coupon below to send a cashier's check, money order, or personal check made payable to "NJ E-ZPass" (the tolling system administrator).

Linebarger Goggan Blair & Sampson, LLP
Collections Department

**NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

---

Linebarger Goggan Blair & Sampson, LLP
PO Box 659443
San Antonio TX 78265
(Mail return only; send no letters or payments)

2426

JOSE DIAZ
6 OGDEN TER
BUTLER NJ 07405-1112

Debtor: JOSE DIAZ
Vehicle License Plate: NJ V55PNJ
Account #: T132397712449
Reference #: 112163106
Amount Due: $6,835.78 as of JUNE 10, 2024
Amount Enclosed: ____________

Payment should be in the form of a cashier's check, money order or personal check made payable to: NJ E-ZPASS.

Ref. No. 112163106
When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check.

Address for payment:
LGBS, LLP
CLIENT #: NJSTTPK1
PO BOX 708906
SAN ANTONIO, TX 78270

1076-1277225-7E1436BA

City Court of White Plains
Parking Violations
PO Box 6500
White Plains, NY 10602-6500

# DELINQUENT VIOLATION NOTICE

## NOTICE SUMMARY

Notice Date: 06/11/2024
Violation Number: 1277225
Due Now: $50.00
AMOUNT DUE IF PAID AFTER 08/05/2024: $75.00

IPT0611A 100 1 MB 0.561
7000000126 00.0001.0100 100/1

JOSE L DIAZ
6 OGDEN TER
BUTLER NJ 07405-1112

| License | State | Exp. | VIN | Make |
|---|---|---|---|---|
| V55PNJ | NJ | N/A | 0059 | MAZD |

## PAYMENT INSTRUCTIONS

**TO PAY BY CREDIT CARD ($3.50 per summons convenience fee)**
Pay online: https://whiteplains.citationportal.com
Pay By Phone: (855) 927-2983 (option #1)

HAVE MORE PARKING TICKETS TO PAY?
PLEASE VISIT
https://whiteplains.citationportal.com

**TO PAY BY MAIL:**
1. Send check or money order. NO CASH. (US funds only)
2. Print violation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.
4. Make payable to: City Court - Parking Violations

**TO PAY IN PERSON:**
Monday - Friday 9AM - 4PM
Public Safety Bldg., Parking Violations Office, Main Level
77 South Lexington Ave., White Plains, NY 10601

## NOTICE DETAIL

| Citation # | Location | Date / Time | Code Sections Violation | Amount |
|---|---|---|---|---|
| 1277225 | Transcenter Garage | 05/07/2024 11:52 AM | 970, WPTO Section 201 METER TIME EXPIRED-STRUCTURE OVERTIME NOTICE | $20.00 |
| | | 05/23/2024 02:01 AM | PENALTY | $5.00 |
| | | 06/07/2024 02:01 AM | PENALTY | $25.00 |

At the date of this notice the files of the City of White Plains indicate that violation(s) of the traffic ordinance of the City of White Plains and/or New York State Vehicle and Traffic Laws have been recorded against your vehicle and have yet to be answered. Failure to pay said summons(es) may subject you to additional penalties on each summons, possible arrest, denial of your vehicle registration, suspension of your vehicle registration, and the vehicle immobilized and/or towed away at the owner's expense.

PAY THIS NOTICE IMMEDIATELY TO AVOID FURTHER ASSESSMENTS OF PENALTIES AND COURT ACTIONS
THIS NOTICE DOES NOT REFLECT ALL OUTSTANDING VIOLATIONS ON PLATE SHOWN

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT - USE THE ENCLOSED ENVELOPE

| Citation # | Date | Issuing Agency | Total Due | License | State | Exp. | VIN | Make |
|---|---|---|---|---|---|---|---|---|
| 1277225 | 05/07/2024 | City of White Plains | $50.00 | V55PNJ | NJ | N/A | 0059 | MAZD |

Notice Date: 06/11/2024
Due Now: $50.00
AMOUNT DUE IF PAID AFTER 08/05/2024: $75.00

JOSE L DIAZ
6 OGDEN TER
BUTLER NJ 07405-1112

CITY COURT OF WHITE PLAINS
PARKING VIOLATIONS
PO BOX 6500
WHITE PLAINS, NY 10602-6500

City of Philadelphia

Parking Violations Branch
P.O. Box 41818 Philadelphia, PA 19101

Notice Date: 10/11/2024

Notice Number: 80551441005176

## Caution: Park at Your Own Risk

You have ignored multiple notices regarding your unpaid parking debt.

**PAST DUE AMOUNT: $222.00**

**The cost of continued inaction has become too great.**

**Continuing to ignore parking tickets may lead to a host of serious sanctions including one or more of the following:**

- Suspension of your vehicle registration
- Impoundment of your vehicle via booting or towing
- Referral to a law firm for legal enforcement action
- Placement of your account with a professional collection agency
- Outbound collection calling
- Increased liability if your vehicle is stopped by law enforcement and impounded due to a Live Stop Tow
- Civil judgments attached to personal property

Act now: Continued Delay = More Difficulties + Additional Expense

**Payment Instructions**

VISA MasterCard DISCOVER AMERICAN EXPRESS

- **Online: www.philapark.org**
- **By telephone: 1-888-591-3636**
- **By mail:** Mail the coupon below along with your check or money order payable to the **City of Philadelphia** at the address below. Please write the invoice number on your check or money order.
  **Please Do Not Mail Cash!**
  *(Returned checks are electronically re-presented and a fee charged as permitted in Pennsylvania)*

4001027-0001030-0000001 of 0000001-C04-P4-0211-01028

***CUT HERE AND RETURN BELOW WITH CHECK IF MAILING PAYMENT***

*PO Box 41818*
*Philadelphia, PA 19101*
ADDRESS SERVICE REQUESTED

*10/11/2024*

CAUTION 80
Invoice No: 80551441005176
Plate/State: F87PSR NJ

**Immediate Amount Due:** $222.00

4001027 01 MB 0.622 **AUTO H4 2 0211 30180-361304 -C04-P01028-I

JOSE DIAZ
204 STAFFORD LN
VILLA RICA, GA 30180-3613

**MAIL PAYMENTS ONLY TO:**

**CITY OF PHILADELPHIA**
PARKING VIOLATIONS BRANCH
P.O. Box 41818
Philadelphia, PA 19101

PHILA 80551441005176 022200

1076-1277225-44E6232D

City Court of White Plains
Parking Violations
PO Box 6500
White Plains, NY 10602-6500

# DELINQUENT VIOLATION SECOND NOTICE

## NOTICE SUMMARY

**Notice Date: 08/11/2024**
**Violation Number: 1277225**
**Due Now: $75.00**

IPT0811A 468 1 MB 0.622
7000000590 00.0003.0097 468/1

JOSE L DIAZ
86 SEALS RD
DALLAS GA 30157-6736

| License | State | Exp. | VIN | Make |
|---|---|---|---|---|
| V55PNJ | NJ | N/A | 0059 | MAZD |

## PAYMENT INSTRUCTIONS

**TO PAY BY CREDIT CARD** ($3.50 per summons convenience fee)
Pay online: https://whiteplains.citationportal.com
Pay By Phone: (855) 927-2983

HAVE MORE PARKING TICKETS TO PAY?
PLEASE VISIT
https://whiteplains.citationportal.com

**TO PAY BY MAIL:**
1. Send check or money order. NO CASH. (US funds only)
2. Print violation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.
4. Make payable to: **City Court - Parking Violations**

**TO PAY IN PERSON:**
Monday - Friday 9AM - 4PM
Public Safety Bldg., Parking Violations Office, Main Level
77 South Lexington Ave., White Plains, NY 10601

## NOTICE DETAIL

| Citation # | Location | Date / Time | Code Sections Violation | Amount |
|---|---|---|---|---|
| 1277225 | Transcenter Garage | 05/07/2024 11:52 AM | 970, WPTO Section 201 METER TIME EXPIRED-STRUCTURE OVERTIME NOTICE | $20.00 |
| | | 05/23/2024 02:01 AM | PENALTY | $5.00 |
| | | 06/07/2024 02:01 AM | PENALTY | $25.00 |
| | | 08/06/2024 02:01 AM | PENALTY | $25.00 |

At the date of this notice the files of the City of White Plains indicate that violation(s) of the traffic ordinance of the City of White Plains and/or New York State Vehicle and Traffic Laws have been recorded against your vehicle and have yet to be answered. Failure to pay said summons(es) may subject you to additional penalties on each summons, possible arrest, denial of your vehicle registration, suspension of your vehicle registration, and the vehicle immobilized and/or towed away at the owner's expense.

PAY THIS NOTICE IMMEDIATELY TO AVOID FURTHER ASSESSMENTS OF PENALTIES AND COURT ACTIONS
THIS NOTICE DOES NOT REFLECT ALL OUTSTANDING VIOLATIONS ON PLATE SHOWN

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT - USE THE ENCLOSED ENVELOPE

| Citation # | Date | Issuing Agency | Total Due |
|---|---|---|---|
| 1277225 | 05/07/2024 | City of White Plains | $75.00 |

| License | State | Exp. | VIN | Make |
|---|---|---|---|---|
| V55PNJ | NJ | N/A | 0059 | MAZD |

**Notice Date: 08/11/2024**
**Due Now: $75.00**

*1277225*

JOSE L DIAZ
86 SEALS RD
DALLAS GA 30157-6736

CITY COURT OF WHITE PLAINS
PARKING VIOLATIONS
PO BOX 6500
WHITE PLAINS, NY 10602-6500



1076 000001277225 007500 8

Parking Violations Branch
P.O. Box 41818
Philadelphia, PA 19101
1-888-591-3636

City of Philadelphia

Notice Date: 09/05/2024

# NOTICE OF POTENTIAL BOOTING & TOWING

You are receiving this notice because we have not received your full payment to resolve the past due parking ticket described below.

