NJMVC
New Jersey Motor Vehicle Commission

STATE OF NEW JERSEY
MOTOR VEHICLE COMMISSION
225 EAST STATE STREET
TRENTON, NEW JERSEY 08666
(609)292-7500

# SCHEDULED SUSPENSION NOTICE

ROLANDO R CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

D.L. NUMBER C3433 66579 11592

The Court listed below has ordered the Motor Vehicle Commission (MVC) to take suspension action against your New Jersey driving privilege, which is scheduled to be suspended on 02/27/2025 indefinitely.

By authority of the N.J.S.A.39:5-30,the MVC has scheduled the suspension of your New Jersey driving privilege because you violated the Parking Offenses Adjudication Act, N.J.S.A. 39:4-139.2 et seq and failed to answer summons(es)in the following court:

For summons related information, refer to the back of this notice. Contact the court for information on how to satisfy the summons(es) and obtain court receipts for proof of payment.

CT NAME: NEW BRUNSWICK CITY COURT CITY: NEW BRUNSWICK ST: NJ ZIP: 08903
PO BO 265
25 KIRKPATRICK STREET

The receipt(s) must indicate the name of the court, the summons number(s), the court docket number(s), the date(s) of the violation(s), and the date the summons(es) were satisfied. If this information is not shown on the receipt(s), Motor Vehicle Commission cannot accept the receipt(s) as proof that you paid the summons(es).

Receipt that the summons(es) is satisfied must be received before the suspension date or your New Jersey driving privilege will be suspended and you will have to pay a $100 restoration fee.

Latrecia Littles-Floyd
Acting Chief Administrator

# NOTICE AFTER REPOSSESSION OR VOLUNTARY SURRENDER MOTOR VEHICLE LEASE

Mercedes-Benz Financial Services

**Lessee's Name and Address**

Gisselle Aguilar
1511 40th St.
North Bergen, NJ 07047

RE Account Number: 5001996774001

You have broken your Motor Vehicle Lease Agreement dated 07/21/2021.

As a result, we have obtained the Vehicle, either by [X] repossession or [ ] voluntary surrender, whichever is checked.

DESCRIPTION OF YOUR VEHICLE:

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2021 | Mercedes-Benz | S580V4 | W1K6G7GB6MA043608 |

**NOTICE OF SALE:** Your Vehicle will be offered for sale, at private sale beginning on 11/27/2024, and from day to day thereafter until sold. Your vehicle will be sold by:

[X] Mercedes-Benz Financial Services

[ ] the Dealer who leased you the Vehicle (as our assignee). Your Vehicle has been or will be returned to that Dealer, but will NOT be sold before the date shown.

| DEALERSHIP NAME | PHONE NUMBER |
|---|---|
| ADDRESS, CITY, STATE, ZIP | |

You may have a right to renew your lease and pay future monthly payments as they come due. This is called "reinstatement" under New Jersey law.

[X] You do have a right to reinstate.

[ ] You do not have a right to reinstate because your conduct was fraudulent, you intentionally and wrongfully concealed, removed, damaged, or destroyed the vehicle, or you attempted to do so,and the vehicle was repossessed because of that conduct; or,the vehicle was seized by a police department, bureau, or force and the vehicle was repossessed because of that seizure.

[ ] Because of a prior default and reinstatement of this lease, you do not have a right to reinstate.

To reinstate, you must pay us the NET AMOUNT itemized below, plus any other amounts that may become due after the date of this Notice and before you pay us, by 11/27/2024. You must pay with cash, money order or certified funds; no personal checks will be accepted. In addition, you must also cure all other defaults as

| | | | |
|---|---|---|---|
| PAST DUE PAYMENTS | | | $ 17,352.08 |
| PLUS: LATE CHARGES | | | $ 453.31 |
| PLUS: REPOSSESSION & STORAGE COSTS (To Date) | | | |
| | TOWING COSTS | $ 1,450.00 | |
| | STORAGE COSTS (Daily Rate $0.00 ) | $ 0.00 | |
| | OTHER COSTS (Specify) | $ 0.00 | |
| | NSF FEE | $ 159.96 | |
| | SUBTOTAL OF COSTS | | $ 1,609.96 |
| NET AMOUNT NEEDED TO REINSTATE (NOT INCLUDING OTHER AMOUNTS THAT MAY BECOME DUE AFTER THE DATE OF THIS NOTICE) | | | $ 19,415.35 |
| Other: | | | |

**INSURANCE RIGHTS:** If you do not want the vehicle back, you should consider canceling any insurance on it. To make sure this is done, call the insurance company or the Dealer.

**REMAINING DEBT:** The sale price might not cover your early termination liability. If that happens, you will owe the difference to us and you could be sued for this difference. If there is any attempt to collect this difference from you, we should send you a summary of the resale and expense amounts.

**NOTICE TO CO-LESSEE:** As a Co-Lessee, you are personally liable for any indebtedness owed to us. You are also subject to all obligations of Lessee. All the rights and obligations you agreed to in the Lease and which are set forth in this Notice. In your capacity as Co-Lessee, a judgment may be sought against you should the sale price not cover Lessee's early termination liability.

*Your vehicle is stored at:*

| STREET NO. & NAME | CITY & STATE |
|---|---|
| ALS RESOLVION, 361 GROVE STREET | NEWARK, NJ 07103 |

**Mercedes-Benz Financial Services**

| MAILING ADDRESS | TELEPHONE NO. |
|---|---|
| P.O. 685, Roanoke, TX 76262 | (866) 898-1958 ext. |

PROOF OF MAILING

On the date indicated above I sent by [X] First Class Mail [ ] Certified Mail, a copy of the above notice to the person(s) at the address(es) stated in the above notice

| | DATE |
|---|---|
| G. Reichanker | 11/11/2024 |

10:18

Search in mail

Primary

M Microsoft account team 8
Microsoft account password reset
Microsoft account Password reset code Pleas..

M Microsoft account team 7
Your single-use code
Hi blueangel781@gmail.com, We received you..

M Microsoft account team 2
Your single-use code
Hi blueangel781@gmail.com, We received you..

< Back

## SSN trace

Address found

| | |
|---|---|
| **Found** | Oct 6, 2024 |
| **Risk level** | HIGH RISK |

## What happened?

On 05-Oct-2024, we found an address associated with your SSN.

**Address:** 210 Paterson Plank Rd, Union City, NJ 07087

## What now?

If you recognize this activity, no action is required on your end. Otherwise, lock your Experian credit file for more protection.

Lock your credit file

Don't recognize this?

## What is Social Security number monitoring?

We monitor any aliases or addresses associated with your Social Security number.


