Confidential

CHRYSLER CAPITAL

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**NOTICE:** TO THE EXTENT YOUR ORIGINAL OBLIGATION WAS DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY UNDER TITLE 11 OF THE UNITED STATES CODE, THIS IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE AN ATTEMPT TO COLLECT A DEBT OR TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**CALIFORNIA RESIDENTS:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Notice of Credit Reporting:** As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

P.O. Box 961275, Fort Worth, TX 76161-1275 • **www.ChryslerCapital.com** • 855.563.5635

©2024 Santander Consumer USA Inc. All rights reserved. CC-SER_40520-5a_MultiState_100124
Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.
138702003




New Jersey
A24 PSK
Garden State






New Jersey
A24 PSX
Garden State
PRIUS PRIME




A24 PSX
Garden State


















PUSH
ON/OFF








DRIVE
MODE
EV
R
N
D
B




MOZ


PRESS

**<u>Time Line</u>**

**2021 Cars were in possession of Stephen Alvarez under his company DNCD for rental business using the turo platform and also renting outside the turo platform. Stephen was able to get all these with the promise to make on time payments and give me a free car ( a 2022 BMW X5M ) he agreed on making the payments until perkin came into the picture and they stated they weren't going to pay for my vehicle any longer even though they were using all my cars for their rental business.**

**December 2023 Perking Industries came into the picture and created a new company name to keep running the car rental business. Their operation stayed the same all the cars were taken by perkin industries and rented on turo and also outside turo. Nothing changed they kept Stephen in charge of the day to day rental operations while they hire an accountant by the name of Tammy. Once perking took over the trouble started. Payments were not made and collections call began. Tickets weren't being paid , it just escalated from there. After several attempts to contact perking industries they send a contract to us , we send it back signed but they refused to honor it.**

**After many months of their total criminal disregard, I couldn't continue to allow them to rent the cars that were on my name. I asked for my vehicles back they tried to refused and I had to call the police. One vehicle still hasn't been returned to me, is abandoned in the back of a body shop with severe damages, I have contacted Perkin directly with several emails asking them to please repair the vehicle so I can return it to the dealership. They refused to make necessary repairs. I will have to pay for damages myself.**

**<u>It must be noted that perkin never reached out to us in order to used our vehicle or workout a contract, and when we tried to they simply ignores us. They are liable for all the damages.</u>**

**Acura MDX 2022 Aspec - Plate – K17NUH - Vin - 5J8YE1H0XNL017734-**



**Audi A3 2022**
**Temp**
**WAUAUDGY5NA027883**



**Audi TT RS 2021**
**C14NWK**
**WUAASAFV7M1901134**



**Honda Civic Hatch 2022**
**F87PSR**
**19XFL2H86NE011980**



**Hyundai Elantra 2021**
**N91NZH**
**KMHLM4AG0MU199677**



**Jeep Gladiator 2022**
**W86PSP**
**1C6HJTFG0NL104233**



**Land Rover**
**Range Rover Sport HST**

**Mazda Mazda3 2022**
**V55PNJ**

**Mercedes-benz S580 2022**
**M87PFF**

**V78NXD**
**SALWS2RU0NA202336**



**3MZBPAA79NM300059**



**W1K6G7GB6MA043608 – this Mercedes belongs to Gisselle Aguilar**



**Nissan Leaf 2022**
**D61PUK**
**1N4AZ1BV6NC551313**



**Toyota Prius Prime 2022**
**A24PSX**
**JTDKAMFP9N3208773**



**Lost of my money per car.**

1- **AudiA3 – 10,068.25 due to early lease termination**
2- **Jeep Gladiator – 12966.50 Early termination and damages to car**
3- **Nissan Leaf – 524.00 lease termination fee.**
4- **Toyota Prius- still in possession of Perkin industries in severe damage they refused to repair. Total loss 20,801.82 plus whatever the damages are to repair vehicle.**

**In the spreadsheet of all my losses you will also see all the amounts I listed here**

12:23

Stephen ( Turo Mastermind )

Today 12:11 PM

Llamme cuando puedes

Please

Please contact

asatrianlawgroupllc@gmail.com

For whatever request or communication you have.

