(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

1|2

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 10/22/2024 | MTAB&T | RFK Br - Manhattan | W98RFB | $11.19 | $50.00 | $61.19 |
| 10/21/2024 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $50.00 | $61.19 |
| 10/21/2024 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $50.00 | $61.19 |
| 10/21/2024 | PANYNJ | Lincoln Tunnel | W98RFB | $17.63 | $50.00 | $67.63 |
| 10/14/2024 | MTAB&T | RFK Br - Manhattan | W98RFB | $11.19 | $50.00 | $61.19 |
| 10/06/2024 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |
| 10/06/2024 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |
| 12/18/2023 | MTAB&T | Bronx Whitestone Br | W98RFB | $11.19 | $100.00 | $111.19 |
| 12/14/2023 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |
| 12/06/2023 | MTAB&T | Henry Hudson Br | A25RDM | $8.25 | $50.00 | $58.25 |

1|2

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

1 | 2

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 12/01/2023 | PANYNJ | Lincoln Tunnel | A25RDM | $17.00 | $50.00 | $67.00 |
| 11/25/2023 | PANYNJ | Holland Tunnel | A25RDM | $17.00 | $50.00 | $67.00 |
| 11/25/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/25/2023 | MTAB&T | Verrazzano Narrows | A25RDM | $11.19 | $100.00 | $111.19 |
| 11/25/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/24/2023 | PANYNJ | GWB Lower | A25RDM | $17.00 | $50.00 | $67.00 |
| 11/24/2023 | MTAB&T | Queens Midtown | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/24/2023 | PANYNJ | GWB Lower | A25RDM | $17.00 | $50.00 | $67.00 |
| 11/23/2023 | PANYNJ | GWB Main | A25RDM | $17.00 | $50.00 | $67.00 |
| 11/22/2023 | PANYNJ | GWB Lower | W98RFB | $17.00 | $50.00 | $67.00 |

1 | 2

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

2|3

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 11/20/2023 | PANYNJ | Lincoln Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 11/18/2023 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |
| 11/18/2023 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |
| 11/15/2023 | PANYNJ | GWB Lower | W98RFB | $17.00 | $50.00 | $67.00 |
| 11/13/2023 | PANYNJ | Lincoln Tunnel | A25RDM | $17.00 | $50.00 | $67.00 |
| 11/13/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/13/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/13/2023 | MTAB&T | Throgs Neck Br | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/13/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/11/2023 | PANYNJ | GWB Lower | A25RDM | $17.00 | $50.00 | $67.00 |

2|3

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

3|4

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 11/11/2023 | PANYNJ | GWB Lower | W98RFB | $17.00 | $50.00 | $67.00 |
| 11/10/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/07/2023 | MTAB&T | Queens Midtown | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/05/2023 | MTAB&T | Hugh L. Carey Tunnel | A25RDM | $11.19 | $100.00 | $111.19 |
| 11/04/2023 | MTAB&T | Throgs Neck Br | A25RDM | $11.19 | $100.00 | $111.19 |
| 11/04/2023 | MTAB&T | Queens Midtown | W98RFB | $11.19 | $100.00 | $111.19 |
| 11/04/2023 | PANYNJ | Lincoln Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 11/04/2023 | MTAB&T | Throgs Neck Br | A25RDM | $11.19 | $100.00 | $111.19 |
| 11/03/2023 | PANYNJ | GWB Main | W98RFB | $17.00 | $50.00 | $67.00 |
| 11/03/2023 | MTAB&T | RFK Br - Manhattan | A25RDM | $11.19 | $100.00 | $111.19 |

3|4

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

4 | 5

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 11/03/2023 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |
| 11/01/2023 | PANYNJ | Holland Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 11/01/2023 | PANYNJ | Lincoln Tunnel | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/30/2023 | MTAB&T | RFK Br - Manhattan | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/29/2023 | PANYNJ | Lincoln Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 10/29/2023 | PANYNJ | Lincoln Tunnel | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/28/2023 | MTAB&T | Hugh L. Carey Tunnel | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/28/2023 | MTAB&T | Verrazzano Narrows | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/28/2023 | MTAB&T | Hugh L. Carey Tunnel | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/27/2023 | PANYNJ | GWB Lower | W98RFB | $17.00 | $50.00 | $67.00 |

4 | 5

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

5|6

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 10/25/2023 | PANYNJ | GWB Lower | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/24/2023 | MTAB&T | Verrazzano Narrows | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/24/2023 | PANYNJ | Lincoln Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 10/24/2023 | MTAB&T | RFK Br - Bronx | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/24/2023 | MTAB&T | Queens Midtown | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/23/2023 | MTAB&T | Verrazzano Narrows | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/23/2023 | PANYNJ | Goethals Bridge | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/23/2023 | MTAB&T | RFK Br - Manhattan | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/23/2023 | PANYNJ | GWB Main | W98RFB | $17.00 | $50.00 | $67.00 |
| 10/22/2023 | PANYNJ | GWB Main | W98RFB | $17.00 | $50.00 | $67.00 |

5|6

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

6|7

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 10/22/2023 | MTAB&T | Queens Midtown | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/21/2023 | MTAB&T | Hugh L. Carey Tunnel | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/21/2023 | MTAB&T | Queens Midtown | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/19/2023 | PANYNJ | GWB Main | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/19/2023 | MTAB&T | Hugh L. Carey Tunnel | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/19/2023 | MTAB&T | Queens Midtown | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/18/2023 | MTAB&T | RFK Br - Manhattan | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/18/2023 | PANYNJ | GWB Main | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/17/2023 | MTAB&T | Queens Midtown | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/17/2023 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |

6|7

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

7|8

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 10/15/2023 | PANYNJ | Lincoln Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 10/14/2023 | PANYNJ | Lincoln Tunnel | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/14/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/14/2023 | MTAB&T | RFK Br - Manhattan | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/13/2023 | MTAB&T | Hugh L. Carey Tunnel | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/13/2023 | MTAB&T | RFK Br - Bronx | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/13/2023 | MTAB&T | Bronx Whitestone Br | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/13/2023 | MTAB&T | Verrazzano Narrows | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/12/2023 | PANYNJ | Bayonne Bridge | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/12/2023 | MTAB&T | Verrazzano Narrows | A25RDM | $11.19 | $100.00 | $111.19 |

