03662
East Orange Municipal
221freeway Dr East
East Orange, NJ 07018

**East Orange**
**Municipal Court**
(973) 266-5300
**Notice Date:** January 31, 2025

Evelyn Valentine
514 26th St
Union City, NJ 07087-3780

## NOTICE OF PROPOSED LICENSE OR REGISTRATION SUSPENSION

**Need an interpreter? Call (973) 266-5300**

Court records indicate that you have failed to respond to the parking ticket(s) listed below. **This is your final notice**.

To avoid the judge ordering the suspension of your New Jersey driving privileges or the New Jersey registration (N.J.S.A. 39:4-139.10) of the motor vehicle listed below, within 14 days from the date of this notice you must do one of the following:

1) Contact this court, or
2) Plead not guilty via **WWW.NJMCDIRECT.COM**, or
3) Choose to plead guilty and pay the total penalty shown below. You may pay online at **WWW.NJMCDIRECT.COM**, pay in person at the East Orange Municipal Court, or mail a check/money order to the court at **221freeway Dr East, East Orange, NJ 07018. If you are unable to pay in full**, contact this court.

| Ticket Number(s) | Ticket Violation Date(s) |
|---|---|
| 0706 E23 052099 | 06/23/2023 |

**License Plate Number:** U43RGM
**Total Amount Due:** $75.00

Interpreter ADA Americans with Disabilities Act ENSURING AN OPEN DOOR TO JUSTICE

Asatrian Law Group, L.L.C.
15 Warren Street, PH-E2
Hackensack, New Jersey 07601
Admitted in State of NJ

Tel: (201) 663-3164

Email: MartinAsatrianLaw@gmail.com

January 27, 2025

West New York Municipal Court
428-60 Street
West New York, NJ 07093

**Re: Pending Litigation Regarding Accumulation of Parking Tickets**
**Case No: 0912-P14-232617**

To Whom It May Concern:

This office represents Ms. Evelyn Valentine in the above-referenced matter. I write to advise the court of Ms. Valentine's pending litigation against third party companies, who are in possession of her vehicles and are responsible for the accumulation of parking tickets under the jurisdiction of West New York, New Jersey.

The plaintiff, Evelyn Valentine, initiated legal action due to the repeated issuance of parking tickets inter alia, attributed to the defendants' actions. She is not in possession of the vehicles and has no way to know how the vehicles are being operated. The specifics of these parking tickets, including dates, ticket numbers, and total tickets, are detailed in the attached documentation.

This letter serves to notify the court of the ongoing proceedings, and that Ms. Valentine pleads "Not Guilty" to all charges against her.

If you need more information or documentation, please do not hesitate to contact me at (201) 663-3164 or Martinasatrianlaw@gmail.com.

Thank you for your kind attention to this matter.

Very truly yours,

Martin V. Asatrian

# P.S.C.

Bonded Investigators

CASE# 086892/2

**1-888-255-1455**

New Jersey*Pennsylvania*New York*Delaware



Contract Date
Jul 22, 2022

**2022 AUDI Q5**
WA1GAAFY9N2075459

Final Payment
Dec 21, 2025

Make a payment

Get a payoff quote

Enroll in AutoPay

## Lease Details

| Term | Security Deposit | Turn-In Date |
|---|---|---|
| 42 Mos | $0.00 | Jan 22, 2026 |
| **Payments Remaining** | **Residual Amount** | |
| 12 | $27,920.75 | |

**Help Center** >

Browse through FAQs, access your documents, or send us a message.

**Account Settings** >

Update your contact information, select communications preferences, and more.

Ready to finance an additional vehicle?

**Apply for financing**

Transactions    Statements

## Pending

You have no pending transactions

## Posted

| Date | Description | Amount |
|---|---|---|
| Dec 21, 2024 | Automatic Payment | $949.00 |

# BMW Financial Services
## Account Statement



### ACCOUNT SUMMARY

**ROLANDO R CHICO**

| | |
|---|---|
| Account Number: | 4004083625 |
| Statement Date: | 01/04/25 |
| Maturity Date: | 07/22/25 |
| Vehicle Description: | 2022 BMW X5 xDrive40i |
| VIN: | 5UXCR6C02N9M54012 |

| | |
|---|---|
| Customer Service Contact: | (800) 578-5000 |
| Hours: | Mon - Thurs 9:00 to 9:00 ET; Fri 9:00 to 6:00 ET |
| Website: | bmwusa.com/mybmw |

### TRANSACTION(S) SINCE LAST STATEMENT

| Date | Account Activity | Charges | Amount Paid |
|---|---|---|---|
| | Previous Balance | $1,359.87 | |
| 12/21/24 | EasyPay Payment | | $1,359.87 |
| 12/24/24 | Returned Item (12/21/2024) | $1,359.87 | |
| 01/01/25 | Late Charge | $67.99 | |
| 01/21/25 | Lease Payment Due | $1,359.87 | |
| | Account Total - New Balance | $2,787.73 | |

### IMPORTANT INFORMATION

**Happy Holidays! Thank you for your business in 2024 and best wishes to you in 2025.**
During the holiday season, our offices will be closed Tuesday, December 24, 2024, Wednesday, December 25, 2024 and Wednesday, January 1, 2025. You may view your account information or make a payment online 24/7 by visiting bmwusa.com/mybmw or by calling our automated phone service at (800) 578-5000 or (614) 718-6350 for international calls.




1 For redemptions, inquiries, and updates, Cardmembers may visit the Rewards Center online at mybmwcreditcard.com or call the Rewards Center at 888.229.8864. All redemptions are final.

Payments received after statement date are not reflected.

### AMOUNT DUE

| | |
|---|---|
| Past Due Amount: | $0.00 |
| Current Charges: | $2,787.73 |
| **Total Amount Due:** | **$2,787.73** |

A payment grace period applies to Current Charges only. Past due payments and Current Charges must be received by 01/31/25 to avoid a late charge.

Allow 5-7 days for your payment to reach us. Please detach here and return this portion with your payment. Always put your complete account number on your check or money order.

BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306

### REMITTANCE SECTION

| | |
|---|---|
| Account Number | 4004083625 |
| **Total Amount Due** | **$2,787.73** |
| **Payment Due By** | **01/21/25** |
| Amount Enclosed | $________ |

7154010177 PRESORT PBPS025 <B>

ROLANDO R CHICO
1511 40TH ST
NORTH BERGEN NJ 07047-2524

**▼ PLEASE DO NOT SEND CASH. MAKE CHECK ▼ PAYABLE TO AND SEND TO**

BMW FINANCIAL SERVICES
P.O. BOX 9001065
LOUISVILLE KY 40290-1065

If you need to change your address, please log into bmwusa.com/mybmw for faster processing.

40040836250 06674371682 002787732 202501213

## Good Morning, Rolando Chico

Account Number
Ending: 6343 ⓘ

Car Model
2022 Toyota COROLLA HA ⓘ



Amount Due
**$542.00**

**Payment Details:**

Current Regularly Scheduled Payment Amount ⓘ

Set Up Recurring Pay

Make One-Time P

Make An Express Payment

Amount Due
$542.00

Bank Accounts

Checking

2022
CHEVROLET CORVETTE

⊕ ADD ACCOUNT

60% Completed

MY PROFILE

Past Due

$1,904.16

18 Days Past Due

MAKE A PAYMENT

Updated as of Dec. 25, 2024

Next Payment ⓘ

$1,904.16

Due on Jan. 8, 2025



# BILLING STATEMENT

TOYOTA Financial Services

For customer service, please call Toyota Financial Services at (800) 874-8822, or visit us online at www.toyotafinancial.com.

| | |
|---|---|
| Statement Date | 1/3/2025 |
| **Account Number** | **02 0562 L6343** |
| **Vehicle/Last 8 of VIN** | **Corolla Hatch/N318-0376** |

**SUMMARY OF CHARGES**

| | |
|---|---|
| Past Due Payment Amount | $542.00 |
| Unpaid Late Charges | $27.10 |
| Personal Property Tax | $0.00 |
| Miscellaneous Charges | $0.00 |
| Current Payment Due | $542.00 |
| **Total Amount Due** | **$1,111.10** |
| Payment Due Date | 1/22/2025 |

To avoid a late charge of **$27.10** your payment must be received before **2/01/2025.**

**ACCOUNT INFORMATION**

| | |
|---|---|
| Last Transaction Amount | $542.00 |
| Date of Last Transaction | 12/22/2024 |
| Months Elapsed | 29 |
| Months Remaining | 7 |
| Maturity Date | 7/22/2025 |

Please refer to the back of this statement for important information on negative credit reporting, check processing and the specially designated address when sending any communication regarding disputed payoffs.





MANAGING YOUR ACCOUNT IS NOW EASIER THAN EVER WITH OUR NEW APP

1 Text APP to 462837 to download the app
2 Open the Toyota FS app
3 Scan the QR code to Register your account


IMPORTANT: To ensure timely delivery, please detach this portion and mail in the enclosed envelope with your payment.
Make check or money order payable to Toyota Financial Services. Include your account number and name on the front of your check or money order.

