# TOLLS BY MAIL



**Please see important information below regarding this Toll Bill.** It is important to review and respond to this Toll Bill promptly. Ignoring this Toll Bill could result in additional fees.

**Why You Received This Toll Bill:**

- You traveled on a toll road and did not have a valid E-ZPass.

**Steps to Take:**

1. **Review the Toll Bill:** Carefully read the information on the Toll Bill to ensure the information is correct.
2. **Review Transactions:** To view the details of your transactions, including photographs, please go to www.tollsbymailny.com and login to your account by selecting the Pay Toll button.
3. **Make a Payment:** To avoid late fees or escalation to a violation, please pay by the Due Date on the Toll Bill by using one of the payment options provided on this Toll Bill.
4. **Contact Us:** If you believe you received this bill in error, contact the Customer Service Center.

**Customer Service Center**
844-826-8400
www.tollsbymailny.com

If you are unable to resolve your tolling issue with the Customer Service Center, you may contact the **Toll Payer Advocate Office.** To locate the appropriate Toll Payer Advocate, visit new.mta.info/tollhelp

**Failure to pay or respond to this Toll Bill in a timely manner may result in a judgment against you for unpaid liabilities that could lead to a vehicle being towed or immobilized under New York Public Authorities Law §§ 2985 and 2985-a.**

New York City
Department of Finance
Parking Violations

Department of Finance Church Street Station, P.O. Box 3600, New York, N.Y. 10008

# NOTICE OF IMPENDING DEFAULT JUDGMENT

#BWNCXPZ
#1 NJ PAS K82REF///9#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

FEBRUARY 5, 2025

AMOUNT DUE: $145.00

DUE BY: 03/07/25

You have failed to respond to the previous notice for the parking/camera violations issued to a vehicle registered in your name. If you do not respond, we will file a civil default judgment against you in the Civil Court of the City of New York which then authorizes us to:

- **Make your debt a matter of PUBLIC RECORD to be used by credit and title companies at THEIR discretion.**
- **Tow any vehicles registered in your name resulting in extra fees and expenses.**
- **Garnish your non-exempt wages and/or seize other non-exempt assets located in NYC, including real estate and bank accounts.**
- **Suspend or prevent renewal of your NY State motor vehicle registration.**

TO AVOID ADDITIONAL PENALTIES AND JUDGMENT ENTRY YOU MUST RESPOND BY THE DUE DATE. YOU MUST: PAY IN FULL (See Below) or DISPUTE THE VIOLATION(S) (See pages 3 and 4).

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z011388860 | K82REF | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 9159704639 | 11/24/24 | 2977 W 33rd St BK | 10:12AM | 115 | 30 | 00 | 00 | 145 | NO STD-LIMITS (14) |

DoF3043A05EAAAA.076599.01.02.100000 OE: D10IDEAS BRE: DF9WIN

**PAYMENT OPTIONS:** You may pay: online, by mail or in person. To pay by mail, please follow the instructions below. For information on the other payment options, please see the reverse side of this page.

**NOTICE:** By making payment you are admitting liability to the charge and penalty shown.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 1 1 3 8 8 8 6 0 0 0 0 0 1 4 5 0 0 2 0 2 5

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Z011388860 | K82REF | NJ | PAS |

| VIOLATION | AMOUNT DUE |
|---|---|
| 9159704639 | 145.00 |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

ID RC 2025

## PAYMENT INSTRUCTIONS

**ONLINE:** Access our website at: nyc.gov/finance and follow the instructions. Payment can be made by credit card, debit card, or e-check. (There is a small service fee per violation for credit and debit card payments.)

**BY MAIL:** Follow the instructions on the payment coupon on the first page. Payment can be made by check or money order.

**IN PERSON:** Payment can be made at any of the Department of Finance Business Centers by check, money order, cash, credit / debit card, or mobile wallet - a new way to pay via your smart phone! There is a small service fee for credit card, debit card, and mobile wallet payments. Bring this letter with your payment. Call 311 to find out the days and hours the Centers are open. Following are Business Center locations:

- Manhattan - 66 John Street - 2nd Floor - near the Fulton Street subway station in Lower Manhattan
- Brooklyn - 210 Joralemon Street - Street Level - in the Municipal Building - near the Court Street and Borough Hall subway stations
- Bronx - 3030 Third Avenue - 2nd Floor - near the 156th Street and 149th Street subway station
- Queens - 144-06 94th Avenue, Jamaica - Street Level - near the Sutphin Blvd. subway station and LIRR
- Staten Island - 350 St. Marks Place - Street Level - near Hyatt Street in the St. George area

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**LATE PAYMENT PENALTIES:** The current amount due may include penalties. Failure to remit full payment by the due date listed on the reverse side of this page may result in additional penalties.

**PARKING VIOLATION COPIES:** Check here: ☐

You can obtain a copy of your violation(s) in the following ways:

- Visit our website at: nyc.gov/finance
- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Check the above box and return a copy of this letter to: NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

**RED LIGHT AND BUS LANE NOTICE OF LIABILITY (NOL) COPIES:**

You can obtain a copy of your Notice of Liability in the following ways:

- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Write to the NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY, 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

For more information on the issuance of the red light and/or bus lane camera violations, visit our website at: nyc.gov/finance.

**IMPROPER DUNNING: (Notice Pursuant to the VTL 241-a)**
If this debt was paid or dismissed, or it was proven that the vehicle or plates were stolen, lost or surrendered before the violation was issued, you can stop further demands for payment. You can submit necessary documentation either in person at any Finance Business Center or by certified mail, return receipt requested to: The NYC Department of Finance, Parking Advocacy Unit, 66 John Street, New York, NY 10038. For further information about this procedure or assistance with any Parking, Red Light or Bus Lane Violations matter, call us at 311 or visit any Business Center. (Outside NYC, call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY).

**ASSISTANCE FOR THE HEARING IMPAIRED**
TTY 212-504-4115
Available 24 hours a day, 7 days a week.

New York City
Department of Finance
Parking Violations

Department of Finance

Church Street Station, P.O. Box 3600, New York, N.Y. 10008

# NOTICE OF IMPENDING DEFAULT JUDGMENT

#BWNCXPZ
#1 NJ PAS W64RFB///8#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

FEBRUARY 5, 2025

AMOUNT DUE: $75.00

DUE BY: 03/07/25

You have failed to respond to the previous notice for the parking/camera violations issued to a vehicle registered in your name. If you do not respond, we will file a civil default judgment against you in the Civil Court of the City of New York which then authorizes us to:

- **Make your debt a matter of PUBLIC RECORD to be used by credit and title companies at THEIR discretion.**
- **Tow any vehicles registered in your name resulting in extra fees and expenses.**
- **Garnish your non-exempt wages and/or seize other non-exempt assets located in NYC, including real estate and bank accounts.**
- **Suspend or prevent renewal of your NY State motor vehicle registration.**

TO AVOID ADDITIONAL PENALTIES AND JUDGMENT ENTRY YOU MUST RESPOND BY THE DUE DATE. YOU MUST: PAY IN FULL (See Below) or DISPUTE THE VIOLATION(S) (See pages 3 and 4).

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z011388963 | W64RFB | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 5701422045 | 11/26/24 | NB White Plains Rd | 03:20PM | 50 | 25 | 00 | 00 | 75 | MTA DOUBLE PKG (15) |

DoF3043A05EAAAA.076600.01.02.100000 OE: D10IDEAS BRE: DF9WIN

**PAYMENT OPTIONS:** You may pay: online, by mail or in person. To pay by mail, please follow the instructions below. For information on the other payment options, please see the reverse side of this page.

