## Payment Details

| | |
|---|---|
| **Date of Last Payment** | Nov 22, 2024 |
| **Monthly Payment** | $542 |
| **Term** | 36 |
| **Payment Frequency** | Monthly (every month) |
| **On Time Payments** | 100% |

## Lender Info

Credit Dispute Research Team Po Box 661009
Dallas, TX 75265

(800) 874-8822

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | C | C | C | C | C | C | C | C | C | C | C | |
| 2023 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2022 | | | | | | | C | C | C | C | C | C |

See something wrong? (/see-something-wrong-accounts?platform=easew

VW CREDIT
30 DAYS LATE
Auto Loans
$12,352

CROSSCOUNTRY MORTGAGE
Real Estate
$257,256

AMERICAN EXPRESS
Other
$0

**Chevrolet Corvette 2022**
Z91REG
1G1YB2D43N5120951



**Chevrolet Tahoe 2022**
Z92REG
1GNSKTKL7NR325380



**Audi Q5 2022**



**Volvo XC40 2022**
Y75RBX
YV4162UM2N2791149



**Acura MDX 2022**



**BMW X5 2022**
M48RDM
5UXCR6C02N9M54012



Toyota Corolla Hatchback 2022



Rolando R Chico Damages by DrivePro

| Traffic Violations | Rolando R Chico |
|---|---|
| NYC Unpaid Tolls | $16,905.42 |
| NYC Department of Finance Parking and Camera Violations | $6,926.31 |
| East Hampton Town Justice Court | $190.00 |
| New Jersey Courts | $569.00 |
| NJ EZ PASS Unpaid Tolls | 3253.61 |
| Country of Canda City Quebec - Speeding Ticket | $392.00 |
| | $28,236.34 |

**********Must Be noted The Ticket Count Will increase since Drivepro Continues to Rent all The Cars**********

| | Purchase Price | Contract Date End |
|---|---|---|
| Corvette 2022 | 79016.21 | November 8, 2028 |
| Acura MDX 2022 | 42575.32 | Jan 22, 2026 |
| Audi Q5 2022 | 39731.72 | Jan 22, 2026 |
| BMW X5 2022 | 46070.37 | July 22, 2025 |
| Toyota Corolla HA 2022 | 18007.36 | July 22, 2025 |
| Volvo XC40 2022 | 35508.56 | September 25,2025 |
| Total To Pay Cars | 260909.54 | |

| Damages Caused by DrivePro | | |
|---|---|---|
| Drivepro & Perking unanswered contract | 28,800 | 6 cars at $400 a month december 1 2023 until December 2024 and continuing |
| *DrivePro Took Posetions of All The Cars without any prior authorization from owner. | | |
| *Failed to establish a contract for compensation and Terms. | | |
| *Damage to owner by Allowing Trafic Violations Summons to go Unpaid. | | |
| *Damage to owner by Allowing Unpaid Tolls to go into Collection. | | |
| *Damage to Owner Credit File by failing to make payment on time. | | |
| *Damage to Vehicles have gone unnotified to owner along with excess of wear tear and miles. | | |

| Resolution We Want from DrivePro |
|---|
| 1-Pay All Traffic Tickets and Tolls with Fees |
| 2-Pay Off Every Single Car they took Posetion without authorization. We cannot be responsible for any excess wear and tear or damages. |
| 3- Compensation for Credit Damage and Personal Damages. |

**************Must Be noted The Ticket Count Will increase since Drivepro Continues to Rent all The Cars**********

1/26/2025 12:43:56

New York City
**Department of Finance**
**Parking Violations**



Department of Finance Church Street Station, P.O. Box 3600, New York, N.Y. 10008

# NOTICE OF IMPENDING DEFAULT JUDGMENT

#BWNCXPZ
#1 NJ PAS M95RCJ///7#
ROLANDO R CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

JANUARY 22, 2025

AMOUNT DUE: $75.00

DUE BY: 02/21/25

You have failed to respond to the previous notice for the parking/camera violations issued to a vehicle registered in your name. If you do not respond, we will file a civil default judgment against you in the Civil Court of the City of New York which then authorizes us to:

- **Make your debt a matter of PUBLIC RECORD to be used by credit and title companies at THEIR discretion.**
- ~~**Tow any vehicles registered in your name resulting in extra fees and expenses.**~~
- **Garnish your non-exempt wages and/or seize other non-exempt assets located in NYC, including real estate and bank accounts.**
- **Suspend or prevent renewal of your NY State motor vehicle registration.**

TO AVOID ADDITIONAL PENALTIES AND JUDGMENT ENTRY YOU MUST RESPOND BY THE DUE DATE. YOU MUST: PAY IN FULL (See Below) or DISPUTE THE VIOLATION(S) (See pages 3 and 4).

