HOLLAND & KNIGHT LLP
Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: 212.513.3368
Fax: 212.385.9010
E-mail: christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

--------------------------------------------------------------------x

JOSE DIAZ, Maidy Perez, Milda Polanco,
Jose Vasquez, Evelyn Valentine, Nelson Lopez,
Rolando Chico, Gisselle Aquilar, and
Jeiby Vizcaino, Jesus Maldonado

Plaintiffs,

v. Case No.:2:25-cv-12133-ES-MAH

STEPHEN ALVAREZ, NICOLAS PERKIN,
SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC,
in its official capacity, and TURO, INC.,
in its official capacity

Defendants.

--------------------------------------------------------------------x

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant Turo, Inc. ("Turo") submits this consent motion for an extension of time to answer, move, or otherwise respond to the Complaint. In support thereof, Turo states as follows:

1. On June 25, 2025, Plaintiffs filed a Complaint against Defendants Stephen Alvarez, Nicolas Perkin, Sydney Klavens, Perkin Industries, LLC, and Turo, Inc.

2. On August 27, 2025, the Complaint was served on Turo.

3. Turo and the other defendants filed motions to dismiss the Complaint.

4. On April 6, 2026, the Court terminated the motions to dismiss without prejudice.

5. On May 26, 2026, Plaintiffs filed an Amended Complaint.

6. Under Federal Rule of Civil Procedure 15, the deadline for responding to the Amended Complaint is June 9.

7. Federal Rule of Civil Procedure 6 provides, in pertinent part, "the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." The time for responding has not yet expired.

8. Undersigned counsel for Turo respectfully request a brief, one-week extension of time in order to respond to the Amended Complaint.

9. Plaintiffs' counsel has consented to this extension of time.

10. By filing this Motion, Turo does not waive and expressly reserves all defenses.

Dated: June 9, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/Christine N. Walz
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: 212.513.3368
Fax: 212.385.9010
E-mail: christine.walz@hklaw.com
*Attorney for Defendant Turo Inc.*