# LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

NEW JERSEY OFFICE:
WOODHULL HOUSE
63 WEST MAIN STREET
SUITE C
FREEHOLD, NEW JERSEY 07728

NEW YORK OFFICE:
43 WEST 43RD STREET, STE. 21
NEW YORK, NY 10036-7424

(732) 780-2760 (VOICE)
(732) 780-2761 (FAX)
DTABACHNIK@DTTLAW.COM

DOUGLAS T. TABACHNIK*
Admitted in NY and NJ

*CERTIFIED BY THE
AMERICAN BOARD OF
CERTIFICATION IN
BUSINESS BANKRUPTCY LAW[1]

JULIET T. WYNE
Admitted in FL and NJ

Reply to: New Jersey

June 9, 2026

VIA ECF only

Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: Jose Diaz et al. v. Stephen Alvarez et al. D.N.J. Case No. 2:25-cv-12133-ES-MAH

Dear Judge Hammer:

This office represents Stephen Alarez in the above-captioned matter. We previously filed a joint motion to dismiss with defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC, and DrivePro, LLC (docket no. 9). On April 6, the Court terminated the defendants' motion to dismiss without prejudice and allowed the Plaintiff until May 4 to file an amended complaint. On May 11, the Court issued a text order further ordering the Plaintiff to file an amended complaint by May 15, 2026. On May 20, the Court issued a *sua sponte* Order to Show Cause directing the plaintiff to show cause "in writing why this matter should not be dismissed for lack of subject matter jurisdiction." The plaintiff, in apparent response to the Order to Show Cause, filed what appears to be a proposed amended complaint on May 26, 2026 (docket number 26).

In response to the Order To Show Cause and the proposed amended complaint, defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC, and DrivePro, LLC filed their objections and continued support for the dismissal of this action for lack of subject matter

[1] The American Board of Certification is a nonprofit organization jointly sponsored by the American Bankruptcy Institute and the Commercial Law League of America and accredited by the American Bar Association. ABC logo used with permission. This certification is not issued by any governmental authority.

jurisdiction (docket number 27). Defendant Stephen Alvarez joins in the relief requested by said defendants.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/Douglas T. Tabachnik*
Douglas T. Tabachnik

C: All counsel of record (Via ECF)