Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1888
Email: paloe@kudmanlaw.com

*Counsel for Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC, and DrivePro, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSE DIAZ, Maidy Perez, Milda Polanco, Jose Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, and Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case No. 2:25-cv-12133-ES-MAH |

**JOINDER IN MOTION FOR AN EXTENSION OF TIME**

Defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC, and DrivePro, LLC respectfully submit this joinder in connection with the motion filed by defendant Turo, Inc., for an extension of time to answer, move or otherwise respond to the amended complaint (Docket No. 28) to the extent such extension is necessary. Defendant Stephen Alvarez, through his counsel, joins in the joinder motion.

1. As explained in the letter dated May 29, 2026 (Docket 27), plaintiffs' amended complaint was filed after the deadline set forth in Rule 15(a)(1)(B), after the extended deadlines set by the Court, and without defendants' consent or the Court's leave. Accordingly, the amended

complaint is a nullity, and no response is required. *See McAlarney v. Roy's Constr., Inc.*, No. CV 2015-64, 2018 WL 792045, at *2 (D.V.I. Feb. 8, 2018) ("As a general rule, when a party is required to seek the Court's leave before filing a pleading, the failure to seek such leave renders the pleading a legal nullity."). The amended complaint is also defective for the numerous other reasons outlined in defendants' letter (Docket No. 27).

2. Defendant Turo, Inc., however, has filed a motion for an extension of time to answer, move, or otherwise respond to the amended complaint (Docket No. 28). To the extent that an extension is required, the remaining defendants request the same extension to answer, move, or otherwise respond to the Amended Complaint.

3. Defendants respectfully request that the Court schedule a telephonic conference at its earliest convenience. A conference would provide a more efficient mechanism to address the numerous issues raised in the Court's Order to Show Cause (Docket No. 25)—which plaintiffs did not answer—and defendants' letter identifying the substantial deficiencies in the amended complaint, before the Court sets a schedule for renewed motions to dismiss. Absent that, the Court should set the same response date for all defendants.

Dated: June 9, 2026

Respectfully submitted,

KUDMAN TRACHTEN ALOE POSNER LLP

By: */s/ Paul H Aloe*
Paul H. Aloe
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
Email: paloe@kudmanlaw.com

*Counsel for Nicholas Perkin, Sidney Klavans, Perkin Industries, LLC, and DrivePro, LLC*