Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DIAZ, Maidy Perez, Milda Polanco, Jose, Vazquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aguilar, arid Jeiby Vizcaino, Jesus Maldonado,<br><br>Plaintiffs,<br><br>against<br><br>STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, DRIVEPRO, LLC, in its official capacity, and TURO INC., in its official capacity,<br><br>Defendants. | Case 2:25-cv-12133-ES-MAH<br><br>Civil Action |

**<u>JOINDER OF STEPHEN ALVAREZ TO THE MOTION OF NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, AND DRIVEPRO, LLC'S MOTION TO DISMISS THE COMPLAINT (Docket no. 27) AND FOR JOINDER TO THE MOTION FOR JOINDER TO THE MOTION OF TURO, INC. FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT (Docket no. 30)</u>**

Stephen Alvarez, by and through his counsel, Law Offices of Douglas T. Tabachnik, P.C., by Douglas T. Tabachnik, Esq., hereby joins in the joinder motion filed by Defendants Nicolas Perkin, Sydney Klavans, Perkin Industries, LLC, and DrivePro, LLC to dismiss the complaint and related relief (Docket no. 27) and for joinder (Docket no. 30) of the motion for an

extension of time to answer, move or otherwise respond to the amended complaint by Turo, Inc. (Docket No. 28) to the extent such extension is necessary.

Dated: June 9, 2026

LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

By: *<u>/s/ Douglas T. Tabachnik</u>*
Douglas T. Tabachnik
63 West Main Street, Suite C
Freehold, NJ 07728
Tel: 732-780-2760
Fax: 732-780-2761
dtabachnik@dttlaw.com
Counsel for Stephen Alvarez