# UNITED STATES DISTRICT COURT

FOR THE

# DISTRICT OF NEW JERSEY

JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vasquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aquilar, and Jeiby Vizcaino, Jesus Maldonado,

Plaintiffs,

v.

STEPHEN ALVAREZ, NICOLAS PERKIN, SYDNEY KLAVANS, PERKIN INDUSTRIES, LLC, in its official capacity, and TURO, INC., in its official capacity

Defendants.

Case No.:2:25-cv-12133-ES-MAH

Notice of Dismissal Without Prejudice Pursuant to FED R. CIV P. 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiffs, JOSE DIAZ, Maidy Perez, Milda Polanco, Jose Vasquez, Evelyn Valentine, Nelson Lopez, Rolando Chico, Gisselle Aquilar, Jeiby Vizcaino, and Jesus Maldonado **(“Plaintiffs”)**, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action **without prejudice** as to Defendants Nicolas Perkin, Sydney Klavans, and Perkin Industries, LLC (“**Perkin Defendants**”), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

No Perkin Defendant has served an Answer or a motion for summary judgment in this action. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff is entitled to voluntarily dismiss this action by filing a notice of dismissal without the necessity of a court order or the consent of the Perkin Defendants.

Plaintiff expressly designates this dismissal as **without prejudice**.

Each party shall bear its own attorneys' fees and costs, except to the extent otherwise provided by prior written agreement, applicable law, or order of the Court.

Accordingly, Plaintiff respectfully requests that the Clerk of the Court terminate this civil action and all pending deadlines, hearings, and proceedings associated with this matter with respect to the defendants Nicolas Perkin, Sydney Klavans, and Perkin Industries, LLC only without prejudice; all other Defendants in this action shall remain intact.

Respectfully submitted,

Jay Kanetkar, Esq (ID 000031994)
Law Offices of Jay Kanetkar, Esq LLC
c/o 112 Jabez St Suite 101
Newark, NJ 07105
Attorneys for Plaintiffs
jpkanetkar@yahoo.com

By: /s/ Jay Kanetkar, Esq

Dated: 9/24/2026