**If you fail to pay in full and your vehicle becomes eligible for booting and towing, be sure you understand the consequences: Your vehicle can be booted and towed. To get your impounded vehicle back, you must first pay the total Past Due Amount shown below PLUS all outstanding fines and penalties on all other vehicles you own AND those you have owned in the past (Philadelphia Code §12-2406(2)).**

Payment instructions are below. If you wish to contest, you may have a hearing by web or by mail. For more information about your options to contest a ticket, visit www.philapark.org or you may call 1-888-591-3636 Monday through Friday 8:00 AM to 8:00 PM EST. Please have this notice handy when you call.

Can't pay all at once? You may qualify for an installment payment plan. Helpful information can be found on the Parking Authority's website at www.philapark.org, or visit us on Twitter or Facebook @PhilaParking.

| TICKET NUMBER | ISSUE DATE ISSUE TIME | VIOLATION/LOCATION | PLATE / STATE VIN | FINE | PENALTIES & FEES | PAYMENTS APPLIED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 926309550 | 06/11/2024 12:52 PM | METER EXPIRED 100 BLK S 37TH ST WS | V55PNJ NJ | $36.00 | $85.00 | $.00 | $121.00 |
| | | | | | | PAST DUE AMOUNT: | $121.00 |

***SEE REVERSE SIDE FOR ADDITIONAL TICKET DETAILS***

*For ease and convenience of parking, download our free meterUP app on iOS App Store or Google Play*

**Payment Instructions**

VISA MasterCard DISCOVER AMERICAN EXPRESS Card

- **Online: www.philapark.org**
- **By telephone: 1-888-591-3636**
- **By mail:** Mail the coupon below along with your check or money order payable to the **City of Philadelphia** at the address below. Please write the ticket number on your check.
  **Please Do Not Mail Cash!**
- **In Person:** Parking Violations Branch, 913 Filbert Street in Philadelphia, Monday through Friday 8:00 AM – 6:00 PM, Saturdays 9:00 AM – 1:00 PM.
  *(Returned checks are electronically re-presented and a fee charged as permitted in Pennsylvania)*

***CUT HERE AND RETURN BELOW WITH CHECK IF MAILING PAYMENT***

NOTICE OF DEFAULT 3
Ticket No: 926309550
Plate/State/VIN:V55PNJ NJ

**Total Due Now:** $121.00

PO Box 41818
Philadelphia, PA 19101
ADDRESS SERVICE REQUESTED

09/05/2024

**MAIL PAYMENTS ONLY TO:**

**CITY OF PHILADELPHIA**
PARKING VIOLATIONS BRANCH
P.O. Box 41818
Philadelphia, PA 19101

JOSE DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

PHILA 035511111028991 012100

107009_002899_0101_000002899 003

**Linebarger Goggan Blair & Sampson, LLP**
ATTORNEYS AT LAW
61 BROADWAY, SUITE 2600
NEW YORK, NY 10006
Toll Free: 844-566-6556 Fax: 855-650-5840

SEPTEMBER 04, 2024

JOSE DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

*Spencer McCord, Partner*
Licensed by New Jersey Bar

**ACCOUNT SUMMARY**

Debtor: JOSE DIAZ

Vehicle License Plate: NJ V55PNJ

Account No.: T132397712449

Payable to: NJ E-ZPass

*See back page for listing of original tolling agencies.*

Current Balance: $6,887.98

**INFORMATION**

Please see back page for details on amounts owed

To easily make your payment 24-hours a day:

www.LGBS-NJTA.com

To pay with Credit Card or Check by Phone (ACH) use:

**Client Code: NJSTTPK1**
**Online Payment No: 112163106**

Scan the QR Code for access to our mobile payment website:

Call Center: 844-566-6556
Monday–Thursday 8 AM-9 PM
Friday 8 AM-6 PM
Saturday 8 AM-1 PM
(Eastern Time)

## DEMAND FOR PAYMENT

You have failed to respond to our previous communications regarding amounts you owe, as shown above right as "Current Balance," to our client, the New Jersey Turnpike Authority (NJTA), for unpaid toll violations and associated fees owed to one or more New Jersey area Tolling Agencies (NJTA, South Jersey Transportation Authority, Garden State Parkway, Delaware River & Bay Authority, Delaware River Joint Toll Bridge Commission, Delaware River Port Authority, Burlington County Bridge Commission, Cape May County Bridge Commission). Your attention to this matter and immediate payment is requested.

The Tolling Agencies are entitled to payment in full. Please be advised, a Tolling Agency retains the right to issue a summons in connection to your unpaid toll violation(s). The Agency may designate an employee(s) or agent(s) of the Agency to be a complaining witness on behalf of the Agency and to cause a summons and complaint to issue to the extent permitted by, and pursuant to, the Rules Governing the Courts of New Jersey, Delaware, and Pennsylvania.

Payment can be made by credit or debit card by logging on to www.LGBS-NJTA.com, or by scanning the QR code with your mobile phone and using Client Code NJSTTPK1 and Online Payment Number 112163106. Payment may also be made by calling 844-566-6556 or by using the coupon below to send a cashier's check, money order, or personal check made payable to "NJ E-ZPass" (the tolling system administrator).

Linebarger Goggan Blair & Sampson, LLP
Collections Department

**NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

---

*Linebarger Goggan Blair & Sampson, LLP*
*PO Box 659443*
*San Antonio TX 78265*

*(Mail return only; send no letters or payments)*

Debtor: JOSE DIAZ
Vehicle License Plate: NJ V55PNJ
Account #: T132397712449
Reference #: 112163106
Amount Due: $6,887.98 as of SEPTEMBER 04, 2024

Amount Enclosed: ____________________

Payment should be in the form of a cashier's check, money order or personal check made payable to: NJ E-ZPASS.

Ref. No. 112163106
When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check.



*JOSE DIAZ*
*204 STAFFORD LN*
*VILLA RICA GA 30180-3613*

Address for payment:
**LGBS, LLP**
**CLIENT #: NJSTTPK1**
**PO BOX 708906**
**SAN ANTONIO, TX 78270**

04790
Hackensack Municipal Court
215 State Street
Hackensack, NJ 07601

**Hackensack Municipal Court**
(201) 646-3971
**Notice Date:** October 30, 2024

Jose L. Diaz
1511 40th Street
North Bergen, NJ 07047-2524

## NOTICE OF PROPOSED LICENSE OR REGISTRATION SUSPENSION

**Need an interpreter? Call (201) 646-3971**

Court records indicate that you have failed to respond to the parking ticket(s) listed below. **This is your final notice**.

To avoid the judge ordering the suspension of your New Jersey driving privileges or the New Jersey registration (N.J.S.A. 39:4-139.10) of the motor vehicle listed below, within 14 days from the date of this notice you must do one of the following:

1) Contact this court, or
2) Plead not guilty via **WWW.NJMCDIRECT.COM**, or
3) Choose to plead guilty and pay the total penalty shown below. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the Hackensack Municipal Court, or mail a check/money order to the court at **215 State Street, Hackensack, NJ 07601**. If you **are unable to pay in full**, contact this court.

| Ticket Number(s) | Ticket Violation Date(s) |
|---|---|
| 0223 E22 004870 | 02/22/2022 |
| 0223 E23 015167 | 06/06/2023 |

**License Plate Number:** U19NUC
**Total Amount Due:** $140.00

Office of the Deputy Director of Finance for Adjudication
P.O. Box 41818
Philadelphia, PA 19101

City of Philadelphia

Notice Date: 11/11/2024

Notice Number: 10551751021405

## FINAL NOTICE BEFORE COLLECTION PROCEEDINGS

Your Account is Scheduled for Placement with a Collection Agency

**PAST DUE AMOUNT: $121.00**

**The City of Philadelphia has issued a Civil Default Order against you for the unpaid violation(s) shown below.**

Avoid further charges and potential legal and collection actions against you and resolve this matter now.

Payment instructions are below. You may request a hearing by web or by mail. For more information, you may call 1-888-591-3636 Monday through Friday 8:00 AM to 8:00 PM EST. Please have this notice handy when you call. Helpful information can also be found on the Parking Authority's website at www.philapark.org, or visit us on Twitter or Facebook @PhilaParking.

| TICKET NUMBER | ISSUE DATE ISSUE TIME | VIOLATION/LOCATION | PLATE / STATE VIN | FINE | PENALTIES | PAYMENTS APPLIED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 926309550 | 06/11/2024 12:52 PM | METER EXPIRED 100 BLK S 37TH ST WS | V55PNJ NJ | $36.00 | $65.00 | $.00 | $121.00 |
| | | | | | PAST DUE AMOUNT | | $121.00 |

***SEE REVERSE SIDE FOR ADDITIONAL TICKET DETAILS***

This is your *last* opportunity to pay this debt before collection proceedings are initiated against you.