NEW JERSEY NJMVC
New Jersey Motor Vehicle Commission
AUTO DRIVER LICENSE
NOT FOR "REAL ID" PURPOSES
Chief Administrator
DL A5675 72200 11972
CLASS
DOB 11-18-1997
ISS 05-15-2021
EXP 11-18-2
ALVAREZ
STEPHEN
210 PATERSON PLANK RD
UNION CITY, NJ 07087-2826
END NONE
RESTR 1
GENDER M HGT 5'-08" EYES BRN
WX
WX202113500000775
DUP01 11.00

**MARSHAL'S EXECUTION SALE**
**PUBLIC SALE**
**AUCTION FOR MARSHAL Marshal Linda C. Swift**
OFFICE OF CITY SHERIFF
345 ADAMS STREET, 5TH FLR.
BROOKLYN, NEW YORK 11201
ANTHONY MIRANDA, SHERIFF
NYC PARKING VIOLATIONS OPERATIONS,
NYS DEPARTMENT OF MOTOR VEHICLES AND/OR
THE PEOPLE OF THE STATE OF NEW YORK
-vs-
Various Judgment Debtors

I will sell at Public Auction by FREDRICK MCKEITHAN, Auctioneer, on Wednesday February 05, 202 at 11:00 o'clock in the morning at KEN BEN INDUSTRIES 1908 SHORE PARKWAY BROOKLYN NY 11214 the right, title and interest of the judgment debtors in and to the following vehicles:

| # | YEAR | MAKE | PLATE# | ST | VEHICLE ID | LIENHOLDER |
|---|---|---|---|---|---|---|
| 1 | 2008 | ME/BE | KZF7039 | NY | WDBUF56X98B264110 | WESTLAKE;FINANCIAL;SERVICES |
| 2 | 2014 | AUDI | KDW8162 | NC | WA1LGAFEXED004424 | AMERICAN;AIRLANES;EMP;FCU |
| 3 | 2006 | HONDA | KFZ3871 | NY | 1HGCM564X6A096717 | |
| 4 | 2005 | BMW | V12UGR | NJ | WBXPA93485WD22765 | |
| 5 | 2008 | HONDA | HXQ6074 | OH | JHMGD386X8S069113 | |
| 6 | 2013 | JEEP | LJX4697 | NY | 1C4RJFAG7DC566681 | JPMORGAN;CHASE;BANK;NA |
| 7 | 2004 | JEEP | TXZ2619 | TX | 1J4GW48S04C204015 | |
| 8 | 1999 | DODGE | LXV8466 | PA | 1B4HS28Y5XF685510 | |
| 9 | 2011 | INFIN | LXT4522 | PA | JN1CV6AR8BM355477 | |
| 10 | 2015 | INFIN | CPR7158 | GA | 5N1AL0MN3FC532850 | |
| 11 | 2005 | NISSA | MHL2521 | PA | 5N1AR18W65C735746 | |
| 12 | 2023 | CHEVR | P88RKS | NJ | 1GNSKSKD1PR102502 | BANK;OF;AMERICA |
| 13 | 2011 | CHRYS | KLL1135 | NY | 2A4RR8DG7BR733720 | |
| 14 | 2010 | FORD | KLX9478 | TX | 2FMHK6CC8ABD02718 | |
| 15 | 2009 | AUDI | LPW3942 | NY | WAULF78K29A135835 | |
| 16 | 2007 | ACURA | KTL3786 | NY | 19UUA76517A035159 | |
| 17 | 2011 | FORD | LRY1301 | NY | 1FMCU4K30BKB04801 | |
| 18 | 2007 | GMC | ZRL8290 | PA | 1GTFG15Z871112293 | |
| 19 | 2002 | CHEVY | LST9714 | PA | 2CNBJ734626955839 | |
| 20 | 2006 | TOYOT | KPJ2005 | NY | JTEHT05J962087580 | |
| 21 | 2015 | SUBAR | MLW4328 | PA | JF2GPAFC1F8291184 | WESTLAKE;FINANCIAL;SERVICES |
| 22 | 2020 | MITSU | M83MYK | NJ | JA4AP3AU1LU003483 | REGIONAL;ACCEPTANCE;CORP |
| 23 | 2008 | PONTI | LDF1622 | NY | 1G2ZG57B184105016 | |
| 24 | 2011 | VOLKS | KWX9495 | NY | 3VWDZ7AJ3BM372825 | SANTANDER;CONSUMER |
| 25 | 2020 | ACURA | LCG9232 | NY | 5J8YD4H07LL034122 | SANTANDER;CONSUMER |
| 26 | 2016 | JEEP | 3FE2237 | MD | 1C4NJDEB4GD544427 | CONSUMER;PORTFOLIO;SERVICES |
| 27 | 2018 | KIA | LKK1469 | NY | 5XXGT4L33JG200907 | NAVY FEDERAL |
| 28 | 2017 | VOLKS | G32PYW | NJ | 3VWDB7AJ2HM378936 | CREDIT;ACCEPTANCE;CORP |
| 29 | 2013 | CHEVR | MKX1098 | PA | 2GNFLEEK1D6191537 | |
| 30 | 2007 | BMW | LLE2384 | NY | WBANF73517CU27777 | |

**The Department of Finance, the New York City Marshal and the Office of the Sheriff make no warranty, expressed or implied, as to the year of any vehicle or any vehicle's quality or state of repair. Successful purchasers are encouraged to have the vehicle inspected for safety before use including but not limited to manufacturers recall and repair notices. Vehicle safety recall information may be researched at https://vinrcl.safercar.gov/vin/. The National Highway Traffic Safety Administration (NHTSA) site lets you enter a Vehicle Identification Number (VIN) to learn if a specific vehicle has not been repaired as part of a safety recall in the last 15 years.**

Subject: Ticket Reconciliation

Jose,

I am writing on behalf of DrivePro LLC, with which you did business commencing December 31, 2023. For good order, and as you are aware, Perkin Industries is not a party to any transaction with you or otherwise responsible for your business with DrivePro, nor is DrivePro LLC responsible for any activities you may have had prior to December 31, 2023 with DNCD or anyone else.

Tickets - DrivePro:

We are in receipt of your emails, but again, you have failed to provide adequate documentation, either now or in a timely manner. Your responsibility is, and was, to immediately notify DrivePro of any outstanding tickets, penalties, etc., and certainly within 15 days.