Delivered

Okay I will rely the information to Sydney back again

Was trying to help you I explain it to them

Message

Maidy Perez Vehicle in possession of Stephen from 2022 until Perkin industries took over on December 2023

Mazda CX 30 2022
A25RDM
3MVDMBBL3NM435915

**Toyota Corolla Cross 2022 Value $ 22,570.83**
W98RFB
7MUCAABG1NV024327





Asatrian Law Group, L.L.C.
15 Warren Street, PH-E2
Hackensack, New Jersey 07601
Admitted in State of NJ

Tel: (201) 663-3164

Email: MartinAsatrianLaw@gmail.com

January 22, 2025

East Orange Municipal Court
221 Freeway Drive East
East Orange, NJ 07018

**Re: Pending Litigation Regarding Accumulation of Parking Tickets**
**Case No: 0706-E23-015594**

To Whom It May Concern:

This office represents Ms. Maidy Y. Perez in the above-referenced matter. I write to advise the court of Ms. Perez's pending litigation against third party companies, who are in possession of her vehicles and are responsible for the accumulation of parking tickets under the jurisdiction of East Orange, New Jersey.

The plaintiff, Maidy Y. Perez, initiated legal action due to the repeated issuance of parking tickets inter alia, attributed to the defendants' actions. She is not in possession of the vehicles and has no way to know how the vehicles are being operated. The specifics of these parking tickets, including dates, ticket numbers, and total tickets, are detailed in the attached documentation.

This letter serves to notify the court of the ongoing proceedings and that Ms. Perez pleads "Not Guilty" to all charges against her.

If you need more information or documentation, please do not hesitate to contact me at (201) 663-3164 or Martinasatrianlaw@gmail.com.

Thank you for your kind attention to this matter.

Very truly yours,

Martin V. Asatrian

09857
Belleville Twp Municipal Court
152 Washington Ave
Belleville, NJ 07109

**Belleville Twp**
**Municipal Court**
(973) 450-3319
**Notice Date:** January 31, 2025

Maidy Y. Perez
140 Hillcrest Pl Flr
1
North Bergen, NJ 07047-6102

## NOTICE OF PROPOSED LICENSE OR REGISTRATION SUSPENSION

**Need an interpreter? Call (973) 450-3319**

Court records indicate that you have failed to respond to the parking ticket(s) listed below. **This is your final notice**.

To avoid the judge ordering the suspension of your New Jersey driving privileges or the New Jersey registration (N.J.S.A. 39:4-139.10) of the motor vehicle listed below, within 14 days from the date of this notice you must do one of the following:

1) Contact this court, or
2) Plead not guilty via **WWW.NJMCDIRECT.COM**, or
3) Choose to plead guilty and pay the total penalty shown below. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the Belleville Twp Municipal Court, or mail a check/money order to the court at **152 Washington Ave, Belleville, NJ 07109**. If you are **unable to pay in full**, contact this court.

| Ticket Number(s) | Ticket Violation Date(s) |
| --- | --- |
| 0701 E23 007082 | 06/15/2023 |

**License Plate Number:** A25RDM
**Total Amount Due:** $59.00

ADA
Americans with Disabilities Act

ENSURING ACCESS TO JUSTICE

## BILLING STATEMENT

TOYOTA Financial Services

For customer service, please call Toyota Financial Services at (800) 874-8822, or visit us online at www.toyotafinancial.com

| | |
|---|---|
| Statement Date | 1/29/2025 |
| **Account Number** | **02 0562 L6690** |
| **Last 8 of VIN** | **NV02-4327** |

### SUMMARY OF CHARGES

| | |
|---|---|
| Past Due Payment Amount | $1,181.04 |
| Unpaid Late Charges | $59.06 |
| Personal Property Tax | $0.00 |
| Miscellaneous Charges | $0.00 |
| Current Payment Due | $590.52 |
| **Total Amount Due** | **$1,830.62** |
| Payment Due Date | 2/15/2025 |

*To avoid a late charge of **$29.53** your payment must be received before **2/25/2025***

### ACCOUNT INFORMATION

| | |
|---|---|
| Last Transaction Amount | $590.52 |
| Date of Last Transaction | 1/15/2025 |
| Months Elapsed | 28 |
| Months Remaining | 8 |
| Maturity Date | 8/01/2025 |

Please refer to the back of this statement for important information on negative credit reporting, check processing and the specially designated address when sending any communication regarding disputed payoffs.