7|8

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

8 | 9

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 10/12/2023 | MTAB&T | Verrazzano Narrows | A25RDM | $11.19 | $100.00 | $111.19 |
| 10/12/2023 | PANYNJ | Goethals Bridge | A25RDM | $17.00 | $50.00 | $67.00 |
| 10/12/2023 | MTAB&T | RFK Br - Manhattan | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/09/2023 | PANYNJ | Lincoln Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 10/08/2023 | NYSTA | Albany I-787 | W98RFB | $0.35 | $52.00 | $52.35 |
| 10/07/2023 | MTAB&T | Henry Hudson Br | W98RFB | $8.25 | $50.00 | $58.25 |
| 10/05/2023 | MTAB&T | RFK Br - Manhattan | W98RFB | $11.19 | $100.00 | $111.19 |
| 10/05/2023 | PANYNJ | GWB Main | W98RFB | $17.00 | $50.00 | $67.00 |
| 10/04/2023 | PANYNJ | Holland Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 07/25/2023 | MTAB&T | Bronx Whitestone Br | A25RDM | $10.17 | $100.00 | $110.17 |

8 | 9

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Violation Details

9 | 10

| Date | Agency | Facility (Plaza) | License Plate | Toll | Fee | Amount Due |
|---|---|---|---|---|---|---|
| 04/04/2023 | MTAB&T | Queens Midtown | W98RFB | $10.17 | $100.00 | $110.17 |
| 04/03/2023 | MTAB&T | Queens Midtown | W98RFB | $10.17 | $100.00 | $110.17 |
| 04/03/2023 | MTAB&T | Bronx Whitestone Br | W98RFB | $10.17 | $100.00 | $110.17 |
| 03/25/2023 | MTAB&T | RFK Br - Bronx | A25RDM | $10.17 | $100.00 | $110.17 |
| 03/15/2023 | MTAB&T | Hugh L. Carey Tunnel | W98RFB | $10.17 | $100.00 | $110.17 |
| 03/15/2023 | MTAB&T | Hugh L. Carey Tunnel | W98RFB | $10.17 | $100.00 | $110.17 |
| 03/13/2023 | PANYNJ | Lincoln Tunnel | W98RFB | $17.00 | $50.00 | $67.00 |
| 03/09/2023 | MTAB&T | Verrazzano Narrows | W98RFB | $10.17 | $100.00 | $110.17 |
| 03/09/2023 | PANYNJ | Outerbridge Crossing | W98RFB | $17.00 | $50.00 | $67.00 |
| 02/25/2023 | PANYNJ | GWB Lower | W98RFB | $17.00 | $50.00 | $67.00 |

9 | 10

**Violation Total Due: $8,785.33**

Back to Overview

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

e-Services

Can I help?

Home

# Pay Violations

## Payment

✓ Search

› Search Results

## Violations

- Failure to pay violations in judgment may result in booting or towing of vehicle. Click here for general information on violations in judgment.
- Violations that have resulted in vehicle being booted or towed are blocked from payments on e-Services and must be paid from Republic Immobilization Services of NYC's website. Click here to pay these violations.
- If you believe a listed violation does not belong to you, use the links on the bottom of the page to respond to your ticket.

## Parking and Camera Violations

Select All Select None

*Filter*

| Violation Number | License Plate | Description | Issuance Date | Judgmer Date | Liability Amount | Pending Payment | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| 4831... | A25R DM NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 10-Mar-2023 | 01-Jun-2023 | 0.00 | 0.00 | 35.84 | Select |

| Violation Number | License Plate | Description | Issuance Date | Judgment Date | Liability Amount | Pending Payment | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| 9038... | A25R DM NJ PAS | 40 - FIRE HYDRANT | 07-Mar-2023 | 22-Jun-2023 | 0.00 | 0.00 | 83.22 | Select |
| 9037... | A25R DM NJ PAS | 21 - NO PARKING-STREET CLEANING | 09-Mar-2023 | 29-Jun-2023 | 0.00 | 0.00 | 59.37 | Select |
| 4839... | A25R DM NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 04-May-2023 | 27-Jul-2023 | 0.00 | 0.00 | 35.40 | Select |
| 5129... | A25R DM NJ PAS | 07 - FAILURE TO STOP AT RED LIGHT | 21-Jul-2023 | 26-Oct-2023 | 0.00 | 0.00 | 43.24 | Select |
| 9059... | A25R DM NJ PAS | 14 - NO STANDING-DAY/TIME LIMITS | 15-Jul-2023 | 02-Nov-2023 | 0.00 | 0.00 | 100.... | Select |
| 4874... | A25R DM NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 23-Nov-2023 | 15-Feb-2024 | 0.00 | 0.00 | 42.15 | Select |
| 4874... | A25R DM NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 25-Nov-2023 | 22-Feb-2024 | 0.00 | 0.00 | 41.98 | Select |

| Violation Number | License Plate | Description | Issuance Date | Judgmer Date | Liability Amount | Pending Payment | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| 4035... | A25R DM NJ PAS | 05 - BUS LANE VIOLATION | 09-Feb-2024 | 09-May-2024 | 0.00 | 0.00 | 51.58 | Select |
| 4890... | A25R DM NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 21-Mar-2024 | 13-Jun-2024 | 0.00 | 0.00 | 51.17 | Select |
| 4890... | A25R DM NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 21-Mar-2024 | 13-Jun-2024 | 0.00 | 0.00 | 51.17 | Select |
| 9114... | A25R DM NJ PAS | 38 - FAIL TO DSPLY MUNI METER RECPT | 08-Mar-2024 | 27-Jun-2024 | 0.00 | 0.00 | 84.78 | Select |
| 4893... | A25R DM NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 12-Apr-2024 | 11-Jul-2024 | 0.00 | 0.00 | 50.71 | Select |
| 8904... | A25R DM NJ PAS | 38 - FAIL TO DSPLY MUNI METER RECPT | 09-May-2024 | 29-Aug-2024 | 0.00 | 0.00 | 79.33 | Select |