TOYOTA Financial Services

| | |
|---|---|
| **Account Number** | 02 0562 L6343 |
| **Payment Due Date** | 1/22/2025 |
| **Total Amount Due** | $1,111.10 |

**Amount Enclosed** $ ______ . ___

Please fill in circle completely if you're using the form on the reverse side to update your address or phone number.

AB 01 003197 80440 H 17 B
ROLANDO R CHICO
1511 40TH ST
NORTH BERGEN NJ 07047-2524

TOYOTA FINANCIAL SERVICES
PO BOX 4102
CAROL STREAM IL 60197-4102

05622106343 3 0111110 0113820 9

# Account History

2022 VOLVO XC40 AWD *3421

Balance $34,697.20

Available credit $0.00

Amount due $2,128.80

Next due 11/26/2024

Account Details

## Overview

NEXT PAYMENT DUE

Past Due

Amount Due $1,359.87

2022 X5 xDrive40i
Lease Account | 4004083625

MAKE A PAYMENT

PREVIOUS PAYMENT

$1,359.87

Paid on Nov 21, 2024

2022 X5 xDrive40i
Lease Account | 4004083625

VIEW STATEMENT

Dashboard Accounts Payment Center

## Account Activity

2022 X5 xDrive40i

Lease Account | 4004083625



8:05 5G 34

All Inboxes

# GM Financial auto pay deleted

gm FINANCIAL

MyAccount | Contact Us

## Your auto pay has been deleted

Dear ROLANDO CHICO,

A schedule for your GM Financial auto pay using confirmation number 2268856 has been deleted.

Auto Pay Confirmation Number: 2268856
Last 4 of Bank Account: 3386
Last 4 digits of GM Financial Account: 0024

If you have any questions or need to make changes to this plan, you can message us by logging in to MyAccount online or on the GM Financial Mobile app. You can also call us at 800-284-2271.

Thank you for being a valued GM Financial client.

Thank you,

GM Financial

Audi
Financial Services

5/26/21 4:01 PM 3 0000249 20250108 WA41A101 AudiLTR 1 oz DOM WA41A10000* 157982 DA

ROLANDO CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

Audi Financial Services
PO Box 7498
Libertyville, IL 60048-7498
Phone (800) 428-6050
Fax
www.audiusa.com/myaudi

| | | |
|---|---|---|
| RE: | Customer Name: | ROLANDO CHICO |
| | Account Number: | XXXXX1839 |
| | Vehicle: | 2022 AUDI Q5 |
| | VIN: | WA1GAAFY9N2075459 |

Dear ROLANDO CHICO:

We have not yet received your payment of $1,015.58. Please remit the Total Amount Due to Audi Financial Services or contact us immediately at 1-888-237-6050.

Failure to remit the Total Amount Due may cause us to declare your account in default. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. This applies to all parties obligated to the repayment of this debt.

Please disregard this notice if the Total Amount Due has already been mailed.

Sincerely,
Audi Financial Services

This is an attempt by Audi Financial Services to collect a debt. Any information obtained will be used for that purpose.

California and Utah Residents: As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

VW Credit, Inc. (d.b.a. Volkswagen Credit and Audi Financial Services) is a servicer for VW Credit Leasing, Ltd. and VCI Loan Services, LLC

Please return this portion of the invoice with your payment and allow for 5-7 days for mailing.

| | |
|---|---|
| Account Name: | ROLANDO CHICO |
| Account Number: | 8138621839 |
| Past Due Date: | 12/21/2024 |
| Amount Past Due | $949.00 |
| Accumulated Late Charges: | $47.45 |
| Accumulated Misc Charges: | $0.00 |
| **Total Amount Due:** | $1,015.58 |

Send Payments to:

Audi Financial Services
P.O. Box 5215
Carol Stream, IL 60197-5215

PLEASE MAKE CHECKS PAYABLE TO:
Audi Financial Services

Gmail

**Kennia Joseph <kennialjoseph@gmail.com>**

**Fwd: ***Alert *** Important Email from Affinity Federal Credit Union ***Alert*** Important Email from Affinity Federal Credit Union *****

1 message

**Martin Asatrian** <asatrianlawgroupllc@gmail.com> Thu, Jan 2, 2025 at 5:39 PM
To: Kennia Joseph <kennialjoseph@gmail.com>

---------- Forwarded message ---------
From: **blueangel781@hotmail.com** <blueangel781@hotmail.com>
Date: Thu, Jan 2, 2025, 5:32 PM
Subject: Fwd: ***Alert *** Important Email from Affinity Federal Credit Union ***Alert*** Important Email from Affinity Federal Credit Union ***
To: Martin Asatrian <asatrianlawgroupllc@gmail.com>

Team

Just forwarding letters of collection for Rolando Chico from the banks .... I have asked perkin industris to pls pay the cars they are using for busines that belong to us and they have not done so… increasing the damages for us

Begin forwarded message:

**From:** Deniseu@affinityfcu.com
**Date:** January 2, 2025 at 5:16:14 PM EST
**To:** blueangel781@hotmail.com
**Subject: ***Alert *** Important Email from Affinity Federal Credit Union ***Alert*** Important Email from Affinity Federal Credit Union *****

Dear Rolando R Chico,

Please contact Denise Urquhart of Affinity Federal Credit Union in reference to your Auto Loan which is 37 days past due for $1,774.00.

Please contact me before 6 pm today at 1.877.419.0116 or reply to this email to avoid your vehicle from being placed out for repossession.

You can make a loan payment directly through your online banking profile.

- After logging into your profile

- Go to the Move Money tab
- You can click on Make a Loan Payment (from an External Account) or make an internal payment

**Please note, if you have not enrolled in online banking yet you will need to know your member number.**

You can also transfer funds from an existing Affinity account to pay your loan.

A check can also be sent to the below address:

Affinity Federal Credit Union
PO BOX 70105
Newark, NJ 07101-0070

**If you have already made your payment please disregard this notice.**

Thank you,
Member Care Dept./Loss Mitigation

Affinity Federal Credit Union Member Care Department
73 Mountainview Blvd
Basking Ridge, NJ 07920

"Notice: This e-mail transmission, with any attachments or accompanying records may contain confidential information and is intended only for the use of the individual and/or entity to which it is addressed and may contain confidential and/or privileged information belonging to the sender, including individually identifiable information subject to Federal/State privacy and security provisions. If you have received this message and associated documents in error are not the intended recipient, do not disseminate, distribute or copy this transmission. Please notify the sender immediately by email for instructions and delete the original message".

PNC BANK

ACCOUNT ENDING 5528
DATE FEB 06, 2025
PAGE 1 of 2

CCLCCD01

ROLANDO CHICO
4 DIAZ CT
WAYNE, NJ 07470-3330

**Your PNC credit card account was reviewed, and the total credit limit has been reduced.**

**Here's what happened:**

We periodically review credit card accounts to assess whether credit limits assigned to them are appropriate given the current credit qualifications of the account owners.

Based on a recent review of your PNC credit card ending in 5528, as well as your other account relationships with PNC, the total credit limit for your credit card ending in 5528 has been reduced to $1,600.00 as of February 06, 2025.

Our credit decision was based on the following reasons:

- Serious delinquency
- Time since delinquency is too recent or unknown
- Amount past due on accounts
- Number of accounts with delinquency

As a result your available credit limit and cash advance limit have also been adjusted. If there are any additional cardholders on your account, please make them aware of this change because these new credit limits apply to total spending on your account. Your total credit limit, total available credit and total available for cash advances are shown on your statement each month and within PNC Online Banking.

**Information about your rights under the Fair Credit Reporting Act and about the score that was used in making this decision are provided on the back page.**

**Here's how you can reach us if you have questions or need assistance:**

We're here to help. If you have any questions or need assistance, please call us at 1-800-558-8472. You can also write to us at: Credit Card Services; P.O. Box 3429; Pittsburgh, PA 15230-3429.

**At PNC we want to help you understand your options and offer you the resources to support your journey.**

*continue to reverse*

PNC BANK

ACCOUNT ENDING 5528
DATE FEB 06, 2025


**Here's important information about how we made our decision and your rights under the Fair Credit Reporting Act:**

Our credit decision was based in whole or in part on information obtained from the consumer credit reporting agency listed below:

Experian
701 Experian Parkway
PO Box 2002
Allen, TX 75013
1-888-397-3742
experian.com/reportaccess

The consumer reporting agency identified above did not make this decision and is unable to provide you with the specific reasons why this action was taken.

**Your rights under the Fair Credit Reporting Act:**

- You have the right to know the information in your credit report.
- You have the right to a free copy of the report from the consumer reporting agency that provided the information, if your request to the consumer reporting agency is made within 60 days of receiving this letter.
- You have the right to file a dispute with the consumer reporting agency if you find that any information in your report is inaccurate or incomplete.

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: 670
Date: February 05, 2025
Scores range from a low of **300** to a high of **850**.
Key factors that adversely affected your credit score:

- Serious delinquency
- Time since delinquency is too recent or unknown
- Amount past due on accounts
- Number of accounts with delinquency
- Too many inquiries last 12 months

If you have any questions regarding your credit score, you should contact the credit reporting agency identified above at the address or telephone number provided.

If you have any questions regarding this letter, you should contact us at 1-800-558-8472.