**NOTICE:** By making payment you are admitting liability to the charge and penalty shown.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 1 1 3 8 8 9 6 3 0 0 0 0 0 7 5 0 0 2 0 2 5

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Z011388963 | W64RFB | NJ | PAS |

| VIOLATION | AMOUNT DUE |
|---|---|
| 5701422045 | 75.00 |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

ID RC 2025

**PAYMENT INSTRUCTIONS**

**ONLINE:** Access our website at: nyc.gov/finance and follow the instructions. Payment can be made by credit card, debit card, or e-check. (There is a small service fee per violation for credit and debit card payments.)

**BY MAIL:** Follow the instructions on the payment coupon on the first page. Payment can be made by check or money order.

**IN PERSON:** Payment can be made at any of the Department of Finance Business Centers by check, money order, cash, credit / debit card, or mobile wallet - a new way to pay via your smart phone! There is a small service fee for credit card, debit card, and mobile wallet payments. Bring this letter with your payment. Call 311 to find out the days and hours the Centers are open. Following are Business Center locations:

- Manhattan - 66 John Street - 2nd Floor - near the Fulton Street subway station in Lower Manhattan
- Brooklyn - 210 Joralemon Street - Street Level - in the Municipal Building - near the Court Street and Borough Hall subway stations
- Bronx - 3030 Third Avenue - 2nd Floor - near the 156th Street and 149th Street subway station
- Queens - 144-06 94th Avenue, Jamaica - Street Level - near the Sutphin Blvd. subway station and LIRR
- Staten Island - 350 St. Marks Place - Street Level - near Hyatt Street in the St. George area

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**LATE PAYMENT PENALTIES:** The current amount due may include penalties. Failure to remit full payment by the due date listed on the reverse side of this page may result in additional penalties.

**PARKING VIOLATION COPIES:** Check here: ☐

You can obtain a copy of your violation(s) in the following ways:

- Visit our website at: nyc.gov/finance
- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Check the above box and return a copy of this letter to: NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

**RED LIGHT AND BUS LANE NOTICE OF LIABILITY (NOL) COPIES:**

You can obtain a copy of your Notice of Liability in the following ways:

- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Write to the NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY, 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

For more information on the issuance of the red light and/or bus lane camera violations, visit our website at: nyc.gov/finance.

**IMPROPER DUNNING: (Notice Pursuant to the VTL 241-a)**
If this debt was paid or dismissed, or it was proven that the vehicle or plates were stolen, lost or surrendered before the violation was issued, you can stop further demands for payment. You can submit necessary documentation either in person at any Finance Business Center or by certified mail, return receipt requested to: The NYC Department of Finance, Parking Advocacy Unit, 66 John Street, New York, NY 10038. For further information about this procedure or assistance with any Parking, Red Light or Bus Lane Violations matter, call us at 311 or visit any Business Center. (Outside NYC, call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY).

**ASSISTANCE FOR THE HEARING IMPAIRED**
TTY 212-504-4115
Available 24 hours a day, 7 days a week.

New York City
Department of Finance
Parking Violations
Department of Finance Church Street Station, P.O. Box 3600, New York, N.Y. 10008



# NOTICE OF IMPENDING DEFAULT JUDGMENT

#BWNCXPZ
#1 NJ PAS Y75RBX///3#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

FEBRUARY 5, 2025

AMOUNT DUE: $290.00

DUE BY: 03/07/25

You have failed to respond to the previous notice for the parking/camera violations issued to a vehicle registered in your name. If you do not respond, we will file a civil default judgment against you in the Civil Court of the City of New York which then authorizes us to:

- **Make your debt a matter of PUBLIC RECORD to be used by credit and title companies at THEIR discretion.**
- **Tow any vehicles registered in your name resulting in extra fees and expenses.**
- **Garnish your non-exempt wages and/or seize other non-exempt assets located in NYC, including real estate and bank accounts.**
- **Suspend or prevent renewal of your NY State motor vehicle registration.**

TO AVOID ADDITIONAL PENALTIES AND JUDGMENT ENTRY YOU MUST RESPOND BY THE DUE DATE. YOU MUST: PAY IN FULL (See Below) or DISPUTE THE VIOLATION(S) (See pages 3 and 4).

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z011389013 | Y75RBX | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 9171536668 | 11/23/24 | 1661 Macombs Rd BX | 06:19AM | 115 | 30 | 00 | 00 | 145 | BIKE LANE (48) |
| 9152820142 | 11/21/24 | 301 W 37th St NY | 12:37PM | 115 | 30 | 00 | 00 | 145 | DOUBLE PKG (46) |
| | | | | | | TOTAL DUE: | | $290 | |

DoF3043A05EAAAA.076601.01.02.100000 OE: D10IDEAS BRE: DF9WIN

**PAYMENT OPTIONS:** You may pay: online, by mail or in person. To pay by mail, please follow the instructions below. For information on the other payment options, please see the reverse side of this page.

**NOTICE:** By making payment you are admitting liability to the charge and penalty shown.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z011389013000029000202 5

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Z011389013 | Y75RBX | NJ | PAS |

| VIOLATION | | AMOUNT DUE |
|---|---|---|
| 9171536668 | | 145.00 |
| 9152820142 | | 145.00 |
| | TOTAL DUE: | $ 290.00 |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

ID RC 2025

## PAYMENT INSTRUCTIONS

**ONLINE:** Access our website at: nyc.gov/finance and follow the instructions. Payment can be made by credit card, debit card, or e-check. (There is a small service fee per violation for credit and debit card payments.)

**BY MAIL:** Follow the instructions on the payment coupon on the first page. Payment can be made by check or money order.

**IN PERSON:** Payment can be made at any of the Department of Finance Business Centers by check, money order, cash, credit / debit card, or mobile wallet - a new way to pay via your smart phone! There is a small service fee for credit card, debit card, and mobile wallet payments. Bring this letter with your payment. Call 311 to find out the days and hours the Centers are open. Following are Business Center locations:

- Manhattan - 66 John Street - 2nd Floor - near the Fulton Street subway station in Lower Manhattan
- Brooklyn - 210 Joralemon Street - Street Level - in the Municipal Building - near the Court Street and Borough Hall subway stations
- Bronx - 3030 Third Avenue - 2nd Floor - near the 156th Street and 149th Street subway station
- Queens - 144-06 94th Avenue, Jamaica - Street Level - near the Sutphin Blvd. subway station and LIRR
- Staten Island - 350 St. Marks Place - Street Level - near Hyatt Street in the St. George area

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**LATE PAYMENT PENALTIES:** The current amount due may include penalties. Failure to remit full payment by the due date listed on the reverse side of this page may result in additional penalties.

**PARKING VIOLATION COPIES:** Check here: ☐

You can obtain a copy of your violation(s) in the following ways:

- Visit our website at: nyc.gov/finance
- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Check the above box and return a copy of this letter to: NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

**RED LIGHT AND BUS LANE NOTICE OF LIABILITY (NOL) COPIES:**

You can obtain a copy of your Notice of Liability in the following ways:

- Call 311 (outside NYC call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY)
- Write to the NYC Department of Finance, Correspondence Unit, 66 John Street, 3rd Floor, NY, NY, 10038. Please **do not** use the enclosed return envelope.