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z007186328 | M95RCJ | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 4928832577 | 12/03/24 | SB FRESH POND RD @ | 11:06AM | 50 | 25 | 00 | 00 | 75 | SCHL ZN SPD VIO (36) |

DoF1220A05EAAAA.114787.01.02.100000 OE: D10IDEAS BRE: DF9WIN

**PAYMENT OPTIONS:** You may pay: online, by mail or in person. To pay by mail, please follow the instructions below. For information on the other payment options, please see the reverse side of this page.

**NOTICE:** By making payment you are admitting liability to the charge and penalty shown.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z007186328000007500202 5

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Z007186328 | M95RCJ | NJ | PAS |

| VIOLATION | AMOUNT DUE |
|---|---|
| 4928832577 | 75.00 |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

ID RC 2025

NYC
Department of Finance

New York City
**Department of Finance**
Parking Violations

Church Street Station, P.O. Box 3600, New York, N.Y. 10008

# NOTICE OF IMPENDING DEFAULT JUDGMENT

#BWNCXPZ
#1 NJ PAS Y75RBX///3#
R C ROLANDO
4 DIAZ CT
WAYNE NJ 07470-3330

JANUARY 22, 2025

AMOUNT DUE: $75.00

DUE BY: 02/21/25

You have failed to respond to the previous notice for the parking/camera violations issued to a vehicle registered in your name. If you do not respond, we will file a civil default judgment against you in the Civil Court of the City of New York which then authorizes us to:

- **Make your debt a matter of PUBLIC RECORD to be used by credit and title companies at THEIR discretion.**
- **~~Tow any vehicles registered in your name resulting in extra fees and expenses.~~**
- **Garnish your non-exempt wages and/or seize other non-exempt assets located in NYC, including real estate and bank accounts.**
- **Suspend or prevent renewal of your NY State motor vehicle registration.**

TO AVOID ADDITIONAL PENALTIES AND JUDGMENT ENTRY YOU MUST RESPOND BY THE DUE DATE. YOU MUST: PAY IN FULL (See Below) or DISPUTE THE VIOLATION(S) (See pages 3 and 4).

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Z007186262 | Y75RBX | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 5701155109 | 11/10/24 | WB W 145th St @ Ada | 06:17PM | 50 | 25 | 00 | 00 | 75 | MTA DOUBLE PKG (15) |

DoF1220A05EAAAA.114786.01.02.100000 OE: D10IDEAS BRE: DF9WIN

**PAYMENT OPTIONS:** You may pay: online, by mail or in person. To pay by mail, please follow the instructions below. For information on the other payment options, please see the reverse side of this page.

**NOTICE:** By making payment you are admitting liability to the charge and penalty shown.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Z 0 0 7 1 8 6 2 6 2 0 0 0 0 0 7 5 0 0 2 0 2 5

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Z007186262 | Y75RBX | NJ | PAS |

| VIOLATION | AMOUNT DUE |
|---|---|
| 5701155109 | 75.00 |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

ID RC 2025

M16 S POAA SPOAL 002518 DATE PREPARED 01/31/25

NJMVC
New Jersey Motor Vehicle Commission

STATE OF NEW JERSEY
MOTOR VEHICLE COMMISSION
225 EAST STATE STREET
TRENTON, NEW JERSEY 08666
(609)292-7500

# SCHEDULED SUSPENSION NOTICE

ROLANDO R CHICO
4 DIAZ CT
WAYNE NJ 07470-3330

D.L. NUMBER C3433 66579 11592

The Court listed below has ordered the Motor Vehicle Commission (MVC) to take suspension action against your New Jersey driving privilege, which is scheduled to be suspended on 02/27/2025 indefinitely.

By authority of the N.J.S.A.39:5-30,the MVC has scheduled the suspension of your New Jersey driving privilege because you violated the Parking Offenses Adjudication Act, N.J.S.A. 39:4-139.2 et seq and failed to answer summons(es)in the following court:

For summons related information, refer to the back of this notice. Contact the court for information on how to satisfy the summons(es) and obtain court receipts for proof of payment.

CT NAME: NEW BRUNSWICK CITY COURT CITY: NEW BRUNSWICK ST: NJ ZIP: 08903
PO BO 265
25 KIRKPATRICK STREET

The receipt(s) must indicate the name of the court, the summons number(s), the court docket number(s), the date(s) of the violation(s), and the date the summons(es) were satisfied. If this information is not shown on the receipt(s), Motor Vehicle Commission cannot accept the receipt(s) as proof that you paid the summons(es).