**Payment Instructions**

VISA MasterCard DISCOVER AMERICAN EXPRESS Card

- **Online:** www.philapark.org
- **By telephone: 1-888-591-3636**
- **By mail:** Mail the coupon below along with your check or money order payable to the **City of Philadelphia** at the address below. Please write the invoice number on your check or money order. **Please Do Not Mail Cash!**
- **In Person:** Parking Violations Branch, 913 Filbert Street in Philadelphia, Monday through Friday 8:00 AM–6:00PM, Saturdays 9:00AM to 1:00PM.
  *(Returned checks are electronically re-presented and a fee charged as permitted in Pennsylvania)*

1004412-008841-0000001 of 0000002-C01-P04234-04416

***CUT HERE AND RETURN BELOW WITH CHECK IF MAILING PAYMENT***

PO Box 41818
Philadelphia, PA 19101
ADDRESS SERVICE REQUESTED

FINAL NOTICE 4
Notice No: 10551751021405
Plate/State: V55PNJ NJ

**Total Due Now: $121.00**

11/11/2024

**MAIL PAYMENTS ONLY TO:**

CITY OF PHILADELPHIA
PARKING VIOLATIONS BRANCH
P.O. Box 41818
Philadelphia, PA 19101

1004412 01 MB 0.622 **AUTO T6 0 0234 30180-361304 -C01-P04416-I

JOSE DIAZ
204 STAFFORD LN
VILLA RICA, GA 30180-3613

PHILA 10551751021405 012100

**Linebarger Goggan Blair & Sampson, LLP**
ATTORNEYS AT LAW
6 Harris Street
Newburyport, MA 01950
Toll-Free: (844) 610-4060, Fax: (855) 650-5840

**ACCOUNT SUMMARY**

Account Holder: JOSE DIAZ

Vehicle License Plate: L45PMC

MassDOT Account #: 17014117

Owed to: MassDOT

Current Balance: $147.53

**INFORMATION**

For more information on your account or to easily make payment 24 hours a day:

www.lgbs-massdot.com

**To pay with Credit/Debit Card or Check by Phone (ACH), use:**

**Client Code: MATLMDOT1**

**Online Payment #: 117268620**

Scan the QR Code for access to our mobile payment website:

Call Center: 1(844) 610-4060
Monday–Thursday 8 AM - 9 PM
Friday 8 AM - 6 PM
Saturday 8 AM - 1 PM
(Eastern Time)

OCTOBER 03, 2024

JOSE DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

## SECOND NOTICE OF DELINQUENT TOLLS AND FEES

Dear JOSE DIAZ:

Our firm previously sent to you a letter regarding amounts due as shown above right as the "Current Balance." This Current Balance is owed to our client, the Massachusetts Department of Transportation (MassDOT), for unpaid tolls and associated fees. You have failed to respond to our correspondence. **MassDOT is entitled to payment in full.**

**PLEASE BE ADVISED:** If the amount due is not resolved, then the client may assess additional fees and/or you may be unable to renew your vehicle registration until all past due amounts are resolved.

Payment can be made by credit or debit card by logging on to www.lgbs-massdot.com, or by scanning the QR Code with your mobile phone and using Client Code MATLMDOT1 and Online Payment Number 117268620. Payment may also be made by calling 1(844) 610-4060 or by using the coupon below to send a cashier's check, money order, or personal check made payable to: Linebarger Goggan Blair & Sampson, LLP (or "LGBS").

If you have any questions, contact the Collections Department at (844) 610-4060.

Sincerely,

Linebarger Goggan Blair & Sampson, LLP
Collections Department

**See Back Page for Account Detail**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 659443
SAN ANTONIO TX 78265-9443
(Mail return only; send no letters or payments)

Vehicle License Plate: L45PMC NJ
Invoice #: 17014117
Reference #: 117268620
Amount Due: $147.53 as of OCTOBER 03, 2024

Amount Enclosed: ____________________

Ref. No. **117268620**

Address for payment:

1438

JOSE DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

**LGBS - MASSDOT**
**PO BOX 702118**
**SAN ANTONIO TX 78270-2118**

1076-11612409-819C4A00

City Court of White Plains
Parking Violations
PO Box 6500
White Plains, NY 10602-6500

# COURT NOTICE
# LEGAL ACTION PENDING

## NOTICE SUMMARY

**Notice Date: 11/13/2024**

**Violation Number: 11612409**

**Due Now: $75.00**

IPT1113B 324 1 MB 0.622
7000000374 00.0001.0324 324/1

JOSE L DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

| License | State | Exp. | VIN | Make |
|---|---|---|---|---|
| V55PNJ | NJ | N/A | 0059 | MAZD |

## PAYMENT INSTRUCTIONS

**TO PAY BY CREDIT CARD ($3.50 per summons convenience fee)**
Pay online: https://whiteplains.citationportal.com
Pay By Phone: (855) 927-2983

HAVE MORE PARKING TICKETS TO PAY?
PLEASE VISIT
https://whiteplains.citationportal.com

**TO PAY BY MAIL:**
1. Send check or money order. NO CASH. (US funds only)
2. Print violation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.
4. Make payable to: **City Court - Parking Violations**

**TO PAY IN PERSON:**
Monday - Friday 9AM - 4PM
Public Safety Bldg., Parking Violations Office, Main Level
77 South Lexington Ave., White Plains, NY 10601

## NOTICE DETAIL

| Citation # | Location | Date / Time | Code Sections Violation | Amount |
|---|---|---|---|---|
| 11612409 | Transcenter Garage | 05/09/2024 10:08 AM | 970, WPTO Section 201 METER TIME EXPIRED-STRUCTURE OVERTIME NOTICE | $20.00 |
| | | 05/25/2024 02:01 AM | PENALTY | $5.00 |
| | | 06/09/2024 02:01 AM | PENALTY | $25.00 |
| | | 08/08/2024 02:01 AM | PENALTY | $25.00 |

***At the date of this notice the files of the City of White Plains indicate that violation(s) of the traffic ordinance of the City of White Plains and/or New York State Vehicle and Traffic Laws have been recorded against your vehicle and have yet to be answered. Because you have not responded to prior notices and have failed to appear before this court on scheduled apperance dates(s), additional legal action is pending. Failure to pay said summons(es) may subject you to additional penalties on each summons, possible arrest, denial of your vehicle registration, suspension of your vehicle registration, and the vehicle immobilized and/or towed away at the owner's expense.***

FAILURE TO PAY THIS NOTICE WILL RESULT IN LEGAL ACTION
THIS NOTICE DOES NOT REFLECT ALL OUTSTANDING VIOLATIONS ON PLATE SHOWN

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT - USE THE ENCLOSED ENVELOPE

| Citation # | Date | Issuing Agency | Total Due | License | State | Exp. | VIN | Make |
|---|---|---|---|---|---|---|---|---|
| 11612409 | 05/09/2024 | City of White Plains | $75.00 | V55PNJ | NJ | N/A | 0059 | MAZD |

**Notice Date: 11/13/2024**

**Due Now: $75.00**

JOSE L DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

CITY COURT OF WHITE PLAINS
PARKING VIOLATIONS
PO BOX 6500
WHITE PLAINS, NY 10602-6500



1076 000011612409 007500 1

1076-10814276-819C4A00

City Court of White Plains
Parking Violations
PO Box 6500
White Plains, NY 10602-6500

# COURT NOTICE
# LEGAL ACTION PENDING

## NOTICE SUMMARY

**Notice Date: 11/13/2024**

**Violation Number: 10814276**

**Due Now: $75.00**

IPT1113B 323 1 MB 0.622
7000000373 00.0001.0323 323/1

JOSE L DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

| License | State | Exp. | VIN | Make |
|---|---|---|---|---|
| V55PNJ | NJ | N/A | 0059 | MAZD |

## PAYMENT INSTRUCTIONS

**TO PAY BY CREDIT CARD ($3.50 per summons convenience fee)**
Pay online: https://whiteplains.citationportal.com
Pay By Phone: (855) 927-2983

HAVE MORE PARKING TICKETS TO PAY?
PLEASE VISIT
https://whiteplains.citationportal.com

**TO PAY BY MAIL:**
1. Send check or money order. **NO CASH.** (US funds only)
2. Print violation number on your payment.
3. To ensure proper credit, return the bottom portion of this notice with your payment.
4. Make payable to: **City Court - Parking Violations**

**TO PAY IN PERSON:**
Monday - Friday 9AM - 4PM
Public Safety Bldg., Parking Violations Office, Main Level
77 South Lexington Ave., White Plains, NY 10601

## NOTICE DETAIL

| Citation # | Location | Date / Time | Code Sections Violation | Amount |
|---|---|---|---|---|
| 10814276 | Transcenter Garage | 05/09/2024 06:19 PM | 970, WPTO Section 201 METER TIME EXPIRED-STRUCTURE OVERTIME | $20.00 |
| | | | NOTICE | |
| | | 05/25/2024 02:01 AM | PENALTY | $5.00 |
| | | 06/09/2024 02:01 AM | PENALTY | $25.00 |
| | | 08/08/2024 02:01 AM | PENALTY | $25.00 |