Notwithstanding your failure to provide DrivePro with adequate notice and documentation, as an accommodation to you, DrivePro will pay the tickets listed in the attachment we have created, which to the best of our knowledge, covers all outstanding tickets from December 31, 2023, to the present. Payment will be made on or before Monday, January 27th. However, although DrivePro is making payment in full for these tickets, totaling $9,732, in order to avoid any additional damages, you are responsible for any penalties, interest charges or other penalties assessed for late payment in the cases where tickets were not submitted to DrivePro for payment within the required 15-day period. While we are making payment now for the full amount, you are responsible to reimburse DrivePro for any such penalties, interest charges, etc., and DrivePro will deduct from any other monies that may be owed to you. Accordingly, we ask that you provide us immediately with any documentation (including emails) confirming timely submission to DrivePro, so that we can properly allocate responsibility.

Tickets – DNCD:

For tickets issued prior to December 31, 2023, DrivePro has no responsibility and any issues arising around such tickets remain between you and DNCD. As a one-time accommodation, and in an effort to promptly resolve all outstanding matters, we have arranged for payment to be made on those tickets as well (subject to your continuing obligation for any penalties, interest charges, etc., arising out of your failure to provide timely notice of the outstanding tickets).

Car Payments:

As to outstanding car payments: we have found emails unclear and lacking in documentation in support of your claims for unpaid funds. In order to resolve your claims, you will need to provide me with a detailed list of (i) vehicles which are the subject of your claims, (ii) the precise amount, by month, of any outstanding monthly car payments for which you believe DrivePro is responsible, specifying in each case the specific vehicle, the amount, and the payee, and (iii) an explanation (with all relevant supporting documentation) of the basis for your claim that such amounts are owed by DrivePro. This will allow us to review and address any discrepancies appropriately. We commit to reviewing all your claims promptly once sufficient and clear information is received.

Please let us know once you have everything compiled so we can move forward.

Best,

Sydney

--

**Sydney Klavans**

Director of Operations

sydney@perkinindustries.com

www.perkinindustries.com

(727) 410-0783

---

**5 attachments**

**image001.png**
21K

**image002.png**
6K

**image003.png**
7K

**image004.png**
6K

# NO

# DOCS

# NEEDED

Turo Inc.
Turo Inc
7835 Woodland Dr, Suite 200
Indianapolis, IN 46278
(855) 411-0404 Fax: (855) 584-5198

5/9/2022

JP MORGAN CHASE BANK
210 Paterson Plank Rd
Union City, NJ 07087

ID#: 1260039
Claim #: 245149
Date of Loss: 03/13/2022

Dear JP MORGAN CHASE BANK ,

You are receiving this letter and enclosed documents because of the recent total loss automobile claim for your:
2021 LAND ROVER RANGE ROVER SPORT SALWR2SU9MA759220

In order for us to properly process your vehicle title and expedite settlement payment of the total loss automobile claim, we ask that you verify the following information, complete, and return any requested forms as detailed below:

**Breakdown of Settlement:**

| | |
|---|---|
| Actual Cash Value (ACV): | $88,165.00 |
| Additions: | $64.50 |
| Subtractions: | $0.00 |
| Sales Tax: | $5,840.93 |
| Deductible: | $1,625.00 |
| Net Settlement: | $92,445.43 |
| Owed to Lienholder: | $0.00 |
| Balance: | $92,445.43 |

X **Keys**
If your vehicle was picked up from your residence or if it is at a repair shop or towing facility and you have keys in your possession, please place them in the key envelope provided, seal it, and place it in the return package. Please do not place keys directly in your package without placing them in the key envelope, as the keys may cause the package to tear.

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

Thank you for your time and assistance. A postage-paid, return envelope has been provided for your convenience. **Should you have any questions please call me directly at** (855) 411-0404.

Sincerely,

Title Administrator

Turo Inc.
IAA Title Procurement
7835 Woodland Drive Suite 200
Indianapolis, IN 46278
(855) 411-0404

Claim# : 245149
Work Order: 1260039
Date of Loss: 03/13/2022

Dear JP MORGAN CHASE BANK

After reviewing your claim, your 2021 LAND ROVER RANGE ROVEI has been determined to be a total loss. What this means is Turo Inc. will not be repairing your vehicle but rather will pay you the actual cash value of your vehicle.

**What's a total loss?**
A car is declared a total loss when it is neither practical nor economical to repair the vehicle. Most states regulate the definition of a Total Loss either by a percentage of damage or by using the Total Loss formula (Cost of Repairs + Salvage Value > Actual Cash Value).

**What happens next?**

**Paperwork**

- You will be receiving the paperwork either by FedEx or email depending on state requirements. Refer to the instructions provided on how to fill out, sign and return the enclosed documents.
- Sign and have notarized if applicable your power of attorney and return it using the enclosed shipping labels.
- Make sure your power of attorney has the required signatures. If not, you will have to resend it, which will delay your settlement payment.
- Filling out the required documents accurately and timely will help us process your claim quickly.

**Vehicle Release**

- If your vehicle is at a repair shop or towing facility, please call the facility to authorize IAA to pick up your vehicle.
- If your vehicle is at your residence, IAA will call you to coordinate pick up. Please return their call promptly to arrange a pickup time if they have left you a message.
- Remove your belongings from your vehicle

**Payment**

- If you are making payments to [a finance company that's listed on your policy or your title], we'll pay them first.
  - Continue making your regular car payments until we pay the finance company.
  - If there's money left after we pay your finance company, we will send it to you.
  - If there's not enough money to cover your loan, you will be responsible for paying off the remaining balance.
- If you own the vehicle, we will pay you directly.
- If you have car replacement assistance coverage, you will receive 20% of the actual cash value as listed above

**How to Contact Us**

If you have questions or need additional information regarding these documents, please contact us by:

- Phone: (855) 411-0404
- Email: titleprocurement@iaai.com

Sincerely,

IAA Representative

ORIGIN ID:JSLA (201) 284-0020
JP MORGAN CHASE BANK
210 PATERSON PLANK RD
UNION CITY, NJ 07087
UNITED STATES US

SHIP DATE: 09MAY22
ACTWGT: 1.00 LB
CAD: 103146994/WSXI3300
BILL SENDER

TO IAA TITLE PROCUREMENT
7835 WOODLAND DRIVE SUITE 200
INDIANAPOLIS IN 46278
(866) 698-4853 REF: 000000
INV:
PO: 1260039 DEPT:

577J5/1BD6/FE4A

FedEx Express

E

J222022041201uv

TUE - 10 MAY 4:30P
STANDARD OVERNIGHT

TRK# 0201 2729 2654 4469

XN OTNA

46278
IN-US IND

12:22 50

51

Stephen ( Turo Mastermind )

Saw it

Ok

Pls

Tue, Feb 4 at 3:11 PM

Stephen,

Sydney hasn't replied, and yesterday's email was about the tenth one I've sent regarding the Toyota. At this point, it's clear they're not going to take responsibility or cover the repair costs. I'm done reaching out—she hasn't responded to my last few emails, she's refusing to pay for the repairs, and she's not making the car payments despite her company using it for business.