**Discover the All-Electric Toyota bZ4X**

For more information, visit toyota.com/bz4x or scan the QR code

MANAGING YOUR ACCOUNT IS NOW EASIER THAN EVER WITH OUR NEW APP

1 Text APP to 462837 to download the app
2 Open the Toyota FS app
3 Scan the QR code to Register your account


IMPORTANT: To ensure timely delivery, **please detach this portion** and mail in the enclosed envelope with your payment. Make check or money order payable to Toyota Financial **Services. Include your account** number and name on the front of your check or money order.

TOYOTA Financial Services

| | |
|---|---|
| **Account Number** | 02 0562 L6690 |
| **Payment Due Date** | 2/15/2025 |
| **Total Amount Due** | $1,830.62 |
| Amount Enclosed | $ |

AB 01 004027 20937 H 19 B
RAISY Y PEREZ
140 HILLCREST PL FL 1
NORTH BERGEN NJ 07047-6102

TOYOTA FINANCIAL SERVICES
PO BOX 4102
CAROL STREAM IL 60197-4102

056221066690 7 0183062 0186015 5

## Good Morning, Maidy Perez

Account Number
Ending: 6690 ⓘ

Car Model
2022 Toyota COROLLA X ⓘ



SCHEDULED

Amount Due
**$590.52**

Due Date
**Dec 15, 2024**

**Payment Details:**

Current Regularly Scheduled Payment Amount ⓘ — $590.52

Make One-Time Payment

Manage Recurring Payments

0706-E23-015594 01/10/2025, 07:42:39 AM Pg 1 of 2 Trans ID: MCS2025227669

10110
East Orange Municipal
221freeway Dr East
East Orange, NJ 07018

**East Orange**
**Municipal Court**
(973) 266-5300
**Notice Date:** January 10, 2025

Maidy Y. Perez
140 Hillcrest Pl Fl#
1
North Bergen, NJ 07047-6102

## NOTICE OF PROPOSED LICENSE OR REGISTRATION SUSPENSION

**Need an interpreter? Call (973) 266-5300**

Court records indicate that you have failed to respond to the parking ticket(s) listed below. **This is your final notice**.

To avoid the judge ordering the suspension of your New Jersey driving privileges or the New Jersey registration (N.J.S.A. 39:4-139.10) of the motor vehicle listed below, within 14 days from the date of this notice you must do one of the following:

1) Contact this court, or
2) Plead not guilty via **WWW.NJMCDIRECT.COM**, or
3) Choose to plead guilty and pay the total penalty shown below. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the East Orange Municipal Court, or mail a check/money order to the court at **221freeway Dr East, East Orange, NJ 07018**. If you are **unable to pay in full**, contact this court.

| Ticket Number(s) | Ticket Violation Date(s) |
|---|---|
| 0706 E23 015594 | 02/15/2023 |

**License Plate Number:** A25RDM
**Total Amount Due:** $75.00

Interpreter

ADA

10:32 43%

# Notifications

Last 7 days

Your Credit Rating has changed from Good to Fair.
Feb 10, 2025

You have pre-approved offers!
Apply today knowing this card was matched to your credit profile.

**See offers**

Your FICO® Score has decreased by 95 points.
Feb 10, 2025

TOYOTA MOTOR CREDIT has flagged your account as 30 Days Past Due.
Feb 09, 2025

DEFI/TMCC/MAZDA FIN SV has flagged your account as 30 Days Past Due.
Feb 09, 2025

Reach your financial goals with a personal loan

Dashboard | Credit | Money | Insurance | Cards & Loans

(https://www.ezpassnj.com/en/home/index.shtml) //
Pay Violation or Toll Bill (/vector/violations/violationInquiry.do) // Violation //

# Violation No.t122432704079

LOG OUT

The following vehicle owner information was returned by the Motor Vehicle Commission.

MAIDY Y PEREZ

140 HILLCREST PL
FL 1
NORTH BERGEN NJ 07047

## Open Violations

**Total Amount Due:** $1,993.70

**Open Violations:** 30

**Total Selected Amount:** $0.00

Need to pay over time? A Violation Resolution Plan is a payment plan that allows *NJ E-ZPass* account holders to pay eligible violations over time by setting up automatic recurring payments. Click here to check if you are eligible.
**Note:** Violations that are not eligible for a Violation Resolution Plan, must be paid separately.