Cancel Previous Next

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PAS | BUS STOP | 2024 | 2024 | | | | |

| Violation Number | License Plate | Description | Issuance Date | Judgmer Date | Liability Amount | Pending Payment | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| 9132... | A25R DM NJ PAS | 38 - FAIL TO DSPLY MUNI METER RECPT | 12-Jun-2024 | 26-Sep-2024 | 0.00 | 0.00 | 103.... | Select |
| 9143... | W98R FB NJ PAS | 38 - FAIL TO DSPLY MUNI METER RECPT | 29-Jul-2024 | 14-Nov-2024 | 0.00 | 0.00 | 128.... | Select |
| 4913... | W98R FB NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 19-Aug-2024 | 14-Nov-2024 | 0.00 | 0.00 | 76.86 | Select |
| 4913... | W98R FB NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 19-Aug-2024 | 14-Nov-2024 | 0.00 | 0.00 | 76.86 | Select |
| 4914... | W98R FB NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 23-Aug-2024 | 21-Nov-2024 | 0.00 | 0.00 | 76.73 | Select |
| 9151... | W98R FB NJ PAS | 31 - NO STANDING-COMM METER ZONE | 05-Sep-2024 | 26-Dec-2024 | 0.00 | 0.00 | 177.... | Select |
| 4920... | W98R FB NJ PAS | 36 - PHTO SCHOOL ZN SPEED VIOLATION | 11-Oct-2024 | 02-Jan-2025 | 0.00 | 0.00 | 75.95 | Select |

| Violation Number | License Plate | Description | Issuance Date | Judgmer Date | Liability Amount | Pending Payment | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| 9158... | W98R FB NJ PAS | 17 - NO STANDING-EXC. AUTH. VEHICLE | 20-Sep-2024 | 09-Jan-2025 | 0.00 | 0.00 | 156.... | Select |
| 4040... | W98R FB NJ PAS | 05 - BUS LANE VIOLATION | 08-Oct-2024 | 16-Jan-2025 | 0.00 | 0.00 | 75.69 | Select |
| 9160... | W98R FB NJ PAS | 38 - FAIL TO DSPLY MUNI METER RECPT | 29-Oct-2024 | 13-Feb-2025 | 0.00 | 0.00 | 95.21 | Select |
| 9160... | W98R FB NJ PAS | 38 - FAIL TO DSPLY MUNI METER RECPT | 31-Oct-2024 | 20-Feb-2025 | 0.00 | 0.00 | 95.05 | Select |
| 9180... | W98R FB NJ PAS | 21 - NO PARKING-STREET CLEANING | 27-Jan-2025 | | 0.00 | 0.00 | 65.00 | Select |
| 5605... | W98R FB NJ PAS | 12 - MOBILE BUS LANE VIOLATION | 06-Feb-2025 | | 0.00 | 0.00 | 50.00 | Select |

## Have a Payment Plan?

Satisfy a payment plan installment/down payment

## Respond to Your Ticket

Dispute Online

Dispute In-Person

Dispute by Mail

Dispute by Smartphone

Diplomats and Consular Staff

311 Search all NYC.gov websites Business Tax Types Forms
Tax Professionals Contact Us Get Help

Copyright © 2025. All Rights Reserved.

(../EN/HOME/INDEX.SHTML) / PAY TOLL / TOLL SUMMARY

Logout

# Toll Transaction Overview

| Item | Amount Due | Amount Selected |
|---|---|---|
| **Previously Billed Tolls** <br> View Transactions | $52.01 | $52.01 |
| **Violations** <br> View Transactions | $8,785.33 | $8,785.33 |
| **Total:** | $8,837.34 | $8,837.34 |

Pay Selected

2016 Tolls By Mail New York

SITE MAP (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/SITEMAP.SHTML)

| PRIVACY POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PRIVACY.SHTML)

| PHISHING POLICY (HTTPS://WWW.TOLLSBYMAILNY.COM/EN/OTHER/PHISHING.SHTML)

# BMW Financial Services
# Vehicle Return Statement

## ACCOUNT SUMMARY

**Milda Polanco**

| | |
|---|---|
| Account Number: | 4003789214 |
| Statement Date: | 04/22/2024 |
| Vehicle Description: | 2021 BMW 330I xdrive Sedan NA |
| VIN: | 3MW5R7J00M8B90054 |

| | |
|---|---|
| Contact Number: | (800) 398-3939 |
| Hours: | Monday through Thursday, 9:00 a.m. to 7:00 p.m. ET, and Friday, 9:00 a.m. to 6:00 p.m. ET. |
| Website: | bmwusa.com/mybmw |

## IMPORTANT INFORMATION

In accordance with your Motor Vehicle Lease Agreement (Lease), you will be billed after the termination of your Lease for any fines, parking tickets, or Personal Property or Excise Taxes billed by your state or province, county, or locality.

If you are enrolled in our EasyPay Program, EasyPay was cancelled when your vehicle was confirmed as turned in. Therefore, the amount due will not be automatically withdrawn from your bank account.

As required by law, we are notifying you that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill your obligation to pay the Vehicle Return Statement balance.

## TRANSACTION SUMMARY

| Account Activity | Charge Amount | Sales tax |
|---|---|---|
| Remaining Payments Due | $0.00 | $0.00 |
| Excess Mileage Charge | $11,506.50 | $762.31 |
| Excess Wear and Use Charges | $2,450.00 | $162.32 |
| Fees and Credits | $854.16 | $0.00 |

## AMOUNT DUE

| | |
|---|---|
| Current Charges: | $15,735.29 |
| Security Deposit: | $0.00 |
| Payment Received: | $0.00 |
| **Total Amount Due:** | $15,735.29 |

Payments received after statement date are not reflected on this statement.

## PAYMENT INFORMATION

**Electronic Payment:** Scan the code or log in to **bmwusa.com/mybmw** and click on the "End of Term charge" link to pay via Visa, MasterCard, Discover, American Express or Ultimate Pay (debit from your checking or savings account). Your card issuer may impose a cash advance fee or other charges for paying BMW Financial Services by credit card. Fees and other charges imposed by your card issuer are outside the control of BMW Financial Services.

**Pay by phone:** Contact an End of Term Specialist at (800) 398-3939 to pay via Visa, MasterCard, Discover, American Express or Ultimate Pay (debit from your checking or savings account).

All electronic payments are credited to your account on the date processed; however, allow up to 5 business days for the funds to be withdrawn from your personal bank account. **Payments are posted in Eastern Time.**

---

Allow 5-7 days for your payment to reach us. Please detach here and return this portion with your payment. Always put your complete Account Number on your check or money order.