Keep in mind that, in addition to the free report you are entitled to as described above, you are also entitled to a free copy of your credit report from all three credit reporting agencies once every 12 months. Every consumer should check their credit reports from each of the 3 bureaus annually. Doing so will make sure your credit history is up-to-date and accurate.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.

PNC Bank, National Association (N.A.) is the issuer of the credit card described herein.

©2025 The PNC Financial Services Group, Inc. All rights reserved. PNC Bank, National Association.

CCS USA ESTABLISHED 1969

# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062
Self-service: www.ccspayment.com
8am to 8pm EST, Monday to Friday

**CALL CENTER: (603) 570-4782**

23964 S504206 00-WN1E-1 1501
11687 1 AB 0.588 T 24
ROLANDO CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

Date: 02/10/25
File Number: 07 0767 67328
Pin Number: 25176
Violations: 64

**REGARDING:**
**NEW JERSEY E-ZPASS**

**AMOUNT DUE:**
**$3,203.61**

According to our client, New Jersey E-ZPass, the above referenced amount remains unpaid. As a result, your account has been placed with this office for collection.

Please remit payment by mail (together with the payment stub portion of this notice), by telephone, or by visiting our self-service website @ **www.ccspayment.com.** If you would like personal attention, our Customer Service Agents are available at (603) 570-4782. Let's work together to resolve this matter. Thank you.

Please be advised, the Tolling Agency retains the right to issue a summons in connection to your unpaid toll violation(s). The Agency may designate an employee(s) or agent(s) of the Agency to be a complaining witness on behalf of the Agency and to cause a summons and complaint to issue to the extent permitted by, and pursuant to, the Rules Governing the Courts of New Jersey, Delaware, and Pennsylvania.

Listed below are the details of up to five (5) of your outstanding violations:

| Date of Violation | Citation Number | Roadway | Total Due | Plate Number |
|---|---|---|---|---|
| 11/30/23 | T202313303923-01 | Delaware Water Gap Br | $33.00 | M95RCJ |
| 11/26/23 | T132313274205-01 | PA Turnpike/Florence | $56.65 | M95RCJ |
| 11/27/23 | T132313274207-01 | Secaucus Transfer Station | $55.85 | M95RCJ |
| 09/17/24 | T132431556660-01 | GSP/Wodbridge/The Amboys | $51.35 | M48RDM |
| 10/20/24 | T132432681469-01 | Secaucus/US 46 | $54.20 | M95RCJ |

**SELF-SERVICE WEBSITE:** You can activate email messaging, upload correspondence, request telephone calls to stop, pay by check, Visa, MasterCard, Discover, arrange a payment plan, and more at our secure website: **www.ccspayment.com.**

**MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your check payable to: NEW JERSEY E-ZPASS.

1501 - NJ

**File Number: 07 0767 67328**
**Pin Number: 25176**
**ROLANDO CHICO**

**AMOUNT DUE:**
**$3,203.61**

Do not mail post-dated checks. You can call (855) 304-8919 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.

## Go Green

We offer secure email messaging, as well as the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: **www.ccspayment.com.**

**CCS**
**PAYMENT PROCESSING CENTER**
**P.O. BOX 55126**
**BOSTON, MA 02205-5126**

7970015010767673280032036l6

7301 2070 BI RP 06 20250206 NNYNNNNN 00 13756 04 S503824 1of2

City of Yonkers
Red Light Traffic Safety Program
20 South Broadway, 10th Floor
Yonkers, NY 10701

NOTICE #: **3102500120911**
PIN: **5486**
View and Pay your violation at
**www.ViolationInfo.com**

# NOTICE OF LIABILITY

**Amount Due:** $65.00
**Due Date:** 03/10/2025









13756 S503824 00-ATPSCROD-1 NYYON_FN

00805 1 MB 0.617 T 4
**ROLANDO R CHICO**
**4 DIAZ CT**
**WAYNE NJ 07470-3330**

| | | | | | |
|---|---|---|---|---|---|
| ON (DATE) **01/27/2025** | AT TIME **06:34 PM** | AT LOCATION **EB TUCKAHOE RD @ MILE SQUARE RD / SPRAIN RD** | | | |
| NAME **ROLANDO R CHICO** | | | | | |
| STREET ADDRESS **4 DIAZ CT** | | | | | |
| TOWN **WAYNE** | | | | STATE **NJ** | ZIP CODE **07470-3330** |
| DID UNLAWFULLY | | ■ OPERATE/DRIVE | | ☐ PARK | |
| VEHICLE | YEAR **2022** | MAKE **VOLVO** | MODEL **XC40** | STYLE **SPORT UTILITY VEHI** | COLOR |
| | L I C | NUMBER **Y75RBX** | STATE **NJ** | PLT TYPE **Passenger** | |

**Did then and there commit the following offense of the City of Yonkers Red Light Traffic Safety Program. The recorded images relating to the vehicle stated above are evidence of a:**
**FAILURE OF OPERATOR TO COMPLY WITH TRAFFIC CONTROL INDICATIONS**

| | |
|---|---|
| IN VIOLATION OF: **NYSV&TL Section 1111(d) as enabled under 1111-b; and Yonkers City Code 109-45** | ☐ RSM ■ ORD |
| **On information, the City of Yonkers Parking Violations Bureau charges the owner of the vehicle with a Red Light Violation and a: CIVIL PENALTY FINE OF $50.00 plus a PUBLIC SAFETY FEE of $15.00. AMOUNT DUE $65.00.** | ISSUE DATE **02/07/2025** |

---

Pay online at www.yonkersny.gov or mail your check or money order with this coupon to the address below.

| | | | | | |
|---|---|---|---|---|---|
| **NAME:** | ROLANDO R CHICO | | | **DUE:** | 03/10/2025 |
| **PVB Ticket #:** | RL2500120911 | **VERSION:** | 1 | **ISSUED:** | 02/07/2025 |
| **TYPE:** | Passenger | **PLATE:** | Y75RBX | **STATE:** | NJ |
| **No points will be assessed for this Notice of Liability** | | | | | |

- √ Make your check or money order payable to the **Yonkers PVB.**
- √ DO NOT MAIL CASH.
- √ Write the PVB Ticket # on the front of your payment.
- √ Insert this tear-off coupon in the enclosed envelope with the address (at the right) showing through the window.
- √ You must respond with either a payment or a hearing request before the Due Date.

**City of Yonkers**
**Red Light Traffic Safety Program**
**General Post Office**
**PO Box 29934**
**New York, NY 10087-9934**

**AMOUNT DUE: $65.00**

See reverse side for additional information and plea form.

Pursuant to the NYSV&TL Section 1111(d) as enabled under 1111-b; and Yonkers City Code 109-45, the owner of a motor vehicle is liable for payment of a minimum civil penalty of $50.00 plus a Public Safety Fee of $15.00, for a total Amount Due of $65.00 if the owner's vehicle proceeds into an intersection equipped with a photographic traffic control monitoring system when the traffic control signal for that vehicle's direction of travel is emitting a steady red signal. It has been determined that your vehicle has proceeded into an intersection by entering the crosswalk on the near side of an intersection when the traffic control signal, for the direction in which your vehicle was traveling, was emitting a steady red signal. If you were making a right hand turn, you failed to come to a complete stop at the clearly marked stop line or if none was present, at the point nearest the intersecting roadway where you had a view of approaching traffic on the intersection.

**Failure to answer or pay by the due date shall be deemed an admission of guilt. A late penalty of $25 shall accrue; a default judgment will be entered which can lead to booting and towing the vehicle and seizure of property.**

**No points will be assessed against you for the civil penalty. Your failure to respond may result in collection proceedings being instigated against you for the enforcement of such penalty by civil action in the nature of debt.**

**Payment is an admission of guilt.**

## INSTRUCTIONS

**ONLINE PAYMENT:** The fastest and easiest way to pay your Notice is to pay online. Go to www.yonkersny.gov and follow the instructions for submitting online payments under the How Do I... tab on the top of the screen next to Search and on the next page, click Tickets. There is a convenience fee based on the transaction amount.

**PAYMENT BY PHONE:** Call toll free **1-866-377-9665**. There is a convenience fee based on the transaction amount.

**PAYMENT BY MAIL:** Mail your check or money order (payable to **Yonkers PVB**) in the enclosed envelope with the coupon printed at the bottom of the reverse side of this notice. DO NOT MAIL CASH. Be sure to put the RL PVB Ticket # from the coupon on the face of your payment.

**PAYMENT IN PERSON:** You may pay in person at the Yonkers Parking Violations Bureau, 20 South Broadway, 10th Floor, Yonkers, NY 10701, Monday through Friday between the hours of 8:30 AM and 4:00 PM EST.

**VIEW YOUR IMAGES AND VIDEO:** The recorded images and video of your violation will be submitted as evidence in the Parking Violations Bureau's proceeding for disposition of the violation. You may view your images and video online at **www.ViolationInfo.com**. You will need your Notice # and PIN printed on the top right front of this notice inside the red box. You may also view your images and video at the Parking Violations Bureau, 20 South Broadway, 10th Floor, Yonkers, NY Monday through Friday between the hours of 8:30 AM and 4:00 PM EST.