NOTE: This request does not relieve you of any current penalties you may have or any future penalties that you may receive. If you have "good cause" for requesting a waiver of these penalties, you should ask for an online, by mail or in person hearing by following the directions on page 4.

For more information on the issuance of the red light and/or bus lane camera violations, visit our website at: nyc.gov/finance.

**IMPROPER DUNNING: (Notice Pursuant to the VTL 241-a)**
If this debt was paid or dismissed, or it was proven that the vehicle or plates were stolen, lost or surrendered before the violation was issued, you can stop further demands for payment. You can submit necessary documentation either in person at any Finance Business Center or by certified mail, return receipt requested to: The NYC Department of Finance, Parking Advocacy Unit, 66 John Street, New York, NY 10038. For further information about this procedure or assistance with any Parking, Red Light or Bus Lane Violations matter, call us at 311 or visit any Business Center. (Outside NYC, call 212-NEW-YORK (212-639-9675) or 212-504-4115 for the Hearing Impaired TTY).

**ASSISTANCE FOR THE HEARING IMPAIRED**
TTY 212-504-4115
Available 24 hours a day, 7 days a week.

Page 1 of 1

Account Number: 815023421

Affinity Federal Credit Union
73 Mountainview Blvd., Basking Ridge, NJ 07920

Keep this portion for your records.
Questions? Please call: (800) 325-0808

**Consumer Loan/Indirect Lease**

0000

ROLANDO R CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

246

**Payment(s) Due**

| Payment Due Date | Late Charge | Fees/ Other | Total Payment Due |
|---|---|---|---|
| 02-26-2025 | 0.00 | 0.00 | 887.00 |
| 01-26-2025 | 0.00 | 0.00 | 887.00 |
| Previous: | 399.15 | 0.00 | 2,173.15 |
| Total Due: | 399.15 | 0.00 | 3,947.15 |

Affinity Federal Credit Union

Please return this coupon with your payment

| | |
|---|---|
| Account Number: | 815023421 |
| Billing Date: | 02-01-2025 |
| Due Date: | 02-26-2025 |
| PLEASE PAY: | $3,947.15 |
| If payment is after the payment is | 03-13-2025 $4,035.85 |
| Total Enclosed: | ____________ |

ROLANDO R CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

221283512 00000815023421 40 0000394715

Affinity Federal Credit Union
PO Box 70100
Newark NJ 07101-0070

NYC®
**Department of Finance**
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

FEBRUARY 5, 2025

AMOUNT DUE: $1,541.89

DUE: IMMEDIATELY

#BWNCXPZ
#1 NJ PAS M95RCJ///7#
ROLANDO R CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

DoF3043A05FAAAA.148398.01.02.100000 OE: D10FNCSR BRE: DF9WIN

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 1 2 0 4 1 2 3 5 0 0 0 1 5 4 1 8 9 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z012041235 | M95RCJ | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$1,541.89

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

**PAGE NUMBER: 2**

This list may also include previously entered judgments. New judgments are indicated by an asterisk (*). Notices previously sent to you by the Department of Finance stated what you must do to prevent judgments from being entered against you.

Even if you previously made a payment, you may owe the amount shown on page one for late penalties or your payment may have satisfied different violations. Please note that any payment received or dismissal of a charged violation occurring within seven days of the date of this letter may not be shown in this letter.

PLATE: M95RCJ STATE: NJ TYPE: PAS

| VC | VIOLATION NUMBER | DOCKET NUMBER | VIO DATE | FINE | PEN. | INT. | RED. | PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| * 36 | 4926408132 | 0000000000 | 11/16/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| 36 | 4916731694 | 0000000000 | 09/07/24 | 50 | 25 | 1.17 | 0.00 | 0.00 | 76.17 |
| 36 | 4915089344 | 0000000000 | 09/01/24 | 50 | 25 | 1.43 | 0.00 | 0.00 | 76.43 |
| 36 | 4898505806 | 0000000000 | 05/19/24 | 50 | 25 | 3.25 | 0.00 | 0.00 | 78.25 |
| 36 | 4895652385 | 0000000000 | 04/29/24 | 50 | 25 | 3.64 | 0.00 | 0.00 | 78.64 |
| 36 | 4895937124 | 0000000000 | 04/29/24 | 50 | 25 | 3.64 | 0.00 | 0.00 | 78.64 |
| 36 | 4886455669 | 0000000000 | 02/25/24 | 50 | 25 | 4.94 | 0.00 | 0.00 | 79.94 |
| 36 | 4883176423 | 0000000000 | 01/29/24 | 50 | 25 | 5.46 | 0.00 | 0.00 | 80.46 |
| 36 | 4883178316 | 0000000000 | 01/29/24 | 50 | 25 | 5.46 | 0.00 | 0.00 | 80.46 |
| 36 | 4881584005 | 0000000000 | 01/15/24 | 50 | 25 | 5.72 | 0.00 | 0.00 | 80.72 |
| 36 | 4880179930 | 0000000000 | 01/03/24 | 50 | 25 | 5.85 | 0.00 | 0.00 | 80.85 |
| 36 | 4877601284 | 0000000000 | 12/17/23 | 50 | 25 | 6.11 | 0.00 | 0.00 | 81.11 |
| 36 | 4876995758 | 0000000000 | 12/12/23 | 50 | 25 | 6.24 | 0.00 | 0.00 | 81.24 |
| 36 | 4875573390 | 0000000000 | 12/04/23 | 50 | 25 | 5.04 | 0.00 | 15.02 | 65.02 |
| 36 | 4864772484 | 0000000000 | 09/25/23 | 50 | 25 | 6.81 | 0.00 | 15.28 | 66.53 |
| 36 | 4841019467 | 0000000000 | 05/15/23 | 50 | 25 | 6.59 | 0.00 | 37.64 | 43.95 |
| 36 | 4840200865 | 0000000000 | 05/10/23 | 50 | 25 | 6.59 | 0.00 | 37.64 | 43.95 |
| 36 | 4838456694 | 0000000000 | 04/24/23 | 50 | 25 | 6.85 | 0.00 | 37.78 | 44.07 |
| 36 | 4837950541 | 0000000000 | 04/21/23 | 50 | 25 | 6.85 | 0.00 | 37.78 | 44.07 |
| 36 | 4837380955 | 0000000000 | 04/18/23 | 50 | 25 | 6.98 | 0.00 | 37.83 | 44.15 |
| 36 | 4835898096 | 0000000000 | 04/11/23 | 50 | 25 | 7.11 | 0.00 | 37.90 | 44.21 |
| 07 | 5126827212 | 0000000000 | 04/11/23 | 50 | 25 | 6.98 | 0.00 | 37.83 | 44.15 |
| 36 | 4833537953 | 0000000000 | 03/25/23 | 50 | 25 | 7.37 | 0.00 | 38.02 | 44.35 |
| 36 | 4820448018 | 0000000000 | 12/30/22 | 50 | 25 | 7.72 | 0.00 | 53.19 | 29.53 |

TOTAL VIOLATIONS IN JUDGMENT 24 $1,541.89

RC2050

## Payment Information

**You have several options for paying what you owe:**

Online: Visit www.nyc.gov/citypay and choose "Parking Tickets." Payment can be made by credit card, debit card, or e-check. (There is a small service fee per violation for credit and debit card payments.)

Mail: Follow the instructions on the payment coupon on the first page. Payment can be made by check or money order.