Receipt that the summons(es) is satisfied must be received before the suspension date or your New Jersey driving privilege will be suspended and you will have to pay a $100 restoration fee.

Latrecia Littles-Floyd
Acting Chief Administrator

WOREMT (R 07/2022) P

Asatrian Law Group, L.L.C.
15 Warren Street, PH-E2 Tel: (201) 663-3164
Hackensack, New Jersey 07601
Admitted in State of NJ Email: MartinAsatrianLaw@gmail.com

February 13, 2025

New Brunswick City Court
P.O. Box 265
25 Kirkpatrick Street
New Brunswick, NJ 08903

**Re: Scheduled Suspension Notice**
**D-L- NUMBER: C3lf33 -66579-11592**

To Whom It May Concern:

This office represents Mr. Rolando R. Chico in the above-referenced matter. I write to advise the court of Mr. Chico's pending litigation against third-party companies, who are in possession of his vehicles and are responsible for the violation of the Parking Offenses Adjudication Act, N.J.S.A. 39:4-139.2 et seq under the jurisdiction of Wayne, New Jersey.

The plaintiff, Rolando R. Chico, initiated legal action due to the repeated issuance of parking tickets inter alia, attributed to the defendant's actions. He is not in possession of the vehicles and has no way of knowing how the vehicles are being operated. The specifics of these parking tickets and total tickets are detailed in the attached documentation.

This letter serves to notify the court of the ongoing proceedings and that Mr. Chico pleads "Not Guilty" to all charges against him.

If you need more information or documentation, please do not hesitate to contact me at (201) 663-3164 or Martinasatrianlaw@gmail.com.

Thank you for your kind attention to this matter.

Very truly yours,

Martin V. Asatrian

ATTENTION TOLL BY PLATE

NYC® Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 13, 2024

AMOUNT DUE: $1,863.07

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y103577930000018630720 50

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y103577930 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$1,863.07

*NYC DEPARTMENT OF FINANCE*
*PARKING VIOLATIONS*
*CHURCH STREET STATION*
*PO BOX 3600*
*NEW YORK NY 10008-3600*

FNNJ RC 2050

Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

NOVEMBER 27, 2024

AMOUNT DUE: $2,394.30

DUE: IMMEDIATELY

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** *Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.*

*If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.*

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y 1 0 8 0 9 7 3 4 0 0 0 0 2 3 9 4 3 0 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y108097340 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,394.30

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNN/ RC 2050

NYC Department of Finance

New York City
Department of Finance
Parking Violations
Church Street Station, P.O. Box 3600, New York, N.Y. 10008

# NOTICE OF IMPENDING DEFAULT JUDGMENT

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 27, 2024

AMOUNT DUE: $145.00

DUE BY: 12/27/24

*You have failed to respond to the previous notice for the parking/camera violations issued to a vehicle registered in your name. If you do not respond, we will file a civil default judgment against you in the Civil Court of the City of New York which then authorizes us to:*

- ***Make your debt a matter of PUBLIC RECORD to be used by credit and title companies at THEIR discretion.***
- **Tow any vehicles registered in your name resulting in extra fees and expenses.**
- **Garnish your non-exempt wages and/or seize other non-exempt assets located in NYC, including real estate and bank accounts.**
- **Suspend or prevent renewal of your NY State motor vehicle registration.**

TO AVOID ADDITIONAL PENALTIES AND JUDGMENT ENTRY YOU MUST RESPOND BY THE DUE DATE. YOU MUST: PAY IN FULL (See Below) or DISPUTE THE VIOLATION(S) (See pages 3 and 4).

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y107451321 | M87PFF | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 9155658740 | 09/14/24 | 981 Boston Rd BX | 06:47AM | 115 | 30 | 00 | 00 | 145 | NO STD-LIMITS (14) |

**PAYMENT OPTIONS:** You may pay: online, by mail or in person. To pay by mail, please follow the instructions below. For information on the other payment options, please see the reverse side of this page.