***At the date of this notice the files of the City of White Plains indicate that violation(s) of the traffic ordinance of the City of White Plains and/or New York State Vehicle and Traffic Laws have been recorded against your vehicle and have yet to be answered. Because you have not responded to prior notices and have failed to appear before this court on scheduled apperance dates(s), additional legal action is pending. Failure to pay said summons(es) may subject you to additional penalties on each summons, possible arrest, denial of your vehicle registration, suspension of your vehicle registration, and the vehicle immobilized and/or towed away at the owner's expense.***

**FAILURE TO PAY THIS NOTICE WILL RESULT IN LEGAL ACTION**

THIS NOTICE DOES NOT REFLECT ALL OUTSTANDING VIOLATIONS ON PLATE SHOWN

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT - USE THE ENCLOSED ENVELOPE

| Citation # | Date | Issuing Agency | Total Due | License | State | Exp. | VIN | Make |
|---|---|---|---|---|---|---|---|---|
| 10814276 | 05/09/2024 | City of White Plains | $75.00 | V55PNJ | NJ | N/A | 0059 | MAZD |

**Notice Date: 11/13/2024**

**Due Now: $75.00**

JOSE L DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

CITY COURT OF WHITE PLAINS
PARKING VIOLATIONS
PO BOX 6500
WHITE PLAINS, NY 10602-6500



1076 000010814276 007500 2

# New Jersey Turnpike Authority

**FIRST NOTICE OF ENFORCEMENT ACTION**



**ADVISORY AND PAYMENT REQUEST**
**VIOLATION# T122427921450**

003447444-004685
JOSE DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-1112

***NOTICE DATE : 08/19/2024***

Under the provisions of N.J.S.A. 27:23-1, et seq. and N.J.A.C. 19:9-9.1, et seq., the person named above is alleged to be liable, as the owner of the identified vehicle(s), for the toll violation transaction(s) specified within this notice. **Non-payment of toll(s) is a violation and may be subject to assignment to a collection agency and the suspension of all motor vehicle registration privileges by the New Jersey Motor Vehicle Commission.**

To avoid further charges, potential legal and administrative actions, please submit your payment in the amount of **$54.10** within **thirty (30) calendar days** of this notice or by **September 18, 2024**. You have a right to dispute the total amount due by using one of the following three methods:(1) by completing the Dispute Form on the reverse of this Notice and mailing it to ***NJ E-ZPass*** at the address below, (2) by completing a Violation Inquiry on the ***NJ E-ZPass*** web site at www.ezpassnj.com, or (3) by calling ***NJ E-ZPass*** at (973) 368-1425.

## Payment Options

- **NEW! Pay by App:** Make a payment from your mobile device by downloading the official ***NJ E-ZPass*** App.
- **Online:** Credit Card and Bank Account Payments www.ezpassnj.com.
- **Telephone:** Credit Card and Bank Account Payments (973) 368-1425.
- **Mail:** Send check or money order information with completed Payment Coupon below **(DO NOT SEND CASH).**

**RECORDED VIOLATION TRANSACTIONS**

| Violation Number | License Plate | Toll Plaza | Lane | Date | Time | Toll Due |
|---|---|---|---|---|---|---|
| T122427921450-01 | (NJ) F87PSR | Berkeley Ramp North | 01n | 08/06/24 | 19:25:21 | $0.80 |
| T122427921450-02 | (NJ) F87PSR | Toms River | 06n | 08/06/24 | 19:32:13 | $1.10 |
| T122427921450-03 | (NJ) F87PSR | Asbury Park | 11n | 08/06/24 | 19:50:19 | $2.20 |
| | | | | | Total Unpaid Tolls | $4.10 |
| | | | | | Administrative Fee | $50.00 |
| | | | | | Total Amount Due | $54.10 |

A fee of $25 will be assessed for each returned check.

***KEEP THIS SECTION FOR YOUR RECORDS ▲***

***RETURN THIS SECTION WITH PAYMENT ▼***

Payment Coupon
Write the violation number(s) on your payment . DO NOT SEND CASH.
**Please make Check or Money Order payable to *NJ E-ZPass.***

**Mail to:**
***NJ E-ZPass***
**P.O. Box 4971**
**Trenton, NJ 08650**

| VIOLATION# T122427921450 | |
|---|---|
| Total Unpaid Tolls | $4.10 |
| Administrative Fee | $50.00 |
| Total Amount Due | $54.10 |

**Credit Card (Amex, MasterCard, Discover, VISA) and Bank Account Payments can be made by clicking on the Violations link at www.ezpassnj.com, on the *NJ E-ZPass* app, or by calling (973) 368-1425.**

JOSE DIAZ

**Payment due by : 09/18/2024**

***To deliver better customer service please provide your contact information. Your information may be sent to a Third-Party/Authorized agent of the Commission for the purpose of collecting the outstanding balance owed.**

*** LANDLINE PHONE NUMBER**

*** CELL PHONE NUMBER**

*** EMAIL ADDRESS**

# New Jersey Turnpike Authority

**FIRST NOTICE OF ENFORCEMENT ACTION**



**ADVISORY AND PAYMENT REQUEST**
**VIOLATION# T122427921449**

JOSE DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-1112

***NOTICE DATE : 08/19/2024***

Under the provisions of N.J.S.A. 27:23-1, et seq. and N.J.A.C. 19:9-9.1, et seq., the person named above is alleged to be liable, as the owner of the identified vehicle(s), for the toll violation transaction(s) specified within this notice. **Non-payment of toll(s) is a violation and may be subject to assignment to a collection agency and the suspension of all motor vehicle registration privileges by the New Jersey Motor Vehicle Commission.**

To avoid further charges, potential legal and administrative actions, please submit your payment in the amount of **$54.90** within **thirty (30) calendar days** of this notice or by **September 18, 2024**. You have a right to dispute the total amount due by using one of the following three methods:(1) by completing the Dispute Form on the reverse of this Notice and mailing it to ***NJ E-ZPass*** at the address below, (2) by completing a Violation Inquiry on the ***NJ E-ZPass*** web site at www.ezpassnj.com, or (3) by calling ***NJ E-ZPass*** at (973) 368-1425.

## Payment Options

- **NEW! Pay by App:** Make a payment from your mobile device by downloading the official ***NJ E-ZPass*** App.
- **Online:** Credit Card and Bank Account Payments **www.ezpassnj.com**.
- **Telephone:** Credit Card and Bank Account Payments (973) 368-1425.
- **Mail:** Send check or money order information with completed Payment Coupon below **(DO NOT SEND CASH).**

**RECORDED VIOLATION TRANSACTIONS**

| Violation Number | License Plate | Toll Plaza | Lane | Date | Time | Toll Due |
|---|---|---|---|---|---|---|
| T122427921449-01 | (NJ) F87PSR | Raritan South | 12s | 08/06/24 | 16:33:23 | $2.20 |
| T122427921449-02 | (NJ) F87PSR | Brick South | 02s | 08/06/24 | 17:51:21 | $0.80 |
| T122427921449-03 | (NJ) F87PSR | Toms River | 11s | 08/06/24 | 18:07:58 | $1.10 |
| T122427921449-04 | (NJ) F87PSR | Berkeley Ramp South | 03s | 08/06/24 | 18:15:21 | $0.80 |

| | |
|---|---|
| Total Unpaid Tolls | $4.90 |
| Administrative Fee | $50.00 |
| Total Amount Due | $54.90 |

A fee of $25 will be assessed for each returned check.

***KEEP THIS SECTION FOR YOUR RECORDS ▲***

***RETURN THIS SECTION WITH PAYMENT ▼***

Payment Coupon
Write the violation number(s) on your payment . DO NOT SEND CASH.
**Please make Check or Money Order payable to *NJ E-ZPass*.**

**Mail to:**
***NJ E-ZPass***
**P.O. Box 4971**
**Trenton, NJ 08650**

| VIOLATION# T122427921449 | |
|---|---|
| Total Unpaid Tolls | $4.90 |
| Administrative Fee | $50.00 |
| Total Amount Due | $54.90 |

**Credit Card (Amex, MasterCard, Discover, VISA) and Bank Account Payments can be made by clicking on the Violations link at www.ezpassnj.com, on the *NJ E-ZPass* app, or by calling (973) 368-1425.**

JOSE DIAZ
**Payment due by : 09/18/2024**

***To deliver better customer service please provide your contact information. Your information may be sent to a Third-Party/Authorized agent of the Commission for the purpose of collecting the outstanding balance owed.**

*** LANDLINE PHONE NUMBER** [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

*** CELL PHONE NUMBER** [ ][ ][ ] - [ ][ ][ ] - [ ][ ][ ][ ]

*** EMAIL ADDRESS**

# New Jersey Turnpike Authority

**FIRST NOTICE OF ENFORCEMENT ACTION**




**ADVISORY AND PAYMENT REQUEST**
**VIOLATION# T132427943856**

00344404-005376
JOSE DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-1112

**NOTICE DATE : 08/16/2024**

0034440400537600100100000000

Under the provisions of N.J.S.A. 27:23-1, et seq. and N.J.A.C. 19:9-9.1, et seq., the person named above is alleged to be liable, as the owner of the identified vehicle(s), for the toll violation transaction(s) specified within this notice. **Non-payment of toll(s) is a violation and may be subject to assignment to a collection agency and the suspension of all motor vehicle registration privileges by the New Jersey Motor Vehicle Commission.**

To avoid further charges, potential legal and administrative actions, please submit your payment in the amount of **$55.45** within **thirty (30) calendar days** of this notice or by **September 15, 2024.** You have a right to dispute the total amount due by using one of the following three methods:(1) by completing the Dispute Form on the reverse of this Notice and mailing it to ***NJ E-ZPass*** at the address below, (2) by completing a Violation Inquiry on the ***NJ E-ZPass*** web site at www.ezpassnj.com, or (3) by calling ***NJ E-ZPass*** at (973) 368-1425.