Today 12:11 PM

Lllamme cuando puedes

Please

Please contact

asatrianlawgroupllc@gmail.com

For whatever request or communication you have.

Delivered

iMessage

Account Number
Ending: 0428

Car Model
2022 Toyota PRIUSPRIME



Amount Due
$493.90

Due Date
Feb 28, 2025

Payment Details:

Current Regularly Scheduled Payment Amount $479.78

Set Up Recurring Payments

Make One-Time Payment

Maturity Date
May 28, 2025

End Of Lease Options

Remaining Months
4

### Make An Express Payment

Amount Due
$493.90

Pay From
Checking: Ending 4586

Pay On
Today

This payment cannot be edited once submitted

One-Click Pay $493.90

### Bank Accounts

Checking
Bank Ending: 4586 PREFERRED

Checking
Bank Ending: 3386

Manage Bank Accounts

### Billing Statements

| Statement Date | View | Download |
| --- | --- | --- |
| Jan 09, 2025 | | |
| Dec 11, 2024 | | |

View All Statements

Account Number
Ending: 6343

Car Model
2022 Toyota COROLLA HA



Amount Due
$1,111.10

Due Date
Dec 22, 2024

Payment Details:

| | |
|---|---|
| Current Regularly Scheduled Payment Amount | $542.00 |
| Late Charges | $27.10 |

Set Up Recurring Payments

Make One-Time Payment

Maturity Date
Jul 22, 2025

End Of Lease Options

Remaining Months
5

## Make An Express Payment

Amount Due
$1,111.10

Pay From
Checking: Ending 3386

Pay On
Today

This payment cannot be edited once submitted

One-Click Pay $1,111.10

## Bank Accounts

Checking
Bank Ending: 3386

Manage Bank Accounts

## Billing Statements

| Statement Date | View | Download |
|---|---|---|
| Jan 03, 2025 | | |
| Dec 05, 2024 | | |

View All Statements

## Transactions

| Date | Payment Type | Status | Amount |
|---|---|---|---|
| Jan 22, 2025 | Recurring | Cancelled | ~~$542.00~~ |
| Dec 22, 2024 | Recurring | Failed | $542.00 |

## Overview

View Inbox(0)

NEXT PAYMENT DUE

Past Due

Amount Due $2,719.74

2022 X5 xDrive40i
Lease Account | 4004083625

MAKE A PAYMENT

PREVIOUS PAYMENT

$1,359.87

Paid on Nov 21, 2024

2022 X5 xDrive40i
Lease Account | 4004083625

VIEW STATEMENT

QUICK LINKS

Payoff Information

Account Details

Paperless Statements & Notifications

EasyPay – Automatic Recurring Payments

Recent Activity

## Account Activity

2022 X5 xDrive40i

Lease Account | 4004083625



HELP CENTER

Paperless Billing

Automatic Payments

Mileage Management

ACURA

Account Details

ADD A PRODUCT +

## 2022 ACURA MDX



VIN
5J8YE1H4XNL052311

ACCOUNT #
463779415

ACCOUNT TYPE
Lease

Your account is Past Due. Please make a payment.

### CURRENT BILL

ENROLLED IN EASYPAY

AMOUNT DUE
$1,024.00
VIEW DETAILS

DUE DATE
Feb 10, 2025

MAKE ONE-TIME PAYMENT

MANAGE EASYPAY

INCLUDES $999.00 PAST DUE

Other Payment Options

### PAYMENT PROGRESS

13 *of* 42
PAYMENTS LEFT

TODAY'S PURCHASE AMOUNT
$42,766.66

MATURITY DATE
Jan 22, 2026

TERM
42 Months

### PAYMENT ACTIVITY

NEXT SCHEDULED PAYMENT
$999.00 on Feb 10, 2025

LAST PAYMENT RECEIVED
$999.00 on Dec 10, 2024

### STATEMENTS

Select Month

2022
CHEVROLET CORVETTE

ADD ACCOUNT

60% Completed

MY PROFILE

Past Due

$3,818.32

50 Days Past Due

MAKE A PAYMENT

Updated as of Jan. 26, 2025

Next Payment

$1,904.16

Due on Feb. 8, 2025



## PAYMENT PROGRESS

REQUEST PAYOFF QUOTE

36%

48 of 75
Payments to Go

$1,904.16
Monthly Payment

Nov. 8, 2028
Maturity Date

## LAST PAYMENT

PAYMENT HISTORY

Nov. 8, 2024 $1,904.16

## STATEMENTS

MANAGE PAPERLESS

Select Statement
January 2025

VIEW

## ACCOUNT DETAILS

111061930024
Account Number

July 25, 2022
Account Opened

1G1YB2D43N5120951
Vehicle ID Number

75 months
Term

$5,079.97
Interest Paid Last Year

$116,824.79
Amount Financed

6.49%

Account Number
Ending: 6690 ⓘ

Car Model
2022 Toyota COROLLA X ⓘ



Amount Due
**$1,210.57**

Due Date
Dec 15, 2024

**Payment Details:**

| | |
|---|---|
| Current Regularly Scheduled Payment Amount ⓘ | $590.52 |
| Late Charges | $29.53 |

Set Up Recurring Payments

Make One-Time Payment

Maturity Date
**Aug 01, 2025**
End Of Lease Options

Remaining Months
6

## Make An Express Payment

Amount Due
$1,210.57

Pay From
Checking: Ending 3386

Pay On
Today

This payment cannot be edited once submitted

One-Click Pay $1,210.57

## Bank Accounts

Checking
Bank Ending: 3386
PREFERRED

Manage Bank Accounts

## Billing Statements

| Statement Date | View | Download |
|---|---|---|
| Dec 27, 2024 | | |
| Nov 27, 2024 | | |

View All Statements

## Transactions

| Date | Payment Type | Status | Amount |
|---|---|---|---|
| Feb 15, 2025 | Recurring | Cancelled | ~~$590.52~~ |
| Jan 15, 2025 | Recurring | Failed | $590.52 |
| Dec 15, 2024 | Recurring | Failed | $590.52 |

Account Number
Ending: 0855

Car Model
2022 MAZDA CX-30 2.5 S SE AWD



PAST DUE

Amount Due
**$1,169.00**

Due Date
Feb 01, 2025

Payment Details:

| | |
|---|---|
| Current Regularly Scheduled Payment Amount | $556.67 |
| Past Due | $556.67 |
| Late Charges | $55.66 |

SET UP RECURRING PAYMENTS

MAKE ONE-TIME PAYMENT

Maturity Date
Aug 01, 2025
End Of Lease Options

Remaining Payments
7

## MAKE AN EXPRESS PAYMENT

Amount Due
$1,169.00

Pay From
Add Bank

Pay On
Today

This payment cannot be edited once submitted

ONE-CLICK PAY $1169.00

## BANK ACCOUNTS

There's no Bank Account linked to this account.