1|2

| | Violation No. | Date & Time | Status | Toll | Fee | NSF Fee | Amt Due | Violation Details |
|---|---|---|---|---|---|---|---|---|
| | T122432704079 | 10/20/2024 12:03:50 | OPEN | $4.40 | $50.00 | $0.00 | $54.40 | View Details / Pay (/vector/violations/\ payViol=T1224327 |
| | T122397772966 | 03/13/2023 12:37:43 | OPEN | $2.10 | $50.00 | $0.00 | $52.10 | View Details |

| Violation No. | Date & Time | Status | Toll | Fee | NSF Fee | Amt Due | Violation Details |
|---|---|---|---|---|---|---|---|
| T132392707504 | 09/14/2023 20:46:06 | OPEN | $6.85 | $50.00 | $0.00 | $56.85 | View Details |
| T132390139634 | 10/04/2023 15:46:23 | OPEN | $3.65 | $50.00 | $0.00 | $53.65 | View Details |
| T132309937689 | 10/08/2023 11:36:30 | OPEN | $4.05 | $50.00 | $0.00 | $54.05 | View Details |
| T132309583891 | 10/12/2023 20:45:37 | OPEN | $5.25 | $50.00 | $0.00 | $55.25 | View Details |
| T132311678780 | 10/12/2023 23:32:08 | OPEN | $2.45 | $50.00 | $0.00 | $52.45 | View Details |
| T132309937690 | 10/15/2023 14:15:43 | OPEN | $4.05 | $50.00 | $0.00 | $54.05 | View Details |
| T132310262271 | 10/19/2023 17:44:50 | OPEN | $10.50 | $100.00 | $0.00 | $110.50 | View Details / Pay (/vector/violations/\ payViol=T1323102 |
| T132310512936 | 10/22/2023 16:22:12 | OPEN | $6.65 | $50.00 | $0.00 | $56.65 | View Details |
| T132311678781 | 10/23/2023 14:47:49 | OPEN | $13.55 | $150.00 | $0.00 | $163.55 | View Details / Pay (/vector/violations/\ payViol=T1323116 |
| T062310393052 | 10/25/2023 19:00:27 | OPEN | $1.35 | $50.00 | $0.00 | $51.35 | View Details |
| T122310758872 | 10/25/2023 19:14:54 | OPEN | $5.25 | $50.00 | $0.00 | $55.25 | View Details / Pay (/vector/violations/\ payViol=T1223107 |
| T132311678782 | 10/25/2023 20:49:22 | OPEN | $5.25 | $50.00 | $0.00 | $55.25 | View Details |
| T132311831966 | 10/28/2023 17:55:04 | OPEN | $5.85 | $50.00 | $0.00 | $55.85 | View Details |
| T132311164559 | 10/31/2023 19:28:59 | OPEN | $3.65 | $50.00 | $0.00 | $53.65 | View Details |
| T132311164561 | 11/01/2023 00:14:02 | OPEN | $5.25 | $50.00 | $0.00 | $55.25 | View Details |
| T132311831968 | 11/01/2023 14:50:11 | OPEN | $10.30 | $100.00 | $0.00 | $110.30 | View Details / Pay (/vector/violations/\ payViol=T1323118 |

| | Violation No. | Date & Time | Status | Toll | Fee | NSF Fee | Amt Due | Violation Details |
|---|---|---|---|---|---|---|---|---|
| | T122312073901 | 11/01/2023 14:54:08 | OPEN | $4.95 | $50.00 | $0.00 | $54.95 | View Details / Pay (/vector/violations/\ payViol=T1223120 |
| | T122311850974 | 11/01/2023 18:58:10 | OPEN | $1.05 | $50.00 | $0.00 | $51.05 | View Details |
| | T132312072175 | 11/04/2023 12:56:35 | OPEN | $9.65 | $100.00 | $0.00 | $109.65 | View Details / Pay (/vector/violations/\ payViol=T1323120 |
| | T072311554831 | 11/04/2023 13:05:26 | OPEN | $5.00 | $25.00 | $0.00 | $30.00 | View Details |
| | T132312245005 | 11/11/2023 19:18:17 | OPEN | $6.85 | $50.00 | $0.00 | $56.85 | View Details |
| | T132312388679 | 11/14/2023 13:45:38 | OPEN | $10.90 | $100.00 | $0.00 | $110.90 | View Details / Pay (/vector/violations/\ payViol=T1323123 |
| | T132312703874 | 11/14/2023 13:55:34 | OPEN | $3.65 | $50.00 | $0.00 | $53.65 | View Details |