**BMW Financial Services**
**1400 City View Drive**
**Columbus OH 43215**

## REMITTANCE SECTION

| | |
|---|---|
| Account Number | 4003789214 |
| **Total Amount Due** | **$15,735.29** |
| **Payment Due Upon Receipt** | |
| Amount Enclosed | $ ________ |

**PLEASE DO NOT SEND CASH. MAKE CHECK PAYABLE TO AND SEND TO:**

Milda Polanco
506 DAVIS AVE
KEARNY NJ 07032-3602

BMW Financial Services
PO Box 78103
Phoenix AZ 85062-8103

1743519133

# BMW Financial Services

Vehicle Return Statement for Account 4003789214/2021 BMW 330i xdrive Sedan NA

## Remaining Payments Summary

| | Charge Amount | Sales Tax | Total |
|---|---|---|---|
| Remaining Payments Due | $0.00 | $0.00 | $0.00 |

## Excess Mileage Summary

| Total Allowed | Actual | Difference | Excess Charge / Mile | Charge Amount | Sales Tax | Total |
|---|---|---|---|---|---|---|
| 30,045 | 76,071 | 46,026 | $0.25 | $11,506.50 | $762.31 | $12,268.81 |

## Excess Wear and Use (EWU) Charges

| Inspection Detail | | Charge Amount | Adjustment | EWU Claim | EWU Covered | Total |
|---|---|---|---|---|---|---|
| Glass | Windshield-Rain Sensor | $600.00 | $0.00 | | | $600.00 |
| Tires | 18" Run Flat - Left Front | $300.00 | $0.00 | | | $300.00 |
| Tires | 18" Run Flat - Left Rear | $300.00 | $0.00 | | | $300.00 |
| Tires | 18" Run Flat - Right Rear | $300.00 | $0.00 | | | $300.00 |
| Tires | 18" Run Flat - Right Front | $300.00 | $0.00 | | | $300.00 |
| Exterior | Bumper/Cover - Front | $400.00 | $0.00 | | | $400.00 |
| Exterior | Hood | $100.00 | $0.00 | | | $100.00 |
| Interior | Master Key | $150.00 | $0.00 | | | $150.00 |
| | | | | | Total | $2,450.00 |
| | | | | | Sales Tax | $162.32 |
| | | | | | Total | $2,612.32 |

## Fees and Credits

| | Charge Amount | Adjustment | Sales Tax | Total |
|---|---|---|---|---|
| Prorated Lease Ext Payment | $346.66 | $0.00 | $0.00 | $346.66 |
| Disposition Fee | $350.00 | $0.00 | $0.00 | $350.00 |
| Late Charge | $97.50 | $0.00 | $0.00 | $97.50 |
| Returned Item Fee | $60.00 | $0.00 | $0.00 | $60.00 |
| TOTALS | $854.16 | $0.00 | $0.00 | $854.16 |

**The amount of the Disposition Fee (Fee) is disclosed in Section 7.A, of your Motor Vehicle Lease Agreement (Lease). The Disposition Fee is collected to help defray the administrative costs incurred for the purpose of preparing your Vehicle for sale, including, but not limited to, title work, storage fees, cleaning, the cost of transporting the Vehicle to an auction, and paying the auction fees. As a loyalty reward, the disposition fee is waived if you, or a member of your household, lease or finance the purchase of another vehicle through BMW, MINI, or Rolls-Royce Financial Services within 12 months of your termination date, or if you have any active account with BMW, MINI, or Rolls-Royce Financial Services. Additionally, a Lease Assumption on an existing account with BMW, MINI, or Rolls-Royce Financial Services will also qualify for the waiver of this Fee. If you purchase the Vehicle, you only pay the Residual Value disclosed in Section 10.D, and as discussed in section 12 of the Lease.**

Print

# Turo car sharing agreement

Please refer to this document if you need evidence of your transaction during or after your Turo trip (for instance, when interacting with law enforcement, insurance providers, roadside service providers, impound lot attendants, etc.)

## Fast facts

- The person named below was given permission to drive the vehicle listed below during the reservation period (see "Trip start" and "Trip end") by the "host" (either the car owner or an authorized representative) through the Turo terms of service
- Turo is a digital peer-to-peer car sharing platform, where private car owners share their personal vehicles with others in exchange for compensation.
- By listing their car on Turo, the below-named host represents that their vehicle is safe, well maintained, legally registered, and covered by their personal insurance.

## Coverage

In addition to any personal insurance coverage the guest may have, Turo offers supplementary protection with varying levels of out-of-pocket maximums, which the guest may or may not have purchased. See below for details of this agreement.

**PLEASE NOTE**

The guest is financially responsible for any covered damage to the host's vehicle, up to their purchased protection plan's out-of-pocket maximum listed below, regardless of whether or not the damage was their fault.

## Lisa Marie M.'s trip with Stephen A.'s Toyota Corolla

| | |
|---|---|
| **PROTECTION PLAN**<br>Minimum | **OUT-OF-POCKET MAXIMUM**<br>$3,000 |
| **LIABILITY COVERAGE**<br>State minimum liability insurance | |
| **BOOKED ON**<br>May 31, 2023 4:52 PM | **RESERVATION ID #**<br>23212542 |
| **VEHICLE**<br>Toyota Corolla 2021 | **HOST (CAR OWNER OR AUTHORIZED REPRESENTATIVE)**<br>Stephen A. |
| **LICENSE PLATE**<br>N53RPA | **VIN**<br>5YFEPMAE3MP220858 |
| **TRIP START**<br>Tue, May 30, 2023 10:00 AM | **TRIP END**<br>Mon, Jul 24, 2023 10:00 AM |
| **PICKUP LOCATION**<br>210 Paterson Plank Road, Union City, NJ 07087 | **RETURN LOCATION**<br>210 Paterson Plank Road, Union City, NJ 07087 |
| **PRIMARY DRIVER**<br>Lisa Marie M. | |
| **MILES INCLUDED**<br>11000 mi | |

The person or entity identified as "Host" and the person identified as "Guest" on the Trip Summary above were connected online through a website, mobile application, and/or associated services provided by Turo Inc. (collectively, the "Turo Services"). As part of connecting through the Turo Services, the Host and Guest agreed to be bound by the Turo Terms of Service (https://turo.com/policies/terms) and incorporated policies.

There is important information below that you should review and understand, regardless of whether you are a Guest or Host. The above Trip Summary and this Car Sharing Agreement are collectively referred to as the "Agreement" and relate to the Trip detailed in the Trip Summary.

**1. DEFINITIONS**

1.1 "Turo Approved Driver(s)" or "TAD(s)" means any individual in addition to Guest who is approved by Turo to operate the Vehicle and identified on the Trip Summary as APPROVED DRIVER(S).

1.2 "Extras" means but is not limited to optional child seats, global positioning systems, ski racks, toll transponders and/or other products and services selected by Guests.