**TO CONTEST THIS VIOLATION:**

You may contest the imposition of the civil penalty by filling out the plea form below and pleading Not Guilty, signing and mailing the coupon requesting a Hearing before the Parking Violations Bureau. You may choose to have a hearing in person at the PVB and a scheduled Hearing date and time to appear will be mailed to you; or you may choose to have a Hearing by Mail, enclosing a statement of the facts, a copy of your registration, and any additional evidence necessary to prove your case. Your request must be received by the due date on the front of this Notice.

**ALL HEARING DECISIONS ARE FINAL**

**QUESTIONS:** If you have any questions, please contact the Yonkers PVB at **1-914-377-6600**, Mon-Fri 8:30 AM to 4:00 PM EST.

**For a Hearing Request or Payment, please place coupon in the envelope with address on reverse side showing through window.**

## PLEA FORM

Check all appropriate boxes

- ☐ I am the Registered Owner of the vehicle
- ☐ I am the Operator (non-owner) of the vehicle
- ☐ I plead Guilty (payment in full enclosed)
- ☐ I plead Not Guilty and request a Hearing in person
- ☐ I plead Not Guilty and request a Hearing by mail.

Enclosed is a statement, registration & all necessary evidence.

Name ______________________________

Address ____________________ City ____________ St _____ Zip ________

Telephone Numbers: Home: __________________ Work: ________________

Signature ______________________________________

New York City Department of Finance
School Zone Camera Unit
PO Box 3641
Church Street Station New York, NY 10008-3641

NEW YORK CITY DOT | NYC Department of Finance | SPD

## NOTICE OF LIABILITY / CERTIFICATE CHARGING THE LIABILITY

**THE CITY OF NEW YORK VS ROLANDO R CHICO**

View your records online at
www.ViolationInfo.com

**NOTICE #:** 4934492975
**PIN:** 4844

#BWCFGHJ
#49344929753#
ROLANDO R CHICO
4 DIAZ CT
WAYNE, NJ 07470-3330

**ISSUE DATE:** 01/27/2025 **DUE DATE:** 02/26/2025

**PLEASE TAKE NOTE:** Because the operator of the photographed vehicle has been observed speeding in a school speed zone (in violation of New York State Vehicle and Traffic Law Section 1180-b), you are liable to pay a monetary penalty for the amount shown. This amount is due within 30 days of the date of this Notice.

The vehicle was traveling at a speed of more than ten miles per hour above the posted maximum speed limit within the school speed zone. Photographs evidencing the plate and violation are shown. Please see the reverse of this Notice for further instructions. School speed zone cameras are in effect year-round.

| VIOLATION DATE | VIOLATION TIME | FINE AMOUNT |
|---|---|---|
| **01/20/2025** | **7:08:01AM** | **$50.00** |
| LOCATION | | |
| **EB E TREMONT AVE @ LURTING AVE** | | |
| SPEED | POSTED SPEED | |
| **39** | **25** | |

There are no points associated with this Notice.







Make your check or money order payable to the
**NYC Department of Finance**

Detach and mail this coupon with your payment.

**DO NOT MAIL CASH**
Write on the front of your payment:
1) The 10 digit Notice Number.
2) Your Plate Number.
3) Your State of Registration.
4) Your Plate Type.

Insert this tear off coupon in the enclosed envelope.

| NAME | | | AMOUNT DUE |
|---|---|---|---|
| **ROLANDO R CHICO** | | | **$50.00** |
| NOTICE NUMBER **4934492975** | VERSION **1** | ISSUED **01/27/2025** | DUE DATE **02/26/2025** |
| PLATE NUMBER **W64RFB** | STATE **NJ** | TYPE **PASSENGER** | |

NYC DEPARTMENT OF FINANCE
SCHOOL ZONE CAMERA UNIT
PO BOX 3641
CHURCH STREET STATION
NEW YORK, NEW YORK 10008-3641

**TECHNICIAN CERTIFICATE**

I KHADIJAH GLIVENS, solemnly affirm and declare that:

1. I am employed by the New York City Department of Transportation as a technician for the School Zone Camera Unit Monitoring Program being conducted pursuant to New York State Vehicle and Traffic Law ("VTL") section 1180-b.

2. I have been trained to inspect images from the School Zone Camera Unit Camera Monitoring Program to identify vehicles whose operators have violated section 1180-b of the VTL.

3. In each of the images that I approved, the photographed vehicle, which is registered to you, has been observed speeding in a school speed zone in violation of section 1180-b of the VTL.

4. At the time and place shown above, the operator of the above-designated vehicle violated section 1180-b of the VTL. The vehicle was traveling at a speed of more than 10 miles per hour above the posted speed limit in effect within the school speed zone.

Affirmed under penalty of perjury.

Name (Printed): KHADIJAH GLIVENS Date: 1/24/2025 6:57:03AM [signature]

**If we do not receive your payment or request to dispute the liability within 30 days of the date of this Notice, it shall be deemed an admission of liability and that a default judgment may be entered thereon; and you will be subject to an additional $25 penalty.**

If you or the driver of the vehicle have already been found liable for this violation and paid the amount due, you do not have to pay again. If you have paid, mail a copy of this Notice with copies of the front and back of your proof of payment to: NYC Department of Finance, School Zone Camera Unit, 66 John Street, Third Floor, New York, New York 10038-3728. If your vehicle was stolen prior to the date of violation, mail a copy of this Notice, along with a CERTIFIED COPY of the Stolen Vehicle Police Report to: NYC Department of Finance, School Zone Camera Unit, 66 John Street, Third Floor, New York, New York 10038-3728.

**TO DISPUTE THIS VIOLATION:** If you want to dispute this liability, you can do so online, by mail or in person.

**ONLINE HEARING:** Please go to our website at nyc.gov/finance.

**HEARING BY MAIL:** Send a letter of explanation within 30 days of the date of this Notice, along with copies of any proof (documents, statements, etc.) you may have to: **NYC Department of Finance, Hearing by Mail Unit, P.O. Box 29021, Cadman Plaza Station, Brooklyn, New York, 11202-9021.**

**IN PERSON HEARINGS:** You may also dispute liability in person within 30 days of the date of this Notice at any of the following NYC Department of Finance Business Centers. You do not need an appointment. If you, the registrant, wish to designate someone else to attend your hearing, fill in and sign the Representation Section below and give it to your designee. Make sure to tell your designee that the signed Representation section must be submitted at the hearing.

| BROOKLYN | QUEENS | MANHATTAN | BRONX | STATEN ISLAND |
|---|---|---|---|---|
| 210 Joralemon Street | 144-06 94th Avenue | 66 John Street | 3030 Third Avenue | 350 St. Marks Place |
| First Floor | First Floor | Second Floor | Second Floor | First Floor |
| Brooklyn, NY 11201 | Jamaica, NY 11435 | New York, NY 10038 | Bronx, NY 10455 | Staten Island, NY 10301 |

**PAYMENTS**

**PAY ONLINE:** Payment can be made by electronic check and credit or debit card at nyc.gov/finance. Payments by electronic check are free. There is a convenience fee for credit and debit card payments.

**PAY BY MAIL:** Make your check or money order payable to the NYC Department of Finance. Be sure to put the Notice Number, as well as your Vehicle Plate Number, the State of Registration and Vehicle Plate Type (passenger, commercial, etc.) on the face of your payment. Send all School Zone payments to: **NYC Department of Finance, School Zone Camera Unit, Post Office Box 3641, Church St. Station, New York, New York 10008-3641. (DO NOT SEND PARKING VIOLATION PAYMENTS OR PARKING VIOLATION HEARING REQUESTS TO THIS ADDRESS)**

**PAY IN PERSON:** You can also pay in person at any of the NYC Department of Finance Business Centers listed above. Call 311 to find out the days and hours the Centers are open. You can pay by check, money-order, cash, credit or debit card. If you pay by credit card there is a small service fee. Bring this Notice with you.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**LESSORS (CAR RENTAL COMPANIES)**

If this plate was enrolled in the Rental Program administered by the NYC Department of Finance under VTL Section 239 on the date of the alleged violation, you may transfer liability of such to the lessee when it appears on your Weekly Rental Summons Report (220).

**FOR FURTHER INFORMATION**

Go to nyc.gov/finance or call 311. Outside of New York call 212-NEW-YORK (212-639-9675). Hearing Impaired TTY call 212-639-9675, or visit any of the above NYC Department of Finance Business Centers. For frequently asked questions and to view your records go to www.ViolationInfo.com.

**REPRESENTATION SECTION**

If you would like to authorize someone else to appear on your behalf at an in-person hearing, enter the requested information below, sign this form and give it, along with any evidence (documents, statements, etc.) you may have to your designee.

I, ______________________ (PRINT NAME) am the registrant of the Vehicle bearing Plate Number: ______________ (PLATE NUMBER)

hereby authorize ______________________ (REPRESENTATIVE'S NAME) to appear on my behalf.