In Person: Visit any Department of Finance business center to pay by check, money order, cash, credit or debit card, or mobile wallet. There is a small service fee for credit card, debit card, and mobile wallet payments. Bring this letter with your payment to any of the centers below (call 311 for hours of operation):

- Manhattan Business Center: 66 John Street, 2nd Floor
- Brooklyn Business Center: 210 Joralemon Street, 1st Floor
- Bronx Business Center: 3030 Third Avenue, 2nd Floor
- Queens Business Center: 144-06 94th Avenue, 1st Floor
- Staten Island Business Center: 350 St. Marks Place, 1st Floor

Note that when you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

DoF3043A05FAAAA.148398.02.02.100000 OE: D10FNCSR BRE: DF9WIN

## Improper Dunning Notice Pursuant to New York Vehicle and Traffic Law Section 241-a

If this debt was paid or dismissed, or it was proven that the vehicle or plates were stolen, lost, or surrendered before the violation was issued, you can stop further demands for payment. You can submit necessary documentation either in person at any Department of Finance business center or by certified mail, return receipt requested, to: NYC Department of Finance, Parking Advocacy Unit, 66 John Street, New York, NY 10038. For further information about this procedure or assistance with any parking or camera violation, call 311 or visit any business center. (Outside NYC, call 212-639-9675.)

## Assistance for the Hearing-Impaired

TTY (212) 504-4115
Available 24 hours a day, 7 days a week.

NYC®
**Department of Finance**
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

FEBRUARY 5, 2025

#BWNCXPZ
#1 NJ PAS K82REF///9#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

| AMOUNT DUE: $1,315.04 |
|---|
| DUE: IMMEDIATELY |

DoF3043A05FAAAA.144598.01.02.100000 OE: D10FNCSR BRE: DF9WIN

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 1 2 0 4 1 0 0 4 0 0 0 1 3 1 5 0 4 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z012041004 | K82REF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$1,315.04

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

This list may also include previously entered judgments. New judgments are indicated by an asterisk (*). Notices previously sent to you by the Department of Finance stated what you must do to prevent judgments from being entered against you.

Even if you previously made a payment, you may owe the amount shown on page one for late penalties or your payment may have satisfied different violations. Please note that any payment received or dismissal of a charged violation occurring within seven days of the date of this letter may not be shown in this letter.

PLATE: K82REF STATE: NJ TYPE: PAS

| VC | VIOLATION NUMBER | DOCKET NUMBER | VIO DATE | FINE | PEN. | INT. | RED. | PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| * 36 | 4925583025 | 0000000000 | 11/10/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| 31 | 9133483838 | 0000000000 | 06/24/24 | 115 | 60 | 4.26 | 0.00 | 35.16 | 144.10 |
| 31 | 9127584355 | 0000000000 | 05/16/24 | 115 | 60 | 5.88 | 0.00 | 35.46 | 145.42 |
| 05 | 4036980129 | 0000000000 | 05/15/24 | 250 | 25 | 8.29 | 0.00 | 99.90 | 183.39 |
| 21 | 2017986057 | 0000000000 | 05/10/24 | 65 | 60 | 3.51 | 0.00 | 45.33 | 83.18 |
| 36 | 4882156349 | 0000000000 | 01/19/24 | 50 | 25 | 4.86 | 0.00 | 28.15 | 51.71 |
| 05 | 4034067895 | 0000000000 | 12/16/23 | 50 | 25 | 4.12 | 0.00 | 37.62 | 41.50 |
| 46 | 9098642111 | 0000000000 | 12/16/23 | 115 | 60 | 11.39 | 0.00 | 65.74 | 120.65 |
| 05 | 4033937122 | 0000000000 | 12/12/23 | 50 | 25 | 4.26 | 0.00 | 37.69 | 41.57 |
| 36 | 4876500575 | 0000000000 | 12/11/23 | 50 | 25 | 4.39 | 0.00 | 37.75 | 41.64 |
| 36 | 4876255878 | 0000000000 | 12/09/23 | 50 | 25 | 4.52 | 0.00 | 37.82 | 41.70 |
| 36 | 4876258053 | 0000000000 | 12/09/23 | 50 | 25 | 4.52 | 0.00 | 37.82 | 41.70 |
| 05 | 4033793124 | 0000000000 | 12/06/23 | 50 | 25 | 4.39 | 0.00 | 37.75 | 41.64 |
| 05 | 4032995242 | 0000000000 | 11/04/23 | 50 | 25 | 5.00 | 0.00 | 38.02 | 41.98 |
| 36 | 4850546894 | 0000000000 | 07/09/23 | 50 | 25 | 6.12 | 0.00 | 46.45 | 34.67 |
| 36 | 4850824882 | 0000000000 | 07/09/23 | 50 | 25 | 6.12 | 0.00 | 46.45 | 34.67 |
| 36 | 4843055748 | 0000000000 | 05/26/23 | 50 | 25 | 7.13 | 0.00 | 47.02 | 35.11 |
| 36 | 4836753508 | 0000000000 | 04/15/23 | 50 | 25 | 7.78 | 0.00 | 47.40 | 35.38 |
| 36 | 4835996604 | 0000000000 | 04/14/23 | 50 | 25 | 7.91 | 0.00 | 47.48 | 35.43 |
| 38 | 9044875814 | 0000000000 | 04/01/23 | 35 | 60 | 9.39 | 0.00 | 59.79 | 44.60 |

TOTAL VIOLATIONS IN JUDGMENT 20 $1,315.04

RC2050

NYC®
**Department of Finance**
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

FEBRUARY 5, 2025

AMOUNT DUE: $630.17

DUE: IMMEDIATELY

#BWNCXPZ
#1 NJ PAS M48RDM///1#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

DoF3043A05FAAAA.144599.01.02.100000 OE: D10FNCSR BRE: DF9WIN

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 1 2 0 4 1 0 2 8 0 0 0 0 6 3 0 1 7 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z012041028 | M48RDM | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$630.17

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

This list may also include previously entered judgments. New judgments are indicated by an asterisk (*). Notices previously sent to you by the Department of Finance stated what you must do to prevent judgments from being entered against you.

Even if you previously made a payment, you may owe the amount shown on page one for late penalties or your payment may have satisfied different violations. Please note that any payment received or dismissal of a charged violation occurring within seven days of the date of this letter may not be shown in this letter.

PLATE: M48RDM STATE: NJ TYPE: PAS

| | VC | VIOLATION NUMBER | DOCKET NUMBER | VIO DATE | FINE | PEN. | INT. | RED. | PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 36 | 4924489761 | 0000000000 | 11/02/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| | 36 | 4924496376 | 0000000000 | 11/02/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| * | 21 | 9163921960 | 0000000000 | 10/21/24 | 65 | 60 | 0.00 | 0.00 | 0.00 | 125.00 |
| | 05 | 4040355775 | 0000000000 | 10/17/24 | 50 | 25 | 0.26 | 0.00 | 0.00 | 75.26 |
| | 37 | 9153560620 | 0000000000 | 09/03/24 | 65 | 60 | 1.53 | 0.00 | 0.00 | 126.53 |
| | 36 | 4915692668 | 0000000000 | 09/02/24 | 50 | 25 | 1.30 | 0.00 | 0.00 | 76.30 |
| | 36 | 4908734847 | 0000000000 | 07/20/24 | 50 | 25 | 2.08 | 0.00 | 0.00 | 77.08 |

TOTAL VIOLATIONS IN JUDGMENT 7 $630.17

RC2050

PORT AUTHORITY NY NJ
AIR LAND RAIL SEA



# NOTICES OF VIOLATION ENFORCEMENT ACTION
# IMPENDING COLLECTION / LEGAL ACTION

01798
ROLANDO CHICO
4 DIAZ CT
WAYNE, NJ 07470-3330

| | |
|---|---|
| **Notice Date:** | **01/25/2025** |
| **Toll(s) Due:** | $105.78 |
| **Fee(s) Due:** | $300.00 |
| **Total Due:** | $405.78 |

You have not responded to the prior Toll Bill(s) requesting payment for the Tolls listed below. Your non-payment of the Tolls resulted in the addition of Violation Administrative Fee(s) that are listed below for each transaction. If you have made a payment, and we received it prior to the date of this notice, it is reflected in the "Credit Applied" area of this notice. This is your final notice and payment in full of the Tolls and Fees due is required immediately. If your payment has been submitted, please disregard this notice.