**NOTICE:** By making payment you are admitting liability to the charge and penalty shown.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y 1 0 7 4 5 1 3 2 1 0 0 0 0 1 4 5 0 0 2 0 2 5

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Y107451321 | M87PFF | NJ | PAS |

VIOLATION
9155658740

AMOUNT DUE
145.00

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

ID RC 2025

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 13, 2024

AMOUNT DUE: $1,863.07

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y103577930000018630720 50

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y103577930 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$1,863.07

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

DECEMBER 11, 2024

AMOUNT DUE: $2,653.14

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y113040869000265314205 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y113040869 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,653.14

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNI RC2050

NYC®
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 20, 2024

AMOUNT DUE: $2,315.84

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y105760685000231584205O

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y105760685 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,315.84

*NYC DEPARTMENT OF FINANCE*
*PARKING VIOLATIONS*
*CHURCH STREET STATION*
*PO BOX 3600*
*NEW YORK NY 10008-3600*

DoF3452A05EAAAA.154318.01.02.100000 OE D1DFNCSR BRE DF9WIN

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

DECEMBER 4, 2024

AMOUNT DUE: $2,573.98

DUE: IMMEDIATELY

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y 1 1 0 4 5 2 9 3 0 0 0 0 0 2 5 7 3 9 8 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y110452930 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,573.98

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

DECEMBER 11, 2024

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

AMOUNT DUE: $2,653.14

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y113040869000265314205O

| NOTICE NO. | PLATE NO. | STATE | TYPE |
| --- | --- | --- | --- |
| Y113040869 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,653.14

NYC DEPARTMENT OF FINANCE
ARKING VIOLATIONS
URCH STREET STATION
BOX 3600

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 20, 2024

AMOUNT DUE: $2,315.84

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y 1 0 5 7 6 0 6 8 5 0 0 0 2 3 1 5 8 4 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y105760685 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,315.84

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

84-001-1621 (02/23) MU
Mercedes-Benz Financial Services USA LLC

Mercedes-Benz Financial Services

| DATE |
|---|
| 01/28/2025 |

| LESSEE'S NAME AND ADDRESS | CO-LESSEE'S NAME AND ADDRESS |
|---|---|
| GISSELLE AGUILAR<br>1511 40TH ST.<br>NORTH BERGEN, NJ 07047 | |

RE Account Number: 5001996774001

VEHICLE DESCRIPTION:

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2021 | Mercedes-Benz | S580V4 | W1K6G7GB6MA043608 |

As a result of your default under the Motor Vehicle Lease Agreement (Agreement) relating to the above account and Vehicle, Mercedes-Benz Financial Services (MBFS) took possession of the Vehicle and disposed of it in accordance with the Agreement. The total balance remaining under the Agreement is $27,916.56. A detailed breakdown of the total remaining balance owed appears below.

| | | | |
|---|---|---|---|
| | Unpaid Monthly Lease Payments | | $ 14,873.07 |
| + | Other Unpaid Amounts | | |
| | Unpaid Late Charges | | $ 453.31 |
| | Other Miscellaneous Charges | | $ 159.96 |
| + | Official Fees and Taxes | | $ -3,276.40 |
| + | Vehicle Turn In Fee | | $ 595.00 |
| + | Adjusted Lease Balance less Vehicle's Fair Market Value[1] | | $ 12,959.50 |
| | Adjusted Lease Balance | $64,459.50 | |
| | Vehicle's Fair Market Wholesale Value[2] | $51,500.00 | |
| + | Early Termination Fee (if applicable) | | $ 0.00 |
| + | Recovery & Sales Expenses | | $ 2,152.12 |
| - | Credits received (e.g., insurance premium rebates) | | $ 0.00 |
| = | Sub Total[3] | | $ 27,916.56 |
| - | Post-Termination Payments received and Security Deposit | | $ 0.00 |
| = | Total Remaining Balance (as of the date above)* | | $ 27,916.56 |

[1] As provided in the lease agreement only a positive amount determined by subtracting the vehicle's Fair Market Wholesale Value from the Adjusted Lease Balance will be included in the calculation. If this recalculation results in a negative number, the amount here will reflect $0.

[2] The Vehicle's Fair Market Wholesale Value is generally determind by selling the vehicle at auction

[3] As provided in the lease agreement if the calculation above results in a surplus, the subtotal here will reflect $0

Please pay the Total Remaining Balance in full within ten (10) days of the date of this letter. Please remit payments to:

Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

Sincerely,

*Client Services*
*Mercedes-Benz Financial Services*
*Agent*
*Phone Number: (866) 652-2523*

**PROOF OF MAILING**

*I hereby state that on the date indicated above I sent by* [X] First Class Mail [ ] Certified Mail, a copy of the above notice as Proof of Mailing to the person(s) and to the address(es) as stated in the attached Notice. I declare that the statements above are true to the best of my information, knowledge and belief.

| SIGNATURE | DATE |
|---|---|
| Client Services | 01/28/2025 |

Mercedes-Benz Financial Services USA LLC also referred to as Mercedes-Benz Financial Services