## Payment Options

- **NEW! Pay by App:** Make a payment from your mobile device by downloading the official ***NJ E-ZPass*** App.
- **Online:** Credit Card and Bank Account Payments www.ezpassnj.com.
- **Telephone:** Credit Card and Bank Account Payments (973) 368-1425.
- **Mail:** Send check or money order information with completed Payment Coupon below **(DO NOT SEND CASH).**

**RECORDED VIOLATION TRANSACTIONS**

| Violation Number | License Plate | Interchange # Toll Plaza | Lane | Date | Time | Toll Due | Admin Fee |
|---|---|---|---|---|---|---|---|
| T132427943856-01 | (NJ) F87PSR | 16W - Sprtsplx/NJ 3/Secaucus/Ruthrfrd | 07w | 08/06/24 | 20:48:54 | $5.45 | $50.00 |

| | |
|---|---|
| Total Unpaid Tolls | $5.45 |
| Administrative Fee | $50.00 |
| Total Amount Due | $55.45 |

**A fee of $25 will be assessed for each returned check.**

***KEEP THIS SECTION FOR YOUR RECORDS ▲***

***RETURN THIS SECTION WITH PAYMENT ▼***

Payment Coupon
Write the violation number(s) on your payment . DO NOT SEND CASH.
**Please make Check or Money Order payable to *NJ E-ZPass.***

**Mail to:**
***NJ E-ZPass***
**P.O. Box 4971**
**Trenton, NJ 08650**

| VIOLATION# T132427943856 | |
|---|---|
| Total Unpaid Tolls | $5.45 |
| Administrative Fee | $50.00 |
| Total Amount Due | $55.45 |

**Credit Card (Amex, MasterCard, Discover, VISA) and Bank Account Payments can be made by clicking on the Violations link at www.ezpassnj.com, on the *NJ E-ZPass* app, or by calling (973) 368-1425.**

JOSE DIAZ

**Payment due by : 09/15/2024**

***To deliver better customer service please provide your contact information. Your information may be sent to a Third-Party/Authorized agent of the Commission for the purpose of collecting the outstanding balance owed.**

*** LANDLINE PHONE NUMBER** ___-___-____

*** CELL PHONE NUMBER** ___-___-____

*** EMAIL ADDRESS** ____________________

# New Jersey Turnpike Authority

## FIRST NOTICE OF ENFORCEMENT ACTION

**ADVISORY AND PAYMENT REQUEST**
**VIOLATION# T132426089547**

00337259-004254
JOSE DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-1112



**NOTICE DATE : 07/22/2024**

00337259004254002001000000

Under the provisions of N.J.S.A. 27:23-1, et seq. and N.J.A.C. 19:9-9.1, et seq., the person named above is alleged to be liable, as the owner of the identified vehicle(s), for the toll violation transaction(s) specified within this notice. **Non-payment of toll(s) is a violation and may be subject to assignment to a collection agency and the suspension of all motor vehicle registration privileges by the New Jersey Motor Vehicle Commission.**

To avoid further charges, potential legal and administrative actions, please submit your payment in the amount of **$54.40** within **thirty (30) calendar days** of this notice or by **August 21, 2024**. You have a right to dispute the total amount due by using one of the following three methods:(1) by completing the Dispute Form on the reverse of this Notice and mailing it to ***NJ E-ZPass*** at the address below, (2) by completing a Violation Inquiry on the ***NJ E-ZPass*** web site at www.ezpassnj.com, or (3) by calling ***NJ E-ZPass*** at (973) 368-1425.

### Payment Options

- **NEW! Pay by App:** Make a payment from your mobile device by downloading the official ***NJ E-ZPass*** App.
- **Online:** Credit Card and Bank Account Payments www.ezpassnj.com.
- **Telephone:** Credit Card and Bank Account Payments (973) 368-1425.
- **Mail:** Send check or money order information with completed Payment Coupon below **(DO NOT SEND CASH).**

**RECORDED VIOLATION TRANSACTIONS**

| Violation Number | License Plate | Interchange # Toll Plaza | Lane | Date | Time | Toll Due | Admin Fee |
|---|---|---|---|---|---|---|---|
| T132426089547-01 | (NJ) V55PNJ | 13 - I-278/Eliz/Goethals/Verrazano | 08w | 07/13/24 | 16:53:42 | $4.40 | $50.00 |

| | |
|---|---|
| Total Unpaid Tolls | $4.40 |
| Administrative Fee | $50.00 |
| Total Amount Due | $54.40 |

**A fee of $25 will be assessed for each returned check.**

***KEEP THIS SECTION FOR YOUR RECORDS ▲***

***RETURN THIS SECTION WITH PAYMENT ▼***

Payment Coupon
Write the violation number(s) on your payment . DO NOT SEND CASH.
**Please make Check or Money Order payable to *NJ E-ZPass*.**

**Mail to:**
***NJ E-ZPass***
**P.O. Box 4971**
**Trenton, NJ 08650**

| VIOLATION# T132426089547 | |
|---|---|
| Total Unpaid Tolls | $4.40 |
| Administrative Fee | $50.00 |
| Total Amount Due | $54.40 |

**Credit Card (Amex, MasterCard, Discover, VISA) and Bank Account Payments can be made by clicking on the Violations link at www.ezpassnj.com, on the *NJ E-ZPass* app, or by calling (973) 368-1425.**

JOSE DIAZ

**Payment due by : 08/21/2024**

***To deliver better customer service please provide your contact information. Your information may be sent to a Third-Party/Authorized agent of the Commission for the purpose of collecting the outstanding balance owed.**

*** LANDLINE PHONE NUMBER**

*** CELL PHONE NUMBER**

*** EMAIL ADDRESS**

# New Jersey Turnpike Authority

**FIRST NOTICE OF ENFORCEMENT ACTION**

**ADVISORY AND PAYMENT REQUEST**
**VIOLATION# T132426089544**

JOSE DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-1112




***NOTICE DATE : 07/22/2024***

Under the provisions of N.J.S.A. 27:23-1, et seq. and N.J.A.C. 19:9-9.1, et seq., the person named above is alleged to be liable, as the owner of the identified vehicle(s), for the toll violation transaction(s) specified within this notice. **Non-payment of toll(s) is a violation and may be subject to assignment to a collection agency and the suspension of all motor vehicle registration privileges by the New Jersey Motor Vehicle Commission.**

To avoid further charges, potential legal and administrative actions, please submit your payment in the amount of **$166.70** within **thirty (30) calendar days** of this notice or by **August 21, 2024**. You have a right to dispute the total amount due by using one of the following three methods:(1) by completing the Dispute Form on the reverse of this Notice and mailing it to ***NJ E-ZPass*** at the address below, (2) by completing a Violation Inquiry on the ***NJ E-ZPass*** web site at www.ezpassnj.com, or (3) by calling ***NJ E-ZPass*** at (973) 368-1425.

## Payment Options

- **NEW! Pay by App:** Make a payment from your mobile device by downloading the official ***NJ E-ZPass*** App.
- **Online:** Credit Card and Bank Account Payments www.ezpassnj.com.
- **Telephone:** Credit Card and Bank Account Payments (973) 368-1425.
- **Mail:** Send check or money order information with completed Payment Coupon below **(DO NOT SEND CASH).**

**RECORDED VIOLATION TRANSACTIONS**

| Violation Number | License Plate | Interchange # Toll Plaza | Lane | Date | Time | Toll Due | Admin Fee |
|---|---|---|---|---|---|---|---|
| T132426089544-01 | (NJ) V55PNJ | 11 - GSP/Woodbridge/The Amboys | 14w | 07/12/24 | 11:06:20 | $6.85 | $50.00 |
| T132426089544-02 | (NJ) V55PNJ | 16W - Sprtsplx/NJ 3/Secaucus/Ruthrfrd | 06w | 07/12/24 | 14:35:41 | $5.45 | $50.00 |
| T132426089544-03 | (NJ) V55PNJ | 13 - I-278/Eliz/Goethals/Verrazano | 07w | 07/12/24 | 18:11:12 | $4.40 | $50.00 |

| | |
|---|---|
| Total Unpaid Tolls | $16.70 |
| Administrative Fee | $150.00 |
| Total Amount Due | $166.70 |

**A fee of $25 will be assessed for each returned check.**

***KEEP THIS SECTION FOR YOUR RECORDS ▲***

***RETURN THIS SECTION WITH PAYMENT ▼***

Payment Coupon
Write the violation number(s) on your payment . DO NOT SEND CASH.
***Please make Check or Money Order payable to NJ E-ZPass.***

**Mail to:**
***NJ E-ZPass***
**P.O. Box 4971**
**Trenton, NJ 08650**

| VIOLATION# T132426089544 | |
|---|---|
| Total Unpaid Tolls | $16.70 |
| Administrative Fee | $150.00 |
| Total Amount Due | $166.70 |