ADD BANK ACCOUNTS

## BILLING STATEMENTS

| Statement Date | View | Download |
|---|---|---|
| Jan 15, 2025 | | |
| Dec 16, 2024 | | |

VIEW ALL STATEMENTS

## TRANSACTIONS

| Date | Frequency | Status | Amount |
|---|---|---|---|
| Jan 06, 2025 | | Reversed | $556.67 |

Affinity Federal Credit Union

My Accounts | Pay & Transfer | Self-Service Center | FAQ's & Secure Email | Check Deposit | Statements & Documents | Financia

# Account History

2022 VOLVO XC40 AWD *3421

Balance **$34,697.20**

Available credit $0.00

Amount due $3,060.15

Next due 11/26/2024

Account Details

Export | Print

Narrow by items containing:

e.g. AT&T, check, 5.00

Nov 1, 2024 - Jan 27, 2025 Custom

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/10/2025 | Late Charge Assessment | -$44.35 | $34,697.20 |
| 12/11/2024 | Late Charge Assessment | -$44.35 | $34,697.20 |

# Q5 S Line 45 TFSI q 2022

Premium



VIN
WA1GAAFY9N2075459
Copy VIN

Preferred dealer
Choose your dealer >

## Audi Financial Services

**Your next bill is due**
Dec 21, 2024
$2,914.57
AutoPay is not setup

**Financial services dashboard**
Make or cancel payments, request a payoff quote, and view your transactions and statements securely in the dashboard.

View my dashboard

9:31 4.3MI 90

47

TR
M
3 People

Wed, Jul 10 at 1:50 PM

Stephen ( Turo Mastermind )



For the record
Toyota Prius - is under assurance responsibility, we provided keys and customer gave report to Anabela to start fixing the car

Tammy Rental Company Accounting

TR ok

iMessage

7:22 100

57

DRIVEPRO

Stephen ( Turo Mastermind )

Una loca , drove like upstate New York and hit the the side rails in the highway

Side Swap / airbags deployed

Smh

Thanksfully it was Turo , and you know they take care of that quick

I had gotten in the past 2 months like 6 Total Loss

Ok let me get up

No rush 😊

btw i got an estimate to fix prius... is not right i have to pay for it

Enter Tu y YO - DONT SAY THIS

Dijon internally when you emailcouple of days ago that they will take care of it

Dijeron

So if I am you , between you and I - once you get estimate - Tell Sydney about it , she will push back to Mitch

ok thanks

I have email her like 100 times

iMessage

10:59

6 Messages

All Inboxes **Issues With Payments.**

**From:** blueangel781@hotmail.com <blueangel781@hotmail.com>
**Date:** Thursday, December 26, 2024 at 1:40 PM
**To:** Sydney <sydney@perkinindustries.com>
**Subject:** Re: Issues With Payments.

Sydney this is not milda

This is Jose Diaz

On Dec 26, 2024, at 1:31 PM, Sydney <sydney@perkinindustries.com> wrote:

Hi Milda,

I am including Stephen so he can confirm that the payments are all approved. I sincerely apologize that some of these are overdue, as I am not receiving any notifications. We will work on getting reimbursements out to owners as soon as possible.

Since we blocked all automatic payments, I will need to be notified for each payment at the start of the month with an invoice along with their due date. We will be paying the owners directly, not through any financial institutions.

Thank you,
Sydney

--

**Sydney Klavans**

Director of Operations

<image001.png>

<image002.png>
sydney@perkinindustries.com

<image003.png>

10:56 5G 74

49

TR

Tammy

Wed, Dec 4 at 8:37 AM

Good morning Tammy

I just spoke with the shop
Regarding the vehicle that was not returned to me due to severe damages by one of your rental clients.

The shop has stated no work has been done on the car to fix the damages. The told me they were gonna tell stephen now. The car has to get fix so it can be returned to the dealer.. this is unacceptable....

Good morning Jose,

Wow....Send an email to Sydney at sydney@perkinindustries.com and cc'd the accounting@drivepro email address.

Ok thank Maam i will do right away

Correction: accounting@driveprofleet.com

Got it

Delivered

iMessage


10:57
5G UC 74
49
TR
Tammy
can u pls find out the status of my toyota prius? Its been in angel body shop for months now and i haven't received any updates from u guys....
Wed, Nov 13 at 5:01 PM
Hi Jose,
I was told you would need to reach out to the shop directly to get a status on your Prius.
Ok
thank u
Of course. Enjoy the rest of your evening.
Thank U Ma'am you have a blessed evening

7:23 100

57

DRIVEPRO

Stephen ( Turo Mastermind )

And i been asking her to pls donit

All i want is to make the car payments

And fix the prius

But she always has an excuse

Ask her how many emails i have send

Docens

Yes, she been , so now the problem is that there were a lot of cars in Autopay , and we did nto know who it was , so car payments like the Chico/ Maidy
We just have to find a way to have a payment send to you and/or you say I will make a payment of this and then she will get the notification in 24/48 hours and she can click Approve in Chase

Anyways ill email hwe again today abd see what haloeb

Yes, let me know outside of it, if you can ping her and ask her , like did he responded , because I told them yesterday I need to know stauts of these cars, so I can keep renting it or not

Ok ill email her in a bit

iMessage

10:58 42

< Sent **Issues With Payments.**

with one vehicle being two months late. This delay is causing significant financial and personal strain on the owners, and we are concerned about the potential long-term impact if this situation is not addressed immediately.

We kindly urge you to resolve this issue as soon as possible to prevent further damage to the vehicle owners. We expect that you will take the necessary steps to ensure the payments are brought up to date and that such delays do not occur again in the future.

We appreciate your prompt attention to this matter and look forward to hearing from you soon with a resolution.