1|2 ▷ ⏭

PAY SELECTED VIOLATIONS

Select Dispute Type

DISPUTE VIOLATIONS

Home (https://www.ezpassnj.com/en/home/index.shtml)
FAQs (https://www.ezpassnj.com/en/faq/general.shtml)
Newsroom (https://www.ezpassnj.com/en/home/news.shtml)
Site Map (https://www.ezpassnj.com/en/other/sitemap.shtml)
Terms & Conditions (https://www.ezpassnj.com/en/about/terms.shtml)
Privacy & Security (https://www.ezpassnj.com/en/other/privacy.shtml)

Terms Of Use (https://www.ezpassnj.com/en/other/termsofuse.shtml)

Contact Us (https://www.ezpassnj.com/en/about/csc.shtml) Take Our Survey

Español (https://www.ezpassnj.com/vector/violations/violationList.do?locale=es_US&from=Home)

2017 *E-ZPass*® New Jersey

(https://www.ezpassnj.com/en/home/index.shtml) //
Pay Violation or Toll Bill (/vector/violations/violationInquiry.do) // Violation //

# Violation No.t122432704079

LOG OUT

The following vehicle owner information was returned by the Motor Vehicle Commission.

MAIDY Y PEREZ

140 HILLCREST PL
FL 1
NORTH BERGEN NJ

## Open Violations

**Total Amount Due:** $1,993.70

**Open Violations:** 30

**Total Selected Amount:** $0.00

Need to pay over time? A Violation Resolution Plan is a payment plan that allows *NJ E-ZPass* account holders to pay eligible violations over time by setting up automatic recurring payments. Click here to check if you are eligible.
**Note:** Violations that are not eligible for a Violation Resolution Plan, must be paid separately.

1|2

| | Violation No. | Date & Time | Status | Toll | Fee | NSF Fee | Amt Due | Violation Details |
|---|---|---|---|---|---|---|---|---|
| | T132312388680 | 11/15/2023 14:59:53 | OPEN | $6.85 | $50.00 | $0.00 | $56.85 | View Details |
| | T132312703876 | 11/19/2023 08:41:51 | OPEN | $5.25 | $50.00 | $0.00 | $55.25 | View Details |

| Violation No. | Date & Time | Status | Toll | Fee | NSF Fee | Amt Due | Violation Detail |
|---|---|---|---|---|---|---|---|
| T132312703878 | 11/20/2023 08:02:26 | OPEN | $4.05 | $50.00 | $0.00 | $54.05 | View Details |
| T132312703879 | 11/22/2023 21:42:42 | OPEN | $9.30 | $100.00 | $0.00 | $109.30 | View Details / Pay I (/vector/violations/vi payViol=T13231270 |
| T122420570968 | 04/14/2024 20:33:54 | OPEN | $0.80 | $50.00 | $0.00 | $50.80 | View Details |

1|2

PAY SELECTED VIOLATIONS

Select Dispute Type

DISPUTE VIOLATIONS

Home (https://www.ezpassnj.com/en/home/index.shtml)
FAQs (https://www.ezpassnj.com/en/faq/general.shtml)
Newsroom (https://www.ezpassnj.com/en/home/news.shtml)
Site Map (https://www.ezpassnj.com/en/other/sitemap.shtml)
Terms & Conditions (https://www.ezpassnj.com/en/about/terms.shtml)
Privacy & Security (https://www.ezpassnj.com/en/other/privacy.shtml)
Terms Of Use (https://www.ezpassnj.com/en/other/termsofuse.shtml)
Contact Us (https://www.ezpassnj.com/en/about/csc.shtml) Take Our Survey
Español (https://www.ezpassnj.com/vector/violations/violationList.do?locale=es_US&from=Home)

2017 *E-ZPass®* New Jersey