1.3 "Guest" means the person, or entity identified on the Trip Summary as "GUEST".

1.4 "Host" for the purposes of this Agreement means "HOST" shown on the top of the Trip Summary.

1.5 "Reservation Period" means the period between the time Guest takes possession of the Vehicle until the Vehicle is returned or recovered and in either case, checked in by Guest.

1.6 "Vehicle" means the "VEHICLE" identified on the Trip Summary.

**2. TERMS**

2.1 Ownership. The Vehicle and any Extras are, by ownership, beneficial interest or lease, property of Host.

2.2 Vehicle Condition/Warranty Exclusion. Guest agrees Guest received the Vehicle and any Extras in good physical and mechanical condition, unless otherwise identified in Trip Photos. *Guest is taking possession of the Vehicle and any Extras "as-is" and has had an adequate opportunity to inspect the Vehicle and any Extras and their operation. Host excludes all warranties, both express and implied, with respect to the Vehicle and any Extras, including any implied warranty of merchantability or fitness for a particular purpose.* Guest agrees not to alter or tamper with the vehicle or any Extras. If Guest or TAD(s) determines the Vehicle or any Extra is unsafe, Guest or TAD(s) shall stop operating the Vehicle and any Extra and notify Host immediately.

2.3 Personal property, including personal information and data. Host is not responsible for any damage to, loss or theft of, any personal property of Guest or data contained therein, whether the damage or theft occurs during or after termination of the trip regardless of fault or negligence. No bailment is or shall be created upon Host, whether actual, constructive or otherwise, for any personal property carried in or left in the Vehicle or on Host's premises. Guest acknowledges that any personal data or information downloaded or transferred to the Vehicle may not be secure and may be accessible after the Reservation Period. Guest releases Host from any liability resulting from or otherwise arising out of any such data or information being accessed and/or utilized by a third party.

2.4 Vehicle Return; Late Returns. Guest agrees to return the Vehicle and any Extras to Host on or before return date to the address stated on the Trip Summary or on Host's demand and in the same condition as received, ordinary wear and tear excepted. Extensions to Reservation Period are at Host's option. If Guest or TAD(s) continue to operate the Vehicle after the right to do so is terminated, Host and Turo have the right to notify police that the Vehicle has been embezzled and/or stolen under the applicable motor vehicle statutes. Guest or TAD(s) hereby release and discharge Host from and indemnify, defend and hold Host harmless against any liability arising from such notice. In the state of Arizona, in accordance with A.R.S. 13-1806, if a Guest fails to return a Vehicle within 72 hours after the scheduled end of Reservation Period, Turo and/or Host will report it stolen. Failure to return a Vehicle in the state of Arizona within this time period is a class 6 felony.

2.5 Guest Protection Plans. The Guest protection plan represents the amount the Guest must pay in the event of damage to the Vehicle. If the Guest protection plan has an "Out-of-Pocket Maximum," that amount represents the maximum a Guest will pay Turo for amounts owed as a result of damage to the vehicle. Exceptions and exclusions apply. For details please visit Guest protection plan details.

2.6 Guest Financial Responsibility is Primary. As outlined in Turo's Terms of Service, with regard to physical damage to or theft of the Vehicle that occurs during the Reservation Period, Guest is financially responsible, regardless of who is found at fault. This responsibility applies whether Guest has their own auto insurance or not. Guest will work with Turo to make a claim for coverage under any policy of insurance that applies to the loss if any damage occurs to the Vehicle during the Reservation Period. Any protection plan selected by Guest when booking a vehicle, to the extent offered, will not be available until all personal insurance options, protection and/or coverage have been exhausted.

2.7 Guests Resident in the State of Florida; Guests With a Booked Trip in the State of Florida; Guests Insured in the State of Florida. *The valid and collectible insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of the liability and personal injury protection coverage required by ss.324.021 (7) and (627.736), Florida Statutes.*

2.8 Vehicle Information. Host listed the Vehicle booked by Guest through the Turo Services. Host represents and warrants that the Vehicle meets Turo's requirements and that Host owns or otherwise has all the necessary rights and permissions to share the Vehicle for compensation.

3. GENERAL. In case any provision of this Agreement is held invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired. The waiver by either party of any right under this Agreement or failure to perform or of a breach by the other party shall not be deemed a waiver of any other right under the Agreement or of any other breach or failure by such other party whether of a similar nature or otherwise. This Agreement cannot be altered by another document or oral agreement unless agreed to in writing or through the Turo Services. In the event of any conflict between the terms of this Agreement and the terms of the Turo Terms of Service, the Turo Terms of Service control



©2024 Turo Terms Privacy Sitemap Cookie preferences Do not sell or share my personal information

# LETTER OF AGREEMENT

Vehicle Use Letter of Agreement Guideline Definitions: The "Owner" is the person who has legal ownership of the vehicles. The "User" is the person who has the right of temporary use of the vehicles for the specified period.

This letter serves as a formal agreement between

_________________________________ [Owner of Vehicles] and

_________________________________ [User] to the following conditions below.

The following vehicles which are under the owners name, **2021 MAZDA CX-5 VIN# JM3KFBBM3M0352859, 2021 TOYOTA COROLLA VIN# 5YFEPMAE3MP220859, and 2021 BMW 330 VIN# 3W5R7J00M8B90054** are being used and handled as rental cars by "user" under the Turo carsharing company. It was agreed that the "user" is liable for handling all vehicles above including timely payments towards all cars and car insurance.

It was agreed between "owner" and "user" upon vehicle **2021 ACURA RDX VIN# 5J8TC2H38ML012238** that the 'owner' will pay ____% on a monthly basis towards the vehicle and 'user' will pay the rest of ____ % on a monthly basis towards the vehicle that sums to the car monthly due payment of $579.00. The 'owner' will pay ___% towards car insurance on a monthly basis for this vehicle and the 'user' will pay the rest of ___% towards the car insurance on a monthly basis for this vehicle that sums to the car insurance monthly due payment of $198.00.

All four vehicles leases are due on March 16, 2024. The agreement goes as following once vehicles leases are coming to an end:

______________________________________________________________________

______________________________________________________________________.

If it happens that vehicles are returned to dealerships, the 'user' is responsible for any charges towards the three vehicles that were being rented under 'user' use.