Signed,

______________________

NYC
Department of Finance
59 Maiden Ln 28th Fl
New York, NY 10038-4502

# Parking Payment Plan Bill

**September 13, 2024**

| | |
|---|---|
| **LETTER ID:** | L0586676864 |
| **PAYMENT PLAN ID:** | PLN0242470773 |

#BWNCXPZ
#BTSL 0586 6768 64/O#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

DoF1871A05AAAAA.006379.01.04.100000 OE: DF10CSR BRE: DF9WIN

**Your next payment on your parking ticket payment plan in the amount of $175.27 is due by October 3, 2024.** You can make your payment online at www.nyc.gov/eservices or by mail using the coupon below.

| | | **Breakdown of Balances** | |
|---|---|---|---|
| **Parking Agreement No.:** | PLN0242470773 | | |
| **Payment Plan Date:** | September 3, 2024 | **Current Balance:** | $4,547.74 |
| **Original Agreement Amount:** | $4,896.29 | **Penalties and Interest:** | $27.79 |
| **No. of Monthly Payments:** | 24 | | |
| **Monthly Payment Amount:** | $175.27 | **Payment Due Date:** | October 3, 2024 |
| **Remaining Monthly Payments:** | 23 | **Payment Amount Due:** | $175.27 |

Please note that interest will continue to accrue on your debt until it is paid in full. The rate of interest is established pursuant to the authority set forth in the New York State Civil Practice Law and Rules for each violation and the interest rate may change during the term of the parking payment plan. Any change in the interest rate will be reflected in your current balance from the effective date of the interest-rate change.

If you have any questions about this bill, please contact the Department of Finance at (212) 440-5300, use option 1.

## Pay online at www.nyc.gov/eservices using the Letter ID below.

To pay by mail, detach this bottom portion and return it with the enclosed list of violations (Schedule A).
Make your check payable to the New York City Department of Finance.

Parking Payment Plan ID: PLN0242470773 **Letter ID:** **L0586676864**

**Due Date:**

**Amount Due:** **$175.27**

**NYC Department of Finance**
**P.O. Box 3615**
**Church Street Station**
**New York, NY 10008-3615**

**Amount on Check:**

# Pay online at www.nyc.gov/eservices

**You will need the notice number on the front of your payment coupon.**

**If you cannot pay online, you can visit a Department of Finance business center:**

**Open Monday - Friday**
**Hours: 8:30 AM - 4:30 PM**

| Manhattan | Bronx | Queens | Staten Island | Brooklyn |
|---|---|---|---|---|
| 66 John Street | 3030 Third Avenue | 144-06 94th Avenue | 350 St. Marks Place | 210 Joralemon Street |
| 2nd Floor | 2nd Floor | 1st Floor | 1st Floor | 1st Floor |
| New York, NY 10038 | Bronx, NY 10455 | Jamaica, NY 11435 | Staten Island, NY 10301 | Brooklyn, NY 11201 |

DoF1871A05AAAAA.006379.02.04.100000 OE: DF10CSR BRE: DF9WIN

## NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you. Read this carefully.

## YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans benefits;
10. Ninety percent of your wages or salary earned in the last sixty days;
11. Three thousand four hundred twenty-five ($3,425.00) dollars of any bank account containing statutorily exempt payments that were deposited electronically or by direct deposit within the last forty-five days, including, but not limited to, your social security, supplemental security income, veterans benefits, public assistance, workers' compensation, unemployment insurance, public or private pensions, railroad retirement benefits, black lung benefits, or child support payments;
12. Railroad retirement;
13. Black lung benefits; and/or
14. COVID-19 stimulus relief for individuals and families with children.

*If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order.* If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

Also, **YOU MAY CONSULT AN ATTORNEY, INCLUDING ANY FREE LEGAL SERVICES ORGANIZATION IF YOU QUALIFY.** You can also go to court without an attorney to get your money back. Bring this notice with you when you go. You are allowed to try to prove to a judge that your money is exempt from collection under New York civil practice law and rules, sections fifty-two hundred twenty-two-a, fifty-two hundred thirty-nine and fifty-two hundred forty. If you do not have a lawyer, the clerk of the court may give you forms to help you prove your account contains exempt money that the creditor cannot collect. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

## SCHEDULE A

| Respondent Name | Summons # | Issued Date | Docket Date | Premise Address | Debtor Address | Plate # | Infraction Description | Fine Amount | Payment Amount | Net Balance Amount | Interest Amount | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLANDO R CHICO | 4820448018 | 30-Dec-22 | 23-Mar-23 | NB ALBANY AVE @ LENO | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$53.19 | $21.81 | $6.71 | $28.52 |
| ROLANDO R CHICO | 4833537953 | 25-Mar-23 | 22-Jun-23 | SB WOODHAVEN BLVD @ | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$38.02 | $36.98 | $5.92 | $42.90 |
| ROLANDO R CHICO | 4835898096 | 11-Apr-23 | 06-Jul-23 | SB MELROSE AVE @ E 1 | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$37.90 | $37.10 | $5.66 | $42.76 |
| ROLANDO R CHICO | 5126827212 | 11-Apr-23 | 13-Jul-23 | PELHAM PKWY (E/B) @ | 4 DIAZ CT | M95RCJ | FAILURE TO STOP AT RED LIGHT | $50.00 | -$37.83 | $37.17 | $5.53 | $42.70 |
| ROLANDO R CHICO | 4837380955 | 18-Apr-23 | 13-Jul-23 | SB REMSEN AVE @ FARR | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$37.83 | $37.17 | $5.53 | $42.70 |
| ROLANDO R CHICO | 4837950541 | 21-Apr-23 | 20-Jul-23 | EB FLATLANDS AVE @ E | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$37.78 | $37.22 | $5.40 | $42.62 |
| ROLANDO R CHICO | 4838456694 | 24-Apr-23 | 20-Jul-23 | EB EASTERN PKWY @ WA | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$37.78 | $37.22 | $5.40 | $42.62 |
| ROLANDO R CHICO | 4840200865 | 10-May-23 | 03-Aug-23 | NB PARK AVE @ E 114T | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$37.64 | $37.36 | $5.14 | $42.50 |
| ROLANDO R CHICO | 4841019467 | 15-May-23 | 03-Aug-23 | NB ADAM C POWELL JR | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$37.64 | $37.36 | $5.14 | $42.50 |
| ROLANDO R CHICO | 4856319905 | 06-Aug-23 | 26-Oct-23 | SB 9TH AVE @ W 28TH | 4 DIAZ CT | B53RDD | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $6.00 | $81.00 |
| ROLANDO R CHICO | 4864772484 | 25-Sep-23 | 14-Dec-23 | EB 65TH ST @ 11TH AV | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.28 | $59.72 | $4.53 | $64.25 |
| ROLANDO R CHICO | 4875573390 | 04-Dec-23 | 22-Feb-24 | WB AVE H @ TROY AVE | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.02 | $59.98 | $2.96 | $62.94 |
| ROLANDO R CHICO | 4876995758 | 12-Dec-23 | 07-Mar-24 | WB CROSS BRONX EXPWY | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $3.53 | $78.53 |