**Failure to respond to this Notice of Violation may result in referral to a collection agency, imposition of additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14**

New York Unconsolidated Laws (Section 6802) and New Jersey Statutes Annotated (32:1-154.2) prohibit vehicular crossings except upon payment of tolls and other charges as prescribed by The Port Authority of NY and NJ and declare that it is unlawful for any person to refuse to pay, or to evade or attempt to evade payment of such tolls and other charges.

683117980201010

**VIOLATION TRANSACTION(S) - Plaza Codes are available at www.e-zpassny.com/en/about/plazas.shtml**

| Violation Number | License Plate | Plaza | Lane | Date | Time | Toll Amount | Credit Applied | Unpaid Toll | Admin Fee | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| T318213644358-00001 | NJ M48RDM | GWL | 10 | 10/06/24 | 15:38:58 | $17.63 | $0.00 | $17.63 | $50.00 | $67.63 |
| T318213644358-00002 | NJ W64RFB | LT | 12 | 10/06/24 | 12:26:07 | $17.63 | $0.00 | $17.63 | $50.00 | $67.63 |
| T318213644358-00003 | NJ M48RDM | GWL | 14 | 10/17/24 | 11:25:53 | $17.63 | $0.00 | $17.63 | $50.00 | $67.63 |
| T318213644358-00004 | NJ W64RFB | GWL | 10 | 10/19/24 | 10:32:56 | $17.63 | $0.00 | $17.63 | $50.00 | $67.63 |
| T318213644358-00005 | NJ M48RDM | GWU | 02 | 10/20/24 | 10:17:09 | $17.63 | $0.00 | $17.63 | $50.00 | $67.63 |

**Continued on page 3**




## Dispute/Payment Options

Online
www.e-zpassny.com/paytoll

Phone
1-844-826-8400

Mail/Cash
See Bottom / Back of Notice

Avoid Mailings by Joining *E-ZPass*
Visit: www.e-zpassny.com

PLEASE DETACH BELOW

**Violation #: T318213644358-00001**

Mail payment or dispute to:
Violations Processing Center
PO Box 15186
Albany, NY 12212-5186

**ROLANDO CHICO**
**4 DIAZ CT**
**WAYNE, NJ 07470-3330**



| | |
|---|---|
| **Notice Date:** | **01/25/2025** |
| **Toll(s) Due:** | $105.78 |
| **Fee(s) Due:** | $300.00 |
| **Total Due:** | $405.78 |



Payment Amount Enclosed $

**For cash payments, provide barcode to VanillaDirect Retailer.**
**For locations near you, visit *tollsbymailny.com/cashlocations***
**A $2 fee applies to each payment.**

799366266719840001520088234030

POWERED BY VanillaDirect

- Make check or money order payable to **The Port Authority of NY and NJ.**
- Do not send cash.
- Please allow 5 days for mailed payment to reach us.
- Enclose this coupon with your payment in the envelope that was included. Do not use staples or paper clips.
- Please be sure to include your violation# on your check.

**PAV**

## CUSTOMER CERTIFICATION / DECLARATION OF DISPUTE



## DISPUTE INSTRUCTIONS

You may appeal the tolls due. Fill out only one section, either A, B or C. Provide required information and sign the certification at the bottom of this page. Retain a copy of this form and any documents you may submit for your records. Send the original form and all required documents to the Violations Processing Center: P.O. Box 15186, Albany, NY 12212-5186. 800-333-8655, Fax #:718-390-9772. Your dispute will be reviewed, and you will be notified of the resolution.

### A - General Disputes

☐ **Surrendered Plate -** Prior to toll transaction date. Attach a copy of plate surrender receipt from DMV.

☐ **Sold Vehicle –** Prior to toll transaction date. Attach proof of sale.

☐ **Plate reported Lost/Stolen -** Prior to toll transaction date. Attach a copy of police report.

☐ **Vehicle Not Present –** I declare that this vehicle was not at the toll plaza at the time of the toll(s).

☐ **Tag Read -** Toll posted to *E-ZPass* Account at time of occurrence. Include copy of *E-ZPass* statement showing toll posting.

☐ **Other –** (Provide and/or attach any additional information and/or documents in support of your appeal as necessary).

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

### B - Rental

**Rental Car or Leasing Company**

If you are a rental car or leasing company, and wish to perform a Transfer of Responsibility to the vehicle lessee or renter: Please provide the information requested below, sign the certification and submit a copy of the signed lease or rental agreement to the address listed below.

| T# | Name of Renter/Lessee | Address of Renter/Lessee | City | State | Zip |
|---|---|---|---|---|---|
| 01 | | | | | |
| 02 | | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |

### C - E-ZPass Customer

I am an *E-ZPass* Account holder currently in good standing and had a valid *E-ZPass* tag in the vehicle at the time of the transaction. *E-ZPass* customers have two ways to resolve their tolls due:

**WEB** - please visit www.e-zpassny.com/paytoll **OR** **MAIL** - Complete C1 or C2

☐ **C1 – New York *E-ZPass* Customer:**
(Tag # starting with 004, 005, 008 or 013)
I authorize *E-ZPass* to update license plate/state **M48RDM/NJ** to my Account and deduct the toll due and dismiss the fee.
Account #______________________

☐ **C2 –Other Agency *E-ZPass* Customer:**
I have updated my Non NY *E-ZPass* Account to include the license plate referenced in this notice. I authorize you to deduct the toll from my *E-ZPass* Account. I understand that if I have not updated my plate prior to submitting this dispute, another notice will be generated, and I will be responsible to pay the Toll and Fee. **You can only dispute toll(s) within 45 days of the transaction date listed on the front of this Notice.**

For Option C1 or C2, you MUST enter your 11-digit *E-ZPass* Tag Number
Your *E-ZPass* Tag Number can be found directly above the barcode on your *E-ZPass* Tag.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### Certification

**CERTIFICATION To be completed for all Dispute Form Sections**

I certify that the statement(s) I have made herein regarding the toll(s) listed on the front of this notice are complete, true and accurate

**Name:** ______________________ **Signature:** ______________________ **Date:** __________

Violations Processing Center: P.O. Box 15186, Albany, NY 12212-5186
800-333-8655, Fax #:718-390-9772

# NOTICES OF VIOLATION ENFORCEMENT ACTION IMPENDING COLLECTION / LEGAL ACTION



| Violation Number | License Plate | Plaza | Lane | Date | Time | Toll Amount | Credit Applied | Unpaid Toll | Admin Fee | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| T318213644358-00006 | NJ M95RCJ | HT | 08 | 10/20/24 | 20:21:34 | $17.63 | $0.00 | $17.63 | $50.00 | $67.63 |
| | | | | | TOTALS | $105.78 | $0.00 | $105.78 | $300.00 | $405.78 |

6831179802O2001

PAV

**Please see important information below regarding this Notice of Violation.**
It is important to review and respond to this Notice of Violation promptly.