*5001996774001012804 37*

Scanned with CamScanner

00001500100C28 p1/1

# P.S.C.

Bonded Investigators

CASE# 086892/2

**1-888-255-1455**

New Jersey*Pennsylvania*New York*Delaware

04895
Union City Municipal Court
3715 Palisade Ave
Union City, NJ 07087

**Union City**
**Municipal Court**
(201) 392-3663
**Notice Date: February 3, 2025**

Gisselle Aguilar
27 Harrison St Apt 1
Belleville, NJ 07109-3580

## VIRTUAL HEARING CHANGE IN COURT DATE
**Defendant Copy**

**New Court Date:** February 25, 2025 - 9:00 a.m.
**Virtual Court Hearing:** VIRT

**Need an interpreter? Call (201) 392-3663**

**Virtual Meeting Platform:** ZOOM
**Meeting ID:** 912 0714 9840 **Passcode:** 335333

The Union City matter(s) listed below is scheduled for a virtual court hearing on 02/25/2025 at 9:00 a.m.

Refer to the information above to attend your virtual court hearing. If you want to receive the link to your virtual hearing, contact the court and provide your email address at least 7 days before your court date.

| Ticket Number | Violation Date | Violation | State of NJ vs. |
|---|---|---|---|
| 0910 E23 048118 | 05/23/2023 | 4 | Gisselle Aguilar |
| 0910 E23 081317 | 09/16/2023 | 17-9 | Gisselle Aguilar |
| 0910 E23 094383 | 10/20/2023 | 17-9 | Gisselle Aguilar |
| 0910 E24 014407 | 02/07/2024 | 17-9 | Gisselle Aguilar |
| 0910 E24 044476 | 05/02/2024 | 17-9 | Gisselle Aguilar |

By Order of Judge LILIA A MUNOZ

Scanned with CamScanner

ADA Americans with Disabilities Act

ENSURING AN OPEN DOOR TO JUSTICE

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

NOVEMBER 27, 2024

AMOUNT DUE: $2,394.30

DUE: IMMEDIATELY

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** *Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.*

If you believe you have received this notice in error, call us immediately at (212) 440-5411. *More information about your payment options and legal rights is available in the enclosed "Payment Information" page.*

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y 1 0 8 0 9 7 3 4 0 0 0 0 0 2 3 9 4 3 0 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y108097340 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,394.30

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

NYC Department of Finance

New York City
Department of Finance
Parking Violations
Church Street Station, P.O. Box 3600, New York, N.Y. 10008

# NOTICE OF IMPENDING DEFAULT JUDGMENT

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 27, 2024

AMOUNT DUE: $145.00

DUE BY: 12/27/24

*You have failed to respond to the previous notice for the parking/camera violations issued to a vehicle registered in your name. If you do not respond, we will file a civil default judgment against you in the Civil Court of the City of New York which then authorizes us to:*

- ***Make your debt a matter of PUBLIC RECORD to be used by credit and title companies at THEIR discretion.***
- **Tow any vehicles registered in your name resulting in extra fees and expenses.**
- **Garnish your non-exempt wages and/or seize other non-exempt assets located in NYC, including real estate and bank accounts.**
- **Suspend or prevent renewal of your NY State motor vehicle registration.**

TO AVOID ADDITIONAL PENALTIES AND JUDGMENT ENTRY YOU MUST RESPOND BY THE DUE DATE. YOU MUST: PAY IN FULL (See Below) or DISPUTE THE VIOLATION(S) (See pages 3 and 4).

Please note that payments or claims made within the last 14 days may not be reflected in this notice. To verify the current amount due, you can go to our website: nyc.gov/finance or call 311. (Outside of NYC, call 212-NEW-YORK (212-639-9675). For the Hearing Impaired TTY, call 212-504-4115).

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y107451321 | M87PFF | NJ | PAS |

| VIOLATION | VIO DATE | LOCATION | TIME | FINE | PEN | RED | PAID | DUE | VIOLATION AND (CODE) |
|---|---|---|---|---|---|---|---|---|---|
| 9155658740 | 09/14/24 | 981 Boston Rd BX | 06:47AM | 115 | 30 | 00 | 00 | 145 | NO STD-LIMITS (14) |

**PAYMENT OPTIONS**: You may pay: online, by mail or in person. *To pay by mail, please follow the instructions below. For information on the other payment options, please see the reverse side of this page.*