***Credit Card (Amex, MasterCard, Discover, VISA) and Bank Account Payments can be made by clicking on the Violations link at www.ezpassnj.com, on the NJ E-ZPass app, or by calling (973) 368-1425.***

JOSE DIAZ

**Payment due by : 08/21/2024**

***To deliver better customer service please provide your contact information. Your information may be sent to a Third-Party/Authorized agent of the Commission for the purpose of collecting the outstanding balance owed.**

*** LANDLINE PHONE NUMBER**

*** CELL PHONE NUMBER**

*** EMAIL ADDRESS**

# New Jersey Turnpike Authority

## FIRST NOTICE OF ENFORCEMENT ACTION

**ADVISORY AND PAYMENT REQUEST**
**VIOLATION# T122426089367**

00336965-002398
JOSE DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-1112



0033696500239800200100000000

**NOTICE DATE : 07/19/2024**

Under the provisions of N.J.S.A. 27:23-1, et seq. and N.J.A.C. 19:9-9.1, et seq., the person named above is alleged to be liable, as the owner of the identified vehicle(s), for the toll violation transaction(s) specified within this notice. **Non-payment of toll(s) is a violation and may be subject to assignment to a collection agency and the suspension of all motor vehicle registration privileges by the New Jersey Motor Vehicle Commission.**

To avoid further charges, potential legal and administrative actions, please submit your payment in the amount of **$52.20** within **thirty (30) calendar days** of this notice or by **August 18, 2024.** You have a right to dispute the total amount due by using one of the following three methods:(1) by completing the Dispute Form on the reverse of this Notice and mailing it to ***NJ E-ZPass*** at the address below, (2) by completing a Violation Inquiry on the ***NJ E-ZPass*** web site at www.ezpassnj.com, or (3) by calling ***NJ E-ZPass*** at (973) 368-1425.

### Payment Options

- **NEW! Pay by App:** Make a payment from your mobile device by downloading the official ***NJ E-ZPass*** App.
- **Online:** Credit Card and Bank Account Payments www.ezpassnj.com.
- **Telephone:** Credit Card and Bank Account Payments (973) 368-1425.
- **Mail:** Send check or money order information with completed Payment Coupon below **(DO NOT SEND CASH).**

**RECORDED VIOLATION TRANSACTIONS**

| Violation Number | License Plate | Toll Plaza | Lane | Date | Time | Toll Due |
|---|---|---|---|---|---|---|
| T122426089367-01 | (NJ) V55PNJ | Asbury Park | 12n | 07/12/24 | 13:48:15 | $2.20 |

| | |
|---|---|
| Total Unpaid Tolls | $2.20 |
| Administrative Fee | $50.00 |
| Total Amount Due | $52.20 |

A fee of $25 will be assessed for each returned check.

***KEEP THIS SECTION FOR YOUR RECORDS ▲***

***RETURN THIS SECTION WITH PAYMENT ▼***

Payment Coupon
Write the violation number(s) on your payment . DO NOT SEND CASH.
**Please make Check or Money Order payable to *NJ E-ZPass*.**

**Mail to:**
***NJ E-ZPass***
**P.O. Box 4971**
**Trenton, NJ 08650**

| VIOLATION# T122426089367 | |
|---|---|
| Total Unpaid Tolls | $2.20 |
| Administrative Fee | $50.00 |
| Total Amount Due | $52.20 |

**Credit Card (Amex, MasterCard, Discover, VISA) and Bank Account Payments can be made by clicking on the Violations link at www.ezpassnj.com, on the *NJ E-ZPass* app, or by calling (973) 368-1425.**

JOSE DIAZ
**Payment due by : 08/18/2024**

***To deliver better customer service please provide your contact information. Your information may be sent to a Third-Party/Authorized agent of the Commission for the purpose of collecting the outstanding balance owed.**

*** LANDLINE PHONE NUMBER** ___-___-____

*** CELL PHONE NUMBER** ___-___-____

*** EMAIL ADDRESS** ____________________

# New Jersey Turnpike Authority

**FIRST NOTICE OF ENFORCEMENT ACTION**



**ADVISORY AND PAYMENT REQUEST**
**VIOLATION# T122426089365**

JOSE DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-1112

**NOTICE DATE : 07/19/2024**

Under the provisions of N.J.S.A. 27:23-1, et seq. and N.J.A.C. 19:9-9.1, et seq., the person named above is alleged to be liable, as the owner of the identified vehicle(s), for the toll violation transaction(s) specified within this notice. **Non-payment of toll(s) is a violation and may be subject to assignment to a collection agency and the suspension of all motor vehicle registration privileges by the New Jersey Motor Vehicle Commission.**

To avoid further charges, potential legal and administrative actions, please submit your payment in the amount of **$55.20** within **thirty (30) calendar days** of this notice or by **August 18, 2024.** You have a right to dispute the total amount due by using one of the following three methods:(1) by completing the Dispute Form on the reverse of this Notice and mailing it to ***NJ E-ZPass*** at the address below, (2) by completing a Violation Inquiry on the ***NJ E-ZPass*** web site at www.ezpassnj.com, or (3) by calling ***NJ E-ZPass*** at (973) 368-1425.

## Payment Options

- **NEW! Pay by App:** Make a payment from your mobile device by downloading the official ***NJ E-ZPass*** App.
- **Online:** Credit Card and Bank Account Payments www.ezpassnj.com.
- **Telephone:** Credit Card and Bank Account Payments (973) 368-1425.
- **Mail:** Send check or money order information with completed Payment Coupon below **(DO NOT SEND CASH).**

**RECORDED VIOLATION TRANSACTIONS**

| Violation Number | License Plate | Toll Plaza | Lane | Date | Time | Toll Due |
|---|---|---|---|---|---|---|
| T122426089365-01 | (NJ) V55PNJ | Raritan South | 13s | 07/12/24 | 11:10:16 | $2.20 |
| T122426089365-02 | (NJ) V55PNJ | Toms River | 11s | 07/12/24 | 11:45:36 | $1.10 |
| T122426089365-03 | (NJ) V55PNJ | Berkeley Ramp South | 03s | 07/12/24 | 11:51:38 | $0.80 |
| T122426089365-04 | (NJ) V55PNJ | Toms River | 06n | 07/12/24 | 13:24:59 | $1.10 |

| | |
|---|---|
| Total Unpaid Tolls | $5.20 |
| Administrative Fee | $50.00 |
| Total Amount Due | $55.20 |

A fee of $25 will be assessed for each returned check.

***KEEP THIS SECTION FOR YOUR RECORDS ▲***

***RETURN THIS SECTION WITH PAYMENT ▼***

Payment Coupon
Write the violation number(s) on your payment . DO NOT SEND CASH.
***Please make Check or Money Order payable to NJ E-ZPass.***

**Mail to:**
***NJ E-ZPass***
**P.O. Box 4971**
**Trenton, NJ 08650**

| VIOLATION# T122426089365 | |
|---|---|
| Total Unpaid Tolls | $5.20 |
| Administrative Fee | $50.00 |
| Total Amount Due | $55.20 |

***Credit Card (Amex, MasterCard, Discover, VISA) and Bank Account Payments can be made by clicking on the Violations link at www.ezpassnj.com, on the NJ E-ZPass app, or by calling (973) 368-1425.***

JOSE DIAZ

**Payment due by : 08/18/2024**

***To deliver better customer service please provide your contact information. Your information may be sent to a Third-Party/Authorized agent of the Commission for the purpose of collecting the outstanding balance owed.***

*** LANDLINE PHONE NUMBER**

*** CELL PHONE NUMBER**

*** EMAIL ADDRESS**

MTA Bridges and Tunnels | PORT AUTHORITY NY NJ | New York State Thruway Authority | Bridge Authority

# TOLLS BY MAIL

OFFICIAL TOLL INVOICE

**BILL DATE: 07/18/2024**
**TOLL BILL No: 18157278164**

1305.01.01
JOSE L DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-2524

**ATTENTION:** Save a phone call! Visit us today at tollsbymailny.com or download the Tolls NY Mobile App from the App Store or Google Play.

1271130502010

## Summary of Charges

| | |
|---|---|
| Tolls this period* | $80.02 |
| Overdue Balance | $0.00 |
| Late/Other Fees | $0.00 |
| Credits | $0.00 |
| **Total Amount Due** | **$80.02** |
| Must be Received by* | 08/20/24 |

**Don't want to wait for future Toll Bills?**
Use your Reference Number 706924537 to access and pay tolls online.

**PAY TOLL**

SCAN NOW →

Online at tollsbymailny.com
By Check (see coupon below)
Call 1-844-826-8400
By Cash tollsbymailny.com/cashlocations
(Use Barcode below at cash retail locations)

** See page 2 for Toll Activity Detail and Important Information on Paying Tolls on Time to avoid escalation to violations and other legal consequences including but not limited to vehicle registration suspension, revocation or renewal hold and/or fees up to $100 per unpaid toll.*

**Convert to E-ZPass NY and Save $21.50 on this Bill**

ESPAÑOL • 中国 • KREYÒL AYISYEN • ITALIANO • 한국어 • PYCCKNÑ → tollsbymailny.com/read

For payments remove coupon at dotted line

---

**TOLL BILL No: 18157278164**

**JOSE L DIAZ**
**1511 40TH ST**
**NORTH BERGEN, NJ 07047-2524**

| | |
|---|---|
| **Total Amount Due** | **$80.02** |
| **Must Be Received by** | **08/20/24** |
| **Amount Enclosed** | US$________.________ |

**For Cash Payments**
Provide barcode below to a VanillaDirect Retailer near you. A $2 fee applies to each payment.

799366266719840001520011348493

POWERED BY VanillaDirect

Find a location at ***tollsbymailny.com/cashlocations***

**Mail payment to:**
Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

- Mail this coupon and payment (payable to **Tolls by Mail**) in the enclosed envelope.
- Do not include staples or paper clips.