All The following vehicles were enrolled by **Drivepro** and **Perkin Industries** in auto pay. Since the auto payment were cancelled without any prior warning to the vehicle owners ,

each payment for the month of December has and will come back returned. Only the first two vehicles were successful paid the rest are due.

| | | | |
|---|---|---|---|
| Mazda CX30 2022 | 1st of The Month | Mazda Financial Services | $556.67 paid on time |
| Toyota Corolla X 2022 | 1st of The Month | Toyota Financial | $590.92 paid on time |
| Corvette 2022 | 8th of The Month | GM Financial | $1,904.16 Past due |
| Acura MDX 2022 | 10th of The Month | American Honda Finance | $999.00 showing paid as of today |
| Audi Q5 2022 | 21st of The Month | Audi USA | $949.00 Past Due |
| BMW X5 2022 | 21st of The Month | BMW Financial | $1,359.87 Past Due |
| Toyota Corolla HA 2022 | 22nd of The Month | Toyota Financial | $542.00 Past Due |
| Volvo XC40 2022 | 25th of The Month | Affinity Financial | $887.00 two months late |

The Following vehicles are all late and need to be paid immediately.

7:22

57

DRIVEPRO

Stephen ( Turo Mastermind )

Today 6:59 AM

Good Morning brother,
Hope you are well

Need to bother you , and need this at your earliest convenience

Audi Q5 - Rolando Chico

Need Following information for Turo Total Loss Team

Name of All Titled Owners:
Vehicle Registration Address:
Your Preferred Mailing Address (if different):
Lien Holder (if applicable):
Loan or Account Number (if applicable):
Your Contact Preference: Call or Email

& After they will be sending a paperwork for Rolando Chico to sign so they can pay off the car (like the Power of Attorney etc)

Ill get back to you just waking up

Dale thanks

What happened

iMessage

7:22 100

57

DRIVEPRO

Stephen ( Turo Mastermind )

I am involved in those meetings, - PEro PLEASE Keep it between you and I . Thats why I also decided to text you directly

Shes not making payments on any cars

I send her all the invoice

Porque ayer , tambien Sydney said that you supposedly email her directly, and she asked to send the email to everyone attached etc

I was told by tammy to email her

I been doing everything they asked

So yesterday I also texted her , with the list of cars that is Chico / Maidy
So you can invoice her etc so she can make those payments

Because I got lucky and got the registration renewal for corvette, but Jessie told me you said that she is past due out for repo

how were u able to do that

Tammy, was fired last month

iMessage

7:22 100

57 DRIVEPRO

Stephen ( Turo Mastermind ) >

I thought u needed social

Oh damn why

1 Reply

What happen

I found in my conversation, SSN from iPad that messages dont delete

I see

Oh damn why

Lo mas obvious , she is slow , stupid, and a whole mess. We lost a lot of money because of her

Wow

So Sydney is cleaning up , she been good, she actually been clearing out stuff

Well shes hasnt pay none of the cars

These people credit is beyond repair

Is messed up

iMessage

# Fwd: Urgent Resolution Required for Damaged vehicle

1 message

**Martin Asatrian** <asatrianlawgroupllc@gmail.com>
To: kennialjoseph@gmail.com

Wed, Jan 1, 2025 at 7:45 AM

Please see below.

---------- Forwarded message ---------
From: **blueangel781@hotmail.com** <blueangel781@hotmail.com>
Date: Tue, Dec 10, 2024, 6:32 PM
Subject: Urgent Resolution Required for Damaged vehicle
To: sydney@perkinindustries.com <sydney@perkinindustries.com>
Cc: Tammy West <accounting@driveprofleet.com>

To Whom It May Concern:

I am writing to express my serious concerns regarding the handling of a vehicle owned by me Jose L Diaz that was utilized by DrivePro Car Rental Company. As you are aware, this vehicle was involved in an accident and sustained significant damage while it was rented to a DrivePro client.

2022 Toyota Prius Silver

It has been several months since this issue was first brought to DrivePro's attention, yet the vehicle remains unrepaired despite assurances that it would be returned in its original condition.
According to the body shop responsible for the repairs, no work has been initiated to fix the vehicle.
This situation is both unacceptable and deeply concerning. It is DrivePro's contractual and ethical responsibility to address and resolve any damage caused by their clients.
Failing to meet this obligation has resulted in undue delays and frustration.

The vehicle was intended to be returned to the owner fully repaired and in good condition, and this matter requires immediate resolution.
I urge Perkin Industries to demand that DrivePro take swift and decisive action to ensure the vehicle is repaired without further delay.

I trust you will treat this matter with the urgency it deserves and communicate any updates to me promptly. Please confirm receipt of this letter and provide a timeline for when this issue will be resolved.

Thank you for your attention to this matter. I look forward to your prompt response.

Assurance Auto Body Collision
178 Garibaldi Ave
Lodi, NJ 07644
Phone: (973) 773-7777
Fax: (973) 773-1777

***** PRELIMINARY ESTIMATE *****

RO# 3578

01/27/2025 03:23 PM

**Owner**

**Owner:** JOSE DIAZ
**Address:**
**Email:** BLUEANGEL78@YAHOO.COM
**Cell:** (201)783-4255

**Control Information**

**Claim # :** PRIUS
**Insured Policy # :**

**Inspection**

**Inspection Date:** 01/27/2025 03:23 PM
**Inspection Type:**

**Repairer**

**Repairer:** Assurance Auto Body Collision, Inc
**Address:** 178 Garibaldi Ave
**City State Zip:** Lodi, NJ 07644
**Email:** assuranceautobodycollision@gmail.com
**License # :** 03086A
**Target Complete Date/Time:**

**Contact:** Anabela Cinque
**Work/Day:** (973)773-7777
**FAX:** (973)773-1777
**Cell:** (973)558-6354
**Regulation ID:**
**Days To Repair:** 17

**Vehicle**

2022 Toyota Prius Prime LE 4 DR Hatchback
4cyl Hybrid 1.8
Continuously Variable Tr

**Lic Expire:**
**Veh Insp# :**
**Condition:**
**Ext. Color:** CLASSIC SILVER MET
**Ext. Refinish:** Two-Stage
**Ext. Paint Code:** 1F7

**VIN:** JTDKAMFP9N3208773
**Mileage Type:** Actual
**Code:** Y1974A
**Int. Color:** Black Fabric
**Int. Refinish:** Two-Stage
**Int. Trim Code:** FB20