Signature of "Owner": ____________________________________ Date:________

Signature of "User": ____________________________________ Date: ________

Notary Public Signature

_________________________________

Notary Public Name

_________________________________

My Commision expires on the: ____________

003537 1753481 007653 007653

**mazda** FINANCIAL SERVICES

P.O. Box 330
Williamsville, NY 14231

DATE: 06/08/2024
ACCOUNT NUMBER: 0500093587
DESCRIPTION OF VEHICLE. 2021 MAZDA CX-5 SPORT AWD
VEHICLE IDENTIFICATION NUMBER. JM3KFBBM3M0352859

## LEASE END BILLING CALCULATION

### CHARGES

| | | | |
|---|---|---|---|
| Unpaid Lease Payments: | | | $0.00 |
| Unpaid Late Charges: | | + | $37.90 |
| Unpaid Miscellaneous Receivables: | | + | $0.00 |
| Excess Wear and Mileage: | | + | $9,084.93 |
| Excessive Wear: | $0.00 | | |
| Excessive Mileage: | $8,520.45 | | |
| ( 87,647 miles - 30,844 miles allowed = 56,803 miles @ $0.15 per mile) | | | |
| Sales Tax at 6.625%: | $564.48 | | |
| Lease Termination Charges: | | + | $373.19 |
| Disposition Fee: | $350.00 | | |
| Sales Tax at 6.625%: | $23.19 | | |
| **TOTAL CHARGES:** | | = | **$9,496.02** |

### CREDITS

| | | |
|---|---|---|
| Security Deposit: | | **$0.00** |
| Funds Received: | + | **$0.00** |
| **TOTAL CREDITS:** | = | **$0.00** |

### LEASE RETURN BALANCE

| | | |
|---|---|---|
| TOTAL CHARGES: | | $9,496.02 |
| TOTAL CREDITS: | - | $0.00 |
| **AMOUNT DUE:** | = | **$9,496.02** |

D1L35 7203738 002086 002086 0002/0003

The trade name "Mazda Financial Services" and the Mazda and Mazda Financial Services logos are owned by Mazda Motor Corporation (Mazda) or its affiliates and are licensed to Toyota Motor Credit Corporation (TMCC). Retail installment accounts are owned by TMCC and lease accounts are owned by Toyota Lease Trust (TLT). TMCC is the authorized attorney-in-fact and servicer for TLT. Mazda is solely responsible for its products and services and for promotional statements about them and is not affiliated with TMCC or its affiliates.

Municipal Court Case Search (MCCS)

NJCourts Pay Ticket MCCS

Welcome | Search |

# Ticket Detail

Back New Search

Case: E23 48719 Court: 0706 Type: Moving Defendant: MILDA J POLANCO Status: Disposed

## Defendant Information

Name: MILDA J POLANCO Gender: Female Eyes: Brown Commercial License: N

## Court Information

Court Date: 04/21/2025 Court Time: 01:00 PM Court Room: VIRT

## Assessed Totals

Assessed Total: $97.85 Fine Amount: $61.00 Cost Amount: $34.00 Misc Amount: $2.85
Balance Due: $0.00 Payable Ind: Y Last Payment Date: 12/12/2023

## Ticket Information

Ticket Number: E23 48719 Issue Date: 06/11/2023 Offense Date: 06/11/2023 11:58 AM
Court: 0706 - EAST ORANGE MUNICIPAL Agency & Officer ID: 0706 1139 Location: N GROVE ST & PARK A
Mun. Of Offense: 0706 Municipality: EAST ORANGE MUNICIPAL
Transferred To: Transferred From:
Status: Disposed Time Payment: Warrant: Bail:
Entered Date: 06/11/2023

## Offense Information

Offense: 20:1-5 - TURNS PROHIBITED AT CERTAIN LOCATIONS U
Death/Serious Injury: N Personal Injury: N Excess Weight: 00000

## Vehicle Information

Make of Vehicle: Toyota Year of Vehicle: 2021 Type of Vehicle: 4 Door Color: White

## Disposition Information

Plea: No Plea Plea Date: 12/17/2024 Disposition Date: 12/12/2023 Finding:
License Surrendered: Method: Disposition Type: Disposed Accident Disp. Code:

| Item | Assessed |
|---|---|
| Fine | $61.00 |
| Cost | $34.00 |
| Misc Total | $2.85 |
| Total | $97.85 |

| Num | Miscellaneous Fees | Amount |
|---|---|---|
| 1 | Web Fee | $2.85 |
| Miscellaneous Total | | $2.85 |

## Additional Information

Involved Persons Payment

| Person/Officer | Type |
|---|---|
| I BARNES-HOWARD | Officer |

Back New Search

Copyright © 2012 New Jersey Judiciary

Municipal Court Case Search (MCCS)

NJCourts Pay Ticket MCCS

Welcome | Search |

# Ticket Detail

Back | New Search

Case: E23 48720 Court: 0706 Type: Moving Defendant: MILDA J POLANCO Status: Disposed

## Defendant Information

Name: MILDA J POLANCO
Gender: Female
Eyes: Brown
Commercial License: N

## Court Information

Court Date: 04/21/2025
Court Time: 01:00 PM
Court Room: VIRT

## Assessed Totals

Assessed Total: $98.88
Fine Amount: $62.00
Cost Amount: $34.00
Misc Amount: $2.88
Balance Due: $0.00
Payable Ind: Y
Last Payment Date: 12/12/2023

## Ticket Information

Ticket Number: E23 48720
Issue Date: 06/11/2023
Offense Date: 06/11/2023 11:58 AM
Court: 0706 - EAST ORANGE MUNICIPAL
Agency & Officer ID: 0706 1139
Location: N GROVE ST & WILLIA
Mun. Of Offense: 0706
Municipality: EAST ORANGE MUNICIPAL
Transferred To:
Transferred From:
Status: Disposed
Time Payment:
Warrant:
Bail:
Entered Date: 06/11/2023

## Offense Information

Offense: 39:4-81(A) - FAILURE TO OBEY TRAFFIC SIGNAL
Death/Serious Injury: N
Personal Injury: N
Excess Weight: 00000

## Vehicle Information

Make of Vehicle: Toyota
Year of Vehicle: 2021
Type of Vehicle: 4 Door
Color: White

## Disposition Information

Plea: No Plea
Plea Date: 12/17/2024
Disposition Date: 12/12/2023
Finding:
License Surrendered:
Method:
Disposition Type: Disposed
Accident Disp. Code:

| Item | Assessed |
|---|---|
| Fine | $62.00 |
| Cost | $34.00 |
| Misc Total | $2.88 |
| Total | $98.88 |

| Num | Miscellaneous Fees | Amount |
|---|---|---|
| 1 | Web Fee | $2.88 |
| Miscellaneous Total | | $2.88 |