DoF1871A05AAAAA.006379.03.04.100000 OE: DF10CSR BRE: DF9WIN

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLANDO R CHICO | 4877601284 | 17-Dec-23 | 14-Mar-24 | SB NEW ENGLAND THRUW | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $3.40 | $78.40 |
| ROLANDO R CHICO | 4880179930 | 03-Jan-24 | 28-Mar-24 | SB BRUCKNER BLVD @ E | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $3.14 | $78.14 |
| ROLANDO R CHICO | 9098642111 | 16-Dec-23 | 04-Apr-24 | 430 Albee Sq | 4 DIAZ CT | K82REF | DOUBLE PARKING | $115.00 | -$36.30 | $138.70 | $6.88 | $145.58 |
| ROLANDO R CHICO | 4881369106 | 10-Jan-24 | 04-Apr-24 | EB JOHNSON AVE @ WHI | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.57 | $59.43 | $2.98 | $62.41 |
| ROLANDO R CHICO | 4881584005 | 15-Jan-24 | 04-Apr-24 | WB KISSENA BLVD @ AG | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $3.01 | $78.01 |
| ROLANDO R CHICO | 9097527909 | 23-Dec-23 | 11-Apr-24 | 62 W 62nd St | 4 DIAZ CT | Y75RBX | NO PARKING-DAY/TIME LIMITS | $65.00 | -$25.91 | $99.09 | $4.81 | $103.90 |
| ROLANDO R CHICO | 4881865006 | 17-Jan-24 | 11-Apr-24 | NB VAN DAM ST @ 48TH | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.54 | $59.46 | $2.85 | $62.31 |
| ROLANDO R CHICO | 4882156349 | 19-Jan-24 | 11-Apr-24 | WB W 66TH ST @ AMSTE | 4 DIAZ CT | K82REF | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.54 | $59.46 | $2.85 | $62.31 |
| ROLANDO R CHICO | 4882255285 | 20-Jan-24 | 11-Apr-24 | NB ADAM C POWELL JR | 4 DIAZ CT | Z91REG | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.54 | $59.46 | $2.85 | $62.31 |
| ROLANDO R CHICO | 4882392689 | 21-Jan-24 | 11-Apr-24 | NB MADISON AVE @ E 1 | 4 DIAZ CT | Z91REG | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.54 | $59.46 | $2.85 | $62.31 |
| ROLANDO R CHICO | 4883223383 | 27-Jan-24 | 18-Apr-24 | EB ATLANTIC AVE @ CL | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.51 | $59.49 | $2.72 | $62.21 |
| ROLANDO R CHICO | 4883176423 | 29-Jan-24 | 18-Apr-24 | EB CONDUIT BLVD @ LI | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $2.75 | $77.75 |
| ROLANDO R CHICO | 4883178316 | 29-Jan-24 | 18-Apr-24 | EB CONDUIT BLVD @ GL | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $2.75 | $77.75 |
| ROLANDO R CHICO | 9095922522 | 05-Jan-24 | 25-Apr-24 | 448 E 13th St | 4 DIAZ CT | Y75RBX | SAFETY ZONE | $115.00 | -$36.12 | $138.88 | $5.98 | $144.86 |
| ROLANDO R CHICO | 9103430194 | 17-Jan-24 | 02-May-24 | 50 E 28th St | 4 DIAZ CT | W64RFB | NO STANDING-COMM METER ZONE | $115.00 | -$36.06 | $138.94 | $5.68 | $144.62 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLANDO R CHICO | 5132698268 | 01-Feb-24 | 02-May-24 | ASTORIA BLVD S (E/B) | 4 DIAZ CT | Y75RBX | FAILURE TO STOP AT RED LIGHT | $50.00 | -$15.46 | $59.54 | $2.46 | $62.00 |
| ROLANDO R CHICO | 4884349416 | 06-Feb-24 | 02-May-24 | WB W 116TH ST @ ST N | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.46 | $59.54 | $2.46 | $62.00 |
| ROLANDO R CHICO | 4884923583 | 11-Feb-24 | 02-May-24 | SB NEW ENGLAND THRUW | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.46 | $59.54 | $2.46 | $62.00 |
| ROLANDO R CHICO | 9081188409 | 18-Jan-24 | 09-May-24 | 189 Canal St | 4 DIAZ CT | W64RFB | NO STANDING-COMM METER ZONE | $115.00 | -$36.00 | $139.00 | $5.38 | $144.38 |
| ROLANDO R CHICO | 4035085182 | 08-Feb-24 | 09-May-24 | NB WEBSTER AVE @ E F | 4 DIAZ CT | Y75RBX | BUS LANE VIOLATION | $100.00 | -$25.73 | $99.27 | $3.92 | $103.19 |
| ROLANDO R CHICO | 5132978666 | 20-Feb-24 | 16-May-24 | QUEENS BLVD (E/B) @ | 4 DIAZ CT | W64RFB | FAILURE TO STOP AT RED LIGHT | $50.00 | -$15.41 | $59.59 | $2.20 | $61.79 |
| ROLANDO R CHICO | 4886455669 | 25-Feb-24 | 16-May-24 | WB 110TH AVE/BRINKER | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $2.23 | $77.23 |
| ROLANDO R CHICO | 4886905523 | 25-Feb-24 | 23-May-24 | EB BRUCKNER BLVD @ B | 4 DIAZ CT | Z91REG | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.38 | $59.62 | $2.07 | $61.69 |
| R C ROLANDO | 4035716327 | 10-Mar-24 | 13-Jun-24 | WB E 14TH STREET @ I | 4 DIAZ CT | Z91REG | BUS LANE VIOLATION | $50.00 | -$15.31 | $59.69 | $1.68 | $61.37 |
| R C ROLANDO | 4890592039 | 24-Mar-24 | 20-Jun-24 | SB WILLOW RD W @ FOR | 4 DIAZ CT | Z91REG | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.28 | $59.72 | $1.55 | $61.27 |
| R C ROLANDO | 4890967679 | 27-Mar-24 | 20-Jun-24 | NB WEST ST @ CARLISL | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.28 | $59.72 | $1.55 | $61.27 |
| R C ROLANDO | 4891277567 | 29-Mar-24 | 27-Jun-24 | SB WEST ST @ WARREN | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.25 | $59.75 | $1.42 | $61.17 |
| R C ROLANDO | 4892838573 | 09-Apr-24 | 04-Jul-24 | SB WEST ST @ W THAME | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.23 | $59.77 | $1.29 | $61.06 |
| R C ROLANDO | 4893193193 | 12-Apr-24 | 11-Jul-24 | NB WEST ST @ CARLISL | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.20 | $59.80 | $1.16 | $60.96 |
| R C ROLANDO | 4036495768 | 18-Apr-24 | 18-Jul-24 | NB MAIN ST @ SANFORD | 4 DIAZ CT | W64RFB | BUS LANE VIOLATION | $150.00 | -$35.40 | $139.60 | $2.37 | $141.97 |

DoF1871A05AAAAA.006379.04.04.100000 OE: DF10CSR BRE: DF9WIN

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R C ROLANDO | 4894855902 | 23-Apr-24 | 18-Jul-24 | NB BRONXWOOD AVE @ E | 4 DIAZ CT | Z91REG | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.18 | $59.82 | $1.03 | $60.85 |
| R C ROLANDO | 4036574073 | 23-Apr-24 | 25-Jul-24 | WB E 149TH ST @ BERG | 4 DIAZ CT | Z91REG | BUS LANE VIOLATION | $50.00 | -$15.15 | $59.85 | $0.90 | $60.75 |
| ROLANDO R CHICO | 4895652385 | 29-Apr-24 | 25-Jul-24 | WB W 57TH ST @ 10TH | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $0.93 | $75.93 |
| ROLANDO R CHICO | 4895937124 | 29-Apr-24 | 25-Jul-24 | EB ROCKAWAY BLVD @ 1 | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $0.93 | $75.93 |
| R C ROLANDO | 4897226650 | 08-May-24 | 01-Aug-24 | SB RIVERDALE AVE @ W | 4 DIAZ CT | W64RFB | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.12 | $59.88 | $0.77 | $60.65 |
| R C ROLANDO | 4897234578 | 08-May-24 | 01-Aug-24 | NB BAISLEY BLVD @ 15 | 4 DIAZ CT | W64RFB | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.12 | $59.88 | $0.77 | $60.65 |
| R C ROLANDO | 4897263761 | 09-May-24 | 01-Aug-24 | SB KINGS HWY @ TILDE | 4 DIAZ CT | W64RFB | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.12 | $59.88 | $0.77 | $60.65 |
| R C ROLANDO | 4897263580 | 09-May-24 | 01-Aug-24 | SB TAPSCOTT ST @ BLA | 4 DIAZ CT | W64RFB | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.12 | $59.88 | $0.77 | $60.65 |
| ROLANDO R CHICO | 4898505806 | 19-May-24 | 15-Aug-24 | NB ROCKAWAY PKWY @ S | 4 DIAZ CT | M95RCJ | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | $0.00 | $75.00 | $0.54 | $75.54 |
| R C ROLANDO | 4898587677 | 20-May-24 | 15-Aug-24 | NB 8TH AVE @ W 28TH | 4 DIAZ CT | Y75RBX | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.07 | $59.93 | $0.51 | $60.44 |
| R C ROLANDO | 4898579966 | 20-May-24 | 15-Aug-24 | NB 1ST AVE @ E 38TH | 4 DIAZ CT | Z91REG | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.07 | $59.93 | $0.51 | $60.44 |
| R C ROLANDO | 4036980129 | 15-May-24 | 22-Aug-24 | WB E 161ST ST @ SHER | 4 DIAZ CT | K82REF | BUS LANE VIOLATION | $250.00 | -$55.16 | $219.84 | $1.36 | $221.20 |
| R C ROLANDO | 2017986057 | 10-May-24 | 29-Aug-24 | 1425 CHARLOTTE STREET | 4 DIAZ CT | K82REF | NO PARKING-STREET CLEANING | $65.00 | -$25.03 | $99.97 | $0.40 | $100.37 |
| R C ROLANDO | 4901583724 | 08-Jun-24 | 29-Aug-24 | SB 80TH ST @ JUNIPER | 4 DIAZ CT | Z91REG | PHTO SCHOOL ZN SPEED VIOLATION | $50.00 | -$15.02 | $59.98 | $0.25 | $60.23 |
| | | | | | | | | $3,490.00 | | | | $4,197.04 |

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

JANUARY 29, 2025

AMOUNT DUE: $504.43

DUE: IMMEDIATELY

#BWNCXPZ
#1 NJ PAS M48RDM///1#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

DoF2119A05FAAAA.163363.01.02.100000 OE: D10FNCSR BRE: DF9WIN

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 0 9 9 1 2 4 5 6 0 0 0 0 5 0 4 4 3 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z009912456 | M48RDM | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$504.43

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

This list may also include previously entered judgments. New judgments are indicated by an asterisk (*). Notices previously sent to you by the Department of Finance stated what you must do to prevent judgments from being entered against you.

Even if you previously made a payment, you may owe the amount shown on page one for late penalties or your payment may have satisfied different violations. Please note that any payment received or dismissal of a charged violation occurring within seven days of the date of this letter may not be shown in this letter.