**PORT AUTHORITY OF NEW YORK AND NEW JERSEY**

**NOTICE**

Why You Received This Notice of Violation:

- You failed to timely pay or respond to prior toll invoices.

Steps to Take:

1. **Review the Notice of Violation:** Carefully read the information on the Notice of Violation to ensure the information is correct. Check that your address is correct.
2. **Review Transactions:** To view the details of your transactions, including time-stamped photographs, please go to www.tollsbymailny.com and login to your account by selecting the Pay Toll button.

   Your prior Tolls by Mail invoice will provide the Toll Bill Number or Reference Number to view your transactions. Or select the "Search and Pay for your Toll transactions by License Plate" check box and once verified you can view your transactions.

3. **Make a Payment:** Use one of the payment options provided on this Notice of Violation.
4. **Contact Us:** If you believe this notice is incorrect or have questions, contact the Customer Service Center.

Customer Service Center
844-826-8400
www.tollsbymailny.com

**If you are unable to resolve your tolling issue with the Customer Service Center, you may contact the Port Authority of New York and New Jersey Toll Payer Advocate Office: https://www.panynj.gov/bridges-tunnels/en/tolls/tpa.html**

---

**Failure to timely pay or respond to this Notice of Violation may also result in the possibility that a judgment can be entered for repeat unpaid liabilities that could lead to a vehicle being towed or immobilized under New York Public Authorities Law §§ 2985 and 2985-a.**

---

# NOTICE OF VIOLATION ENFORCEMENT
# IMPENDING COLLECTION / LEGAL ACTION

03178
ROLANDO CHICO
4 DIAZ CT
WAYNE, NJ 07470-3330

| | |
|---|---|
| **Notice Date:** | **01/25/2025** |
| **Toll(s) Due:** | $39.57 |
| **Fee Due:** | $50.00 |
| **Total Due Immediately:** | $89.57 |

Our records indicate that you have failed to respond to two previous Tolls by Mail bills for travel on the New York State Thruway. The Thruway Authority regulations prohibit the evasion or non-payment of tolls (21 NYCRR Part 101.3).

**Unless payment is received from you within 15 days of this Notice, it may result in the imposition of fees of up to $50 per unpaid toll, referral to a collection agency, additional fees and charges, and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 New York Codes, Rules and Regulations (NYCRR) § 127.14 or suspension, revocation or renewal hold of your vehicle registration under a reciprocal agreement with your home State as authorized for New York State by Vehicle and Traffic Law § 518 and/or pursuant to your home State's related vehicle registration laws, rules and/or regulations.**

6827317802010110

**VIOLATION TRANSACTION(S) - Plaza Descriptions are available at e-zpassny.com/en/about/plazas.shtml**

| Violation Number | License Plate | Entry Plaza | Exit Plaza | Date | Time | Toll(s) |
|---|---|---|---|---|---|---|
| T118213644358-00001 | NJ M95RCJ | | Harriman | 10/16/24 | 13:27 | $2.19 |
| T118213644358-00002 | NJ M95RCJ | | Harriman | 10/16/24 | 18:43 | $2.19 |
| T118213644358-00003 | NJ W64RFB | 21 | 18 | 10/13/24 | 11:51 | $3.11 |
| T118213644358-00004 | NJ M95RCJ | 19 | 17 | 10/13/24 | 11:40 | $2.57 |
| T118213644358-00005 | NJ M95RCJ | | Harriman | 10/20/24 | 14:26 | $2.19 |
| T118213644358-00006 | NJ M95RCJ | | Harriman | 10/19/24 | 10:07 | $2.19 |
| T118213644358-00007 | NJ M95RCJ | | Harriman | 10/19/24 | 13:09 | $2.19 |
| T118213644358-00008 | NJ W64RFB | | Gov Mario Cuomo Br | 10/19/24 | 16:45 | $10.94 |

**Continued on page 3**

## PAYMENT OPTIONS:

**Online**
e-zpassny.com/payviolation

**Mail/Cash**
See Coupon Below

**Phone**
1-844-826-8400

**NOTE:** A fee of up to $25 may be assessed for any declined bank account payment or check returned for non-payment.

---------- **DETACH COUPON BELOW** ----------

**Violation #: T118213644358-00001**

Mail payment or dispute to:
Violations Processing Center
PO Box 15186
Albany, NY 12212-5186

**ROLANDO CHICO**
**4 DIAZ CT**
**WAYNE, NJ 07470-3330**

| | |
|---|---|
| **Notice Date:** | **01/25/2025** |
| **Toll(s) Due:** | $39.57 |
| **Fee Due:** | $50.00 |
| **Total Due Immediately:** | $89.57 |

Payment Amount Enclosed **$**

**For cash payments, provide barcode to VanillaDirect Retailer.**
**For locations near you, visit *tollsbymailny.com/cashlocations***
**A $2 fee applies to each payment.**

799366266719840001520088233792

POWERED BY VanillaDirect

**NYV**

- Make check or money order payable to **New York State Thruway**.
- Do not send cash.
- Please allow 5 days for mailed payment to reach us.
- Enclose this coupon with your payment in the envelope that was included. Do not use staples or paper clips.
- Please be sure to include your violation# on your check.

# TOLLS BY MAIL VIOLATION

WHY DID I RECEIVE A VIOLATION?

You have received this violation because your vehicle traveled on the New York State Thruway and have failed to respond to two previous Tolls by Mail bills requesting payment for the tolls displayed on this Notice. Your non-payment of the tolls resulted in the addition of a violation administrative fee.

HOW DO I AVOID FUTURE VIOLATIONS?

Open an E-ZPass Account by visiting **e-zpassny.com** and click 'SIGN UP NOW' or locate an E-ZPass On-the-Go retailer near you at thruway.ny.gov/ezpass/otg. Pay your toll bill by the due date.

**E-ZPASS CUSTOMER SECTION**

WHY DID I RECEIVE A VIOLATION?

- You have failed to respond to two previous toll bills requesting payment for the tolls displayed on this Notice. You originally received a toll bill because your E-ZPass Tag was either not detected (and your license plate was not listed on your E-ZPass Account) or your E-ZPass Account was not valid at the time of the transaction.

HOW DO I AVOID FUTURE TOLL BILLS?

- Ensure that your E-ZPass Tag is properly mounted.
- Maintain a positive balance in your E-ZPass Account.
- Verify that all your current license plates are registered with your E-ZPass Account.
- Maintain sufficient funding for your E-ZPass Account. If you are an E-ZPass New York Account holder, you can check your Account status 24 hours a day, 7 days per week by visiting **e-zpassny.com**, downloading the Tolls NY mobile app or calling 800-333-TOLL (8655).