**NOTICE**: By making payment you are admitting liability to the charge and penalty shown.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. Do *not* mail cash.
- Payment *must* be made in U.S. Dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State and Plate Type
- Insert this tear-off coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y 1 0 7 4 5 1 3 2 1 0 0 0 0 1 4 5 0 0 2 0 2 5

| NOTICE NO. | PLATE | STATE | TYPE |
|---|---|---|---|
| Y107451321 | M87PFF | NJ | PAS |

| VIOLATION | AMOUNT DUE |
|---|---|
| 9155658740 | 145.00 |

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

ID RC 2025

NYC Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 13, 2024

AMOUNT DUE: $1,863.07

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y1035779300001863072050

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y103577930 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$1,863.07

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

NYC Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

DECEMBER 11, 2024

AMOUNT DUE: $2,653.14

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y 1 1 3 0 4 0 8 6 9 0 0 0 2 6 5 3 1 4 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y113040869 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,653.14

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 20, 2024

AMOUNT DUE: $2,315.84

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y105760685000231584205O

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y105760685 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,315.84

*NYC DEPARTMENT OF FINANCE*
*PARKING VIOLATIONS*
*CHURCH STREET STATION*
*PO BOX 3600*
*NEW YORK NY 10008-3600*

DoF3452A05EAAAA 154318.01 02.100000 OE D10FNCSR BRE OF9WIN

FNNJ RC 2050

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

DECEMBER 4, 2024

AMOUNT DUE: $2,573.98

DUE: IMMEDIATELY

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y 1 1 0 4 5 2 9 3 0 0 0 0 2 5 7 3 9 8 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y110452930 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,573.98

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

FNNJ RC 2050

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

DECEMBER 11, 2024

AMOUNT DUE: $2,653.14

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y 1 1 3 0 4 0 8 6 9 0 0 0 2 6 5 3 1 4 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y113040869 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,653.14

NYC DEPARTMENT OF FINANCE
ARKING VIOLATIONS
URCH STREET STATION
BOX 3600

NYC Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 13, 2024

AMOUNT DUE: $1,863.07

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- *Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)*
- *Payment must be made in U.S. dollars.*
- *Write on the front of your check or money order:*
  - *Notice Number*
  - *Plate Number, State, and Plate Type*
- *Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.*

Y103577930000018630720 50

| NOTICE NO. | PLATE NO. | STATE | TYPE |
|---|---|---|---|
| Y103577930 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$1,863.07

*NYC DEPARTMENT OF FINANCE*
*PARKING VIOLATIONS*
*CHURCH STREET STATION*
*PO BOX 3600*
*NEW YORK NY 10008-3600*

FNNJ RC 2050

# NOTICE AFTER REPOSSESSION OR VOLUNTARY SURRENDER MOTOR VEHICLE LEASE

Mercedes-Benz Financial Services

**Lessee's Name and Address**

Gisselle Aguilar
1511 40th St.
North Bergen, NJ 07047

RE Account Number: 5001996774001

You have broken your Motor Vehicle Lease Agreement dated 07/21/2021

As a result, we have obtained the Vehicle, either by [X] repossession or [ ] voluntary surrender, whichever is checked.

DESCRIPTION OF YOUR VEHICLE:

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 2021 | Mercedes-Benz | S580V4 | W1K6G7GB6MA043608 |

**NOTICE OF SALE:** Your Vehicle will be offered for sale, at private sale beginning on 11/27/2024, and from day to day thereafter until sold. Your vehicle will be sold by:

[X] Mercedes-Benz Financial Services

[ ] the Dealer who leased you the Vehicle (as our assignee). Your Vehicle has been or will be returned to that Dealer, but will NOT be sold before the date shown.

DEALERSHIP NAME

ADDRESS, CITY, STATE, ZIP

PHONE NUMBER

You may have a right to renew your lease and pay future monthly payments as they come due. This is called "reinstatement" under New Jersey law.

[X] You do have a right to reinstate.

[ ] You do not have a right to reinstate because your conduct was fraudulent, you intentionally and wrongfully concealed, removed, damaged, or destroyed the vehicle, or you attempted to do so, and the vehicle was repossessed because of that conduct; or, the vehicle was seized by a police department, bureau, or force and the vehicle was repossessed because of that seizure.

[ ] Because of a prior default and reinstatement of this lease, you do not have a right to reinstate.