TBP

New York City Department of Finance
School Zone Camera Unit
PO Box 3641
Church Street Station New York, NY 10008-3641

NEW YORK CITY DOT | NYC Department of Finance | SPD

## NOTICE OF LIABILITY / CERTIFICATE CHARGING THE LIABILITY

THE CITY OF NEW YORK VS JOSE L DIAZ

View your records online at
www.ViolationInfo.com

NOTICE #: 4905317848
PIN: 5949

#BWCFGHJ
#49053178482#
JOSE L DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-2524

ISSUE DATE: 07/10/2024 DUE DATE: 08/09/2024

| VIOLATION DATE | VIOLATION TIME | FINE AMOUNT |
|---|---|---|
| 07/01/2024 | 5:06:59AM | $50.00 |
| LOCATION | | |
| WB ATLANTIC AVE @ CLASSON AVE | | |

| SPEED | POSTED SPEED |
|---|---|
| 37 | 25 |

There are no points associated with this Notice.

**PLEASE TAKE NOTE:** Because the operator of the photographed vehicle has been observed speeding in a school speed zone (in violation of New York State Vehicle and Traffic Law Section 1180-b), you are liable to pay a monetary penalty for the amount shown. This amount is due within 30 days of the date of this Notice.

The vehicle was traveling at a speed of more than ten miles per hour above the posted maximum speed limit within the school speed zone. Photographs evidencing the plate and violation are shown. Please see the reverse of this Notice for further instructions. School speed zone cameras are in effect year-round.








Make your check or money order payable to the
NYC Department of Finance

DO NOT MAIL CASH
Write on the front of your payment:
1) The 10 digit Notice Number.
2) Your Plate Number.
3) Your State of Registration.
4) Your Plate Type.

Insert this tear off coupon in the enclosed envelope.

Detach and mail this coupon with your payment.

| NAME | | | AMOUNT DUE |
|---|---|---|---|
| JOSE L DIAZ | | | $50.00 |
| NOTICE NUMBER 4905317848 | VERSION 1 | ISSUED 07/10/2024 | DUE DATE 08/09/2024 |
| PLATE NUMBER W86PSP | STATE NJ | TYPE PASSENGER | |

NYC DEPARTMENT OF FINANCE
SCHOOL ZONE CAMERA UNIT
PO BOX 3641
CHURCH STREET STATION
NEW YORK, NEW YORK 10008-3641

New York City Department of Finance
School Zone Camera Unit
PO Box 3641
Church Street Station New York, NY 10008-3641

NEW YORK CITY DOT | NYC Department of Finance | SPD

## NOTICE OF LIABILITY / CERTIFICATE CHARGING THE LIABILITY

THE CITY OF NEW YORK VS JOSE L DIAZ

View your records online at
www.ViolationInfo.com

NOTICE #: 4905294095
PIN: 3505

#BWCFGHJ
#49052940953#
JOSE L DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-2524

ISSUE DATE: 07/09/2024 DUE DATE: 08/08/2024

**PLEASE TAKE NOTE:** Because the operator of the photographed vehicle has been observed speeding in a school speed zone (in violation of New York State Vehicle and Traffic Law Section 1180-b), you are liable to pay a monetary penalty for the amount shown. This amount is due within 30 days of the date of this Notice.

The vehicle was traveling at a speed of more than ten miles per hour above the posted maximum speed limit within the school speed zone. Photographs evidencing the plate and violation are shown. Please see the reverse of this Notice for further instructions. School speed zone cameras are in effect year-round.

| VIOLATION DATE | VIOLATION TIME | FINE AMOUNT |
|---|---|---|
| 07/02/2024 | 3:17:53AM | $50.00 |
| LOCATION | | |
| EB E 161ST ST @ MELROSE AVE | | |

| SPEED | POSTED SPEED |
|---|---|
| 36 | 25 |

There are no points associated with this Notice.








Make your check or money order payable to the NYC Department of Finance

DO NOT MAIL CASH
Write on the front of your payment:
1) The 10 digit Notice Number.
2) Your Plate Number.
3) Your State of Registration.
4) Your Plate Type.

Insert this tear off coupon in the enclosed envelope.

Detach and mail this coupon with your payment

| NAME | | | AMOUNT DUE |
|---|---|---|---|
| JOSE L DIAZ | | | $50.00 |
| NOTICE NUMBER 4905294095 | VERSION 1 | ISSUED 07/09/2024 | DUE DATE 08/08/2024 |
| PLATE NUMBER L45PMC | STATE NJ | TYPE PASSENGER | |

NYC DEPARTMENT OF FINANCE
SCHOOL ZONE CAMERA UNIT
PO BOX 3641
CHURCH STREET STATION
NEW YORK, NEW YORK 10008-3641

NEW YORK CITY DOT

New York City Department of Finance
Red Light Camera Monitoring Program
PO Box 3641
Church Street Station New York, NY 10008-3641

NYC Department of Finance

R L C

# NOTICE OF LIABILITY

THE CITY OF NEW YORK VS JOSE L DIAZ

View your images online at
www.ViolationInfo.com

NOTICE #: 5135621003
PIN: 7568

#BWCFGHJ
#51356210037#
JOSE L DIAZ
1511 40TH ST
NORTH BERGEN, NJ 07047-2524

Date of Notice: 07/17/2024

**PLEASE TAKE NOTE: Because the driver of the photographed vehicle, which is registered to you, did not stop for the red light at** the stop line, or before entering the crosswalk (in violation of section 1111(d) of the Vehicle and Traffic Law), **you are liable to pay a fine for the amount shown. This amount is due within** 30 days **of the date of this Notice of Liability (NOL)** herein pursuant to section 1111-a of the VTL, Section 19-210 of the NYC Administrative Code and the Rules of the NYC **Department of Finance**. One or more photographs evidencing the plate and violation are shown. Please see the reverse for further instructions.

| | |
|---|---|
| AMOUNT DUE: $50.00 | NOL #: 5135621003 |
| VIOLATION DATE/TIME: 07/02/2024 7:35 PM | |
| LOCATION : EASTERN PKWY (W/B) @ BEDFORD AVE | |

There are no points associated with this Notice.










Make your check or money order payable to the NYC Department of Finance

Detach and mail this coupon with your payment

**DO NOT MAIL CASH**
*Write on the front of your payment:*
*1) The 10 digit Notice Number.*
*2) Your Plate Number.*
*3) Your State of Registration.*
*4) Your Plate Type.*

*Insert this tear off coupon in the enclosed envelope.*

| NAME<br>JOSE L DIAZ | | | AMOUNT DUE<br>$50.00 |
|---|---|---|---|
| NOTICE NUMBER<br>5135621003 | VERSION<br>1 | ISSUED<br>07/17/2024 | DUE DATE<br>08/16/2024 |
| PLATE NUMBER<br>W86PSP | STATE<br>NJ | TYPE<br>PASSENGER | |

NYC DEPARTMENT OF FINANCE
RED LIGHT CAMERA UNIT
PO BOX 3641
CHURCH STREET STATION
NEW YORK, NEW YORK 10008-3641

**Linebarger Goggan Blair & Sampson, LLP**
ATTORNEYS AT LAW
6 Harris Street
Newburyport, MA 01950
Toll-Free: (844) 610-4060, Fax: (855) 650-5840

OCTOBER 03, 2024

JOSE DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

## SECOND NOTICE OF DELINQUENT TOLLS AND FEES

Dear JOSE DIAZ:

Our firm previously sent to you a letter regarding amounts due as shown above right as the "Current Balance." This Current Balance is owed to our client, the Massachusetts Department of Transportation (MassDOT), for unpaid tolls and associated fees. You have failed to respond to our correspondence. **MassDOT is entitled to payment in full.**

**PLEASE BE ADVISED**: If the amount due is not resolved, then the client may assess additional fees and/or you may be unable to renew your vehicle registration until all past due amounts are resolved.

Payment can be made by credit or debit card by logging on to www.lgbs-massdot.com, or by scanning the QR Code with your mobile phone and using Client Code MATLMDOT1 and Online Payment Number 117268620. Payment may also be made by calling 1(844) 610-4060 or by using the coupon below to send a cashier's check, money order, or personal check made payable to: Linebarger Goggan Blair & Sampson, LLP (or "LGBS").

If you have any questions, contact the Collections Department at (844) 610-4060.