**Options** ***- AudaVIN Information Received***

| | | |
|---|---|---|
| 1st Row LCD Monitor(s) | 2nd Row Head Airbags | AM/FM CD Player |
| Adaptive Cruise Control | Air Conditioning | Aluminum/Alloy Wheels |
| Anti-Lock Brakes | Armrest(s) | Assisted Driving Vehicle |
| Auto Emergency Braking | Auto Headlamp Control | Automatic High Beam |
| Black Grille | ***Bodyside Moldings*** | Bucket Seats |
| Cargo Lamp | ***Cargo/Trunk Liner*** | Center Console |

| | | |
|---|---|---|
| Collision Avoidance Sys | Color-Keyed Bumper(s) | Corrective Lane Assist |
| Courtesy/Warning Lights | Daytime Running Lights | Driver Attention Monitor |
| Driver Knee Airbag | Dual Airbags | Elect. Stability Control |
| Electric Steering | Engine Stop/Start | Fwd. Collision Alert |
| Head Airbags | Heated Front Seats | Heated Power Mirrors |
| Illuminated Visor Mirror | In-Vehicle WiFi | Interior Lighting |
| Intermittent Wipers | Keyless Entry System | LED Brakelights |
| LED Headlamps | Laminated Glass | Lane Departure Alert |
| Lighted Entry System | MP3 Decoder | Overhead Console |
| Pedestrian Detection Sys | Power Door Locks | Power Rear Window |
| Power Steering | Power Windows | Pwr Accessory Outlet(s) |
| Rear Side Airbags | Rear View Camera | Rear Window Defroster |
| Side Airbags | Single Exhaust System | Strg Wheel Radio Control |
| Sunvisor | Temperature Gauge(s) | Tilt Steering Wheel |
| Tinted Glass | Tire Pressure Monitor | Tonneau/Cargo Cover |
| Touch Screen Display | Traction Control System | Trip Computer |
| USB Audio Input(s) | Vehicle Tracking Service | Velour/Cloth Seats |
| Wireless Phone Connect | | |

***AudaVIN options are listed in bold-italic fonts***

**Damages**

| Line | Op | Guide | MC | Description | MFR.Part No. | Price | ADJ% | B% | Hours | R |
|---|---|---|---|---|---|---|---|---|---|---|
| **Front Bumper** | | | | | | | | | | |
| 1 | I | 8 | | Cover,Front Bumper LT | Repair | | | | 1.0* | SM |
| 2 | L | 8 | 13 | Cover,Front Bumper LT | Refinish | | | | 3.0 | RF |
| | | | | | 2.0 Surface | | | | | |
| | | | | | 0.6 Two-stage setup | | | | | |
| | | | | | 0.4 Two-stage | | | | | |
| 3 | I | 9 | | Cover,Front Bumper RT | Repair | | | | 1.0* | SM |
| 4 | L | 9 | | Cover,Front Bumper RT | Refinish | | | | 2.2 | RF |
| | | | | | 1.8 Surface | | | | | |
| | | | | | 0.4 Two-stage | | | | | |
| **Front Body And Windshield** | | | | | | | | | | |
| 5 | I | 104 | | Fender,Front RT | Repair | | | | 1.5* | SM |
| 6 | L | 104 | | Fender,Front RT | Refinish | | | | 2.9 | RF |
| | | | | | 2.4 Surface | | | | | |
| | | | | | 0.5 Two-stage | | | | | |
| **Front Doors** | | | | | | | | | | |
| 7 | I | 208 | | Door Shell,Front RT<br>High Strength Steel | Repair | | | | 6.5* | SM |
| 8 | L | 208 | | Door Shell,Front RT | Refinish | | | | 2.4 | RF |
| | | | | | 2.0 Surface | | | | | |
| | | | | | 0.4 Two-stage | | | | | |
| **Rear Doors** | | | | | | | | | | |
| 9 | I | 287 | | Door Shell,Rear LT<br>High Strength Steel | Repair | | | | 1.5* | SM |
| 10 | L | 287 | | Door Shell,Rear LT | Refinish | | | | 2.4 | RF |
| | | | | | 2.0 Surface | | | | | |
| | | | | | 0.4 Two-stage | | | | | |
| 11 | I | 288 | | Door Shell,Rear RT<br>High Strength Steel | Repair | | | | 4.5* | SM |
| 12 | L | 288 | | Door Shell,Rear RT | Refinish | | | | 2.2 | RF |
| | | | | | 1.8 Surface | | | | | |
| | | | | | 0.4 Two-stage | | | | | |

**Quarter And Rocker Panel**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | I | 390 | Panel,Quarter RT | Repair | | 6.0* | SM |
| 14 | L | 390 | Panel,Quarter RT | Refinish | | 2.3 | RF |
| | | | | 2.1 Surface | | | |
| | | | | 0.2 Two-stage | | | |
| 15 | BR | 397 | Door,Fuel Filler LT | Blend Refinish | | 0.2 | RF |
| | | | | 0.2 Blend | | | |
| | | | | INC Two-stage | | | |

**Tailgate**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | I | 479 | Shell,Tailgate | Repair | | 3.0* | SM |
| 17 | L | 479 | Shell,Tailgate | Refinish | | 1.5 | RF |
| | | | | 1.5 Surface | | | |
| | | | | INC Two-stage | | | |

**Rear Bumper**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | E | 566 | Cover,Rear Bumper | 5215947917 | $271.73 | 1.0 | SM |
| 19 | L | 566 | Cover,Rear Bumper | Refinish | | 3.0 | RF |
| | | | | 2.5 Surface | | | |
| | | | | 0.5 Two-stage | | | |
| 20 | E | 574 | Brkt,Rear Bumper Mtg LT | 5257647050 | $74.79 | 0.1 | SM |
| 21 | E | 575 | Brkt,Rear Bumper Mtg RT | 5257547050 | $74.79 | 0.1 | SM |
| 22 | E | 672 | Seal,Rear Bumper LT | 5259247050 | $75.74 | 0.1 | SM |
| 23 | E | 673 | Seal,Rear Bumper RT | 5259147060 | $75.74 | 0.1 | SM |
| 24 | E | 577 | Filler,Rear Bumper | 5245347030 | $229.02 | INC | SM |
| 25 | E | 635 | Cover,Tow Hook Access LT | 5216447060 | $12.76 | | SM |
| 26 | E | 636 | Cover,Tow Hook Access RT | 5216347070 | $12.76 | | SM |

**Rear Body, Lamps And Floor Pan**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27 | I | 509 | Panel,Rear Body | Repair | | 3.0* | SM |
| 28 | L | 509 | Panel,Rear Body | Refinish | | 1.6 | RF |
| | | | | 1.3 Surface | | | |
| | | | | 0.3 Two-stage | | | |
| 29 | RI | 533 | Taillamp Assembly,Otr LT | R & I Assembly | | 1.0 | SM |
| 30 | RI | 534 | Taillamp Assembly,Otr RT | R & I Assembly | | 0.7 | SM |
| 31 | E | 559 | Lens,Turn Signal Lamp LT | 8154147010 | $406.07 | 0.9 | SM |
| 32 | E | 560 | Lens,Turn Signal Lamp RT | 8153147010 | $406.07 | INC | SM |