## Additional Information

Involved Persons Payment

| Person/Officer | Type |
|---|---|
| I BARNES-HOWARD | Officer |

Back | New Search

Copyright © 2012 New Jersey Judiciary

**Municipal Court Case Search (MCCS)**

NJCourts Pay Ticket MCCS

Welcome | Search |

# Ticket Detail

Back | New Search

Case: **E23 48721** Court: **0706** Type: **Moving** Defendant: **MILDA J POLANCO** Status: **Disposed**

## Defendant Information

Name: **MILDA J POLANCO** Gender: **Female** Eyes: **Brown** Commercial License: **N**

## Court Information

Court Date: **04/21/2025** Court Time: **01:00 PM** Court Room: **VIRT**

## Assessed Totals

Assessed Total: **$98.88** Fine Amount: **$62.00** Cost Amount: **$34.00** Misc Amount: **$2.88**
Balance Due: **$0.00** Payable Ind: **Y** Last Payment Date: **12/12/2023**

## Ticket Information

Ticket Number: **E23 48721** Issue Date: **06/11/2023** Offense Date: **06/11/2023 11:58 AM**
Court: **0706 - EAST ORANGE MUNICIPAL** Agency & Officer ID: **0706 1139** Location: **N GROVE ST & PARK A**
Mun. Of Offense: **0706** Municipality: **EAST ORANGE MUNICIPAL**
Transferred To: Transferred From:
Status: **Disposed** Time Payment: Warrant: Bail:
Entered Date: **06/11/2023**

## Offense Information

Offense: **39:4-92A - FAILURE TO PULL OVER VEHICLE FOR EMERGENCY VEHICLE**
Death/Serious Injury: **N** Personal Injury: **N** Excess Weight: **00000**

## Vehicle Information

Make of Vehicle: **Toyota** Year of Vehicle: **2021** Type of Vehicle: **4 Door** Color: **White**

## Disposition Information

Plea: **No Plea** Plea Date: **12/17/2024** Disposition Date: **12/12/2023** Finding:
License Surrendered: Method: Disposition Type: **Disposed** Accident Disp. Code:

| Item | Assessed |
|---|---|
| Fine | $62.00 |
| Cost | $34.00 |
| Misc Total | $2.88 |
| **Total** | **$98.88** |

| Num | Miscellaneous Fees | Amount |
|---|---|---|
| 1 | Web Fee | $2.88 |
| Miscellaneous Total | | $2.88 |

## Additional Information

Involved Persons Payment

| Person/Officer | Type |
|---|---|
| I BARNES-HOWARD | Officer |

Back | New Search

Copyright © 2012 New Jersey Judiciary

Municipal Court Case Search (MCCS)

NJCourts Pay Ticket MCCS

Welcome | Search |

# Ticket Detail

Back New Search

Case: E23 48722 Court: 0706 Type: Moving Defendant: MILDA J POLANCO Status: Disposed

## Defendant Information

Name: **MILDA J POLANCO** Gender: **Female** Eyes: **Brown** Commercial License: **N**

## Court Information

Court Date: **04/21/2025** Court Time: **01:00 PM** Court Room: **VIRT**

## Assessed Totals

Assessed Total: **$98.88** Fine Amount: **$62.00** Cost Amount: **$34.00** Misc Amount: **$2.88**
Balance Due: **$0.00** Payable Ind: **Y** Last Payment Date: **12/12/2023**

## Ticket Information

Ticket Number: **E23 48722** Issue Date: **06/11/2023** Offense Date: **06/11/2023 11:58 AM**
Court: **0706 - EAST ORANGE MUNICIPAL** Agency & Officer ID: **0706 1139** Location: **N 19TH ST & WILLIAM**
Mun. Of Offense: **0706** Municipality: **EAST ORANGE MUNICIPAL**
Transferred To: Transferred From:
Status: **Disposed** Time Payment: Warrant: Bail:
Entered Date: **06/11/2023**

## Offense Information

Offense: **39:4-97 - CARELESS DRIVING: LIKELY TO ENDANGER PERSON OR PROPERTY**
Death/Serious Injury: **N** Personal Injury: **N** Excess Weight: **00000**

## Vehicle Information

Make of Vehicle: **Toyota** Year of Vehicle: **2021** Type of Vehicle: **4 Door** Color: **White**

## Disposition Information

Plea: **No Plea** Plea Date: **12/17/2024** Disposition Date: **12/12/2023** Finding:
License Surrendered: Method: Disposition Type: **Disposed** Accident Disp. Code:

| Item | Assessed |
|---|---|
| Fine | $62.00 |
| Cost | $34.00 |
| Misc Total | $2.88 |
| **Total** | **$98.88** |

| Num | Miscellaneous Fees | Amount |
|---|---|---|
| 1 | Web Fee | $2.88 |
| Miscellaneous Total | | $2.88 |

## Additional Information

Involved Persons Payment

| Person/Officer | Type |
|---|---|
| I BARNES-HOWARD | Officer |

Back New Search

Copyright © 2012 New Jersey Judiciary

,OTA
...CIAL SERVICES
O Box 22171
Tempe, AZ 85285

| | |
|---|---|
| ACCOUNT NUMBER | 02-0562-H4736 |
| DESCRIPTION OF VEHICLE | 2021 TOYOTA COROLLA |
| VEHICLE IDENTIFICATION NUMBER | 5YFEPMAE3MP220859 |

## LEASE END BILLING CALCULATION

| | | |
|---|---|---|
| **CHARGES** | | |
| Unpaid Lease Payments: | | $ 739.98 |
| Unpaid Late Charges: | | + $ 37.00 |
| Unpaid Miscellaneous Charges: | | + $ 0.00 |
| Excess Wear and Mileage | | + $ 8,573.97 |
| Excessive Wear | $ 1,096.39 | |
| Excessive Mileage: | $ 6,944.85 | |
| (76,303 miles - 30,004 miles allowed = 46,299 miles @ $0.15 per mile) | | |
| Sales Tax at 6.625 %: | $ 532.73 | |
| Lease Termination Charges: | | + $ 373.19 |
| Disposition Fee: | $ 350.00 | |
| Sales Tax at 6.625 %: | $ 23.19 | |
| Repossession Fees: | | + $ 0.00 |
| Other Charges Due: | | + $ 0.00 |
| **TOTAL CHARGES:** | | = $ **9,724.14** |
| **CREDITS** | | |
| Security Deposit: | | $ 0.00 |
| Funds Received: | | + $ 0.00 |
| **TOTAL CREDITS:** | | = $ **0.00** |
| **LEASE RETURN BALANCE** | | |
| TOTAL CHARGES: | | $ 9,724.14 |
| TOTAL CREDITS: | | - $ 0.00 |
| **AMOUNT DUE:** | | = $ **9,724.14** |