PLATE: M48RDM STATE: NJ TYPE: PAS

| | VC | VIOLATION NUMBER | DOCKET NUMBER | VIO DATE | FINE | PEN. | INT. | RED. | PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| * | 36 | 4924489761 | 0000000000 | 11/02/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| * | 36 | 4924496376 | 0000000000 | 11/02/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| | 05 | 4040355775 | 0000000000 | 10/17/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| | 37 | 9153560620 | 0000000000 | 09/03/24 | 65 | 60 | 1.31 | 0.00 | 0.00 | 126.31 |
| | 36 | 4915692668 | 0000000000 | 09/02/24 | 50 | 25 | 1.17 | 0.00 | 0.00 | 76.17 |
| | 36 | 4908734847 | 0000000000 | 07/20/24 | 50 | 25 | 1.95 | 0.00 | 0.00 | 76.95 |

TOTAL VIOLATIONS IN JUDGMENT 6 $504.43

RC2050

New York City
Department of Finance
Parking Violations



Department of Finance

Church Street Station. P.O. Box 3600. New York. N.Y. 10008

# PRE-PENALTY NOTICE OF UNPAID VIOLATION

#BWNCXPZ
#1 NJ PAS M48RDM///1#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

JANUARY 24, 2025

AMOUNT DUE: $115.00

DUE BY: 02/06/25

We have not received payment for the violation(s) issued to a vehicle registered in your name. We are writing to let you know that we must receive your payment by the due date above or you will owe an additional $10.00 as a penalty for late payment. Please pay the amount due by the date indicated above so that you do not owe penalty charges. We appreciate your cooperation.

If you would like to dispute the violation(s), please see pages 3 and 4 for instructions.

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z008491686 | M48RDM | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 9177468636 | 01/06/25 | 97 Arden St NY | 12:05PM | 115 | 00 | 00 | 00 | 115 | DOUBLE PKG (46) |

**PAYMENT OPTIONS:** You may pay: online, by mail or in person. To pay by mail, please follow the instructions below. For information on the other payment options, please turn to the other side of this page.

**NOTICE:** By making payment you are admitting liability to the charge shown.

DoF2119A05DAAAA.016667.01.02.100000 OE: D100BCSR BRE: DF9WIN

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 0 8 4 9 1 6 8 6 0 0 0 0 1 1 5 0 0 2 0 1 8

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Z008491686 | M48RDM | NJ | PAS |

| VIOLATION | AMOUNT DUE |
|---|---|
| 9177468636 | 115.00 |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

PPN RC 2018

## PAYMENT INSTRUCTIONS

**ONLINE:** Access our website at: nyc.gov/finance and follow the instructions. Payment can be made by credit card, debit card, or e-check. (There is a small service fee per violation for credit and debit card payments.)

**BY MAIL:** Follow the instructions on the payment coupon on the first page. Payment can be made by check or money order.

**IN PERSON:** Payment can be made at any of the Department of Finance Business Centers by check, money order, cash, credit / debit card, or mobile wallet - a new way to pay via your smart phone! There is a small service fee for credit card, debit card, and mobile wallet payments. Bring this letter with your payment. Call 311 to find out the days and hours the Centers are open. Following are Business Center locations:

- Manhattan - 66 John Street - 2nd Floor - near the Fulton Street subway station in Lower Manhattan
- Brooklyn - 210 Joralemon Street - Street Level - in the Municipal Building - near the Court Street and Borough Hall subway stations
- Bronx - 3030 Third Avenue - 2nd Floor - near the 156th Street and 149th Street subway station
- Queens - 144-06 94th Avenue, Jamaica - Street Level - near the Sutphin Blvd. subway station and LIRR
- Staten Island - 350 St. Marks Place - Street Level - near Hyatt Street in the St. George area

**When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.**

**LATE PAYMENT PENALTIES:** The current amount due may include penalties. Failure to remit full payment by the due date listed on the reverse side of this page may result in additional penalties.

**PARKING VIOLATION COPIES:** Check here: ☐

You can obtain a copy of your violation(s) in the following ways:

- Visit our website at: nyc.gov/finance
- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Check the above box and return a copy of this letter to: NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

**RED LIGHT AND BUS LANE NOTICE OF LIABILITY (NOL) COPIES:**

You can obtain a copy of your Notice of Liability in the following ways:

- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Write to the NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY, 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

For more information on the issuance of the red light and/or bus lane camera violations, visit our website at: nyc.gov/finance.

**IMPROPER DUNNING: (Notice Pursuant to the VTL 241-a)**
If this debt was paid or dismissed, or it was proven that the vehicle or plates were stolen, lost or surrendered before the violation was issued, you can stop further demands for payment. You can submit necessary documentation either in person at any Finance Business Center or by certified mail, return receipt requested to: The NYC Department of Finance, Parking Advocacy Unit, 66 John Street, New York, NY 10038. For further information about this procedure or assistance with any Parking, Red Light or Bus Lane Violations matter, call us at 311 or visit any Business Center. (Outside NYC, call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY).

**ASSISTANCE FOR THE HEARING IMPAIRED**
TTY 212-504-4115
Available 24 hours a day, 7 days a week.

R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330



## HEARING PROCEDURES

You don't have to appear in person to obtain a hearing and we suggest you use the internet or submit the information by mail.

**ONLINE HEARING**
Go to nyc.gov/finance. You may submit any supporting evidence such as photographs, diagrams and documents online.

**BY MAIL HEARING**
Fill in the Defense Statement below and RETURN THIS PAGE WITH COPIES OF ANY REQUIRED DOCUMENTS in the enclosed return envelope to the Cadman Plaza address listed below. **Please make sure that the City's name and address can be seen through the envelope window.** (If our return envelope is not large enough to hold all of your documents, then please use your own envelope and mail to the address listed at the bottom of this page).

SEE THE REVERSE SIDE OF THIS PAGE for more information on how "To Dispute the Violation".

**DEFENSE STATEMENT:**
Please print clearly. If more than one violation appears on this notice, please specify which you are disputing. (If additional space is needed, please attach a page to this form).

**HEARING IN PERSON:**
Bring this notice, the violation if available, and any evidence to any Business Center listed on page 2. Hearings are available on a first come, first served basis.

**SPECIAL INSTRUCTIONS FOR COMMERCIAL FIRMS ONLY:**
Multiple violation hearings must be conducted at the Commercial Adjudications Unit. Call (212) 361-5900. NOTE: If your company wants to join the NYC Fleet Program, call (212) 291-2577.

(Fold Here)

## HEARING REQUEST OR DEFENSE CLAIM

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z008491686 | M48RDM | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 9177468636 | 01/06/25 | 97 Arden St NY | 12:05PM | 115 | 00 | 00 | 00 | 115 | DOUBLE PKG (46) |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
HEARING BY MAIL UNIT
PO BOX 29021 CADMAN PLAZA STATION
BROOKLYN NY 11202-9021

**QUESTIONS**

Many inquiries can be resolved by calling 311. (Outside NYC, call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY, available 24 hours a day, 7 days a week). If your inquiry can NOT be resolved by calling, then please follow the instructions below.

**TO DISPUTE THE VIOLATION**

Check the appropriate box and RETURN THIS PAGE WITH COPIES OF ANY REQUIRED DOCUMENTS in the enclosed envelope to: NYC Department of Finance, Parking Violations, Hearing by Mail Unit, P.O. Box 29021 Cadman Plaza Station, Brooklyn, NY 11202-9021. **Please make sure that the City's name and address can be seen through the envelope window.** (If our return envelope is not large enough to hold all of your documents, then please use your own envelope).

If your claim does not fall into one of the categories listed, refer to HEARING PROCEDURES on REVERSE side of this page.

**COMMON DEFENSES**

☐ **PREVIOUSLY PAID OR MISAPPLIED PAYMENT DEFENSE:**

First check nyc.gov/finance or call 311 to determine the current amount due for the violations listed on this notice. Depending on the status, do one of the following:

1. If the full amount of the violation is still due, meaning the fine amount plus any existing penalty(ies), then check your records to see if your previous payment was for the same violation number(s) listed on this notice. (The violation number(s) are listed on the back of your cancelled check, money order, cashier receipt and on the confirmation receipt when paying online). If payment was for the same violation, was for the full fine amount and was received by Finance in the required time (within 30 days from the parking violation date or the date of the red light or bus lane notice), then send a photocopy of the front and back of your cancelled check or money order (NOT the money order receipt), or a copy of the cashier's receipt. Please do NOT send your original cancelled check. NOTE: If you paid by credit or debit card online, then please send us a copy of your confirmation receipt or your credit or debit card statement showing this transaction. If you paid by credit or debit card in person, then send us a copy of the cashier's receipt.

2. If only penalties are due, it means that your payment was received late. The penalty amount IS DUE AND MUST BE PAID. Payment must reach us by the due date listed on page 1. Continued failure to remit this amount in a timely manner may cause the entry of a default judgment.

☐ **NOT MY CAR DEFENSE:**

First call 311 to determine if we made a clerical error (your vehicle does not match the description of the vehicle on the violation). If an error was made, you must send A COPY OF YOUR VEHICLE REGISTRATION and a letter of explanation. If no error was made, then full payment is still due within the required time. See page 2 for payment instructions.