NEW YORK THRUWAY

# NOTICE OF VIOLATION ENFORCEMENT
# IMPENDING COLLECTION / LEGAL ACTION

| Violation Number | License Plate | Entry Plaza | Exit Plaza | Date | Time | Toll(s) |
|---|---|---|---|---|---|---|
| T118213644358-00009 | NJ M95RCJ | 15 | 19 | 10/19/24 | 14:13 | $5.00 |
| T118213644358-00010 | NJ M95RCJ | 19 | 15 | 10/19/24 | 17:54 | $5.00 |
| T118213644358-TSURC | | | Toll Admin Surcharge | 11/16/24 | 00:00 | $2.00 |

6827317802001

NEW YORK STATE THRUWAY AUTHORITY

**Please see important information below regarding this Notice of Violation. It is important to review and respond to this Notice of Violation promptly.**

**Why You Received This Notice of Violation:**

- You failed to timely pay or respond to two prior Toll Bills.

**Steps to Take:**

1. **Review the Notice of Violation:** Carefully read the information on the Notice of Violation to ensure the information is correct.

2. **Review Transactions:** To view the details of your transactions, including photographs, please go to www.tollsbymailny.com and login to your account by selecting the "Pay Toll" button.

   Your prior Toll Bill provides the Toll Bill or Reference Number needed to login to your account to view your transactions. You can also use the "Search and Pay for your Toll Transactions by License Plate" check box. You will need your travel date and vehicle registration information for verification.

3. **Make a Payment:** Pay this Notice of Violation promptly to avoid further escalation to collections.

4. **Contact Us:** If you believe you received this notice in error or have questions, contact the Customer Service Center.

**Customer Service Center**
844-826-8400
www.tollsbymailny.com

---

**Failure to pay or respond to this Toll Bill in a timely manner may result in a judgment against you for unpaid liabilities that could lead to a vehicle being towed or immobilized under New York Public Authorities Law §§ 2985 and 2985-a.**

---

For additional information on disputing this Notice of Violation or how to contact the Toll Payer Advocate, visit new.mta.info/tollhelp or call the customer service center at the number above.

NYC
**Department of Finance**
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

JANUARY 22, 2025

| AMOUNT DUE: $353.95 |
|---|
| DUE: IMMEDIATELY |

#BWNCXPZ
#1 NJ PAS M48RDM///1#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

DoF1220A05FAAAA.182713.01.02.100000 OE: D10FNCSR BRE: DF9WIN

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 0 7 8 6 4 4 6 0 0 0 0 0 3 5 3 9 5 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z007864460 | M48RDM | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$353.95

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

This list may also include previously entered judgments. New judgments are indicated by an asterisk (*). Notices previously sent to you by the Department of Finance stated what you must do to prevent judgments from being entered against you.

Even if you previously made a payment, you may owe the amount shown on page one for late penalties or your payment may have satisfied different violations. Please note that any payment received or dismissal of a charged violation occurring within seven days of the date of this letter may not be shown in this letter.

PLATE: M48RDM STATE: NJ TYPE: PAS

| | VC | VIOLATION NUMBER | DOCKET NUMBER | VIO DATE | FINE | PEN. | INT. | RED. | PAID | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| * | 05 | 4040355775 | 0000000000 | 10/17/24 | 50 | 25 | 0.00 | 0.00 | 0.00 | 75.00 |
| | 37 | 9153560620 | 0000000000 | 09/03/24 | 65 | 60 | 1.09 | 0.00 | 0.00 | 126.09 |
| | 36 | 4915692668 | 0000000000 | 09/02/24 | 50 | 25 | 1.04 | 0.00 | 0.00 | 76.04 |
| | 36 | 4908734847 | 0000000000 | 07/20/24 | 50 | 25 | 1.82 | 0.00 | 0.00 | 76.82 |

TOTAL VIOLATIONS IN JUDGMENT 4 $353.95

RC2050

| | |
|---|---|
| JPMCB CARD SERVICES<br>Credit Cards | $904 |
| PNC BANK CARD SERVICES<br>Credit Cards | $1,101 |
| SYNCB/SAMS<br>Credit Cards | $0 |
| THE HOME DEPOT/CBNA<br>Credit Cards | $0 |
| AFFINITY FEDERAL CREDIT<br>30 DAYS LATE<br>Auto Loans | $8,778 |
| BMW FINANCIAL SERVICES<br>Auto Loans | $9,519 |
| GM FINANCIAL<br>30 DAYS LATE<br>Auto Loans | $81,190 |
| MERCEDES-BENZ FINANCIAL<br>Auto Loans | $12,011 |
| TOYOTA MOTOR CREDIT<br>Auto Loans | $3,794 |

## Status

| | |
|---|---|
| **Date Reported** | Dec 31, 2024 |
| **Payment Status** | Current |

## Account Details

| | |
|---|---|
| **Account Type** | Auto Lease |
| **Responsibility** | Individual |
| **Age Of Account** | 2 Years, 6 Months |
| **Original Loan Amount** | $19,512 |

## Payment Details

| | |
|---|---|
| **Date of Last Payment** | Nov 22, 2024 |
| **Monthly Payment** | $542 |
| **Term** | 36 |
| **Payment Frequency** | Monthly (every month) |
| **On Time Payments** | 100% |

## Lender Info

Credit Dispute Research Team Po Box 661009
Dallas, TX 75265

(800) 874-8822

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | C | C | C | C | C | C |

See something wrong? (/see-something-wrong-accounts?platform=easew

VW CREDIT
30 DAYS LATE
Auto Loans
$12,352

CROSSCOUNTRY MORTGAGE
Real Estate
$257,256

AMERICAN EXPRESS
Other
$0

JPMCB CARD SERVICES
Credit Cards
$904

PNC BANK CARD SERVICES
Credit Cards
$1,101

SYNCB/SAMS
Credit Cards
$0

THE HOME DEPOT/CBNA
Credit Cards
$0

AFFINITY FEDERAL CREDIT
30 DAYS LATE
Auto Loans
$8,778

BMW FINANCIAL SERVICES
Auto Loans
$9,519

GM FINANCIAL
30 DAYS LATE
Auto Loans
$81,190

MERCEDES-BENZ FINANCIAL
Auto Loans
$12,011

TOYOTA MOTOR CREDIT
Auto Loans
$3,794

VW CREDIT
30 DAYS LATE
Auto Loans
$12,352

## Status

| | |
|---|---|
| **Date Reported** | Jan 22, 2025 |
| **Payment Status** | 30 Days Late |
| **Amount Past Due** | $949 |

## Account Details

| | |
|---|---|
| **Account Type** | Auto Lease |

| | |
|---|---|
| **Responsibility** | Individual |
| **Age Of Account** | 2 Years, 6 Months |
| **Original Loan Amount** | $39,858 |

## Payment Details

| | |
|---|---|
| **Amount Past Due** | $949 |
| **Date of Last Payment** | Nov 21, 2024 |
| **Monthly Payment** | $949 |
| **Term** | 42 |
| **Payment Frequency** | Monthly (every month) |
| **On Time Payments** | 100% |
| **Worst Pay Status** | Current |

## Lender Info

1401 Franklin Blvd.
Libertyville, IL 60048

(800) 428-4034

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | C | C | C | C | C | C |

See something wrong? (/see-something-wrong-accounts?platform=easew

| | |
|---|---|
| JPMCB CARD SERVICES<br>Credit Cards | $904 |
| PNC BANK CARD SERVICES<br>Credit Cards | $1,101 |
| SYNCB/SAMS<br>Credit Cards | $0 |
| THE HOME DEPOT/CBNA<br>Credit Cards | $0 |
| AFFINITY FEDERAL CREDIT<br>30 DAYS LATE<br>Auto Loans | $8,778 |
| BMW FINANCIAL SERVICES<br>Auto Loans | $9,519 |
| GM FINANCIAL<br>30 DAYS LATE<br>Auto Loans | $81,190 |
| MERCEDES-BENZ FINANCIAL<br>Auto Loans | $12,011 |