To reinstate, you must pay us the NET AMOUNT itemized below, plus any other amounts that may become due after the date of this Notice and before you pay us, by 11/27/2024. You must pay with cash, money order or certified funds; no personal checks will be accepted. In addition, you must also cure all other defaults as

| | | | |
|---|---|---|---|
| PAST DUE PAYMENTS | | | $ 17,352.08 |
| PLUS: | LATE CHARGES | | $ 453.31 |
| PLUS: | REPOSSESSION & STORAGE COSTS (To Date) | | |
| | TOWING COSTS | $ 1,450.00 | |
| | STORAGE COSTS (Daily Rate $0.00) | $ 0.00 | |
| | OTHER COSTS (Specify) | $ 0.00 | |
| | NSF FEE | $ 159.96 | |
| | SUBTOTAL OF COSTS | | $ 1,609.96 |
| NET AMOUNT NEEDED TO REINSTATE (NOT INCLUDING OTHER AMOUNTS THAT MAY BECOME DUE AFTER THE DATE OF THIS NOTICE) | | | $ 19,415.35 |
| Other: | | | |

**INSURANCE RIGHTS:** If you do not want the vehicle back, you should consider canceling any insurance on it. To make sure this is done, call the insurance company or the Dealer.

**REMAINING DEBT:** The sale price might not cover your early termination liability. If that happens, you will owe the difference to us and you could be sued for this difference. If there is any attempt to collect this difference from you, we should send you a summary of the resale and expense amounts.

**NOTICE TO CO-LESSEE:** As a Co-Lessee, you are personally liable for any indebtedness owed to us. You are also subject to all obligations of Lessee. All the rights and obligations you agreed to in the Lease and which are set forth in this Notice. In your capacity as Co-Lessee, a judgment may be sought against you should the sale price not cover Lessee's early termination liability.

*Your vehicle is stored at:*

| STREET NO. & NAME | CITY & STATE |
|---|---|
| ALS RESOLVION, 361 GROVE STREET | NEWARK, NJ 07103 |

*Mercedes-Benz Financial Services*

| MAILING ADDRESS | TELEPHONE NO. |
|---|---|
| P.O. 685, Roanoke, TX 76262 | (866) 898-1958 ext. |

*PROOF OF MAILING*

On the date indicated above I sent by [X] First Class Mail [ ] Certified Mail, a copy of the above notice to the person(s) at the address(es) stated in the above notice.

| SIGNATURE | DATE |
|---|---|
| G. Reichmaker | 11/11/2024 |

NYC
Department of Finance
Church Street Station
PO Box 3600
New York NY 10008-3600

# NOTICE OF JUDGMENT ENFORCEMENT

## COLLECTIONS DIVISION

#BWNCXPZ
#1 NJ PAS M87PFF///4#
GISSELLE AGUILAR
27 HARRISON ST # 1
BELLEVILLE NJ 07109-3580

NOVEMBER 20, 2024

AMOUNT DUE: $2,315.84

DUE: IMMEDIATELY

The New York City Department of Finance has entered a judgment against you for the parking/camera violation(s) listed on the reverse side of this page.

**You must pay the amount shown above or enter into a payment plan immediately. If you do not, we will take steps authorized by law to collect what you owe.** These steps may occur at any time and include, but are not limited to:

- Assigning your judgment debt to a collection agency
- Booting or towing your vehicle
- Selling your vehicle at auction
- Seizing your non-exempt personal property
- Restraining your bank accounts
- Garnishing your non-exempt wages

**You have several options for paying what you owe:**

- Online: Visit www.nyc.gov/citypay and choose "Parking Tickets."
- Mail: Detach and return the coupon below in the envelope provided.
- In Person: Visit any Department of Finance business center. (Locations enclosed on the "Payment Information" page.)
- Payment Plan: Visit www.nyc.gov/parkingticketpaymentplans for more information, or call 311.

**You must take action now to avoid the enforcement actions listed above.** Please note that these actions may add additional fines or penalties, including Sheriff and Marshal fees and costs, to the amount you owe.

If you believe you have received this notice in error, call us immediately at (212) 440-5411. More information about your payment options and legal rights is available in the enclosed "Payment Information" page.

## PAYMENT COUPON

- Make your check or money order payable to the NYC Department of Finance. (Do not mail cash.)
- Payment must be made in U.S. dollars.
- Write on the front of your check or money order:
  - Notice Number
  - Plate Number, State, and Plate Type
- Insert this coupon in the enclosed envelope and make sure the City's address can be seen through the envelope window.