Sincerely,

Linebarger Goggan Blair & Sampson, LLP
Collections Department

**See Back Page for Account Detail**

**ACCOUNT SUMMARY**

Account Holder: JOSE DIAZ

Vehicle License Plate: L45PMC

MassDOT Account #: 17014117

Owed to: MassDOT

Current Balance: $147.53

**INFORMATION**

For more information on your account or to easily make payment 24 hours a day:

www.lgbs-massdot.com

**To pay with Credit/Debit Card or Check by Phone (ACH), use:**

**Client Code: MATLMDOT1**

**Online Payment #: 117268620**

Scan the QR Code for access to our mobile payment website:

Call Center: 1(844) 610-4060
Monday–Thursday 8 AM - 9 PM
Friday 8 AM - 6 PM
Saturday 8 AM - 1 PM
(Eastern Time)

---

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 659443
SAN ANTONIO TX 78265-9443
(Mail return only; send no letters or payments)

Vehicle License Plate: L45PMC NJ
Invoice #: 17014117
Reference #: 117268620
Amount Due: $147.53 as of OCTOBER 03, 2024

Amount Enclosed: ____________________

Ref. No. **117268620**

Address for payment:

1438

JOSE DIAZ
204 STAFFORD LN
VILLA RICA GA 30180-3613

**LGBS - MASSDOT**
**PO BOX 702118**
**SAN ANTONIO TX 78270-2118**

08015
Union City Municipal Court
3715 Palisade Ave
Union City, NJ 07087

**Union City**
**Municipal Court**
(201) 392-3663
**Notice Date:** January 15, 2025

Gisselle Aguilar
27 Harrison St Apt 1
Belleville, NJ 07109-3580

# NOTICE OF PROPOSED LICENSE OR REGISTRATION SUSPENSION

**Need an interpreter? Call (201) 392-3663**

Court records indicate that you have failed to respond to the parking ticket(s) listed below. **This is your final notice**.

To avoid the judge ordering the suspension of your New Jersey driving privileges or the New Jersey registration (N.J.S.A. 39:4-139.10) of the motor vehicle listed below, within 14 days from the date of this notice you must do one of the following:

1) Contact this court, or
2) Plead not guilty via **WWW.NJMCDIRECT.COM**, or
3) Choose to plead guilty and pay the total penalty shown below. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the Union City Municipal Court, or mail a check/money order to the court at **3715 Palisade Ave, Union City, NJ 07087**. If you **are unable to pay in full**, contact this court.

| Ticket Number(s) | Ticket Violation Date(s) |
|---|---|
| 0910 E23 048118 | 05/23/2023 |
| 0910 E23 081317 | 09/16/2023 |
| 0910 E23 094383 | 10/20/2023 |
| 0910 E24 014407 | 02/07/2024 |
| 0910 E24 044476 | 05/02/2024 |

**License Plate Number:** M87PFF
**Total Amount Due:** $307.00

## Traffic Violations

| | |
|---|---|
| NYC Unpaid Tolls | |
| | |
| NYC Department of Finance Parking and Camera Violations | $1,435.77 |
| | |
| New Jersey Courts | $114.00 |

| | |
|---|---|
| 2022 toyota COROLLA X | |
| Purchase Amount | 22570.83 |
| 2022 MAZDA | Need Info from mazda financial |

## Damages Caused by DrivePro

| |
|---|
| *DrivePro Took Posetions of All The Cars without any prior authorization from owner. |
| |
| *Failed to establish a contract for compensation and Terms. |
| |
| *Damage to owner by Allowing Trafic Violations Summons to go Unpaid. |
| |
| *Damage to owner by Allowing Unpaid Tolls to go into Collection. |
| |
| *Damage to Owner Credit File by failing to make payment on time. |
| |
| *Damage to Vehicles have gone unnotified to owner along with excess of wear tear and miles. |

| |
|---|
| |
| 2-Pay Off Every Single Car they took Posetion without authorization. We cannot be responsible for any excess wear and tear or damages. |
| |
| 3- Compensation for Credit Damage and Personal Damages. |

possible to prevent further damage to the vehicle owners. We expect that you will take the necessary steps to ensure the payments are brought up to date and that such delays do not occur again in the future.

We appreciate your prompt attention to this matter and look forward to hearing from you soon with a resolution.

All The following vehicles were enrolled by **Drivepro** and **Perkin Industries** in auto pay. Since the auto payment were cancelled without any prior warning to the vehicle owners ,

each payment for the month of December has and will come back returned. Only the first two vehicles were successful paid the rest are due.

| | | | |
|---|---|---|---|
| Mazda CX30 2022 | 1st of The Month | Mazda Financial Services | $556.67 paid on time |
| Toyota Corolla X 2022 | 1st of The Month | Toyota Financial | $590.92 paid on time |
| Corvette 2022 | 8th of The Month | GM Financial | $1,904.16 Past due |
| Acura MDX 2022 | 10th of The Month | American Honda Finance | $999.00 showing paid as of today |
| Audi Q5 2022 | 21st of The Month | Audi USA | $949.00 Past Due |
| BMW X5 2022 | 21st of The Month | BMW Financial | $1,359.87 Past Due |
| Toyota Corolla HA 2022 | 22nd of The Month | Toyota Financial | $542.00 Past Due |
| Volvo XC40 2022 | 25th of The Month | Affinity Financial | $887.00 two months late |

The Following vehicles are all late and need to be paid immediately.

| Traffic Violations | As Of Today 09/03/2024 | |
|---|---|---|
| NYC Unpaid Tolls | | $1,826.09 |
| NYC Department of Finance Parking and Camera Violations | | $1,975.49 |
| PA Unpaid Tolls | | $119.90 |
| Massachusetts Unpaid Tolls | | $34.10 |
| New Jersey Courts | | $357.00 |
| | | $4,312.58 |

| Vehicles Monetary Damages | | |
|---|---|---|
| 2022 Mercedes Benz --------------------------- | Collections | $15,383.03 |
| Lease Contract End Day October 1 2024 | | |
| | Tickets and Vehicle | $19,695.61 |
| Drivepro & Perking unanswered contract | | 4400 |
| | Total Loss | $28,408.19 |

| Damages Caused by DrivePro |
|---|
| *DrivePro Took Posetions of The Car without any prior authorization from owner. |
| *Failed to establish a contract for compensation and Terms. |
| *Damage to owner by Allowing Trafic Violations Summons to go Unpaid. |
| *Damage to owner by Allowing Unpaid Tolls to go into Collection. |
| *Damage to Owner Credit File by failing to make payment on time. |
| *Damage to Vehicles have gone unnotified to owner along with excess of wear tear and miles. |

| Resolution We Want from DrivePro |
|---|
| 1-Pay All Traffic Tickets and Tolls with Fees |
| 2-Pay Off Remaining Lease Terms Along with all fees Associated with excess wear and tear. |
| 3- Compensation for Credit Damage and Personal Damages. |

| | | |
|---|---|---|
| Mercedes benz was repot by Mercedes financial and sold in an auction. | Estimated value of car | 90,000 |
| Gisselle Aguilar would be responsible for the loss not covered by the auction. | | |
| Which could could in the tens of thousands of dollars not including the already late | | |
| payments and fees. | | |

| | | | |
|---|---|---|---|
| | | | |

**************Must Be noted The Ticket Count Will increase since Drivepro Continued to Rent The Car**********

| Traffic Violations | Rolando R Chico |
|---|---|
| NYC Unpaid Tolls | $16,905.42 |
| NYC Department of Finance Parking and Camera Violations | $6,926.31 |
| East Hampton Town Justice Court | $190.00 |
| New Jersey Courts | $569.00 |
| NJ EZ PASS Unpaid Tolls | 3253.61 |
| Country of Canda City Quebec - Speeding Ticket | $392.00 |
| | $28,236.34 |

**********Must Be noted The Ticket Count Will increase since Drivepro Continues to Rent all The Cars**********

| | Purchase Price | Contract Date End |
|---|---|---|
| Corvette 2022 | 79016.21 | November 8, 2028 |
| Acura MDX 2022 | 42575.32 | Jan 22, 2026 |
| Audi Q5 2022 | 39731.72 | Jan 22, 2026 |
| BMW X5 2022 | 46070.37 | July 22, 2025 |
| Toyota Corolla HA 2022 | 18007.36 | July 22, 2025 |
| Volvo XC40 2022 | 35508.56 | September 25,2025 |
| Total To Pay Cars | 260909.54 | |

| Damages Caused by DrivePro | | |
|---|---|---|
| Drivepro & Perking unanswered contract | 28,800 | 6 cars at $400 a month<br>december 1 2023 until December 2024 and continuing |
| *DrivePro Took Posetions of All The Cars without any prior authorization from owner. | | |
| *Failed to establish a contract for compensation and Terms. | | |
| *Damage to owner by Allowing Trafic Violations Summons to go Unpaid. | | |
| *Damage to owner by Allowing Unpaid Tolls to go into Collection. | | |
| *Damage to Owner Credit File by failing to make payment on time. | | |
| *Damage to Vehicles have gone unnotified to owner along with excess of wear tear and miles. | | |

| Resolution We Want from DrivePro |
|---|
| 1-Pay All Traffic Tickets and Tolls with Fees |
| 2-Pay Off Every Single Car they took Posetion without authorization. We cannot be responsible for any excess wear and tear or damages. |
| 3- Compensation for Credit Damage and Personal Damages. |

**************Must Be noted The Ticket Count Will increase since Drivepro Continues to Rent all The Cars**********