**32 Items**

| MC | Message |
|---|---|
| 13 | INCLUDES 0.6 HOURS FIRST PANEL TWO-STAGE ALLOWANCE |

**Estimate Total & Entries**

| | | | |
|---|---|---|---|
| **OEM Parts** | | $1,639.47 | |
| **Paint & Materials** | 23.7 Hours @ $35.00 | $829.50 | |
| **Parts & Material Total** | | | $2,468.97 |

| **Labor** | **Rate** | **Replace Hrs** | **Repair Hrs** | **Total Hrs** | |
|---|---|---|---|---|---|
| **Sheet Metal (SM)** | $55.00 | 4.0 | 28.0 | 32.0 | $1,760.00 |
| **Mech/Elec (ME)** | $85.00 | | | | |
| **Frame (FR)** | $52.00 | | | | |
| **Refinish (RF)** | $55.00 | 23.7 | | 23.7 | $1,303.50 |

| | | |
|---|---|---|
| **Labor Total** | 55.7 Hours | $3,063.50 |
| **Gross Total** | | **$5,532.47** |
| **Net Total** | | **$5,532.47** |

Alternate Parts Y/03/00/00/03/03 Cumulative 03/00/00/03/03 Zip Code: 07644 Default
Rate Name Default

**Audatex Estimating 10.30.137 ES 01/27/2025 03:52 PM REL 10.30.137 DT 01/01/2025 DB 01/15/2025**
**State Disclosure:**NJ
**© 2025 Audatex North America, LLC.**

**A 50% Blend Refinish calculation of basecoat refinish labor was used for applicable panels on this estimate.**
**4.1 HRS WERE ADDED TO THIS ESTIMATE BASED ON AUDATEX'S TWO-STAGE REFINISH FORMULA.**
**ESTIMATE CALCULATED USING THE 2.5 HOUR MAXIMUM ALLOWANCE FOR TWO-STAGE REFINISH OF NON-FLEX, EXTERIOR SURFACES.**

**Op Codes**

| | | |
|---|---|---|
| * = User-Entered Value | ^ = Labor Matches System Assigned Rates | E = Replace OEM |
| NG = Replace NAGS | EC = Replace Economy | OE = Replace PXN OE Srpls |
| UE = Replace OE Surplus | ET = Partial Replace Labor | EP = Replace PXN |
| EU = Replace Recycled | TE = Partial Replace Price | PM = Replace PXN Reman/Reblt |
| UM = Replace Reman/Rebuilt | L = Refinish | PC = Replace PXN Reconditioned |
| UC = Replace Reconditioned | TT = Two-Tone | SB = Sublet Repair |
| N = Additional Labor | BR = Blend Refinish | I = Repair |
| IT = Partial Repair | CG = Chipguard | RI = R & I Assembly |
| P = Check | AA = Appearance Allowance | RP = Related Prior Damage |

SOLERA | Audatex
Vehicle Claims

This report contains proprietary information of Audatex and may not be disclosed to any third party (other than the insured, claimant and others on a need to know basis in order to effectuate the claims process) without Audatex's prior written consent.

**© 2025 Audatex North America, LLC.**
AUDATEX is a trademark owned by Audatex North America, LLC. All rights reserved.

Confidential

CHRYSLER
CAPITAL

12/3/2024

JOSE DIAZ
86 SEALS RD
DALLAS, GA 30157

## ACCOUNTING FOR SALE OF LEASED MOTOR VEHICLE

Account Ending In: 2740
VIN Ending In: NL104233
Vehicle: 2022 JEEP GLADIATOR
Final Odometer Reading: 46336

Dear: JOSE DIAZ

This letter serves as notification that Chrysler Capital, on behalf of the lessor under your Vehicle Lease Agreement for the vehicle referenced above, sold the vehicle on 11/7/2024. The proceeds of $29,200.00 received from the sale or the Realized Value were applied to the total amount due asfollows:

| Early Termination Charge* | |
|---|---|
| | Amount |
| Amount by which Adjusted Lease Balance $42,166.50 exceeds the Realized Value $29,200.00 | $12,966.50 |
| Additional Credit* | - $0.00 |
| Early Termination Charge | $12,966.50 |

*Additional credit provided by the Lessor to reduce the Early Termination Charge based on your termination date.

| Early Termination Liability | | |
|---|---|---|
| Early Termination Charge: | | $12,966.50 |
| Unpaid Lease Payments as of Termination: | + | $0.00 |
| Other Amounts Due Under Lease Agreement (excluding excess wear and mileage): | + | $0.00 |
| Property Tax: | + | $0.00 |
| Turn-in Fee: | + | $495.00 |
| Cost of Repossession: | + | $0.00 |
| Cost of Storage: | + | $0.00 |

Itemization Continued on Page 2

**SEE IMPORTANT CONSUMER NOTICES AT END OF LETTER**



©2024 Santander Consumer USA Inc. All rights reserved. CC-SER_40520-5a_MultiState_100124
Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.
138702003

Confidential

CHRYSLER CAPITAL

| | | |
|---|---|---|
| Cost of Reconditioning: | + | $0.00 |
| Auction Sales Fee: | + | $0.00 |
| Attorney's Fees: | + | $0.00 |
| Other: | + | $0.00 |
| **Credits:** | | |
| Security Deposit: | - | $0.00 |
| Insurance Proceeds, if applicable | - | $0.00 |
| Prepaid Early Termination Liability | - | $530.00 |
| Other: {N/A} | - | $0.00 |
| **Lease Balance Remaining Due:**** | | **$12,931.50** |

Early Termination Liability for which you are liable and for which demand is hereby made: $12,931.50

**Future debits, credits, charges, including additional credit service charges or interest, rebates, and expenses may affect the Early Termination Liability or amount to be remitted to you.

If you purchased credit insurance or any other ancillary product in connection with the lease of your vehicle, you may be entitled to a refund of unearned premiums. Please contact your dealer for details about recovering unearned premiums for credit insurance or any other ancillary product.

If you are responsible for Early Termination Liability, please remit this amount within ten (10) days of receipt of this notice to:

Chrysler Capital
P.O. Box 660647
Dallas, TX 75266-0647
Please include your full account number with your payment.

If you have questions regarding this notice or need to make payment arrangements, please contact us at (855) 563-5635, Monday through Friday, 7:00 AM to 9:00 PM or Saturday, 7:00 AM to 5:00 PM CT. To inquire by mail, please write us at P.O. Box 961275, Fort Worth, TX 76161.

We would like to thank you for being a valued customer.

Sincerely,
Chrysler Capital



©2024 Santander Consumer USA Inc. All rights reserved. CC-SER_40520-5a_MultiState_100124
Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.
138702003