**BMW Financial Services**

November 19, 2024

Jose Vazquez
440 6th St
Carlstadt NJ 07072-1223

Reference 4XXXXX2208 / 2022 BMW 840i xDrive Gran Coupe
Subject Request for Action - Balance Due: $51,517.82

Dear Jose Vazquez:

BMW Financial Services NA, LLC (BMW Financial Services) has not received payment on your account. Please forward the balance due immediately to the payment address listed below. To ensure proper credit to your account, please include your account number on your payment.

Send payment to: BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103

If you have any questions or to make payment arrangements, please contact us at (800) 398-3939, Monday through Friday, from 9:00 a.m. to 6:00 p.m. ET.

Yours sincerely,

BMW Financial Services

Company
BMW Financial Services NA, LLC

BMW Group Company

Mailing Address
PO Box 3607
Dublin OH 43016-0305

Office Address
1400 City View Drive
Columbus OH 43215

Telephone
(800) 398 3939

Fax
(888) 235 2557

Western Union
PAY A BILL
Code City
BMWOHIO

Internet
bmwusa.com

Tesla Model 3 2020
U95RGM
5YJ3E1EA2LF658673



ChevroletTahoe 2022
P88RKS
1GNSKSKD1PR102502



MazdaCX30 2022
H77RJE
3MVDMBCL9NM439403



Acura MDX 2023
S81RGM
5J8YE1H30PL001166



BMW X6
X61RGT
5UXCY6C07P9N62793



Audi SQ7 2022
N12RGD
WA1AWBF70ND015742



Volvo XC 60 2022
T96RFT
YV4L12RK6N1086892



Dodge Durango RT 2022
U29RGN

1C4SDJCT9NC208165



Genesis G70 2020
U43RGM

KMTG34LA7LU057764



Linda C. Swift
City Marshal # 77
11 BROADWAY, ROOM 425
NEW YORK NY 10004
TEL: (646) 756-1605

EVELYN VALENTINE
514 26TH ST
UNION CITY NJ 07087

DATE January 21, 2025
RIS NUMBER **2411260220**
MARSHAL DOCKET No. RIS36081

This is to notify you as an interested party that the vehicle bearing the license plate and vehicle described below:

| PLATE NUMBER | STATE | MAKE | YEAR | VIN# |
|---|---|---|---|---|
| P88RKS | NJ | CHEVR SUV | 23 | 1GNSKSKD1PR102502 |

has been seized on 11/26/24 by the City of New York Department of Finance Parking Violations Bureau, for outstanding parking and camera violations in judgment and will be sold **AT PUBLIC AUCTION** ten (10) calendar days from the date of this letter **OR THEREAFTER.**

To redeem your vehicle, please visit www.nycbootpay.com or contact **Republic Immobilization Service (RIS-NYC) at 646-517-1000 (please reference the RIS number above) to pay all applicable charges that would include all parking and camera violation judgments owed plus all applicable fees to include poundage, sales tax, and tow, boot and storage fees as follows:**

| Weight Class | Tow Fee | Storage Fee |
|---|---|---|
| Under 8,500 lbs. | $140.00 | $10 per day first three (3) days and $15 per day thereafter plus tax |
| 8,500 lbs. to 17,999 lbs. | $180.00 | $20 per day first three (3) days and $30 per day thereafter plus tax |
| 18,000 lbs. or more | $1,500.00 | $30 per day first three (3) days and $60 per day thereafter plus tax |

You may request a hearing, if applicable, online, by mobile app, by mail or in-person at any New York City Department of Finance Business Center. To obtain the location of the nearest center, please call 311 or for TTY call 212-504-4115 within the five boroughs of New York City. If calling from outside the five (5) boroughs of New York City, call 212-NEW-YORK (212-639-9675). **For more information, visit our website at www.nyc.gov.**

**LIENHOLDERS, LESSORS AND INSURANCE COMPANIES:** Please forward your questions or requests concerning towed vehicles to **parkingenforcement@finance.nyc.gov.**

For information about enrolling in a **PAYMENT PLAN**, please call RIS-NYC at 646-517-1000, or visit one of the five NYC DOF business centers. Please have ID and proof of valid registration and insurance before calling or visiting.

- **If you do not redeem the vehicle, the vehicle will be sold at auction**
- **If the vehicle is sold and the sale does not satisfy the full amount that is owed, you will owe the unpaid balance of your parking/camera violation judgment and interest will continue to accrue until your debt is paid.**
- **The City can take additional enforcement actions against you and your property to collect the unpaid balance, including booting/towing other vehicles that may be registered to you.**

IF YOU ARE NOT THE CURRENT REGISTRANT/TITLE HOLDER OR LIENHOLDER OF THIS VEHICLE, PLEASE DISREGARD THIS LETTER.

Sincerely,
**LINDA C. SWIFT**
**Marshal, City of New York**
Badge No.77

May 26, 2026

**Honorable Matthew J. Fedor**
Hunterdon County Superior Court
65 Park Avenue, 3rd Floor
Flemington, New Jersey 08822

**Re: Licia De Souza Luciano vs**
**Henrique Manuel Simoes**
**Docket No: FM-10-0287-25**
**Our File No: 25-250**

Dear Honorable Matthew J. Fedor:

As you are aware this office represents the Defendant, Henrique Manuel Simoes in the above captioned matter.

The above matter is scheduled for an Intensive Settlement Conference on Monday, June 8, 2026.

I hereby kindly request an adjournment for this matter.

We began mediation with Lorraine Medeiros, Esq. but she requested further information which we are in the process of providing. We need a second mediation session to hopefully resolve this matter. We are attempting to schedule the second session in the next two weeks.

My adversary is in agreement with this adjournment request.

Thank you for your attention in this matter.

Respectfully requested,

Noemio A. Vellozzi, Esq.

NAV/pl
Filed Via Ecourts
Cc: Kay-Kay Davis- Daniels, Esq.