☐ **VEHICLE WAS STOLEN/OR PLATE(S) WAS STOLEN OR LOST/OR VEHICLE WAS SOLD DEFENSE: (This defense must be done by mail or in person. DO NOT CALL).**

Enclose a copy of either 1) the Police Stolen Vehicle Report or the Police Stolen/Lost Plate(s) Report obtainable at the police precinct where the theft/loss was reported, or 2) provide proof of sale including name and address of the new owner and (if applicable), proof of insurance cancellation or transfer for that vehicle or proof of plate surrender. (Voluntary Surrender of Plate(s) Report can be obtained from your local DMV). NOTE: If you are submitting either of the police reports or proof of sale to support your claim, then ONLY the violations listed on the notice issued on or after the date you made the official report or sold your vehicle may be dismissed. If a violation was issued PRIOR to the report date and you are disclaiming responsibility, then we require a fully detailed statement plus the subsequent police report(s), as well as proof of insurance cancellation when applicable.

**FOR PARKING VIOLATIONS ONLY:**

☐ **BROKEN METER DEFENSE:** (For Violation Code 34 Only-Expired Meter).
OR
☐ **FAST METER DEFENSE:** (For Violation Code 34 Only-Expired Meter).

First call 311 to determine if we received your previously submitted claim. If we did not receive it, then check the applicable box and return this page.

DoF2119A05DAAAA.016667.02.02.100000 OE: D10OBCSR BRE: DF9WIN

MTA Bridges and Tunnels | PORT AUTHORITY NY NJ AIR LAND RAIL SEA | NEW YORK STATE Thruway Authority | Bridge Authority

# TOLLS BY MAIL

OFFICIAL TOLL INVOICE

**BILL DATE: 01/25/2025**
**TOLL BILL No: 18248109814**

4454.01.02
ROLANDO R CHICO
4 DIAZ CT
WAYNE, NJ 07470-3330

**ATTENTION:** Congestion Pricing begins in Manhattan below 60 St on January 5. Congestion Relief Zone toll rates are 50% higher for Tolls by Mail than E-ZPass. Save $$ by signing up for E-ZPass. No deposit is required to open an account, and you can pay by trip. Some drivers may also be eligible for discounts/exemptions. congestionreliefzone.mta.info

## Summary of Charges

| | |
|---|---|
| Tolls this period* | $0.00 |
| Overdue Balance | $108.84 |
| Late/Other Fees | $5.00 |
| Credits | $0.00 |
| **Total Amount Due** | **$113.84** |
| Must be Received by* | 02/27/25 |

**Don't want to wait for future Toll Bills?**
Use your Reference Number 649759041 to access and pay tolls online.

**PAY TOLL**

SCAN NOW

Online at tollsbymailny.com

By Check (see coupon below)

Call 1-844-826-8400

By Cash tollsbymailny.com/cashlocations
(Use Barcode below at cash retail locations)

** See page 2 for Toll Activity Detail and Important Information on Paying Tolls on Time to avoid escalation to violations and other legal consequences including but not limited to vehicle registration suspension, revocation or renewal hold and/or fees up to $50 per unpaid toll.*

**Convert to E-ZPass NY and Save $33.00 on this Bill**

ESPAÑOL • 中国 • KREYÒL AYISYEN • ITALIANO • 한국어 • PYCCKNÑ → **tollsbymailny.com/read**

For payments remove coupon at dotted line

**ROLANDO R CHICO**
**4 DIAZ CT**
**WAYNE, NJ 07470-3330**

**TOLL BILL No: 18248109814**

| | |
|---|---|
| **Total Amount Due** | **$113.84** |
| **Must Be Received by** | **02/27/25** |

**Amount Enclosed** US$________.________

**For Cash Payments**
Provide barcode below to a VanillaDirect Retailer near you. A $2 fee applies to each payment.

799366266710006371684185301313

POWERED BY VanillaDirect

Find a location at ***tollsbymailny.com/cashlocations***

**Mail payment to:**
Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

- Mail this coupon and payment (payable to **Tolls by Mail**) in the enclosed envelope.
- Do not include staples or paper clips.

TBP

NAFT-12182024

8689445402010

MTA Bridges and Tunnels | PORT AUTHORITY NY NJ AIR LAND RAIL SEA | NEW YORK STATE Thruway Authority | Bridge Authority

# TOLLS BY MAIL



**TOLL BILL No: 18248109814**




Already an ***E-ZPass NY*** customer? Visit tollsbymailny.com to pay this Toll Bill using your ***E-ZPass NY*** account. Other ***E-ZPass*** customers cannot pay using their account. You can avoid future Toll Bills by adding your license plate(s) to your account.

If you are not already an ***E-ZPass NY*** customer save time and money by going to tollsbymailny.com and converting to ***E-ZPass***.

**Toll Activity Detail**

| License Plate | Agency | Entry Facility (Plaza) | Exit Facility (Plaza) | Class | Date | Time | Toll Amount |
|---|---|---|---|---|---|---|---|
| NJ K82REF | MTAB&T | | Hugh L. Carey Tunnel | 31 | 11/17/24 | 14:14:18 | $11.19 |
| NJ K82REF | MTAB&T | | Hugh L. Carey Tunnel | 31 | 11/18/24 | 18:02:41 | $11.19 |
| NJ M95RCJ | MTAB&T | | Hugh L. Carey Tunnel | 31 | 11/25/24 | 09:19:13 | $11.19 |
| NJ W64RFB | MTAB&T | | RFK Br - Bronx | 31 | 11/25/24 | 18:12:46 | $11.19 |
| NJ M48RDM | PANYNJ | | Holland Tunnel | 1 | 12/07/24 | 15:52:11 | $17.63 |
| | | | | | | | **(Continued)** |

## Important Information on Paying Tolls on Time

**Failure to respond to this Toll Bill in a timely manner may result in the imposition of fees of up to $50 per unpaid toll, referral to a collection agency, additional fees and charges, and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 New York Codes, Rules and Regulations (NYCRR) § 127.14 or suspension, revocation or renewal hold of your vehicle registration under a reciprocal agreement with your home State as authorized for New York State by Vehicle and Traffic Law § 518 and/or pursuant to your home State's related vehicle registration laws, rules and/or regulations, and/or exclusion from MTA B&T Facilities under 21 NYCRR § 1020.7, and/or exclusion from Bridge Authority bridges under 21 NYCRR § 201.7, and/or exclusion from Port Authority Facilities under New York Unconsolidated Laws § 6809; New Jersey Statutes Annotated 32:1-154.9.**

**Public Authorities Law § 553 and 21 NYCRR §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA B&T (legal name, Triborough Bridge and Tunnel Authority). Public Authorities Law §354 authorizes the imposition of tolls on the Thruway and 21 NYCRR part 101.3 prohibits the evasion or non-payment of tolls along the Thruway system as established by the Thruway Authority. Public Authorities Law §§ 528 and 538 authorize the collection of tolls on the bridges of the New York State Bridge Authority and 21 NYCRR §§ 201.1, 201.2, 201.7, and 201.8 prohibit vehicular crossing without payment of the prescribed tolls established by the New York State Bridge Authority. As to all vehicular crossings operated by the Port Authority of New York and New Jersey, New York Unconsolidated Laws § 6802 and New Jersey Statutes Annotated §32:1-154.2 prohibit any traffic in or upon such vehicular crossings except upon payment of tolls and other charges as prescribed by the Port Authority.**

## How to Dispute This Toll Bill

**To dispute any toll(s), check the appropriate box, if applicable, and attach supporting documentation. Sign and date the Certification, return the entire bill and any required documentation in the envelope provided. Please submit your dispute to this toll bill promptly. Retain a copy of this Toll Bill and any supporting documents for your records.**

List LICENSE PLATE(S) you are disputing:

- ☐ Vehicle Sold............................................................ Attach Proof of Sale.
- ☐ License Plate(s) Surrendered............................................ Attach Plate Surrender Receipt.
- ☐ Vehicle/Plate Stolen or Lost............................................ Attach Police Report.
- ☐ License Plate and/or Vehicle is not registered to me and I did not rent and/or lease it...........Attach Documentation if Available.

**Certification: I certify that the information I provided regarding this dispute is complete, true and accurate.**

Name Signature Date

MTA Bridges and Tunnels | PORT AUTHORITY NY NJ AIR LAND RAIL SEA | NEW YORK STATE Thruway Authority | Bridge Authority

# TOLLS BY MAIL



TOLL BILL No: 18248109814

| Toll Activity Detail (Continued) | | | | | | | |
|---|---|---|---|---|---|---|---|
| License Plate | Agency | Entry Facility (Plaza) | Exit Facility (Plaza) | Class | Date | Time | Toll Amount |
| NJ M48RDM | PANYNJ | | Lincoln Tunnel | 1 | 12/08/24 | 19:52:38 | $17.63 |
| NJ M48RDM | PANYNJ | | Goethals Bridge | 1 | 12/14/24 | 15:56:38 | $17.63 |
| NJ M48RDM | MTAB&T | | Verrazzano Narrows | 31 | 12/14/24 | 16:12:52 | $11.19 |
| | | | | | | **Total Tolls** | **$108.84** |

8689445402011