## Status

| | |
|---|---|
| **Date Reported** | Dec 31, 2024 |
| **Payment Status** | Current |

## Account Details

| | |
|---|---|
| **Account Type** | Auto Lease |
| **Responsibility** | Individual |
| **Age Of Account** | 2 Years, 6 Months |
| **Original Loan Amount** | $55,617 |

## Payment Details

| | |
|---|---|
| **Date of Last Payment** | Nov 17, 2024 |
| **Monthly Payment** | $1,426 |
| **Term** | 39 |
| **Payment Frequency** | Monthly (every month) |
| **On Time Payments** | 100% |

## Lender Info

P.o. Box 961
Roanoke, TX 76262

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | | C | C | C | C | C |

See something wrong? (/see-something-wrong-accounts?platform=easew

| | |
|---|---|
| TOYOTA MOTOR CREDIT<br>Auto Loans | $3,794 |
| VW CREDIT<br>30 DAYS LATE<br>Auto Loans | $12,352 |
| CROSSCOUNTRY MORTGAGE<br>Real Estate | $257,256 |

JPMCB CARD SERVICES
Credit Cards
$904

PNC BANK CARD SERVICES
Credit Cards
$1,101

SYNCB/SAMS
Credit Cards
$0

THE HOME DEPOT/CBNA
Credit Cards
$0

AFFINITY FEDERAL CREDIT
30 DAYS LATE
Auto Loans
$8,778

BMW FINANCIAL SERVICES
Auto Loans
$9,519

GM FINANCIAL
30 DAYS LATE
Auto Loans
$81,190

## Status

| | |
|---|---|
| **Date Reported** | Jan 09, 2025 |
| **Payment Status** | 30 Days Late |
| **Amount Past Due** | $1,894 |

## Account Details

| | |
|---|---|
| **Account Type** | Auto Loan |
| **Responsibility** | Individual |
| **Age Of Account** | 2 Years, 6 Months |
| **Original Loan Amount** | $116,824 |

## Payment Details

| | |
|---|---|
| **Amount Past Due** | $1,894 |

| | |
|---|---|
| **Date of Last Payment** | Nov 08, 2024 |
| **Monthly Payment** | $1,904 |
| **Term** | 75 |
| **Payment Frequency** | Monthly (every month) |
| **On Time Payments** | 100% |
| **Worst Pay Status** | Current |

## Lender Info

Po Box 181145
Arlington, TX 76096

(800) 284-2271

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | C | NR | C | C | C | C |

See something wrong? (/see-something-wrong-accounts?platform=easew

MERCEDES-BENZ FINANCIAL
Auto Loans
$12,011

TOYOTA MOTOR CREDIT
Auto Loans
$3,794

VW CREDIT
30 DAYS LATE
Auto Loans
$12,352

JPMCB CARD SERVICES
Credit Cards
$904

PNC BANK CARD SERVICES
Credit Cards
$1,101

SYNCB/SAMS
Credit Cards
$0

THE HOME DEPOT/CBNA
Credit Cards
$0

AFFINITY FEDERAL CREDIT
30 DAYS LATE
Auto Loans
$8,778

BMW FINANCIAL SERVICES
Auto Loans
$9,519

## Status

| | |
|---|---|
| **Date Reported** | Dec 25, 2024 |
| **Payment Status** | Current |

## Account Details

| | |
|---|---|
| **Account Type** | Auto Lease |
| **Responsibility** | Individual |
| **Age Of Account** | 2 Years, 6 Months |
| **Original Loan Amount** | $48,955 |

## Payment Details

| | |
|---|---|
| **Date of Last Payment** | Nov 21, 2024 |
| **Monthly Payment** | $1,359 |
| **Term** | 36 |
| **Payment Frequency** | Monthly (every month) |

**On Time Payments** 100%

## Lender Info

Po Box 3608
Dublin, OH 43016

(800) 578-5000

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | | C | C | C | C | C |

See something wrong? (/see-something-wrong-accounts?platform=easew

GM FINANCIAL
30 DAYS LATE
Auto Loans
$81,190

MERCEDES-BENZ FINANCIAL
Auto Loans
$12,011

TOYOTA MOTOR CREDIT
Auto Loans
$3,794

VW CREDIT
30 DAYS LATE
Auto Loans
$12,352

CROSSCOUNTRY MORTGAGE
Real Estate
$257,256

AMERICAN EXPRESS

| | |
|---|---|
| JPMCB CARD SERVICES<br>Credit Cards | $904 |
| PNC BANK CARD SERVICES<br>Credit Cards | $1,101 |
| SYNCB/SAMS<br>Credit Cards | $0 |
| THE HOME DEPOT/CBNA<br>Credit Cards | $0 |
| AFFINITY FEDERAL CREDIT<br>30 DAYS LATE<br>Auto Loans | $8,778 |

## Status

| | |
|---|---|
| **Date Reported** | Dec 31, 2024 |
| **Payment Status** | 30 Days Late |
| **Amount Past Due** | $887 |

## Account Details

| | |
|---|---|
| **Account Type** | Lease |
| **Responsibility** | Individual |
| **Age Of Account** | 2 Years, 6 Months |
| **Original Loan Amount** | $29,847 |

## Payment Details

| | |
|---|---|
| **Amount Past Due** | $887 |
| **Date of Last Payment** | Nov 26, 2024 |
| **Monthly Payment** | $887 |
| **Term** | 38 |
| **Payment Frequency** | Monthly (every month) |

**On Time Payments** 97%

## Lender Info

73 Mountain View Blvd
Basking Ridge, NJ 07920

(800) 325-0808

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 30 | C | C | C | C | C | C | C | C | C | C | |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | C | C | C | C | C | C |

See something wrong? (/see-something-wrong-accounts?platform=easew

BMW FINANCIAL SERVICES
Auto Loans
$9,519

GM FINANCIAL
30 DAYS LATE
Auto Loans
$81,190

MERCEDES-BENZ FINANCIAL
Auto Loans
$12,011

TOYOTA MOTOR CREDIT
Auto Loans
$3,794

VW CREDIT
30 DAYS LATE
Auto Loans
$12,352

CROSSCOUNTRY MORTGAGE

JPMCB CARD SERVICES
Credit Cards
$904

PNC BANK CARD SERVICES
Credit Cards
$1,101

SYNCB/SAMS
Credit Cards
$0

THE HOME DEPOT/CBNA
Credit Cards
$0

AFFINITY FEDERAL CREDIT
30 DAYS LATE
Auto Loans
$8,778

BMW FINANCIAL SERVICES
Auto Loans
$9,519

GM FINANCIAL
30 DAYS LATE
Auto Loans
$81,190

MERCEDES-BENZ FINANCIAL
Auto Loans
$12,011

TOYOTA MOTOR CREDIT
Auto Loans
$3,794

## Status

| | |
|---|---|
| **Date Reported** | Dec 31, 2024 |
| **Payment Status** | Current |

## Account Details

| | |
|---|---|
| **Account Type** | Auto Lease |
| **Responsibility** | Individual |
| **Age Of Account** | 2 Years, 6 Months |
| **Original Loan Amount** | $19,512 |