Y 1 0 5 7 6 0 6 8 5 0 0 0 2 3 1 5 8 4 2 0 5 0

| NOTICE NO. | PLATE NO. | STATE | TYPE |
| --- | --- | --- | --- |
| Y105760685 | M87PFF | NJ | PAS |

TOTAL JUDGMENT AMOUNT DUE:
$2,315.84

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
CHURCH STREET STATION
PO BOX 3600
NEW YORK NY 10008-3600

5:27 5G 46

| Traffic Violations | As Of Today 09/03/2024 | |
|---|---|---|
| NYC Unpaid Tolls | | $1,826.09 |
| NYC Department of Finance Parking and Camera Violations | | $1,975.49 |
| PA Unpaid Tolls | | $119.90 |
| Massachusetts Unpaid Tolls | | $34.10 |
| New Jersey Courts | | $357.00 |
| | | $4,312.58 |

| Vehicles Monetary Damages | | |
|---|---|---|
| 2022 Mercedes Benz ---------------------- | Collections | $15,383.03 |
| Lease Contract End Day October 1 2024 | | |
| | Tickets and Vehicle | $19,695.61 |
| Drivepro & Parking unanswered contract | | 4400 |
| | Total Loss | $28,408.19 |

| Damages Caused by DrivePro |
|---|
| *DrivePro Took Posetions of The Car without any prior authorization from owner. |
| *Failed to establish a contract for compensation and Terms. |
| *Damage to owner by Allowing Trafic Violations Summons to go Unpaid. |
| *Damage to owner by Allowing Unpaid Tolls to go into Collection. |
| *Damage to Owner Credit File by failing to make payment on time. |
| *Damage to Vehicles have gone unnotified to owner along with excess of wear tear and miles. |

| Resolution We Want from DrivePro |
|---|
| 1-Pay All Traffic Tickets and Tolls with Fees |
| 2-Pay Off Remaining Lease Terms Along with all fees Associated with excess wear and tear. |
| 3- Compensation for Credit Damage and Personal Damages. |

**************Must Be noted The Ticket Count Will increase since Drivepro Continue to Rent The Car**********

No connection. You can still edit recent files or create new ones.

Asatrian Law Group, L.L.C.
15 Warren Street, PH-E2
Hackensack, New Jersey 07601
Admitted in State of NJ
Tel: (201) 663-3164
Email: MartinAsatrianLaw@gmail.com

January 27, 2025

Union City Municipal Court
3715 Palisade Ave
Union City, NJ 07087

**Re: Pending Litigation Regarding Accumulation of Parking Tickets**
**Case No: 0910-E23-048118**

To Whom It May Concern:

This office represents Ms. Gisselle Aguilar in the above-referenced matter. I write to advise the court of Ms. Aguilar's pending litigation against third party companies, who are in possession of her vehicles and are responsible for the accumulation of parking tickets under the jurisdiction of Union City, New Jersey.

The plaintiff, Gisselle Aguilar, initiated legal action due to the repeated issuance of parking tickets inter alia, attributed to the defendants' actions. She is not in possession of the vehicles and has no way to know how the vehicles are being operated. The specifics of these parking tickets, including dates, ticket numbers, and total tickets, are detailed in the attached documentation.

This letter serves to notify the court of the ongoing proceedings, and that Ms. Aguilar pleads "Not Guilty" to all charges against her.

If you need more information or documentation, please do not hesitate to contact me at (201) 663-3164 or Martinasatrianlaw@gmail.com.

Thank you for your kind attention to this matter.

Very truly yours,

Martin V. Asatrian

| Category | Amount |
|---|---|
| NYC Unpaid Tolls | 1826.09 |
| NYC Department of Finance Parking and Camera Violations | 1975.49 |
| PA Unpaid Tolls | 119.9 |
| Massachusetts Unpaid Tolls | 34.1 |
| New Jersey Courts | 357 |
| 2022 Mercedes Benz Collections | 15383.03 |
| Drivepro & Parking Unanswered Contract | 4400 |

# OFFICIAL CHECK

TD Bank

SOURCE OF FUNDS ☐ CASH ☐ ACCT/GL NO. ________

RE: JEIBY I VIZCAINO

84104681-5

52-0130
113

DATE: 12/10/2021

PAY TO THE ORDER OF ONCD GROUP LLC

Forty Thousand AND 00/100

$40,000.00

PROOF COPY

DRAWER: TD BANK, N.A.

NON NEGOTIABLE

AUTHORIZED SIGNATURE

⑈841046815⑈ ⑆5210⑉1025⑆ 6265008718⑈

Account: 6265008718
Amount: 40,000.00
PostDate: 20211210
Tran_ID: 725436996
CheckNum: 841046815
DIN: 725436996
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 725436996
ECEItemSeqNum: 559206027168

559206027166 153655 20211210 000000006265008718
OBC_CREDIT DSTANIS 0.00
42nd and Park 5592 94004 5592 0001 0035
559206027168 153705 MULTI-TRAN

Account: 6265008718
Amount: 40,000.00
PostDate: 20211210
Tran_ID: 725436996
CheckNum: 841046815
DIN: 725436996
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 725436996
ECEItemSeqNum: 559206027168